UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| STATE OF ILLINOIS, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>KRISTI NOEM, in her official capacity as Secretary of the Department of Homeland Security, *et al.*,<br><br>*Defendants.* | No. 1:25-cv-00495 |

**INDEX OF EXHIBITS
TO PLAINTIFF STATES' EMERGENCY MOTION
FOR A TEMPORARY RESTRAINING ORDER**

| No. | Document Title |
|---|---|
| 1 | Declaration of Robert Evans |
| 1-A | U.S. Dep't of Homeland Sec., *Notice of Funding Opportunity (NOFO): Fiscal Year 2025 Homeland Security Grant Program* (August 1, 2025 version) |
| 1-B | U.S. Dep't of Homeland Sec., *Notice of Funding Opportunity (NOFO): Fiscal Year 2025 Homeland Security Grant Program* (July 28, 2025 version) |
| 1-C | U.S. Dep't of Homeland Sec., *Notice of Funding Opportunity (NOFO): Fiscal Year 2025 Homeland Security Grant Program* (July 29, 2025 version) |
| 1-D | U.S. Dep't of Homeland Sec., *Notice of Funding Opportunity (NOFO): Fiscal Year 2025 Emergency Management Performance Grant* (July 25, 2025) |
| 1-E | Illinois Fiscal Year 2025 HSGP Award Letter |
| 2 | Memorandum from Kristi Noem, Sec'y, to All Agencies and Offices (Feb. 19, 2025) |
| 3 | Dep't of Homeland Sec., *Sanctuary Jurisdictions Defying Federal Immigration Law* (captured May 29, 2025 9:59 PM GMT) |
| 4 | Dep't of Homeland Sec., *Sanctuary Jurisdictions Defying Federal Immigration Law* (captured June 1, 2025 1:19 AM GMT) |
| 5 | Dep't of Homeland Sec., *Page Not Found* (captured June 1, 2025 2:48 AM GMT) |
| 6 | Greg Norman, *Homeland Security removes 'sanctuary jurisdictions' list from its website*, Fox News (June 2, 2025) |

| No. | Document Title |
|-----|----------------|
| 7   | U.S. Dep't of Homeland Sec., *Fusion Centers* (captured September 28, 2025) |
| 8   | Findings of Fact Conclusions of Law and Order, *Bennett v. Butz*, No. 4-73 Civil 284 (D. Minn. June 25, 1973) |
| 9   | Fed. Emergency Mgmt. Agcy., *FY 2025 Homeland Security Grant Program Key Changes* (Sept. 12, 2025) |
| 10  | Fed. Emergency Mgmt. Agcy., *FY 2025 Homeland Security Grant Program Fact Sheet* (Sept. 12, 2025) |
| 11  | Declaration of Jackie Bray |
| 12  | California Fiscal Year 2025 HSGP Award Letter |
| 13  | Minnesota Fiscal Year 2025 HSGP Award Letter |
| 14  | New York Fiscal Year 2025 HSGP Award Letter |