**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| STATE OF ILLINOIS, *et al.*, <br><br>      *Plaintiffs*, <br><br>   v. <br><br> KRISTI NOEM, in her official capacity as Secretary of the Department of Homeland Security, *et al.*, <br><br>      *Defendants.* | No. 1:25-cv-00495 |

# EXHIBIT 1-E

Illinois Fiscal Year 2025 HSGP Award Letter

# Award Letter

U.S. Department of Homeland Security
Washington, D.C. 20472

Effective date: 09/26/2025



Bob Evans
ILLINOIS EMERGENCY MANAGEMENT AGENCY AND OFFICE OF HOMELAND SECURITY
2200 SOUTH DIRKSEN PARKWAY
SPRINGFIELD, IL 62703

EMW-2025-SS-05059

Dear Bob Evans,

Congratulations on behalf of the Department of Homeland Security, your application submitted for the Fiscal Year (FY) 2025 Homeland Security Grant Program, has been approved in the amount of $13,758,579.00 in Federal funding. This award of federal assistance is executed as a Grant.

Before you request and receive any of the Federal funds awarded to you, you must establish acceptance of the award through the FEMA Grants Outcomes (FEMA GO) system. By accepting this award, you acknowledge that the terms of the following documents are incorporated into the terms of your award:

- Award Summary - included in this document
- Agreement Articles - included in this document
- Obligating Document - included in this document
- Fiscal Year (FY) 2025 Homeland Security Grant Program (HSGP) Notice of Funding Opportunity
- The Preparedness Grant Manual (PGM)

Please make sure you read, understand, and maintain a copy of these documents in your official file for this award.

Sincerely,

Stacey Street
Deputy Assistant Administrator
Grants Program Directorate

# Award Summary

**Program:** Fiscal Year 2025 Homeland Security Grant Program
**Recipient:** ILLINOIS EMERGENCY MANAGEMENT AGENCY AND OFFICE OF HOMELAND SECURITY
**UEI-EFT:** JLCNDRM34JD5
**Award number:** EMW-2025-SS-05059

## Summary description of award

The Fiscal Year (FY) 2025 Homeland Security Grant Program (HSGP) is one of three grant programs that constitute the DHS/FEMA focus on enhancing the ability of state, local, tribal, and territorial governments, as well as nonprofits, to prevent, protect against, respond to, and recover from terrorist attacks. These grant programs are part of a comprehensive set of measures authorized by Congress and implemented by DHS to help strengthen the Nation's communities against potential terrorist attacks. Among the five basic homeland security missions noted in the DHS Strategic Plan, the HSGP supports the goal to Strengthen National Preparedness and Resilience.

## Amount awarded table

The amount of the award is detailed in the attached Obligating Document for Award.

The following are the budgeted estimates for object classes for this award (including Federal share plus your cost share, if applicable):

| Object Class | Total |
|---|---|
| Personnel | $1,285,853.75 |
| Fringe benefits | $204,369.25 |
| Travel | $10,000.00 |
| Equipment | $0.00 |
| Supplies | $1,000.00 |
| Contractual | $12,257,356.00 |
| Construction | $0.00 |
| Other | $0.00 |
| Indirect charges | $0.00 |
| Federal | $13,758,579.00 |
| Non-federal | $0.00 |
| Total | $13,758,579.00 |
| Program Income | $0.00 |

## Approved scope of work

After review of your application, FEMA has approved the below scope of work. Justifications are provided for any differences between the scope of work in the original application and the approved scope of work under this award. You must submit scope or budget revision requests for FEMA's prior approval, via an amendment request, as appropriate per 2 C.F.R. § 200.308 and the FY2025 HSGP NOFO.

**Approved request details:**

## Investment

## ~~Hiring or maintaining staff positions/contractors/consultants at SLTT levels to deliver community preparedness training, resources and material to schools, community-based organizations, faith-based institutions and local businesses~~

**Ineligible**

DESCRIPTION

STIC Cyber Security Intelligence Program/Cyber Security. Statewide Terrorism & Intelligence Centers (STICs) mission is provide timely, effective, and actionable intelligence information to federal, state, and local law enforcement partners 24/7/365 in order to enhance public safety, facilitate communication between agencies, and provide support in the fight against terrorism and criminal activity. Western Illinois University (WIU) partners with STIC by providing the personnel for the public safety outreach programs. These public safety programs partner with the private sector, emergency managers, law enforcement, school resource officers, administrators, and those responsible for overall school safety. These partners can work with the program managers and request and provide information as it relates to suspicious activity and threats. The program managers shares threat-related information to these partners as it relates to physical and cyber

| QUANTITY | UNIT PRICE | TOTAL |
|----------|------------|-------|
| 1 | $259,000.00 | $259,000.00 |

BUDGET CLASS

Contractual

CHANGE FROM APPLICATION

**Item** marked **ineligible**

JUSTIFICATION

adjusted to award amount

### ~~Hiring of new staff positions/contractors/consultants for participation in information/intelligence analysis and sharing groups or fusion center activities (up to 50% of the allocation)~~

**Ineligible**

DESCRIPTION

Illinois State Police/STIC will utilize the Homeland Security Grant Program funding to fund the salaries of Resource Specialists within STIC. These analysts will distribute information throughout the state to include all homeland security and public safety partners. The STIC shares threat-related information to these partners as it relates to physical and cyber critical infrastructure and provides information and resources on how to prevent, detect, deter, mitigate, and respond to these threats. Funding is also used to support the overall operation of the center and equipment acquisition to ensure that communication and coordination needs are met.

| QUANTITY | UNIT PRICE | TOTAL |
|---|---|---|
| 1 | $301,513.00 | $301,513.00 |

BUDGET CLASS

Contractual

CHANGE FROM APPLICATION

**Item** marked **ineligible**

JUSTIFICATION

adjusted to award amount

## Hiring of new staff positions/contractors/consultants for participation in information/intelligence analysis and sharing groups or fusion center activities (up to 50% of the allocation)

DESCRIPTION

The Grantee shall use federal funding to pay salaries of one Jail and Corrections Intelligence Officer (JCIO) and one Cyber Intelligence Officer (CSIO) within the STIC for 12 months. This employees will be responsible for identifying information needs of law enforcement and exploring ways to use information gathered by jail and correctional facilities to prevent terrorist attacks and other criminal behavior. The JCIO will explore links between prisoner radicalization and terrorism, gangs, and other criminal behavior. The equipment will be utilized to collect and correlate information from the various computer and database systems used by different counties and the Illinois. Cybersecurity Intelligence Officer (CSIO) will be assigned to the STIC and serve as a subject matter expert and point of contact for highly trained cyber analysts to identify and analyze malicious internet traffic. The CSIO will be responsible for sharing information from various sources to prevent cyber terrorism, exposing potential vulnerabilities in computer systems, providing guidance on performing fixes and solutions to cyber intrusions, and collecting information necessary to assist in identification and criminal prosecution of cyber hackers and offenders.

| QUANTITY | UNIT PRICE | TOTAL |
|----------|-----------|-------|
| 1 | $78,000.00 | $78,000.00 |

BUDGET CLASS

Contractual

CHANGE FROM APPLICATION

**Unit price** from **$92,750.00** to **$78,000.00**

JUSTIFICATION

adjusted to award amount

**Regional counterterrorism training programs for small, medium, and large jurisdictions to exchange information and discuss the current threat environment, lessons learned, and best practices to help prevent, protect against, and mitigate acts of terrorism**

DESCRIPTION

Illinois Law Enforcement Training and Standards Board (ILETSB) through Western Illinois University (WIU) will continue to sustain the Intelligence Gathering and Information Sharing, Training and Exercise Program through information and intelligence sharing planning workshops and active threat end-user courses that provide a coordinated statewide active threat response protocol. ILETSB is the state agency mandated to promote and maintain a high level of professional standards for law enforcement and corrections officers. Its purpose is to promote and protect citizen health, safety and welfare by encouraging municipalities, counties, park districts, State-controlled universities, colleges, public community colleges and other local governmental agencies of Illinois and participating state agencies in their efforts to upgrade and maintain a high level of training and standards for law enforcement. The ILETSB Executive Institute at Western Illinois University is the sub-recipient that oversees the Homeland Security Training and Exercise Program. ILETSB oversees the Mobile Team In-Service Training Units (MTU) that are geographically placed throughout Illinois serving all 102 counties. MTUs are formed by a combination of units of local government to deliver in-service training to local and state law enforcement officers. They are a not-for-profit governmental entity directed and administered by an advisory board composed of local elected officials, local criminal justice administrators and the Director of the ILETSB. Their purpose is to encourage local and state law enforcement officers to upgrade their knowledge and skills in techniques pertinent to the law enforcement profession; to provide law enforcement officers with training opportunities within their own locality, and on flexible schedules; and to provide quality training on topics of instruction centered on specific local needs. There are 13 of these regional in-service MTUs throughout Illinois.

| QUANTITY | UNIT PRICE | TOTAL |
|----------|------------|-------|
| 1 | $137,000.00 | $137,000.00 |

BUDGET CLASS

Contractual

**Hiring of new staff positions/contractors/consultants for participation in information/intelligence analysis and sharing groups or fusion center activities (up to 50% of the allocation)**

DESCRIPTION

The Grantee shall use federal funding to pay salaries of one Jail and Corrections Intelligence Officer (JCIO) within the STIC for 12 months. This employees will be responsible for identifying information needs of law enforcement and exploring ways to use information gathered by jail and correctional facilities to prevent terrorist attacks and other criminal behavior. The JCIO will explore links between prisoner radicalization and terrorism, gangs, and other criminal behavior. The equipment will be utilized to collect and correlate information from the various computer and database systems used by different counties and will be assigned to the STIC and serve as a subject matter expert and point of contact for highly trained cyber analysts to identify and analyze malicious internet traffic. The CSIO will be responsible for sharing information from various sources to prevent cyber terrorism, exposing potential vulnerabilities in computer systems, providing guidance on performing fixes and solutions to cyber intrusions, and collecting information necessary to assist in identification and criminal prosecution of cyber hackers and offenders

| QUANTITY | UNIT PRICE | TOTAL |
|----------|------------|-------|
| 1 | $56,750.00 | $56,750.00 |

BUDGET CLASS

Contractual

## Investment

## Operational support

DESCRIPTION

On Scene Resource Tracking Tool for resources facilitated with the assistance of Illinois Emergency Services Management Association (IESMA). Projects included are: Continued and improved tracking of all resources; improve situational awareness of deployed resources; Site visits and inspections; and implement training programs to enhance resource typing and comprehensive resource management. This supports a risk driven capability throughout the State of Illinois. This project assists with enhancing and sustaining the capacity to prevent, protect against, mitigate, respond to, and recover from acts of terrorism and other disasters.

| QUANTITY | UNIT PRICE | TOTAL |
|---|---|---|
| 1 | $15,000.00 | $15,000.00 |

BUDGET CLASS

Contractual

CHANGE FROM APPLICATION

**Unit price** from **$125,000.00** to **$15,000.00**

JUSTIFICATION

Adjusted per DHS directive. Please update post award.

## Operational support

DESCRIPTION

This project supports statewide law enforcement mutual aid for over 900 LE agencies. LE requests for emergency assistance require the ability to manage and track resources. Stricken agencies make requests for assistance from the field or from dispatch centers. The effectiveness of the mutual aid system is constantly assessed. This grant supports operations at Northwest Central Dispatch and Peoria Emergency Communications, which serve as primary and backup dispatch points. ILEAS collaborated with representatives of the entire LE community when developing this system. By coordinating with multiple agencies across the state, ILEAS is able to support in field deployments and coordination; as well as facilitating regional planning, training and mutual aid exercises. Unique software has been developed and is constantly being maintained and improved. The software tracks every available LE (and many non-LE) asset both for emergency response and special event planning. the software is utilized to track all deployed equipment, mutual aid special teams staffing, training and exercises as well as tracking the costs for mutual aid responses

| QUANTITY | UNIT PRICE | TOTAL |
|----------|------------|-------|
| 1 | $477,630.00 | $477,630.00 |

BUDGET CLASS

Contractual

CHANGE FROM APPLICATION

**Unit price** from **$477,689.00** to **$477,630.00**

JUSTIFICATION

Adjusted per DHS directive. Please update post award.

## Training workshops and conferences

DESCRIPTION

Training and Awareness-ILEAS already prioritizes training for all the subjects listed in the NOFO with regard to training. During the performance period of this grant, ILEAS will continue to bring federal and state level training to local law enforcement on all listed priorities. Law Enforcement Mutual Aid -Illinois has determined that the maintenance of its robust mutual aid networks is a homeland security priority. ILEAS is one of the two primary mutual aid response and preparedness organizations in Illinois and is the only statewide system available. With regard to this grant application, ILEAS will continue to train law enforcement in how to request, manage and respond to mutual aid situations. Collaboration: Hundreds of agencies that are part of ILEAS statewide and regional teams can use the ITC at no cost for terrorism and associated training. Several hundred agencies participate in the regional teams, also bringing advanced training into the field for nearly 600 officers on these teams. ILEAS will train specialized teams to address the various Investment Justifications (IJ), local law enforcement through the efforts of the RPCs and by making the ITC available to all public safety for classroom and scenario training to address the IJs.

| QUANTITY | UNIT PRICE | TOTAL |
|----------|------------|-------|
| 1 | $1.00 | $1.00 |

BUDGET CLASS

Contractual

CHANGE FROM APPLICATION

**Unit price** from **$906,176.00** to **$1.00**

JUSTIFICATION
Adjusted per DHS directive. Please update post award.

## Interoperable Communications Equipment

DESCRIPTION

When an incident occurs (terrorist attack, large special events, disasters/emergencies) where there is a multidisciplinary and jurisdictional response, establishing interoperable voice communications and technology is imperative for a successful mission. This grant supports the establishment, maintenance and enhancement of such a system. The focus of ILEAS interoperable communications responsibilities include, but are not limited to, the provision of: Maintaining caches of radios on all bands that have been programmed to state and federal interoperable emergency frequencies. These caches are available to be deployed statewide when there is an incident where a variety of response agencies have responded that do not have common operating frequencies. - Managing a fleet of communications and command vehicles that are strategically located throughout the State. - Development, maintenance and oversight of teams of local public safety officials to staff those vehicles and deploy the radio caches. - Pay for radio user licenses and satellite air time as necessary. -Provide planning, training and exercise for the communications function for field responses to any type of incident. -Provide for the establishment of field deployable information technology to support public safety responses -Staff to manage the interoperable communications and technology program All activities align with needs identified in their Statewide Communication Interoperability Plan (SCIP).

| QUANTITY | UNIT PRICE | TOTAL |
|---|---|---|
| 1 | $2.00 | $2.00 |

BUDGET CLASS

Contractual

CHANGE FROM APPLICATION

**Unit price** from **$225,232.00** to **$2.00**

JUSTIFICATION

Adjusted per DHS directive. Please update post award.

## Preparedness training for community preparedness initiatives and programs

DESCRIPTION

The Illinois Fire Service Institute (IFSI) will utilize the Homeland Security Grant Program funding to provide full spectrum National Incident Management Systems/Incident Command Systems (NIMS/ICS) training to 1st Responders throughout Illinois. These training programs provide full spectrum comprehensive training & education to ensure local, state, and regional all hazards/ all-threat response preparedness for all types of incidents---terrorism, natural disasters & accidents--- regardless of size or scope. These training and education programs support the Illinois Homeland Security Advisory County (IL-HSAC) Homeland Security Grant Program priorities and eligibility framework, IL THIRA/SPR, IL Homeland Security Strategy, the NPG & the concept of whole community preparedness & response, enabling an integrated & comprehensive response to any known or unknown threat at the local, state, & regional levels. During the grant execution period, these programs will train 1,348 NIMS/ICS personnel. The budget includes; payroll/fringe for instructor personnel, travel costs for planning/delivery of courses (hotel, mileage, per diem, etc.), and materials/supplies/services/equipment necessary for course delivery---classroom & hands-on training

| QUANTITY | UNIT PRICE | TOTAL |
|---|---|---|
| 1 | $1.00 | $1.00 |

BUDGET CLASS

Contractual

CHANGE FROM APPLICATION

**Unit price** from **$1,370,969.00** to **$1.00**

JUSTIFICATION
Adjusted per DHS directive. Please update post award.

## Overtime and backfill for emergency preparedness and response personnel attending DHS/FEMA-sponsored and approved training classes

DESCRIPTION

Provides funding to support statewide training and exercises for deployable special response teams and MABAS divisions to improve preparedness to respond to emergency events. Maintains the existing unified and coordinated operational structure of fire service based mutual aid responders in Illinois. Provides funding support for training and exercises to enhance the capabilities of MABAS special response teams in the operation of equipment used to detect CBRN and WMD agents at emergency situations. Each Team maintains a common equipment inventory, communications, and training requirements so they are inter-operable with all other Teams as an incident evolves and requires additional Teams.

| QUANTITY | UNIT PRICE | TOTAL |
|----------|------------|-------|
| 1 | $1.00 | $1.00 |

BUDGET CLASS

Contractual

CHANGE FROM APPLICATION

**Unit price** from **$335,095.00** to **$1.00**

JUSTIFICATION

Adjusted per DHS directive. Please update post award.

## ~~Developing related terrorism and other catastrophic event prevention activities~~

### Ineligible

DESCRIPTION

ILEAS mission is to facilitate coordination among every law enforcement agency in Illinois. Of the 1,038 law enforcement agencies in Illinois, 931 (90 percent) have adopted the ILEAS law enforcement mutual aid agreement (LEMAA). The LEMAA provides that every agency can legally work with, request and receive mutual aid, participate in regional specialized teams and participate in supported planning functions statewide ILEASs role is to foster and nurture that collaborative relationship between law enforcement across the entire state. ILEAS is governed by an elected board of 21 chiefs, sheriffs, the Illinois State Police and Chicago Police. This board identifies routine and emerging needs across Illinois, and ILEAS endeavors to provide planning support as issues arise to fill those gaps and needs. In keeping with the ILEAS mission statement of Strength Through Cooperation¿, ILEAS has deployed 11 Regional Planning Coordinators (RPC) throughout the State. Four of these RPCs are paid proportionately between SHGP and UASI funds. Each RPC is assigned approximately 100 law enforcement agencies in a region for which they are responsible to support. RPCs attend regional police executive meetings, meet individually with chiefs, sheriffs and senior commanders, offer planning and logistical support for ILEAS special teams, provide training to local agencies and encourage/foster inter-agency cooperation and mutual aid planning. There is another element of planning that ILEAS performs as well. ILEAS managers provide high level strategic planning to provide direction for the staff to address preparedness planning. This level of planning also includes interaction with State, Federal and regional leadership to develop strategic goals and objectives for preparedness activities. ILEAS has also developed a robust computerized and customized mutual aid system. Part of the mutual aid system involves two dispatch agencies that have access to an online database of every law enforcement resou

| QUANTITY | UNIT PRICE | TOTAL |
|---|---|---|
| 1 | $1,301,622.00 | $1,301,622.00 |

BUDGET CLASS

Contractual

CHANGE FROM APPLICATION

**Item** marked **ineligible**

JUSTIFICATION

adjusted to award amount

## Operational support

DESCRIPTION

IPWMAN is an intergovernmental organization of local public works agencies whose purpose is to provide mutual aid to each other and share resources. Most of these members can provide basic public works services, some can provide advanced public works services, and some can provide little to no public works services, however, very few have the resources needed to manage a large-scale event without the need for mutual aid. Based on current trends in the homeland security and the gap in the available workforce many unseen issues have been brought forward. Many public works departments are understaffed with no relief in sight due to a lack of interested candidates. These two examples, along with many others, have created a gap that only mutual aid can fill. It is the hope of IPWMAN that the State of Illinois will utilize the existing IPWMAN structure to guide Homeland Security funding to assist in closing this gap. This grant project proposes to continue supporting the previous investment to begin building and then continuing to maintain a high level of response capability. Public works mutual aid is made efficient because each member agency operates under a single Operations Plan established and maintained by IPWMAN. This sharing of resources and grant funds means that a public works based response to a large-scale event is quickly available anywhere in the state. IPWMAN maintains formal partnerships with the Illinois Emergency Management Agency – Office of Homeland Security, Illinois Law Enforcement Alarm System, the Mutual Aid Box Alarm System, and the Illinois Arborist Association that build on communications and cooperation with other agencies that would respond to large-scale events. It also builds cooperation in joint training and exercises that this grant proposal would help to support.

| QUANTITY | UNIT PRICE | TOTAL |
| --- | --- | --- |
| 1 | $167,653.00 | $167,653.00 |

BUDGET CLASS

Contractual

## Operational support

DESCRIPTION

Provides funding MABAS staff assigned to plan, coordinate and evaluate statewide training and exercises of MABAS special response teams and deployable forces. Provides funding for MABAS headquarters staff who will establish strategic, operational, and tactical procedures and protocols for fire service based mutual-aid responses for emergency events. They are also responsible to maintain and enhance the state-wide unified and coordinated operational/response structure within the fire service and with other state-wide critical stakeholders and response agencies. Provides funds to support the position of Plans Section Chief . Provides funding for MABAS field operations staff who are responsible for the readiness of their assigned MABAS Divisions and Special Response Teams to respond to CBRN and other terrorist events.

| QUANTITY | UNIT PRICE | TOTAL |
|----------|------------|-------|
| 1 | $1.00 | $1.00 |

BUDGET CLASS

Contractual

CHANGE FROM APPLICATION

**Unit price** from **$1,232,399.00** to **$1.00**

JUSTIFICATION

Adjusted per DHS directive. Please update post award.

## Investment

## CBRNE Operational Search and Rescue Equipment

DESCRIPTION

Illinois has developed capabilities for law enforcement response to terrorism (domestic and foreign), soft targets/crowded places program. This program provides statewide availability and rapid response to a number of incident types through the creation of specialized teams that are based regionally across the entire state. The special teams are used as a law enforcement presence, observation for threats, and protection at certain soft target/crowded events. Five (5) Weapons of Mass Destruction Special Response Teams, (WMD SRT) and ten (10) Mobile Field Forces (MFF) have been properly trained and equipped in order to effectively respond to terrorist incidents (domestic and foreign), emergent threats and perform as a law enforcement presence at soft targets/crowded places and events. Additionally, ILEAS supplies vital equipment in the support of nine FBI-certified EOD Teams (Bomb Squads). The WMD SRT address those circumstances that involve the control and containment of any Chemical, Biological, Radiological, Nuclear & Explosive (CBRNE) situation. The WMD SRT consist of highly trained and skilled SWAT teams with members from dozens of agencies trained and equipped to operate in a CBRNE environment. The WMD SRT are the first line of defense in a WMD incident until the State WMD team arrives and takes control. These teams are supplied with state of the art technological and vehicular assets as well as personal protective gear that allows them to operate in WMD or chemically contaminated environments. The MFFs are an organized force under a singular command and equipment structure that function as a patrol strike team with self contained command, control, and communications for any law enforcement function. MFF roles have expanded to provide cohesive and focused unit response to introduce a Law Enforcement presence at scenes of soft target/crowded spaces events, emergent threats, and mass destruction and/or disruption in the aftermath of any terrorist attack.

| QUANTITY | UNIT PRICE | TOTAL |
|---|---|---|
| 1 | $1,456,666.00 | $1,456,666.00 |

BUDGET CLASS

Contractual

CHANGE FROM APPLICATION

**Unit price** from **$1,456,663.00** to **$1,456,666.00**

JUSTIFICATION

adjusted to award amount

## CBRNE Logistical Support Equipment

DESCRIPTION

As a statewide multi-agency deployable team, the State Weapons of Mass Destruction Teams (SWMDT) must sustain the ability to respond to any incident involving chemical, biological, radiological, nuclear, and explosives (CBRNE) threats or threats of terrorism. The SWMDT is the deployable team created through the Illinois Terrorism Task Force, responsible for the statewide response to terrorism events where CBRNE or human threats must be neutralized. In order to successfully support this mission, SWMDT must maintain the proper equipment and an advanced level of training. The Illinois State Police (ISP) will continue to maintain and improve its current level of operational readiness through approved training, attendance at conferences and workshops specific to the primary mission of the SWMDT, primary core capabilities and counter terrorism measures. The SWMDT will continue to perform two (2) exercises each year with the goal of both (1) exercises being urban area full-scale scenarios. Monthly joint planning and preparedness activities with the various elements of the SWMDT, Illinois National Guard 5th Civil Support Team, Federal/Urban/local law enforcement partners to ensure a coordinated and integrated response to all threats of terrorism or CBRNE incidents affecting the Illinois Homeland/urban area. The SWMDT will continue to ensure actionable counter terrorism activities in order to prevent and protect the citizens of Illinois, soft targets, and critical infrastructure.

| QUANTITY | UNIT PRICE | TOTAL |
|---|---|---|
| 1 | $223,500.00 | $223,500.00 |

BUDGET CLASS

Contractual

## Preparedness training for community preparedness initiatives and programs

DESCRIPTION

The Illinois School and Campus Safety Program will be assigned to ILETSB Executive Institute at Western Illinois University. The Illinois School and Campus Safety Program, in partnership with the Illinois Terrorism Task Force, will provide communication, collaboration, and training to all community stakeholders for school and campus safety preparing students, faculty, volunteers, and staff to prepare and respond to active threat situations. The Illinois School and campus Safety Program will provide best planning and training practices as well as evidence bases practices to enhance organizational, and citizens capacity to plan for, respond to, and recover from an emergency or disaster at a school or university.

| QUANTITY | UNIT PRICE | TOTAL |
| --- | --- | --- |
| 1 | $202,000.00 | $202,000.00 |

BUDGET CLASS

Contractual

## Investment

## Cybersecurity Enhancement Equipment

DESCRIPTION

The Department of Innovation and Technology is providing End point monitoring licenses continuation for local Election Authorities. This project provides security operation capabilities to those entities with licenses installed on their endpoints. The FY24 cybersecurity initiative proposed above is aimed at improving election cybersecurity maturity levels of organizations across the state. The proposed project focuses on raising the maturity levels of those organizations who lack the funding and expertise to provide endpoint detection monitoring. This project builds on previous year investments. The focus of the the FY2024 endpoint detection and monitoring services will work with established partnerships, such as Cyber Navigators and the Board of Elections, to proactively deploy these licenses to groups to all Election Authorities in the state to monitor their networks and devices for malicious activity.

| QUANTITY | UNIT PRICE | TOTAL |
| --- | --- | --- |
| 1 | $312,587.00 | $312,587.00 |

BUDGET CLASS

Contractual

## Investment

### Hiring of new staff positions/contractors/consultants for participation in information/intelligence analysis and sharing groups or fusion center activities (up to 50% of the allocation)

DESCRIPTION

This project will support intelligence analysts and fusion center personnel to ensure that the fusion center is able to meet its needs. The Statewide Terrorism & Intelligence Center (STIC), the primary State of Illinois fusion center, will facilitate the real-time exchange of drug trend data and trafficking methods among federal, state, and local law enforcement, including the United States (U.S.) Customs and Border Protection and the Department of Homeland Security (DHS) Homeland Security Investigations (HSI), thus helping agencies adapt to emerging threats, identify DTO members, and concentrate resources on identified smuggling routes. The information shared with STIC about narcotics trafficking allows for the production of intelligence products that are shared throughout the intelligence community. The wide sharing of narcotics-related information will minimize the flow of narcotics into Illinois from the southwestern border. The wide sharing of this information also provides a layer of officer safety, as officers have been informed of DTOs, their members, and activities. Terrorism continues to pose a threat to border security in the U.S. because those associated with terrorist activities continue to try to enter through the borders. Terrorist actors and violent extremists often seek to exploit the border by using criminal smuggling networks. The FY 2025 Homeland Threat Assessment highlights ongoing border encounters involving individuals on terror watchlists. Addressing these risks requires strengthening of information and intelligence sharing and to detect and disrupt routes of travel and terrorism-related activities.

| QUANTITY | UNIT PRICE | TOTAL |
|---|---|---|
| 1 | $1,041,956.00 | $1,041,956.00 |

BUDGET CLASS

Personnel

## Investment

## Hiring of new staff positions/contractors/consultants for participation in information/intelligence analysis and sharing groups or fusion center activities (up to 50% of the allocation)

DESCRIPTION

Illinois State Police/STIC will utilize the Homeland Security Grant Program funding to fund the salaries of Terrorism Research Specialists within STIC. These employees distribute information throughout the state to include all homeland security and public safety partners. The STIC shares threat-related information to these partners as it relates to physical and cyber critical infrastructure and provides information and resources on how to prevent, detect, deter, mitigate, and respond to these threats. Funding is also used to support the overall operation of the center to include travel for planning and exercise activities, as well as equipment acquisition to ensure that communication and coordination needs are met.

| QUANTITY | UNIT PRICE | TOTAL |
|---|---|---|
| 1 | $1.00 | $1.00 |

BUDGET CLASS

Contractual

CHANGE FROM APPLICATION

**Unit price** from **$1,962,371.00** to **$1.00**

JUSTIFICATION

Adjusted per DHS directive. Please update post award.

## CBRNE Logistical Support Equipment

DESCRIPTION

As a statewide multi-agency deployable team, the State Weapons of Mass Destruction Teams (SWMDT) must sustain the ability to respond to any incident involving chemical, biological, radiological, nuclear, and explosives (CBRNE) threats or threats of terrorism. The SWMDT is the deployable team created through the Illinois Terrorism Task Force, responsible for the statewide response to terrorism events where CBRNE or human threats must be neutralized. In order to successfully support this mission, SWMDT must maintain the proper equipment and an advanced level of training. The Illinois State Police (ISP) will continue to maintain and improve its current level of operational readiness through approved training, attendance at conferences and workshops specific to the primary mission of the SWMDT, primary core capabilities and counter terrorism measures. The SWMDT will continue to perform two (2) exercises each year with the goal of both (1) exercises being urban area full-scale scenarios. Monthly joint planning and preparedness activities with the various elements of the SWMDT, Illinois National Guard 5th Civil Support Team, Federal/Urban/local law enforcement partners to ensure a coordinated and integrated response to all threats of terrorism or CBRNE incidents affecting the Illinois Homeland/urban area. The SWMDT will continue to ensure actionable counter terrorism activities in order to prevent and protect the citizens of Illinois and critical infrastructure.

| QUANTITY | UNIT PRICE | TOTAL |
|----------|-----------|-------|
| 1 | $1.00 | $1.00 |

BUDGET CLASS

Contractual

CHANGE FROM APPLICATION

**Unit price** from **$63,500.00** to **$1.00**

JUSTIFICATION

Adjusted per DHS directive. Please update post award.

## Operational support

DESCRIPTION

IPWMAN is an intergovernmental organization of local public works agencies whose purpose is to provide mutual aid to each other and share resources. Most of these members can provide basic public works services, some can provide advanced public works services, and some can provide little to no public works services, however, very few have the resources needed to manage a large-scale event without the need for mutual aid. Based on current trends in the homeland security and the gap in the available workforce many unseen issues have been brought forward. Many public works departments are understaffed with no relief in sight due to a lack of interested candidates. These two examples, along with many others, have created a gap that only mutual aid can fill. It is the hope of IPWMAN that the State of Illinois will utilize the existing IPWMAN structure to guide Homeland Security funding to assist in closing this gap. This grant project proposes to continue supporting the previous investment to begin building and then continuing to maintain a high level of response capability. Public works mutual aid is made efficient because each member agency operates under a single Operations Plan established and maintained by IPWMAN. This sharing of resources and grant funds means that a public works based response to a large-scale event is quickly available anywhere in the state. IPWMAN maintains formal partnerships with the Illinois Emergency Management Agency – Office of Homeland Security, Illinois Law Enforcement Alarm System, the Mutual Aid Box Alarm System, and the Illinois Arborist Association that build on communications and cooperation with other agencies that would respond to large-scale events. It also builds cooperation in joint training and exercises that this grant proposal would help to support

| QUANTITY | UNIT PRICE | TOTAL |
|----------|-----------|-------|
| 1 | $1.00 | $1.00 |

BUDGET CLASS

Contractual

CHANGE FROM APPLICATION

**Unit price** from **$22,862.00** to **$1.00**

JUSTIFICATION
Adjusted per DHS directive. Please update post award.

## Hiring or maintaining staff positions/contractors/consultants at SLTT levels to deliver community preparedness training, resources and material to schools, community-based organizations, faith-based institutions and local businesses

DESCRIPTION

The Statewide Terrorism & Intelligence Centers (STIC) mission is provide timely, effective, and actionable intelligence information to federal, state, and local law enforcement and public safety partners 24/7/365 in order to enhance public safety, facilitate communication between agencies, and provide support in the fight against terrorism and criminal activity. Western Illinois University (WIU) partners with STIC by providing the personnel for the public safety outreach programs. These public safety programs partner with the private sector, emergency managers, law enforcement, school resource officers, administrators, and those responsible for overall school safety. These partners can work with the program managers and request and provide information as it relates to suspicious activity and threats. The program managers shares threat-related information to these partners as it relates to physical and cyber critical infrastructure and provides information and resources on how to prevent, detect, deter, mitigate, and respond to these threats.

| QUANTITY | UNIT PRICE | TOTAL |
|----------|-----------|-------|
| 1 | $1.00 | $1.00 |

BUDGET CLASS

Contractual

CHANGE FROM APPLICATION

**Unit price** from **$137,000.00** to **$1.00**

JUSTIFICATION

Adjusted per DHS directive. Please update post award.

**Regional counterterrorism training programs for small, medium, and large jurisdictions to exchange information and discuss the current threat environment, lessons learned, and best practices to help prevent, protect against, and mitigate acts of terrorism**

DESCRIPTION

The ILETSB Homeland Security Training and Exercise Program will continue to work directly with 13 Mobile Team Units to provide over 37,000 local law enforcement officers and other all-hazards first responders to enhance the local community's ability to plan for, prevent, protect, respond to and recover from any crisis or disaster. The 13 MTUs cover all 102 counties and police agencies that include local, county, park districts, universities and colleges, forest preserves, railroad, and state agencies. More than 37,000 all-hazards first responders completed nearly half a million training hours by attending planning workshops and training courses supported through past homeland security grants. ILETSB oversees the Mobile Team In-Service Training Units (MTU) that are geographically placed throughout Illinois serving all 102 counties. MTUs are formed by a combination of units of local government to deliver in-service training to local and state law enforcement officers. They are a not-for-profit governmental entity directed and administered by an advisory board composed of local elected officials, local criminal justice administrators and the Director of the ILETSB. Their purpose is to encourage local and state law enforcement officers to upgrade their knowledge and skills in techniques pertinent to the law enforcement profession; to provide law enforcement officers with training opportunities within their own locality, and on flexible schedules; and to provide quality training on topics of instruction centered on specific local needs.

| QUANTITY | UNIT PRICE | TOTAL |
|---|---|---|
| 1 | $1.00 | $1.00 |

BUDGET CLASS

Contractual

CHANGE FROM APPLICATION

**Unit price** from **$15,000.00** to **$1.00**

JUSTIFICATION

Adjusted per DHS directive. Please update post award.

## Preparedness training for community preparedness initiatives and programs

DESCRIPTION

The Illinois School and Campus Safety Program will be assigned to ILETSB Executive Institute at Western Illinois University. The ILETSB Executive Institute at Western Illinois University is dedicated to developing leaders in the law enforcement community. The Illinois School and Campus Safety Program, in partnership with the Illinois Terrorism Task Force, will provide communication, collaboration, and training to all statewide stakeholders, faculty, staff, volunteers, students for school and campus safety. The Illinois School and campus Safety Program will provide best practices as well as evidence bases practices to enhance organizational capacity and community resilience for faculty, staff, volunteers, and students to plan for, respond to, and recover from an emergency or disaster

| QUANTITY | UNIT PRICE | TOTAL |
|----------|-----------|-------|
| 1 | $1.00 | $1.00 |

BUDGET CLASS

Contractual

CHANGE FROM APPLICATION

**Unit price** from **$141,000.00** to **$1.00**

JUSTIFICATION

Adjusted per DHS directive. Please update post award.

## Hiring of new staff positions/contractors/consultants for participation in information/intelligence analysis and sharing groups or fusion center activities (up to 50% of the allocation)

DESCRIPTION

The Grantee shall use federal funding to pay salaries of one Jail and Corrections Intelligence Officer (JCIO) and one Cyber Intelligence Officer (CSIO) within the STIC for 12 months. These employees will be responsible for identifying information needs of law enforcement and exploring ways to use information gathered by jail and correctional facilities to prevent terrorist attacks and other criminal behavior. The JCIO will explore links between prisoner radicalization and terrorism, gangs, and other criminal behavior. The equipment will be utilized to collect and correlate information from the various computer and database systems used by different counties and the Illinois. Cybersecurity Intelligence Officer (CSIO) will be assigned to the STIC and serve as a subject matter expert and point of contact for highly trained cyber analysts to identify and analyze malicious internet traffic. The CSIO will be responsible for sharing information from various sources to prevent cyber terrorism, exposing potential vulnerabilities in computer systems, providing guidance on performing fixes and solutions to cyber intrusions, and collecting information necessary to assist in identification and criminal prosecution of cyber hackers and offenders.

| QUANTITY | UNIT PRICE | TOTAL |
|---|---|---|
| 1 | $1.00 | $1.00 |

BUDGET CLASS

Contractual

CHANGE FROM APPLICATION

**Unit price** from **$149,500.00** to **$1.00**

JUSTIFICATION

Adjusted per DHS directive. Please update post award.

# Investment

## Cybersecurity Enhancement Equipment

DESCRIPTION

The Election Security IJ was developed to prepare for, respond to, and protect against acts of terrorism on the urban area's election security infrastructure and is based on the Urban Area Homeland Security Strategy, the core capabilities outlined in the National Preparedness Goal, the Chicago Urban Area Threat and Hazard Identification Risk Assessment (THIRA) and the Stakeholder Preparedness Review (SPR), After Action Reports (AARs), Emergency Operations Plans (EOPs), Incident Action Plans (IAPs) and risk analyses, which have all been leveraged in compiling this request. Activities will include cybersecurity initiatives that support the Endpoint Threat Detection and Response (ETDR) and Network Monitoring.

| QUANTITY | UNIT PRICE | TOTAL |
|---|---|---|
| 1 | $230,111.00 | $230,111.00 |

BUDGET CLASS

Contractual

CHANGE FROM APPLICATION

JUSTIFICATION
adjusted to award amount

## Cybersecurity Enhancement Equipment

DESCRIPTION

The Election Security IJ was developed to prepare for, respond to and protect against acts of terrorism on the urban area's election security infrastructure and is based on the Urban Area Homeland Security Strategy, the core capabilities outlined in the National Preparedness Goal, the Chicago Urban Area Threat and Hazard Identification Risk Assessment (THIRA) and the Stakeholder Preparedness Review (SPR), After Action Reports (AARs), Emergency Operations Plans (EOPs), Incident Action Plans (IAPs) and risk analyses, which have all been leveraged in compiling this request. Activities will include both cybersecurity initiatives and physical security hardening projects undertaken by both the city and the county.

| QUANTITY | UNIT PRICE | TOTAL |
| --- | --- | --- |
| 1 | $1,050,000.00 | $1,050,000.00 |

BUDGET CLASS

Contractual

CHANGE FROM APPLICATION

**Does this cost count towards Law Enforcement Terrorism Prevention Activities (LETPA)?**
from to **Yes**

JUSTIFICATION
Adjusted per DHS directive. Please update post award.

## Investment

## Hiring of new staff positions/contractors/consultants for participation in information/intelligence analysis and sharing groups or fusion center activities (up to 50% of the allocation)

DESCRIPTION

This investment supports the following goals and objectives of the Urban Area Homeland Security Strategy: Support and Strengthen Core Competencies; Prepare our Whole Community Against the Greatest Threats and Hazards; Prevent, Protect and Mitigate Against Threats and Hazards that Pose the Greatest Risk; Respond Quickly and Save Lives; Protect Property and Environment; and Meet Basic Human Needs During and After a Major Incident. Specifically, the City of Chicago will utilize FY24 UASI funding from October 1, 2024 through August 31, 2027 to sustain the designated Urban Area Fusion Center and strengthen information sharing and cooperation with federal, state and local partners by gathering and disseminating information relevant to homeland security and emergency management issues within the Urban Area, with the objective of preparing first responders with strong, detailed and accurate situational awareness.

| QUANTITY | UNIT PRICE | TOTAL |
|---|---|---|
| 1 | $100,000.00 | $100,000.00 |

BUDGET CLASS

Contractual

CHANGE FROM APPLICATION

JUSTIFICATION
adjusted to award amount

## Hiring of new staff positions/contractors/consultants for participation in information/intelligence analysis and sharing groups or fusion center activities (up to 50% of the allocation)

DESCRIPTION

This investment supports personnel and equipment (mostly software) involved with intelligence sharing throughout the County. As the County's EMA, we collect and disseminate key law enforcement intelligence involving terrorism and dangerous individuals throughout the 134 municipalities of Cook County. We do this using a variety of software tools including our satellite systems., This project will maintain regional interoperability by sustaining the capabilities of and connectivity between the CCICC, EOC, the County's three ERCs, the FPDCC Police, the City of Chicago departments such as the Office of Emergency Management and Communications (OEMC), and suburban Cook County partner agencies and departments, as well as state and federa

| QUANTITY | UNIT PRICE | TOTAL |
|----------|------------|-------|
| 1 | $797,449.00 | $797,449.00 |

BUDGET CLASS

Contractual

CHANGE FROM APPLICATION

JUSTIFICATION
adjusted to award amount

## Investment

## ~~Operational support~~

**Ineligible**

DESCRIPTION

CFD Specialized Operations Teams - deployable teams and national asset. Joint CFD/CPD Training and Exercise Program: Command/Exempt Workshops, venue drills. Leverages other federal DHS programs, falling under CFD Division of Homeland Security and Emergency Management. Specialized Operations Teams (Hazmat, Collapse, Air/Sea Rescue, etc) training to ensure members are certified, trained and equipped to conduct specialized rescues during terrorism incidents (mass casualties as a result of threats such as Active Shooter, IEDs, vehicle rammings, vertical (high rise) terrorism, fire used as a weapon, etc) . CFD members maintain certifications to be deployable and a national asset. Costs also include sustaining the joint CFD/CPD Training and Exercise Program - front-line (POs, fire companies) Command (Supervisors), and Exempt Workshops and venue drills. Overall training program leverages other federal DHS programs falling under CFD Division of Homeland Security and Emergency Management (ie: Port Security, STC, CCTA, etc).

| QUANTITY | UNIT PRICE | TOTAL |
|---|---|---|
| 1 | $4,935,000.00 | $4,935,000.00 |

BUDGET CLASS

Contractual

CHANGE FROM APPLICATION

**Item** marked **ineligible**

JUSTIFICATION

adjusted to award amount

## Increase physical security, through law enforcement personnel and other protective measures, by implementing preventive and protective measures at critical infrastructure locations

DESCRIPTION

The investment will create new CBRNE protection, detection and response capabilities for the the Chicago Police Department while sustaining ongoing improvements, implementation and maintenance of plans, procedures, training, and exercises necessary to advance the Urban Area's capabilities to implement terrorism and CBRNE prevention, protection, mitigation, response and recovery missions across the Chicago region by enhancing technologies, improving operational capabilities, strengthening overall incident management, and hardening critical infrastructure targets against possible exploitation. Special teams are almost fully supported by these funds to include bomb squad equipment, SWAT equipment, specialized flight and tactical training for the CPD's helicopter pilots, OT for active shooter/CCTA exercises and training, etc. To accomplish these objectives, the Chicago Police Department (CPD) will utilize FY24 Homeland Security Grant Program funding from October 1, 2024 through August 31, 2027 to support the projects referenced below.

| QUANTITY | UNIT PRICE | TOTAL |
|----------|-----------|-------|
| 1 | $3.00 | $3.00 |

BUDGET CLASS

Contractual

CHANGE FROM APPLICATION

**Unit price** from **$3,169,407.00** to **$3.00**

JUSTIFICATION
Adjusted per DHS directive. Please update post award.

## ~~Explosive Device Mitigation and Remediation Equipment~~

**Ineligible**

DESCRIPTION

The Office of Emergency Management and Communications (OEMC) in conjunction with the Chicago Police Department (CPD), created both a Vehicle Task Force as well as a Critical Infrastructure Working Group to address current and emerging threats related to vehicular terrorism. The Task Force developed a comprehensive plan for improving security and protection of infrastructure in public places, while focusing on the goals of preventing and mitigating vehicular terrorist attacks in the City of Chicago. Each meeting focused on a set of topics, including the identification of critical infrastructure, evaluation of soft targets/crowded places, various bollard systems, legislative considerations, cost and analysis and the establishment of a timeline for implementation of immediate and long-term steps to address vehicular terrorism. One main preventative measure is the investment towards a portable vehicle bollard system through a competitive contract with Meridian Archer barriers. The city has purchased 90 of these barriers using previous grant funding and this grant will allow for the purchase of at least 30 more bollards. These units are connected across streets for crowded fests and special events where there is a high threat for vehicular terrorism. The OEMC houses the Operations Center (OC) and City Incident Center (CIC) which are 24/7/365 functions that offers a data and communication flow between 911 floor, fusion center, CPD districts, and decision makers. OC/CIC is a hub and where tools like a common operating picture had inception. OEMC invested in a study to outline job specs and functionalist several years ago, recently invested in a review of workflow and physical footprint to achieve greater efficiency and functionality, and with UASI 2024 will invest in equipment to support physical changes to the space in the next few years of UASI. Finally the city OEMC invested in drone detection in a previous UASI grant and actual drones.

| QUANTITY | UNIT PRICE | TOTAL |
|----------|------------|-------|
| 1 | $1,600,000.00 | $1,600,000.00 |

BUDGET CLASS

Contractual

CHANGE FROM APPLICATION

**Item** marked **ineligible**

JUSTIFICATION

adjusted to award amount

## ~~Operational support~~

**Ineligible**

DESCRIPTION

This investment is for our technical and logistical personnel who run our Emergency Operations Center campus. The Emergency Operations Center (EOC) developed in part with a federal appropriation increases cooperation with other departments, reduces costs, and enhances service delivery while mobilizing all critical resources and establishing command, control, and coordination within the affected community and other coordinating bodies. The EOC allows for key decision-makers and stakeholders to have a predetermined location to meet and determine appropriate courses of action during an event. Funding is requested for ongoing sustainment and maintenance of the EMRS salaries and benefits of logistics staff required to maintain, service, utilize and loan out the equipment.

| QUANTITY | UNIT PRICE | TOTAL |
|---|---|---|
| 1 | $2,273,702.00 | $2,273,702.00 |

BUDGET CLASS

Contractual

CHANGE FROM APPLICATION

**Item** marked **ineligible**

JUSTIFICATION

adjusted to award amount

## ~~Operational support~~

**Ineligible**

DESCRIPTION

This investment provides ongoing support for equipment for the Mobile Response Team which deploys equipment throughout the County to help prepare for, and respond to, active assailant incidents, including in-person and online training; and equipment to prevent, protect against, and respond to bombing incidents. The goal of this team is to deploy equipment into any critical incident in order to support and bolster local first responders at the onset of the critical incident to re-establish sufficient communications infrastructure within the affected area, support life-saving activities, and transition to recovery.

| QUANTITY | UNIT PRICE | TOTAL |
|---|---|---|
| 1 | $300,000.00 | $300,000.00 |

BUDGET CLASS

Contractual

CHANGE FROM APPLICATION

**Item** marked **ineligible**

JUSTIFICATION

adjusted to award amount

# Investment

## Cybersecurity Enhancement Equipment

DESCRIPTION

This grant will be used for the continued renewal of all hardware, license, and software installation parts. It will also be utilized for all SMARTNET subscription for hardware support. Develop multi year strategy for public safety cyber. Coordinate how elements differ or coincide with city-wide initiatives under AIS.

| QUANTITY | UNIT PRICE | TOTAL |
|---|---|---|
| 1 | $90,000.00 | $90,000.00 |

BUDGET CLASS

Contractual

CHANGE FROM APPLICATION

**Unit price** from **$125,000.00** to **$90,000.00**

JUSTIFICATION

Adjusted per DHS directive. Please update post award.

## Cybersecurity Enhancement Equipment

DESCRIPTION

The 2025 UASI Cyber-Security Improvement funding request will continue to enhance the City of Chicago's (City) resilience and efficiency in the identification and prevention of cyber based attacks leveraging the National Institute of Standards (NIST) Cyber Security Framework (CSF) as well as the Security and Privacy Controls for Federal Information Systems and Organizations (800- 53r5). The proposed initiatives combine to provide people, process and technology in support of controls that span all five NIST CSF functions with specific concentrations on Protect, Detect and Respond. These capabilities allow the City to prepare for and be in a position to respond to cyber threats to City systems. Without the funding this grant supplies, the City of Chicago, the third largest municipality in the Country, would not be able to protect the data and systems which support the services the City provides supporting the constituents of the City with extended benefits to those in the County and region who commute to the City for their jobs and the recreational and entertainment opportunities the City provides. All learnings from the City's cyber defenses are shared in a bi-weekly forum with City sister agencies and Cook County agencies to foster knowledge sharing and shared value. Additionally, the City CISO hosts a weekly call with the State of Illinois CISO and the Cook County CISO as well as ad hoc conversations to share knowledge gained from the program the UASI grant supports. This funding specifically supports ongoing license costs, salary and fringe for 4 personnel, funds for a Data Loss Prevention solution helps prevent sensitive or confidential information from being lost through data classification, encryption, monitoring and blocking techniques, and funding for Insider Threat Management solutions to build on Data Loss Prevention capabilities leveraging user and system behavioral analytics to proactively identify, alert and take action on suspicious activity.

| QUANTITY | UNIT PRICE | TOTAL |
|---|---|---|
| 1 | $2.00 | $2.00 |

BUDGET CLASS

Contractual

CHANGE FROM APPLICATION

**Unit price** from **$3,874,000.00** to **$2.00**

JUSTIFICATION

Adjusted per DHS directive. Please update post award.

## Cybersecurity Enhancement Equipment

DESCRIPTION

This investment is for the County's personnel and software that support a Countywide effort to enhance our security and functioning of critical infrastructure and core capabilities as they relate to preventing, preparing for, protecting against, or responding to acts of Cyber terrorism.

| QUANTITY | UNIT PRICE | TOTAL |
|---|---|---|
| 1 | $1.00 | $1.00 |

BUDGET CLASS

Contractual

CHANGE FROM APPLICATION

**Unit price** from **$1,825,355.00** to **$1.00**

JUSTIFICATION

Adjusted per DHS directive. Please update post award.

# Investment

## Interoperable Communications Equipment

DESCRIPTION

This project provides for the replacement of end of life units as well as repair parts for units that are in the field. The City of Chicago will utilize the Homeland Security Grant Program-Urban Area Security Initiative funding from a period of March 1, 2025 to August 30, 2027 to expand P25 system coverage capacity (Torrance Ave bridge, D4, SW Side) - The City of Chicago is continuing operations to integrate all the City's radios into one system through a central redundant core. This system will provide more security, encrypted communications, and user management. We need to ensure expanded coverage for increased use within the system. Work on this initiative began in 2017 and is continuing to incorporate more functionality, capacity and users each year. The investment in the P25 infrastructure will allow for increased interoperability with not only other City of Chicago agencies, but also the majority neighboring public safety entities in the Chicagoland area. Radio backhaul overhaul – we must continue to invent in our backhaul circuits to prepare our radio system to become largely digital in the coming years. This investment in backhaul infrastructure will include migrating from legacy, and costly, copper circuits.

| QUANTITY | UNIT PRICE | TOTAL |
|---|---|---|
| 1 | $986,000.00 | $986,000.00 |

BUDGET CLASS

Contractual

CHANGE FROM APPLICATION

JUSTIFICATION

adjusted to award amount

## Integration and interoperability of systems and data, such as CAD and RMS

DESCRIPTION

This investment will continue the maintenance and sustainment of the Urban Areas interoperable communications capabilities to ensure the capacity to communicate with the emergency response community, especially during a highprofile terrorist incident requiring a multi-jurisdictional response from one of the over 134 Cook County communities. Cook County Department of Emergency Management and Regional Security will use the funds to pay for one year of sustainment through a radio maintenance contract with Motorola on existing radios purchased with previously awarded UASI funding. Funds will be used to secure a purchase order agreement through the Cook County Motorola county-wide contract to pay for monthly maintenance of radio equipment until August 2026. This investment facilitates operational communication and strengthens operational coordination capabilities outlined in the National Preparedness Guidelines by ensuring the capacity for timely communications in support of situational awareness. Activities under this investment will support the Urban Areas'"" strategic goal to support and strengthen core competencies and the Homeland Security Grant Program priorities to sustain capabilities and build and sustain law enforcement terrorism prevention capabilities. This investment also directly supports the State of Illinois Homeland Security Strategy of preparing our first responders, healthcare providers, and critical infrastructure and replacing or procuring voice, data, and video equipment that ensures the capabilities of the States strategic technology reserve.

| QUANTITY | UNIT PRICE | TOTAL |
|---|---|---|
| 1 | $1,232,139.00 | $1,232,139.00 |

BUDGET CLASS

Contractual

CHANGE FROM APPLICATION

JUSTIFICATION
adjusted to award amount

# Investment

## Operational support

DESCRIPTION

This investment supports the ongoing training efforts of the Orland Fire Protection District (OFPD) and all of their personnel, training costs, and equipment to support their efforts to train countywide deployable teams to maintain the County's capability to respond to terrorist events.

| QUANTITY | UNIT PRICE | TOTAL |
|---|---|---|
| 1 | $300,000.00 | $300,000.00 |

BUDGET CLASS

Contractual

CHANGE FROM APPLICATION

JUSTIFICATION
adjusted to award amount

## Operational support

DESCRIPTION

This investment supports the ongoing training efforts of the Mutual Aid Box Alarm System and all of their personnel, training costs, and equipment to support their efforts to train countywide deployable teams to maintain the County's capability to respond to terrorist events.

| QUANTITY | UNIT PRICE | TOTAL |
|---|---|---|
| 1 | $450,000.00 | $450,000.00 |

BUDGET CLASS

Contractual

CHANGE FROM APPLICATION

JUSTIFICATION
adjusted to award amount

## Training workshops and conferences

DESCRIPTION

This investment supports the ongoing personnel involved in supporting our training programs throughout the Urban Area as well as some funds to support training for County partners, including our municipal law enforcement and fire partners. Capabilities achieved through this investment will be sustained as long-term fixtures of the Urban Area through ongoing training, exercises, public education, increased communication with the public, and continued partnerships with communities, the private sector, and local governments. Training programs are and will continue to be, available to fire service, emergency management, law enforcement, public health, and emergency medical service sectors and private, non-profit, academic, and civilian organizations. Funding will also be utilized for exercises to test the capabilities and knowledge as well as skills and abilities achieved from training.

| QUANTITY | UNIT PRICE | TOTAL |
| --- | --- | --- |
| 1 | $812,466.00 | $812,466.00 |

BUDGET CLASS

Contractual

CHANGE FROM APPLICATION

JUSTIFICATION
adjusted to award amount

# Investment

## Developing related terrorism and other catastrophic event prevention activities

DESCRIPTION

CFD will utilize UASI funding to sustain its regional training asset of the Sim and Mobile Sim Lab (MSL) Trainings. Sim training will allow CFD continued education and training to members ensuring that paramedics, EMTs and other first responders have mastered skill sets necessary to provide lifesaving emergency medical services during a mass casualty incident. Through the Sim Lab, courses such as CBRNE, 1st 15, Behavioral Crisis, Mobile Medic Response Team Training, and K-9 Tactical Emergency Casualty Care are provided to members and response partners, to include CC Health Department, Private Providers Emergency Response System (PPERS), EMS Regions VII, VIII, and IX. Trainings that benefit law enforcement are taught to CPD, FBI, CC Sheriff Police, State Police and US Marshals. The MSL allows instructors to visit firehouses 4X per week minimally including weekends. The MSL being transportable to firehouses allows CFD to train greater numbers with more schedule flexibility. Members can choose their area of comfort/discomfort, pertaining to the level of skill they'd like to assess. These labs build and sustain capabilities for victim extrication, triage, treatment, transport and tracking. By sharing this educational experience with CFD and partners agencies, we have cultivated a relationship that will merge many levels of experience and education in the event of a mutual aid response. This request is for OT, instructors, equipment, lab and equipment supplies.

| QUANTITY | UNIT PRICE | TOTAL |
|---|---|---|
| 1 | $91,000.00 | $91,000.00 |

BUDGET CLASS

Contractual

## Coordination with Citizen Corps Councils and CERT in conducting training exercises

DESCRIPTION

This investment will continue to fund our preparedness staff and our Resident Preparedness programs - provide education to Cook County residents on hazards that may impact their community and train them in basic disaster skills to be better prepared in their homes and communities in the event of a disaster or other critical incidents. In addition, these funds support the County's CERT program, which is designed to equip citizens with the tools necessary to help families, neighborhoods, and communities.

| QUANTITY | UNIT PRICE | TOTAL |
|---|---|---|
| 1 | $329,598.00 | $329,598.00 |

BUDGET CLASS

Contractual

## Coordination and material support to Citizen Corps Councils and local firehouses for the establishment, training and maintenance of CERTs

DESCRIPTION

These projects address elements the City implements to strengthen planning efforts and citizen preparedness. FY2024 UASI funds will support projects that include: the continued phased citywide roll-out of Safe Chicago; 12 additional months of outreach campaigns through print ads and radio, planning costs associated with hosting a regional whole community training summit, supplies for CERT sustainment; ongoing installation of location identifiers/pole marking along Lakeshore Drive; 12 additional months of support for Continuity of Operations Plan (COOP) reviews and associated COOP training provided by a vendor

| QUANTITY | UNIT PRICE | TOTAL |
|---|---|---|
| 1 | $128,817.00 | $128,817.00 |

BUDGET CLASS

Contractual

# Investment

## Operational support

DESCRIPTION

This project will support intelligence analysts and fusion center personnel to ensure that the fusion center is able to meet its needs. The Area Port of Chicago has eight ports of entry and seven user fee airports and processes approximately 6.5 million visitors each year. The Area Port covers 160 container freight stations, 43 foreign trade zones, 19 customs bonded warehouses, 167 other bonded facilities, 2 centralized examination stations, two express consignment facilities and the third busiest international mail facility in the US responsible for processing over 12 million international mail parcels each year, accounting for 9% of all inbound international mail entering the United States – O'Hare being one of the largest cargo airports in the country, the largest international airport in the Midwest and the most connected airport in the US and 5th most connected in the world. Customs and Border Protection in Chicago works directly with CPD and CPIC who supports their mission of ensuring border security and facilitating lawful travel and trade. Additionally, CBP and CPD and CPIC collaboration helps to target, analyze, disrupt, and dismantle Transnational Criminal Organizations (TCOs) responsible for large scale narcotics and firearms distribution and the related drug and gang violence in Chicago. Chicago and Cook County work collaboratively in sharing intelligence towards this project.

| QUANTITY | UNIT PRICE | TOTAL |
|---|---|---|
| 1 | $2,030,593.00 | $2,030,593.00 |

BUDGET CLASS

Contractual

CHANGE FROM APPLICATION

**Unit price** from **$3,030,593.00** to **$2,030,593.00**

JUSTIFICATION
Adjusted per DHS directive. Please update post award.

## Operational support

DESCRIPTION

This project will support intelligence analysts and fusion center personnel to ensure that the fusion center is able to meet its needs. The Statewide Terrorism & Intelligence Center (STIC), the primary State of Illinois fusion center, will facilitate the real-time exchange of drug trend data and trafficking methods among federal, state, and local law enforcement, including the United States (U.S.) Customs and Border Protection and the Department of Homeland Security (DHS) Homeland Security Investigations (HSI), thus helping agencies adapt to emerging threats, identify DTO members, and concentrate resources on identified smuggling routes. The information shared with STIC about narcotics trafficking allows for the production of intelligence products that are shared throughout the intelligence community. The wide sharing of narcotics-related information will minimize the flow of narcotics into Illinois from the southwestern border. The wide sharing of this information also provides a layer of officer safety, as officers have been informed of DTOs, their members, and activities. Terrorism continues to pose a threat to border security in the U.S. because those associated with terrorist activities continue to try to enter through the borders. Terrorist actors and violent extremists often seek to exploit the border by using criminal smuggling networks. The FY 2025 Homeland Threat Assessment highlights ongoing border encounters involving individuals on terror watchlists. Addressing these risks requires strengthening of information and intelligence sharing and to detect and disrupt routes of travel and terrorism-related activities.

| QUANTITY | UNIT PRICE | TOTAL |
|----------|------------|-------|
| 1 | $3.00 | $3.00 |

BUDGET CLASS

Personnel

CHANGE FROM APPLICATION

**Unit price** from **$317,389.00** to **$3.00**

JUSTIFICATION
Adjusted per DHS directive. Please update post award.

# Investment

**Maturation, enhancement, and sustainment of designated state and major Urban Area fusion centers, including information sharing and analysis, threat recognition, terrorist interdiction, and intelligence analyst training and salaries (subject to certain conditions)**

DESCRIPTION

This investment will support on-going maintenance and upgrades to the architecture and environment of CPD''s Citizen and Law Enforcement Analysis and Reporting (CLEAR) System - a robust, secure and expansive law enforcement data integration, notification and information sharing infrastructure - to ensure system reliability, enhance system security, develop and increase functionalities and provide for future expansion. CLEAR is the repository for thousands of records and provides the backbone for exchanging and analyzing critical homeland security information between 450 local, state and federal partner agencies covering more than 30,000 users in the urban area. CLEAR also provides many of the core data sources and analytics capacity utilized by Chicago's various situational awareness centers, including the Chicago Police Department's Crime Prevention and Information Center (CPIC), the District-based Strategic Decision Support Centers (SDSCs), and the Office of Emergency Management and Communications (OEMC) City Operations Center; and provides critical mapping and analytics support for multi-agency mobile command posts for planned and unplanned incidents.

| QUANTITY | UNIT PRICE | TOTAL |
|---|---|---|
| 1 | $154,416.00 | $154,416.00 |

BUDGET CLASS

Contractual

CHANGE FROM APPLICATION

**Unit price** from **$1,150,000.00** to **$154,416.00**

JUSTIFICATION
Adjusted per DHS directive. Please update post award.

# Investment

## Personnel

DESCRIPTION

The IJ was developed based on the Urban Area Homeland Security Strategy, the core capabilities outlined in the National Preparedness Goal, the Chicago Urban Area Threat and Hazard Identification Risk Assessment (THIRA) and the Stakeholder Preparedness Review (SPR), After Action Reports (AARs), Emergency Operations Plans (EOPs), Incident Action Plans (IAPs) and risk analyses, which have all been leveraged in compiling this request.

| QUANTITY | UNIT PRICE | TOTAL |
|---|---|---|
| 1 | $47,523.55 | $47,523.55 |

BUDGET CLASS

Contractual

CHANGE FROM APPLICATION

**Unit price** from **$247,523.55** to **$47,523.55**

JUSTIFICATION

Adjusted per DHS directive. Please update post award.

## Fringe benefits

DESCRIPTION

The IJ was developed based on the Urban Area Homeland Security Strategy, the core capabilities outlined in the National Preparedness Goal, the Chicago Urban Area Threat and Hazard Identification Risk Assessment (THIRA) and the Stakeholder Preparedness Review (SPR), After Action Reports (AARs), Emergency Operations Plans (EOPs), Incident Action Plans (IAPs) and risk analyses, which have all been leveraged in compiling this request.

| QUANTITY | UNIT PRICE | TOTAL |
|---|---|---|
| 1 | $1.45 | $1.45 |

BUDGET CLASS

Contractual

CHANGE FROM APPLICATION

**Unit price** from **$202,518.45** to **$1.45**

JUSTIFICATION

Adjusted per DHS directive. Please update post award.

## Personnel

DESCRIPTION

The IJ was developed based on the Urban Area Homeland Security Strategy, the core capabilities outlined in the National Preparedness Goal, the Chicago Urban Area Threat and Hazard Identification Risk Assessment (THIRA) and the Stakeholder Preparedness Review (SPR), After Action Reports (AARs), Emergency Operations Plans (EOPs), Incident Action Plans (IAPs) and risk analyses, which have all been leveraged in compiling this request.

| QUANTITY | UNIT PRICE | TOTAL |
|---|---|---|
| 1 | $200,433.00 | $200,433.00 |

BUDGET CLASS

Contractual

CHANGE FROM APPLICATION

**Unit price** from **$585,889.15** to **$200,433.00**

JUSTIFICATION

Adjusted per DHS directive. Please update post award.

## Fringe benefits

DESCRIPTION

The IJ was developed based on the Urban Area Homeland Security Strategy, the core capabilities outlined in the National Preparedness Goal, the Chicago Urban Area Threat and Hazard Identification Risk Assessment (THIRA) and the Stakeholder Preparedness Review (SPR), After Action Reports (AARs), Emergency Operations Plans (EOPs), Incident Action Plans (IAPs) and risk analyses, which have all been leveraged in compiling this request.

| QUANTITY | UNIT PRICE | TOTAL |
|---|---|---|
| 1 | $1.00 | $1.00 |

BUDGET CLASS

Contractual

CHANGE FROM APPLICATION

**Unit price** from **$479,363.85** to **$1.00**

JUSTIFICATION

Adjusted per DHS directive. Please update post award.

## Program management

DESCRIPTION

The IJ was developed based on the Urban Area Homeland Security Strategy, the core capabilities outlined in the National Preparedness Goal, the Chicago Urban Area Threat and Hazard Identification Risk Assessment (THIRA) and the Stakeholder Preparedness Review (SPR), After Action Reports (AARs), Emergency Operations Plans (EOPs), Incident Action Plans (IAPs) and risk analyses, which have all been leveraged in compiling this request

| QUANTITY | UNIT PRICE | TOTAL |
|---|---|---|
| 1 | $200,895.75 | $200,895.75 |

BUDGET CLASS

Personnel

CHANGE FROM APPLICATION

JUSTIFICATION
adjusted to award amount

## Program management

DESCRIPTION

The IJ was developed based on the Urban Area Homeland Security Strategy, the core capabilities outlined in the National Preparedness Goal, the Chicago Urban Area Threat and Hazard Identification Risk Assessment (THIRA) and the Stakeholder Preparedness Review (SPR), After Action Reports (AARs), Emergency Operations Plans (EOPs), Incident Action Plans (IAPs) and risk analyses, which have all been leveraged in compiling this request

| QUANTITY | UNIT PRICE | TOTAL |
|---|---|---|
| 1 | $164,369.25 | $164,369.25 |

BUDGET CLASS

Fringe benefits

CHANGE FROM APPLICATION

# Management and/or Administration costs

## Contractual

DESCRIPTION

The Illinois Emergency Management Agency-Office of Homeland Security (IEMA-OHS) as the State Administrative Agency (SAA) for all homeland security programs and grants utilizes management and administrative funds for a variety of homeland security projects to ensure the state of Illinois reduces its threat risk, and prepares, prevents, protects against, and responds to acts of terrorism, cyber security planning and preparedness coordination. Those projects include funding for IEMA preparedness and grants administration staff; completion of programmatic reports to IEMA and FEMA; In addition, IEMA provides financial services to include bill payment and grant reporting; travel for program and administrative staff; all other expenses associated with administering the Homeland Security Grant Program (HSGP) to include audits, telecommunications, and supplies.

|  | QUANTITY | UNIT PRICE | TOTAL | BUDGET CLASS |
|---|---|---|---|---|
| Cost 1 | 1 | $100,003.00 | $100,003.00 | Contractual |

CHANGE FROM APPLICATION

JUSTIFICATION
adjusted to award amount

## Travel

DESCRIPTION

The Illinois Emergency Management Agency-Office of Homeland Security (IEMA-OHS) as the State Administrative Agency (SAA) for all homeland security programs and grants utilizes management and administrative funds for a variety of homeland security projects to ensure the state of Illinois reduces its threat risk, and prepares, prevents, protects against, and responds to acts of terrorism, cyber security planning and preparedness coordination. Those projects include funding for IEMA preparedness and grants administration staff; completion of programmatic reports to IEMA and FEMA; In addition, IEMA provides financial services to include bill payment and grant reporting; travel for program and administrative staff; all other expenses associated with administering the Homeland Security Grant Program (HSGP) to include audits, telecommunications, and supplies.

|  | QUANTITY | UNIT PRICE | TOTAL | BUDGET CLASS |
|---|---|---|---|---|
| Cost 1 | 1 | $10,000.00 | $10,000.00 | Travel |

## Supplies

DESCRIPTION

The Illinois Emergency Management Agency-Office of Homeland Security (IEMA-OHS) as the State Administrative Agency (SAA) for all homeland security programs and grants utilizes management and administrative funds for a variety of homeland security projects to ensure the state of Illinois reduces its threat risk, and prepares, prevents, protects against, and responds to acts of terrorism, cyber security planning and preparedness coordination. Those projects include funding for IEMA preparedness and grants administration staff; completion of programmatic reports to IEMA and FEMA; In addition, IEMA provides financial services to include bill payment and grant reporting; travel for program and administrative staff; all other expenses associated with administering the Homeland Security Grant Program (HSGP) to include audits, telecommunications, and supplies.

|         | QUANTITY | UNIT PRICE  | TOTAL       | BUDGET CLASS |
|---------|----------|-------------|-------------|--------------|
| Cost 1  | 1        | $1,000.00   | $1,000.00   | Supplies     |

## Personnel

DESCRIPTION

The Illinois Emergency Management Agency-Office of Homeland Security (IEMA-OHS) as the State Administrative Agency (SAA) for all homeland security programs and grants utilizes management and administrative funds for a variety of homeland security projects to ensure the state of Illinois reduces its threat risk, and prepares, prevents, protects against, and responds to acts of terrorism, cyber security planning and preparedness coordination. Those projects include funding for IEMA preparedness and grants administration staff; completion of programmatic reports to IEMA and FEMA; In addition, IEMA provides financial services to include bill payment and grant reporting; travel for program and administrative staff; all other expenses associated with administering the Homeland Security Grant Program (HSGP) to include audits, telecommunications, and supplies.

|         | QUANTITY | UNIT PRICE  | TOTAL       | BUDGET CLASS |
|---------|----------|-------------|-------------|--------------|
| Cost 1  | 1        | $42,999.00  | $42,999.00  | Personnel    |

## Fringe benefits

DESCRIPTION

The Illinois Emergency Management Agency-Office of Homeland Security (IEMA-OHS) as the State Administrative Agency (SAA) for all homeland security programs and grants utilizes management and administrative funds for a variety of homeland security projects to ensure the state of Illinois reduces its threat risk, and prepares, prevents, protects against, and responds to acts of terrorism, cyber security planning and preparedness coordination. Those projects include funding for IEMA preparedness and grants administration staff; completion of programmatic reports to IEMA and FEMA; In addition, IEMA provides financial services to include bill payment and grant reporting; travel for program and administrative staff; all other expenses associated with administering the Homeland Security Grant Program (HSGP) to include audits, telecommunications, and supplies.

|  | QUANTITY | UNIT PRICE | TOTAL | BUDGET CLASS |
|---|---|---|---|---|
| Cost 1 | 1 | $40,000.00 | $40,000.00 | Fringe benefits |

Of the total Federal funds, $13758579.00 has been placed on hold. See the following terms in the Agreement Articles for more details:

| Article number | Title | Payment hold |
|---|---|---|
| Article 67 | Funding Hold: Additional Information Required | $13758579.00 |

# Agreement Articles

**Program:** Fiscal Year 2025 Homeland Security Grant Program
**Recipient:** ILLINOIS EMERGENCY MANAGEMENT AGENCY AND OFFICE OF HOMELAND SECURITY
**UEI-EFT:** JLCNDRM34JD5
**Award number:** EMW-2025-SS-05059

# Table of contents

| Article 1 | Assurance, Administrative Requirements, Cost Principles, Representations, and Certifications |
|---|---|
| Article 2 | General Acknowledgements and Assurances |
| Article 3 | Acknowledgement of Federal Funding from DHS |
| Article 4 | Activities Conducted Abroad |
| Article 5 | Age Discrimination Act of 1975 |
| Article 6 | Americans with Disabilities Act of 1990 |
| Article 7 | Best Practices for Collection and Use of Personally Identifiable Information |
| Article 8 | CHIPS and Science Act of 2022, Public Law 117-167 CHIPS |
| Article 9 | Civil Rights Act of 1964 – Title VI |
| Article 10 | Civil Rights Act of 1968 |
| Article 11 | Communication and Cooperation with the Department of Homeland Security and Immigration Officials |
| Article 12 | Copyright |
| Article 13 | Debarment and Suspension |
| Article 14 | Drug-Free Workplace Regulations |
| Article 15 | Duplicative Costs |
| Article 16 | Education Amendments of 1972 (Equal Opportunity in Education Act) – Title IX |
| Article 17 | Energy Policy and Conservation Act |
| Article 18 | Equal Treatment of Faith-Based Organizations |
| Article 19 | Anti-Discrimination |
| Article 20 | False Claims Act and Program Fraud Civil Remedies |
| Article 21 | Federal Debt Status |
| Article 22 | Federal Leadership on Reducing Text Messaging while Driving |
| Article 23 | Fly America Act of 1974 |
| Article 24 | Hotel and Motel Fire Safety Act of 1990 |
| Article 25 | John S. McCain National Defense Authorization Act of Fiscal Year 2019 |
| Article 26 | Limited English Proficiency (Civil Rights Act of 1964, Title VI) |
| Article 27 | Lobbying Prohibitions |

**Article 28**  **National Environmental Policy Act**

**Article 29**  **National Security Presidential Memorandum-33 (NSPM-33) and provisions of the CHIPS and Science Act of 2022, Pub. L. 117-167, Section 10254**

**Article 30**  **Non-Supplanting Requirement**

**Article 31**  **Notice of Funding Opportunity Requirements**

**Article 32**  **Patents and Intellectual Property Rights**

**Article 33**  **Presidential Executive Orders**

**Article 34**  **Procurement of Recovered Materials**

**Article 35**  **Rehabilitation Act of 1973**

**Article 36**  **Reporting Recipient Integrity and Performance Matters**

**Article 37**  **Reporting Subawards and Executive Compensation**

**Article 38**  **Required Use of American Iron, Steel, Manufactured Products, and Construction Materials**

**Article 39**  **SAFECOM**

**Article 40**  **Subrecipient Monitoring and Management**

**Article 41**  **System for Award Management and Unique Entity Identifier Requirements**

**Article 42**  **Termination of a Federal Award**

**Article 43**  **Terrorist Financing**

**Article 44**  **Trafficking Victims Protection Act of 2000(TVPA)**

**Article 45**  **Uniting and Strengthening America by Providing Appropriate Tools Required to Intercept and Obstruct Terrorism (USA PATRIOT) Act of 2001, Pub. L. 107-56**

**Article 46**  **Use of DHS Seal, Logo and Flags**

**Article 47**  **Whistleblower Protection Act**

**Article 48**  **Environmental Planning and Historic Preservation (EHP) Review**

**Article 49**  **Applicability of DHS Standard Terms and Conditions to Tribal Nations**

**Article 50**  **Acceptance of Post Award Changes**

**Article 51**  **Disposition of Equipment Acquired Under the Federal Award**

**Article 52**  **Prior Approval for Modification of Approved Budget**

**Article 53**  **Indirect Cost Rate**

**Article 54**  **Build America, Buy America Act (BABAA) Required Contract Provision & Self-Certification**

**Article 55**    **Summary Description of Award and Subprograms**

**Article 56**    **HSGP Performance Goal**

**Article 57**    **Period of Performance and Budget Period**

**Article 58**    **State Homeland Security Program: Compliance with Federal Immigration Law**

**Article 59**    **State Homeland Security Program: Non-Applicability of Specific Terms and Agreement Articles**

**Article 60**    **State Homeland Security Program: Impact of San Francisco v. Trump Preliminary Injunction**

**Article 61**    **State Homeland Security Program: Impact of State of Illinois v. FEMA Injunction**

**Article 62**    **Urban Area Security Initiative: Compliance with Federal Immigration Law**

**Article 63**    **Urban Area Security Initiative: Non-Applicability of Specific Terms and Agreement Articles**

**Article 64**    **Urban Area Security Initiative: Impact of San Francisco v. Trump Preliminary Injunction**

**Article 65**    **Urban Area Security Initiative: Impact of State of Illinois v. FEMA Injunction**

**Article 66**    **Non-Applicability of Specific Agreement Articles**

**Article 67**    **Funding Hold: Additional Information Required**

| **Article 1** | **Assurance, Administrative Requirements, Cost Principles, Representations, and Certifications**<br>I. Recipients must complete either the Office of Management and Budget (OMB) Standard Form 424B Assurances – Non- Construction Programs, or OMB Standard Form 424D Assurances – Construction Programs, as applicable. Certain assurances in these documents may not be applicable to your program and the DHS financial assistance office (DHS FAO) may require applicants to certify additional assurances. Applicants are required to fill out the assurances, as instructed. |
|---|---|
| **Article 2** | **General Acknowledgements and Assurances**<br>Recipients are required to follow the applicable provisions of the Uniform Administrative Requirements, Cost Principles, and Audit Requirements for Federal Awards in effect as of the federal award date and located in Title 2, Code of Federal Regulations, Part 200 and adopted by DHS at 2 C.F.R. § 3002.10. All recipients and subrecipients must acknowledge and agree to provide DHS access to records, accounts, documents, information, facilities, and staff pursuant to 2 C.F.R. § 200.337. I. Recipients must cooperate with any DHS compliance reviews or compliance investigations. II. Recipients must give DHS access to examine and copy records, accounts, and other documents and sources of information related to the federal award and permit access to facilities and personnel. III. Recipients must submit timely, complete, and accurate reports to the appropriate DHS officials and maintain appropriate backup documentation to support the reports. IV. Recipients must comply with all other special reporting, data collection, and evaluation requirements required by law, federal regulation, Notice of Funding Opportunity, federal award specific terms and conditions, and/or DHS Component program guidance. Organization costs related to data and evaluation are allowable. The definition of data and evaluation costs is in 2 C.F.R. § 200.455(c), the full text of which is incorporated by reference. V. Recipients must complete DHS Form 3095 within 60 days of receipt of the Notice of Award for the first award under which this term applies. For further instructions and to access the form, please visit: https://www.dhs.gov/civil-rightsresources-recipients-dhs-financial-assistance. |
| **Article 3** | **Acknowledgement of Federal Funding from DHS**<br>Recipients must acknowledge their use of federal award funding when issuing statements, press releases, requests for proposal, bid invitations, and other documents describing projects or programs funded in whole or in part with federal award funds. |
| **Article 4** | **Activities Conducted Abroad**<br>Recipients must coordinate with appropriate government authorities when performing project activities outside the United States obtain all appropriate licenses, permits, or approvals. |
| **Article 5** | **Age Discrimination Act of 1975**<br>Recipients must comply with the requirements of the Age Discrimination Act of 1975, Pub. L. No. 94-135 (codified as amended at Title 42, U.S. Code § 6101 et seq.), which prohibits discrimination on the basis of age in any program or activity receiving federal financial assistance. |

| | |
|---|---|
| **Article 6** | **Americans with Disabilities Act of 1990**<br>Recipients must comply with the requirements of Titles I, II, and III of the Americans with Disabilities Act, Pub. L. No. 101-336 (1990) (codified as amended at 42 U.S.C. §§ 12101– 12213), which prohibits recipients from discriminating on the basis of disability in the operation of public entities, public and private transportation systems, places of public accommodation, and certain testing entities. |
| **Article 7** | **Best Practices for Collection and Use of Personally Identifiable Information**<br>(1) Recipients who collect personally identifiable information (PII) as part of carrying out the scope of work under a federal award are required to have a publicly available privacy policy that describes standards on the usage and maintenance of the PII they collect. (2) Definition. DHS defines "PII" as any information that permits the identity of an individual to be directly or indirectly inferred, including any information that is linked or linkable to that individual. Recipients may also find the DHS Privacy Impact Assessments: Privacy Guidance and Privacy Template as useful resources respectively. |

| Article 8 | **CHIPS and Science Act of 2022, Public Law 117-167 CHIPS** |
|---|---|
| | (1) Recipients of DHS research and development (R&D) awards must report to the DHS Component research program office any finding or determination of sex based and sexual harassment and/or an administrative or disciplinary action taken against principal investigators or co-investigators to be completed by an authorized organizational representative (AOR) at the recipient institution. (2) Notification. An AOR must disclose the following information to agencies within 10 days of the date/the finding is made, or 10 days from when a recipient imposes an administrative action on the reported individual, whichever is sooner. Reports should include: (a) Award number, (b) Name of PI or Co-PI being reported, (c) Awardee name, (d) Awardee address, (e) AOR name, title, phone, and email address, (f) Indication of the report type: (i) Finding or determination has been made that the reported individual violated awardee policies or codes of conduct, statutes, or regulations related to sexual harassment, sexual assault, or other forms of harassment, including the date that the finding was made. (ii) Imposition of an administrative or disciplinary action by the recipient on the reporting individual related to a finding/determination or an investigation of an alleged violation of recipient policy or codes of conduct, statutes, or regulations, or other forms of harassment. (iii) The date and nature of the administrative/disciplinary action, including a basic explanation or description of the event, which should not disclose personally identifiable information regarding any complaints or individuals involved. Any description provided must be consistent with the Family Educational Rights in Privacy Act. (3) Definitions. (a) An "authorized organizational representative (AOR)" is an administrative official who, on behalf of the proposing institution, is empowered to make certifications and representations and can commit the institution to the conduct of a project that an agency is being asked to support as well as adhere to various agency policies and award requirements. (b) "Principal investigators and co-principal investigators" are award personnel supported by a grant, cooperative agreement, or contract under Federal law. (c) A "reported individual" refers to recipient personnel who have been reported to a federal agency for potential sexual harassment violations. (d) "Sex based harassment" means a form of sex discrimination and includes harassment based on sex, sex stereotypes, sex characteristics, pregnancy or related conditions, sexual orientation, and gender identity. (e) "Sexual harassment" means unwelcome sexual advances, requests for sexual favors, and other verbal or physical conduct of a sexual nature when this conduct explicitly or implicitly affects an individual's employment, unreasonably interferes with an individual's work performance, or creates an intimidating, hostile, or offensive work environment, whether such activity is carried out by a supervisor or by a co-worker, volunteer, or contractor. |
| Article 9 | **Civil Rights Act of 1964 – Title VI** |
| | Recipients must comply with the requirements of Title VI of the Civil Rights Act of 1964, Pub. L. No. 88-352 (codified as amended at 42 U.S.C. § 2000d et seq.), which provides that no person in the United States will, on the grounds of race, color, or national origin, be excluded from participation in, be denied the benefits of, or be subjected to discrimination under any program or activity receiving federal financial assistance. DHS implementing regulations for the Act are found at 6 C.F.R. Part 21. Recipients of a federal award from the Federal Emergency Management Agency (FEMA) must also comply with FEMA's implementing regulations at 44 C.F.R. Part 7. |

| Article 10 | **Civil Rights Act of 1968** |
|---|---|
| | Recipients must comply with Title VIII of the Civil Rights Act of 1968, Pub. L. No. 90284 (codified as amended at 42 U.S.C. § 3601 et seq.) which prohibits recipients from discriminating in the sale, rental, financing, and advertising of dwellings, or in the provision of services in connection. therewith, on the basis of race, color, national origin, religion, disability, familial status, and sex, as implemented by the U.S. Department of Housing and Urban Development at 24 C.F.R. Part 100. The prohibition on disability discrimination includes the requirement that new multifamily housing with four or more dwelling units— i.e., the public and common use areas and individual apartment units (all units in buildings with elevators and ground-floor units in buildings without elevators)—be designed and constructed with certain accessible features. (See 24 C.F.R. Part 100, Subpart D.) |
| Article 11 | **Communication and Cooperation with the Department of Homeland Security and Immigration Officials** |
| | (1) All recipients and other recipients of funds under this award must agree that they will comply with the following requirements related to coordination and cooperation with the Department of Homeland Security and immigration officials: (a) They must comply with the requirements of 8 U.S.C. §§ 1373 and 1644. These statutes prohibit restrictions on information sharing by state and local government entities with DHS regarding the citizenship or immigration status, lawful or unlawful, of any individual. Additionally, 8 U.S.C. § 1373 prohibits any person or agency from prohibiting, or in any way restricting, a Federal, State, or local government entity from doing any of the following with respect to information regarding the immigration status of any individual: 1) sending such information to, or requesting or receiving such information from, Federal immigration officials; 2) maintaining such information; or 3) exchanging such information with any other Federal, State, or local government entity; (b) They must comply with other relevant laws related to immigration, including prohibitions on encouraging or inducing an alien to come to, enter, or reside in the United States in violation of law, 8 U.S.C. § 1324(a)(1)(A)(iv), prohibitions on transporting or moving illegal aliens, 8 U.S.C. § 1324(a)(1)(A)(ii), prohibitions on harboring, concealing, or shielding from detection illegal aliens, 8 U.S.C. § 1324(a)(1)(A)(iii), and any applicable conspiracy, aiding or abetting, or attempt liability regarding these statutes; (c) That they will honor requests for cooperation, such as participation in joint operations, sharing of information, or requests for short term detention of an alien pursuant to a valid detainer. A jurisdiction does not fail to comply with this requirement merely because it lacks the necessary resources to assist in a particular instance; (d) That they will provide access to detainees, such as when an immigration officer seeks to interview a person who might be a removable alien; and (e) That they will not leak or otherwise publicize the existence of an immigration enforcement operation. (2) The recipient must certify under penalty of perjury pursuant to 28 U.S.C. § 1746 and using a form that is acceptable to DHS, that it will comply with the requirements of this term. Additionally, the recipient agrees that it will require any subrecipients or contractors to certify in the same manner that they will comply with this term prior to providing them with any funding under this award. (3) The recipient agrees that compliance with this term is material to the Government's decision to make or continue with this award and that the Department of homeland Security may terminate this grant, or take any other allowable enforcement action, if the recipient fails to comply with this term. |

| | |
|---|---|
| **Article 12** | **Copyright**<br>Recipients must affix the applicable copyright notices of 17 U.S.C. §§ 401 or 402 to any work first produced under federal awards and also include an acknowledgement that the work was produced under a federal award (including the federal award number and federal awarding agency). As detailed in 2 C.F.R. § 200.315, a federal awarding agency reserves a royalty-free, nonexclusive, and irrevocable right to reproduce, publish, or otherwise use the work for federal purposes and to authorize others to do so. |
| **Article 13** | **Debarment and Suspension**<br>Recipients must comply with the non-procurement debarment and suspension regulations implementing Executive Orders 12549 and 12689 set forth at 2 C.F.R. Part 180 as implemented by DHS at 2 C.F.R. Part 3000. These regulations prohibit recipients from entering into covered transactions (such as subawards and contracts) with certain parties that are debarred, suspended, or otherwise excluded from or ineligible for participation in federal assistance programs or activities. |
| **Article 14** | **Drug-Free Workplace Regulations**<br>Recipients must comply with drug-free workplace requirements in Subpart B (or Subpart C, if the recipient is an individual) of 2 C.F.R. Part 3001, which adopts the Government- wide implementation (2 C.F.R. Part 182) of the Drug-Free Workplace Act of 1988 (41 U.S.C. §§ 8101-8106). |
| **Article 15** | **Duplicative Costs**<br>Recipients are prohibited from charging any cost to this federal award that will be included as a cost or used to meet cost sharing requirements of any other federal award in either the current or a prior budget period. See 2 C.F.R. § 200.403(f). However, recipients may shift costs that are allowable under two or more federal awards where otherwise permitted by federal statutes, regulations, or the federal award terms and conditions. |
| **Article 16** | **Education Amendments of 1972 (Equal Opportunity in Education Act) – Title IX**<br>Recipients must comply with the requirements of Title IX of the Education Amendments of 1972, Pub. L. No. 92-318 (codified as amended at 20 U.S.C. § 1681 et seq.), which provide that no person in the United States will, on the basis of sex, be excluded from participation in, be denied the benefits of, or be subjected to discrimination under any educational program or activity receiving federal financial assistance. DHS implementing regulations are codified at 6 C.F.R. Part 17. Recipients of a federal award from the Federal Emergency Management Agency (FEMA) must also comply with FEMA's implementing regulations at 44 C.F.R. Part 19. |
| **Article 17** | **Energy Policy and Conservation Act**<br>Recipients must comply with the requirements of the Energy Policy and Conservation Act, Pub. L. No. 94-163 (1975) (codified as amended at 42 U.S.C. § 6201 et seq.), which contain policies relating to energy efficiency that are defined in the state energy conservation plan issued in compliance with this Act. |

| **Article 18** | **Equal Treatment of Faith-Based Organizations** |
| | It is DHS policy to ensure the equal treatment of faith-based organizations in social service programs administered or supported by DHS or its component agencies, enabling those organizations to participate in providing important social services to beneficiaries. Recipients must comply with the equal treatment policies and requirements contained in 6 C.F.R. Part 19 and other applicable statutes, regulations, and guidance governing the participations of faith-based organizations in individual DHS programs. |

| **Article 19** | **Anti-Discrimination** |
| | Recipients must comply with all applicable Federal anti-discrimination laws material to the government's payment decisions for purposes of 31 U.S.C. § 372(b)(4). (1) Definitions. As used in this clause – (a) DEI means "diversity, equity, and inclusion." (b) DEIA means "diversity, equity, inclusion, and accessibility." (c) Discriminatory equity ideology has the meaning set forth in Section 2(b) of Executive Order 14190 of January 29, 2025. (d) Federal anti-discrimination laws mean Federal civil rights law that protect individual Americans from discrimination on the basis of race, color, sex, religion, and national origin. (e) Illegal immigrant means any alien, as defined in 8 U.S.C. § 1101(a)(3), who has no lawful immigration status in the United States.(2) Grant award certification. (a) By accepting the grant award, recipients are certifying that: (i) They do not, and will not during the term of this financial assistance award, operate any programs that advance or promote DEI, DEIA, or discriminatory equity ideology in violation of Federal anti-discrimination laws; and (ii) They do not engage in and will not during the term of this award engage in, a discriminatory prohibited boycott. (iii) They do not, and will not during the term of this award, operate any program that benefits illegal immigrants or incentivizes illegal immigration. (3) DHS reserves the right to suspend payments in whole or in part and/or terminate financial assistance awards if the Secretary of Homeland Security or her designee determines that the recipient has violated any provision of subsection (2). (4) Upon suspension or termination under subsection (3), all funds received by the recipient shall be deemed to be in excess of the amount that the recipient is determined to be entitled to under the Federal award for purposes of 2 C.F.R. § 200.346. As such, all amounts received will constitute a debt to the Federal Government that may be pursued to the maximum extent permitted by law. |

| **Article 20** | **False Claims Act and Program Fraud Civil Remedies** |
| | Recipients must comply with the requirements of the False Claims Act, 31 U.S.C. §§ 3729- 3733, which prohibit the submission of false or fraudulent claims for payment to the Federal Government. (See 31 U.S.C. §§ 3801-3812, which details the administrative remedies for false claims and statements made.) |

| **Article 21** | **Federal Debt Status** |
| | All recipients are required to be non-delinquent in their repayment of any federal debt. Examples of relevant debt include delinquent payroll and other taxes, audit disallowances, and benefit overpayments. See OMB Circular A-129. |

| | |
|---|---|
| **Article 22** | **Federal Leadership on Reducing Text Messaging while Driving**<br>Recipients are encouraged to adopt and enforce policies that ban text messaging while driving recipient-owned, recipient-rented, or privately owned vehicles when on official government business or when performing any work for or on behalf of the Federal Government. Recipients are also encouraged to conduct the initiatives of the type described in Section 3(a) of Executive Order 13513. |
| **Article 23** | **Fly America Act of 1974**<br>Recipients must comply with Preference for U.S. Flag Air Carriers (a list of certified air carriers can be found at: Certificated Air Carriers List | US Department of Transportation, https://www.transportation.gov/policy/aviation-policy/certificated-aircarriers-list)for international air transportation of people and property to the extent that such service is available, in accordance with the International Air Transportation Fair Competitive Practices Act of 1974, 49 U.S.C. § 40118, and the interpretative guidelines issued by the Comptroller General of the United States in the March 31, 1981, amendment to Comptroller General Decision B-138942. |
| **Article 24** | **Hotel and Motel Fire Safety Act of 1990**<br>Recipients must ensure that all conference, meeting, convention, or training space funded entirely or in part by federal award funds complies with the fire prevention and control guidelines of Section 6 of the Hotel and Motel Fire Safety Act of 1990, 15 U.S.C. § 2225a. |
| **Article 25** | **John S. McCain National Defense Authorization Act of Fiscal Year 2019**<br>Recipients, subrecipients, and their contractors and subcontractors are subject to the prohibitions described in section 889 of the John S. McCain National Defense Authorization Act for Fiscal Year 2019, Pub. L. No. 115-232 (2018) and 2 C.F.R. §§ 200.216, 200.327, 200.471, and Appendix II to 2 C.F.R. Part 200. The statute – as it applies to DHS recipients, subrecipients, and their contractors and subcontractors – prohibits obligating or expending federal award funds on certain telecommunications and video surveillance products and contracting with certain entities for national security reasons. |
| **Article 26** | **Limited English Proficiency (Civil Rights Act of 1964, Title VI)**<br>Recipients must comply with Title VI of the Civil Rights Act of 1964 (42 U.S.C. § 2000d et seq.) prohibition against discrimination on the basis of national origin, which requires that recipients of federal financial assistance take reasonable steps to provide meaningful access to persons with limited English proficiency (LEP) to their programs and services. For additional assistance and information regarding language access obligations, please refer to the DHS Recipient Guidance: https://www.dhs.gov/guidance-published-help- department-supported-organizationsprovide-meaningful-access-people-limited and additional resources on http://www.lep.gov. |

| Article 27 | **Lobbying Prohibitions** |
|---|---|
| | Recipients must comply with 31 U.S.C. § 1352 and 6 C.F.R. Part 9, which provide that none of the funds provided under a federal award may be expended by the recipient to pay any person to influence, or attempt to influence an officer or employee of any agency, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress in connection with any federal action related to a federal award or contract, including any extension, continuation, renewal, amendment, or modification. Per 6 C.F.R. Part 9, recipients must file a lobbying certification form as described in Appendix A to 6 C.F.R. Part 9 or available on Grants.gov as the Grants.gov Lobbying Form and file a lobbying disclosure form as described in Appendix B to 6 C.F.R. Part 9 or available on Grants.gov as the Disclosure of Lobbying Activities (SF-LLL). |
| Article 28 | **National Environmental Policy Act** |
| | Recipients must comply with the requirements of the National Environmental Policy Act of 1969, Pub. L. No. 91-190 (1970) (codified as amended at 42 U.S.C. § 4321 et seq.) (NEPA) and the Council on Environmental Quality (CEQ) Regulations for Implementing the Procedural Provisions of NEPA, which require recipients to use all practicable means within their authority, and consistent with other essential considerations of national policy, to create and maintain conditions under which people and nature can exist in productive harmony and fulfill the social, economic, and other needs of present and future generations of Americans. |
| Article 29 | **National Security Presidential Memorandum-33 (NSPM-33) and provisions of the CHIPS and Science Act of 2022, Pub. L. 117-167, Section 10254** |
| | (1) Recipient research institutions ("covered institutions") must comply with the requirements in NSPM-33 and provisions of Pub. L.117-167, Section 10254 (codified at 42 U.S.C. § 18951) certifying that the institution has established and operates a research security program that includes elements relating to: (a) cybersecurity; (b) foreign travel security; (c) research security training; and (d) export control training, as appropriate. (2) Definition. "Covered institutions" means recipient research institutions receiving federal Research and Development (R&D) science and engineering support "in excess of $50 million per year." |
| Article 30 | **Non-Supplanting Requirement** |
| | Recipients of federal awards under programs that prohibit supplanting by law must ensure that federal funds supplement but do not supplant non-federal funds that, in the absence of such federal funds, would otherwise have been made available for the same purpose. |
| Article 31 | **Notice of Funding Opportunity Requirements** |
| | All the instructions, guidance, limitations, scope of work, and other conditions set forth in the Notice of Funding Opportunity (NOFO) for this federal award are incorporated by reference. All recipients must comply with any such requirements set forth in the NOFO. If a condition of the NOFO is inconsistent with these terms and conditions and any such terms of the federal award, the condition in the NOFO shall be invalid to the extent of the inconsistency. The remainder of that condition and all other conditions set forth in the NOFO shall remain in effect. |

| Article 32 | **Patents and Intellectual Property Rights**<br>Recipients are subject to the Bayh-Dole Act, 35 U.S.C. § 200 et seq. and applicable regulations governing inventions and patents, including the regulations issued by the Department of Commerce at 37 C.F.R. Part 401 (Rights to Inventions Made by Nonprofit Organizations and Small Business Firms under Government Awards, Contracts, and Cooperative Agreements) and the standard patent rights clause set forth at 37 C.F.R. § 401.14. |
|---|---|
| Article 33 | **Presidential Executive Orders**<br>Recipients must comply with the requirements of Presidential Executive Orders related to grants (also known as federal assistance and financial assistance), the full text of which are incorporated by reference. |
| Article 34 | **Procurement of Recovered Materials**<br>States, political subdivisions of states, and their contractors must comply with Section 6002 of the Solid Waste Disposal Act, Pub. L. No. 89-272 (1965) (codified as amended by the Resource Conservation and Recovery Act at 42 U.S.C. § 6962) and 2 C.F.R. § 200.323. The requirements of Section 6002 include procuring only items designated in guidelines of the Environmental Protection Agency (EPA) at 40 C.F.R. Part 247 that contain the highest percentage of recovered materials practicable, consistent with maintaining a satisfactory level of competition. |
| Article 35 | **Rehabilitation Act of 1973**<br>Recipients must comply with the requirements of Section 504 of the Rehabilitation Act of 1973, Pub. L. No. 93-112 (codified as amended at 29 U.S.C. § 794), which provides that no otherwise qualified handicapped individuals in the United States will, solely by reason of the handicap, be excluded from participation in, be denied the benefits of, or be subjected to discrimination under any program or activity receiving federal financial assistance. |
| Article 36 | **Reporting Recipient Integrity and Performance Matters**<br>If the total value of any currently active grants, cooperative agreements, and procurement contracts from all federal awarding agencies exceeds $10,000,000 for any period of time during the period of performance of the federal award, then the recipient must comply with the requirements set forth in the government-wide federal award term and condition for Recipient Integrity and Performance Matters is in 2 C.F.R. Part 200, Appendix XII, the full text of which is incorporated by reference. |
| Article 37 | **Reporting Subawards and Executive Compensation**<br>For federal awards that total or exceed $30,000, recipients are required to comply with the requirements set forth in the government-wide federal award term and condition on Reporting Subawards and Executive Compensation set forth at 2 C.F.R. Part 170, Appendix A, the full text of which is incorporated by reference. |

| Article 38 | **Required Use of American Iron, Steel, Manufactured Products, and Construction Materials** |
|---|---|
| | (1) Recipients of a federal award from a financial assistance program that provides funding for infrastructure are hereby notified that none of the funds provided under this federal award may be used for a project for infrastructure unless: (a) all iron and steel used in the project are produced in the United States—this means all manufacturing processes, from the initial melting stage through the application of coatings, occurred in the United States; (b) all manufactured products used in the project are produced in the United States—this means the manufactured product was manufactured in the United States; and the cost of the components of the manufactured product that are mined, produced, or manufactured in the United States is greater than 55 percent of the total cost of all components of the manufactured product, unless another standard for determining the minimum amount of domestic content of the manufactured product has been established under applicable law or regulation; and (c) all construction materials are manufactured in the United States—this means that all manufacturing processes for the construction material occurred in the United States. (2) The Buy America preference only applies to articles, materials, and supplies that are consumed in, incorporated into, or affixed to an infrastructure project. As such, it does not apply to tools, equipment, and supplies, such as temporary scaffolding, brought to the construction site and removed at or before the completion of the infrastructure project. Nor does a Buy America preference apply to equipment and furnishings, such as movable chairs, desks, and portable computer equipment, that are used at or within the finished infrastructure project but are not an integral part of the structure or permanently affixed to the infrastructure project. (3) Waivers When necessary, recipients may apply for, and the agency may grant, a waiver from these requirements. The agency should notify the recipient for information on the process for requesting a waiver from these requirements. (a) When the Federal agency has determined that one of the following exceptions applies, the federal awarding official may waive the application of the domestic content procurement preference in any case in which the agency determines that: (i) applying the domestic content procurement preference would be inconsistent with the public interest; (ii) the types of iron, steel, manufactured products, or construction materials are not produced in the United States in sufficient and reasonably available quantities or of a satisfactory quality; or (iii) the inclusion of iron, steel, manufactured products, or construction materials produced in the United States will increase the cost of the overall project by more than 25 percent. (b) A request to waive the application of the domestic content procurement preference must be in writing. The agency will provide instructions on the format, contents, and supporting materials required for any waiver request. Waiver requests are subject to public comment periods of no less than 15 days and must be reviewed by the Made in America Office. (c) There may be instances where a federal award qualifies, in whole or in part, for an existing waiver described at "Buy America" Preference in FEMA Financial Assistance Programs for Infrastructure \| FEMA.gov. (4) Definitions. The definitions applicable to this term are set forth at 2 C.F.R. § 184.3, the full text of which is incorporated by reference. |
| Article 39 | **SAFECOM** |
| | Recipients receiving federal awards made under programs that provide emergency communication equipment and its related activities must comply with the SAFECOM Guidance for Emergency Communication Grants, including provisions on technical standards that ensure and enhance interoperable communications. The SAFECOM Guidance is updated annually and can be found at Funding and Sustainment \| CISA. |

| Article 40 | **Subrecipient Monitoring and Management**<br>Pass-through entities must comply with the requirements for subrecipient monitoring and management as set forth in 2 C.F.R. §§ 200.331-333. |
|---|---|
| Article 41 | **System for Award Management and Unique Entity Identifier Requirements**<br>Recipients are required to comply with the requirements set forth in the governmentwide federal award term and condition regarding the System for Award Management and Unique Entity Identifier Requirements in 2 C.F.R. Part 25, Appendix A, the full text of which is incorporated reference. |
| Article 42 | **Termination of a Federal Award**<br>(1) By DHS. DHS may terminate a federal award, in whole or in part, for the following reasons: (a) If the recipient fails to comply with the terms and conditions of the federal award; (b) With the consent of the recipient, in which case the parties must agree upon the termination conditions, including the effective date, and in the case of partial termination, the portion to be terminated; or (c) Pursuant to the terms and conditions of the federal award, including, to the extent authorized by law, if the federal award no longer effectuates the program goals or agency priorities. (3) By the Recipient. The recipient may terminate the federal award, in whole or in part, by sending written notification to DHS stating the reasons for such termination, the effective date, and in the case of partial termination, the portion to be terminated. However, if DHS determines that the remaining portion of the federal award will not accomplish the purposes for which the federal award was made, DHS may terminate the federal award in its entirety. (4) Notice. Either party will provide written notice of intent to terminate for any reason to the other party no less than 30 calendar days prior to the effective date of the termination. (5) Compliance with Closeout Requirements for Terminated Awards. The recipient must continue to comply with closeout requirements in 2 C.F.R. §§ 200.344200.345 after an award is terminated. |
| Article 43 | **Terrorist Financing**<br>Recipients must comply with Executive Order 13224 and applicable statutory prohibitions on transactions with, and the provisions of resources and support to, individuals and organizations associated with terrorism. Recipients are legally responsible for ensuring compliance with the Executive Order and laws. |
| Article 44 | **Trafficking Victims Protection Act of 2000(TVPA)**<br>Recipients must comply with the requirements of the government-wide federal award term and condition which implements Trafficking Victims Protection Act of 2000, Pub. L. No. 106-386, § 106 (codified as amended at 22 U.S.C. § 7104). The federal award term and condition is in 2 C.F.R. § 175.105, the full text of which is incorporated by reference. |
| Article 45 | **Uniting and Strengthening America by Providing Appropriate Tools Required to Intercept and Obstruct Terrorism (USA PATRIOT) Act of 2001, Pub. L. 107-56**<br>Recipients must comply with the requirements of Pub. L. 107-56, Section 817 of the USA PATRIOT Act, which amends 18 U.S.C. §§ 175–175c. |

| Article 46 | **Use of DHS Seal, Logo and Flags**<br>Recipients must obtain written permission from DHS prior to using the DHS seals, logos, crests, or reproductions of flags, or likenesses of DHS agency officials. This includes use of DHS component (e.g., FEMA, CISA, etc.) seals, logos, crests, or reproductions of flags, or likenesses of component officials. |
|---|---|
| Article 47 | **Whistleblower Protection Act**<br>Recipients must comply with the statutory requirements for whistleblower protections in 10 U.S.C § 470141 U.S.C. § 4712. |
| Article 48 | **Environmental Planning and Historic Preservation (EHP) Review**<br>DHS/FEMA funded activities that could have an impact on the environment are subject to the FEMA EHP review process. This review does not address all federal, state, and local requirements. Acceptance of federal funding requires the recipient to comply with all federal, state, and local laws. DHS/FEMA is required to consider the potential impacts to natural and cultural resources of all projects funded by DHS/FEMA grant funds, through its EHP review process, as mandated by: the National Environmental Policy Act; Endangered Species Act; National Historic Preservation Act of 1966, as amended; Clean Water Act; Clean Air Act; National Flood Insurance Program regulations; and any other applicable laws, regulations and executive orders. General guidance for FEMA's EHP process is available on the DHS/FEMA Website. Specific applicant guidance on how to submit information for EHP review depends on the individual grant program. Applicants should contact their grant Program Officer to be put into contact with EHP staff responsible for assisting their specific grant program. The FEMA EHP review process must be completed before funds are released to carry out the proposed project, otherwise, DHS/FEMA may not be able to fund the project due to noncompliance with EHP laws, executive orders, regulations, and policies. DHS/FEMA may also need to perform a project closeout review to ensure the applicant complied with all required EHP conditions identified in the initial review. If ground disturbing activities occur during construction, the applicant will monitor the ground disturbance, and if any potential archaeological resources are discovered, the applicant will immediately cease work in that area and notify the pass-through entity, if applicable, and DHS/FEMA. EO 11988, Floodplain Management, and EO 11990, Protection of Wetlands, require that all federal actions in or affecting the floodplain or wetlands be reviewed for opportunities to relocate, and be evaluated for social, economic, historical, environmental, legal, and safety considerations. FEMA's regulations at 44 C.F.R. Part 9 implement the EOs and require an eight-step review process if a proposed action is in a floodplain or wetland or has the potential to affect or be affected by a floodplain or wetland. The regulation also requires that the federal agency provide public notice of the proposed action at the earliest possible time to provide the opportunity for public involvement in the decision-making process (44 C.F.R. § 9.8). Where there is no opportunity to relocate the federal action, FEMA is required to undertake a detailed review to determine what measures can be taken to minimize future damages to the floodplain or wetland. |

**Article 49**    **Applicability of DHS Standard Terms and Conditions to Tribal Nations**
The DHS Standard Terms and Conditions are a restatement of general requirements imposed upon recipients and flow down to sub-recipients as a matter of law, regulation, or executive order. If the requirement does not apply to Tribal Nations, or there is a federal law or regulation exempting its application to Tribal Nations, then the acceptance by Tribal Nations, or acquiescence to DHS Standard Terms and Conditions does not change or alter its inapplicability to a Tribal Nation. The execution of grant documents is not intended to change, alter, amend, or impose additional liability or responsibility upon the Tribal Nations where it does not already exist.

**Article 50**    **Acceptance of Post Award Changes**
In the event FEMA determines that an error in the award package has been made, or if an administrative change must be made to the award package, recipients will be notified of the change in writing. Once the notification has been made, any subsequent requests for funds will indicate recipient acceptance of the changes to the award. Please email FEMA Grant Management Operations at: ASK-GMD@fema.dhs.gov for any questions.

**Article 51**    **Disposition of Equipment Acquired Under the Federal Award**
When original or replacement equipment acquired under this award is no longer needed for the original project or program or for other activities currently or previously supported by a federal awarding agency, the non-state recipient or subrecipient (including subrecipients of a State or Tribal Nation), must request instructions from FEMA to make proper disposition of the equipment pursuant to 2 C.F.R. section 200.313(e). State recipients must follow the disposition requirements in accordance with State laws and procedures. 2 C.F.R. section 200.313(b). Tribal Nations must follow the disposition requirements in accordance with Tribal laws and procedures noted in 2 C.F.R. section 200.313(b); and if such laws and procedures do not exist, then Tribal Nations must follow the disposition instructions in 2 C.F.R. section 200.313(e).

**Article 52**    **Prior Approval for Modification of Approved Budget**
Before making any change to the FEMA approved budget for this award, a written request must be submitted and approved by FEMA as required by 2 C.F.R. section 200.308. For purposes of non-construction projects, FEMA is utilizing its discretion to impose an additional restriction under 2 C.F.R. section 200.308(i) regarding the transfer of funds among direct cost categories, programs, functions, or activities. For awards with an approved budget where the federal share is greater than the simplified acquisition threshold (currently $250,000) and where the cumulative amount of such transfers exceeds or is expected to exceed ten percent (10%) of the total budget FEMA last approved, transferring funds among direct cost categories, programs, functions, or activities is unallowable without prior written approval from FEMA. For purposes of awards that support both construction and non-construction work, 2 C.F.R. section 200.308((f)(9) requires the recipient to obtain prior written approval from FEMA before making any fund or budget transfers between the two types of work. Any deviations from a FEMA approved budget must be reported in the first Federal Financial Report (SF-425) that is submitted following any budget deviation, regardless of whether the budget deviation requires prior written approval.

| Article 53 | **Indirect Cost Rate** |
|---|---|
| | 2 C.F.R. section 200.211(b)(16) requires the terms of the award to include the indirect cost rate for the federal award. If applicable, the indirect cost rate for the award is stated in the budget documents or other materials approved by FEMA and included in the award file. |

| Article 54 | **Build America, Buy America Act (BABAA) Required Contract Provision & Self-Certification** |
|---|---|
| | In addition to the DHS Standard Terms & Conditions regarding Required Use of American Iron, Steel, Manufactured Products, and Construction Materials, recipients and subrecipients of FEMA financial assistance for programs that are subject to BABAA must include a Buy America preference contract provision as noted in 2 C.F.R. section 184.4 and a self-certification as required by the FEMA Buy America Preference in FEMA Financial Assistance Programs for Infrastructure (FEMA Interim Policy #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). This requirement applies to all subawards, contracts, and purchase orders for work performed, or products supplied under the FEMA award subject to BABAA. |

| Article 55 | **Summary Description of Award and Subprograms** |
|---|---|
| | The purpose of the FY 2025 HSGP is to support state and local efforts to prevent terrorism and other catastrophic events and to prepare the Nation for the threats and hazards that pose the greatest risk to the security of the United States. The HSGP provides funding to implement investments that build, sustain, and deliver the 32 core capabilities essential to achieving the National Preparedness Goal of a secure and resilient Nation. Among the five basic homeland security missions noted in the DHS Quadrennial Homeland Security Review, HSGP supports the goal to Strengthen National Preparedness and Resilience. The building, sustainment, and delivery of these core capabilities are not exclusive to any single level of government, organization, or community, but rather, require the combined effort of the whole community. This HSGP award consists of State Homeland Security Program (SHSP) funding in the amount of $4,362,750 and Urban Area Security Initiative (UASI) funding in the amount of $9,395,829 (Chicago-Naperville-Elgin). These grant programs fund a range of activities, including planning, organization, equipment purchase, training, exercises, and management and administration across all core capabilities and mission areas. |

| Article 56 | **HSGP Performance Goal** |
|---|---|
| | In addition to the Biannual Strategy Implementation Report (BSIR) submission requirements outlined in the Preparedness Grants Manual, recipients must demonstrate how the grant-funded project addressed the core capability gap associated with this project and identified in the Threat and Hazard Identification and Risk Analysis (THIRA) or Stakeholder Preparedness Review (SPR) or sustains existing capabilities as applicable. The capability gap reduction must be addressed in the Project Description of the BSIR for each project. |

| Article 57 | **Period of Performance and Budget Period** |
|---|---|
| | Notwithstanding language in the Obligating Document or in the other terms of this award package, the Period of Performance and the Budget Period for this grant award is October 1, 2025 to September 30, 2026. The Period of Performance and Budget Period stated in the Obligating Document shall not apply. |

**Article 58**    **State Homeland Security Program: Compliance with Federal Immigration Law**
The following term applies to State Homeland Security Program funding under this award: 1. Prohibition a. The state, territorial, or local recipient is prohibited from being designated by the Department of Homeland Security or the Department of Justice as a sanctuary jurisdiction. If the Department of Homeland Security or Department of Justice designates a state or territory as a sanctuary jurisdiction after the Department of Homeland Security makes a grant award, the state or territorial recipient is prohibited from making any financial obligations under the grant award on or after the date of designation until the Department of Homeland Security removes that designation. The Department of Homeland Security will suspend that portion of the grant award supported by risk-based funding and not make payments to the state or territorial recipient on or after the date of designation until the Department of Homeland Security or Department of Justice removes that designation. This term and condition applies to the funding provided under the relative risk methodology pursuant to Section 2007 of the Homeland Security Act of 2002 (6 U.S.C. § 608) and does not apply to the minimum allocation to that state or territory required by Section 2004(e) of the Homeland Security Act of 2002 (6 U.S.C. § 605(e)). b. The state, territorial, or local recipient is prohibited from making subawards to a state, territorial, or local government that the Department of Homeland Security or Department of Justice has designated as a sanctuary jurisdiction. If the Department of Homeland Security or Department of Justice designates a state, territorial, or local government as a sanctuary jurisdiction after the state, territorial, or local government recipient makes a subaward to that state, territorial, or local government, the state, territorial, or local recipient must suspend the subaward, the state, territorial, or local recipient must not make any additional payments to the state, territorial, or local government, and the state, territorial, or local government is prohibited from making any financial obligations under the subaward on and after the date of designation until the Department of Homeland Security or Department of Justice removes that designation. This term and condition applies to all funding provided to the state or territorial recipient, including both the statutory minimum as well as risk-based funding allocations. c. The Department of Homeland Security designates a state, territory, or local government as a sanctuary jurisdiction if it fails to comply with that requirements set forth in paragraphs 2.a.i to v of this term and condition. 2. Certification a. The state, territorial or local recipient and subrecipients must certify under penalty of perjury pursuant to 28 U.S.C. § 1746, and using a form that is acceptable to the Department of Homeland Security, that they will comply with the following requirements related to coordination and cooperation with the Department of Homeland Security and immigration officials: i. They will comply with the requirements of 8 U.S.C. §§ 1373 and 1644. These statutes prohibit restrictions on information sharing by state and local government entities with the Department of Homeland Security regarding the citizenship or immigration status, lawful or unlawful, of any individual. Additionally, 8 U.S.C. § 1373 prohibits any person or agency from prohibiting, or in any way restricting, a Federal, state, or local government entity from doing any of the following with respect to information regarding the immigration status of any individual: (1) sending such information to, or requesting or receiving such information from, Federal immigration officials; (2) maintaining such information; or (3) exchanging such information with any other Federal, state, or local government entity. ii. They will comply with other relevant laws related to immigration, including prohibitions on encouraging or inducing an alien to come to, enter, or reside in the United States in violation of law, 8 U.S.C. § 1324(a)(1)(A)(iv), prohibitions on transporting or moving illegal aliens, 8 U.S.C. § 1324(a)(1)(A)(ii), prohibitions on harboring, concealing, or shielding from detection illegal aliens, 8 U.S.C. § 1324(a)(1)(A)(iii), and any applicable conspiracy, aiding or abetting, or attempt liability regarding these statutes. iii. They will honor requests for cooperation, such as participating in joint operations, sharing of

information, or requests for short term detention of an alien pursuant to a valid detainer. A jurisdiction does not fail to comply with this requirement merely because it lacks the necessary resources to assist in a particular instance. iv. They will provide access to detainees, such as when an immigration officer seeks to interview a person who might be a removable alien. v. They will not leak or otherwise publicize the existence of an immigration enforcement operation. b. The state or territorial recipient must require a state, territorial, or local government subrecipient to make the certification above before providing them with any funding under the subaward. 3. Materiality and Remedies for Noncompliance This term and condition is material to the Department of Homeland Security's decision to continue with this grant award and the Department of Homeland Security may take any remedy for noncompliance, including termination, if the state or territorial recipient or a local government subrecipient fails to comply with this term and condition.

| Article 59 | **State Homeland Security Program: Non-Applicability of Specific Terms and Agreement Articles**<br>The following term applies to State Homeland Security Program funding under this award: Notwithstanding their inclusion in this award package, the following terms and Agreement Articles do not apply to this grant award: (1) paragraph C.IX (Communication and Cooperation with the Department of Homeland Security and Immigration Officials) of the DHS Standard Terms and Conditions and the Agreement Article titled "Communication and Cooperation with the Department of Homeland Security and Immigration Officials" in this award package; and (2) paragraph C.XVII(2)(a)(iii) (Anti-Discrimination Grant Award Certification regarding immigration) of the DHS Standard Terms and Conditions and paragraph (2)(a)(iii) of the Agreement Article titled "Anti-Discrimination" in this award package. |
| --- | --- |
| Article 60 | **State Homeland Security Program: Impact of San Francisco v. Trump Preliminary Injunction**<br>The following term applies to State Homeland Security Program funding under this award: Pursuant to the preliminary injunction order issued on August 22, 2025, in City and County of San Francisco, et al. v. Trump, et al., No. 3:25-cv-01350 (N.D. Cal.), the following terms and conditions do not apply to awards or subawards issued to any of the plaintiffs subject to the preliminary injunction order while the order remains in effect: (1) paragraph C.IX (Communication and Cooperation with the Department of Homeland Security and Immigration Officials) of the DHS Standard Terms and Conditions and the Agreement Article titled "Communication and Cooperation with the Department of Homeland Security and Immigration Officials" in this award package; (2) paragraph C.XVII(2)(a)(iii) (Anti-Discrimination Grant Award Certification regarding immigration) of the DHS Standard Terms and Conditions and paragraph (2)(a)(iii) of the Agreement Article titled "Anti-Discrimination" in this award package; and (3) the "State Homeland Security Program: Compliance with Federal Immigration Law" Agreement Article. If the preliminary injunction is stayed, vacated, or extinguished, the "State Homeland Security Program: Compliance with Federal Immigration Law" Agreement Article will immediately become effective. |

**Article 61**   **State Homeland Security Program: Impact of State of Illinois v. FEMA Injunction**

Pursuant to the memorandum and order issued on September 24, 2025, in State of Illinois, et al. v. Federal Emergency Management Agency, et. al, No. 25-206 (D. R.I.), the following terms and conditions do not apply to awards or subawards issued to any of the plaintiffs subject to the injunction order while the order remains in effect: (1) paragraph C.IX (Communication and Cooperation with the Department of Homeland Security and Immigration Officials) of the DHS Standard Terms and Conditions and the Agreement Article titled "Communication and Cooperation with the Department of Homeland Security and Immigration Officials" in this award package; (2) paragraph C.XVII(2)(a)(iii) (Anti-Discrimination Grant Award Certification regarding immigration) of the DHS Standard Terms and Conditions and paragraph (2)(a)(iii) of the Agreement Article titled "Anti-Discrimination" in this award package; and (3) the "State Homeland Security Program: Compliance with Federal Immigration Law" Agreement Article. If the injunction is stayed, vacated, or extinguished, the "State Homeland Security Program: Compliance with Federal Immigration Law" Agreement Article will immediately become effective.

**Article 62**     **Urban Area Security Initiative: Compliance with Federal Immigration Law**

The following term applies to Urban Area Security Initiative funding under this award: 1. Prohibition a. The state, territorial, or local government recipient is prohibited from being designated by the Department of Homeland Security or Department of Justice as a sanctuary jurisdiction. If the Department of Homeland Security or Department of Justice designates the state, territory, or local government as a sanctuary jurisdiction after the Department of Homeland Security has made the grant award, the state, territorial, or local government recipient is prohibited from making any financial obligations under the grant award on or after the date of designation until the Department of Homeland Security or Department of Justice removes that designation. The Department of Homeland Security will suspend the grant award and not make payments to the state, local, or territorial recipient on or after the date of designation until the Department of Homeland Security or Department of Justice removes that designation. b. The state, local, or territorial recipient is prohibited from making subawards to a state, local, or territorial government that the Department of Homeland Security or Department of Justice has designated as sanctuary jurisdiction. If the Department of Homeland Security or Department of Justice designates a state, local, or territorial government as a sanctuary jurisdiction after the recipient makes a subaward, the recipient must suspend the subaward, the recipient must not make any additional payments to the subrecipient, and the subrecipient is prohibited from making any financial obligations under the subaward on and after the date of designation until the Department of Homeland Security or Department of Justice removes that designation. c. The Department of Homeland Security designates a state, territory, or local government as a sanctuary jurisdiction if it fails to comply with that requirements set forth in paragraphs 2.a.i to v of this term and condition. 2. Certification a. The state, territorial or local recipient and subrecipients must certify under penalty of perjury pursuant to 28 U.S.C. § 1746, and using a form that is acceptable to the Department of Homeland Security, that they will comply with the following requirements related to coordination and cooperation with the Department of Homeland Security and immigration officials: i. They will comply with the requirements of 8 U.S.C. §§ 1373 and 1644. These statutes prohibit restrictions on information sharing by state and local government entities with the Department of Homeland Security regarding the citizenship or immigration status, lawful or unlawful, of any individual. Additionally, 8 U.S.C. § 1373 prohibits any person or agency from prohibiting, or in any way restricting, a Federal, state, or local government entity from doing any of the following with respect to information regarding the immigration status of any individual: (1) sending such information to, or requesting or receiving such information from, Federal immigration officials; (2) maintaining such information; or (3) exchanging such information with any other Federal, state, or local government entity. ii. They will comply with other relevant laws related to immigration, including prohibitions on encouraging or inducing an alien to come to, enter, or reside in the United States in violation of law, 8 U.S.C. § 1324(a)(1)(A)(iv), prohibitions on transporting or moving illegal aliens, 8 U.S.C. § 1324(a)(1)(A)(ii), prohibitions on harboring, concealing, or shielding from detection illegal aliens, 8 U.S.C. § 1324(a)(1)(A)(iii), and any applicable conspiracy, aiding or abetting, or attempt liability regarding these statutes. iii. They will honor requests for cooperation, such as participating in joint operations, sharing of information, or requests for short term detention of an alien pursuant to a valid detainer. A jurisdiction does not fail to comply with this requirement merely because it lacks the necessary resources to assist in a particular instance. iv. They will provide access to detainees, such as when an immigration officer seeks to interview a person who might be a removable alien. v. They will not leak or otherwise publicize the existence of an immigration enforcement operation. b. The state or territorial recipient must require a state, territorial, or local government subrecipient to

make the certification above before providing them with any funding under the subaward.

| | |
|---|---|
| **Article 63** | **Urban Area Security Initiative: Non-Applicability of Specific Terms and Agreement Articles**<br>The following term applies to Urban Area Security Initiative funding under this award: Notwithstanding their inclusion in this award package, the following terms and Agreement Articles do not apply to this grant award: (1) paragraph C.IX (Communication and Cooperation with the Department of Homeland Security and Immigration Officials) of the DHS Standard Terms and Conditions and the Agreement Article titled "Communication and Cooperation with the Department of Homeland Security and Immigration Officials" in this award package; and (2) paragraph C.XVII(2)(a)(iii) (Anti-Discrimination Grant Award Certification regarding immigration) of the DHS Standard Terms and Conditions and paragraph (2)(a)(iii) of the Agreement Article titled "Anti-Discrimination" in this award package. |
| **Article 64** | **Urban Area Security Initiative: Impact of San Francisco v. Trump Preliminary Injunction**<br>The following term applies to Urban Area Security Initiative funding under this award: Pursuant to the preliminary injunction order issued on August 22, 2025, in City and County of San Francisco, et al. v. Trump, et al., No. 3:25-cv-01350 (N.D. Cal.), the following terms and conditions do not apply to awards or subawards issued to any of the plaintiffs subject to the preliminary injunction order while the order remains in effect: (1) paragraph C.IX (Communication and Cooperation with the Department of Homeland Security and Immigration Officials) of the DHS Standard Terms and Conditions and the Agreement Article titled "Communication and Cooperation with the Department of Homeland Security and Immigration Officials" in this award package; (2) paragraph C.XVII(2)(a)(iii) (Anti-Discrimination Grant Award Certification regarding immigration) of the DHS Standard Terms and Conditions and paragraph (2)(a)(iii) of the Agreement Article titled "Anti-Discrimination" in this award package; and (3) the "Urban Area Security Initiative: Compliance with Federal Immigration Law" Agreement Article. If the preliminary injunction is stayed, vacated, or extinguished, the "Urban Area Security Initiative; Compliance with Federal Immigration Law" Agreement Article will immediately become effective. |
| **Article 65** | **Urban Area Security Initiative: Impact of State of Illinois v. FEMA Injunction**<br>The following term applies to Urban Area Security Initiative funding under this award: Pursuant to the memorandum and order issued on September 24, 2025, in State of Illinois, et al. v. Federal Emergency Management Agency, et. al, No. 25-206 (D. R.I.), the following terms and conditions do not apply to awards or subawards issued to any of the plaintiffs subject to the injunction order while the order remains in effect: (1) paragraph C.IX (Communication and Cooperation with the Department of Homeland Security and Immigration Officials) of the DHS Standard Terms and Conditions and the Agreement Article titled "Communication and Cooperation with the Department of Homeland Security and Immigration Officials" in this award package; (2) paragraph C.XVII(2)(a)(iii) (Anti-Discrimination Grant Award Certification regarding immigration) of the DHS Standard Terms and Conditions and paragraph (2)(a)(iii) of the Agreement Article titled "Anti-Discrimination" in this award package; and (3) the "Urban Area Security Initiative: Compliance with Federal Immigration Law" Agreement Article. If the injunction is stayed, vacated, or extinguished, the "Urban Area Security Initiative: Compliance with Federal Immigration Law" Agreement Article will immediately become effective. |

| Article 66 | **Non-Applicability of Specific Agreement Articles** |
|---|---|
| | Notwithstanding its inclusion in this award package, the following Agreement Article does not apply to this grant award: 1. Termination of a Federal Award. This provision is consistent with any terms of the Notice of Funding Opportunity that state Paragraph C.XL (Termination of a Federal Award) of the FY 2025 DHS Standard Terms and Conditions does not apply to this award. Refer to the Notice of Funding Opportunity for the terms governing award termination. |
| **Article 67** | **Funding Hold: Additional Information Required** |
| | FEMA has placed a funding hold on this award, and $13,758,579 is on hold in the FEMA financial systems. The recipient is prohibited from obligating, expending, or drawing down the funds associated with the following Homeland Security Grant Program subprogram(s)/investment(s). To release the funding hold, the recipient must provide a detailed cost breakdown and justification for the investments/projects listed above. FEMA will rescind the funding hold upon its review and approval of the detailed cost breakdown and justification. If you have questions about this funding hold, please contact the DHS/FEMA Headquarters Preparedness Officer. |

# Obligating document

| 1. Agreement No. EMW-2025-SS-05059 | 2. Amendment No. N/A | 3. Recipient No. 731641239 | 4. Type of Action AWARD | 5. Control No. WX04775N2025T, WX04777N2025T |
|---|---|---|---|---|

| 6. Recipient Name and Address ILLINOIS EMERGENCY MANAGEMENT AGENCY AND OFFICE OF HOMELAND SECURITY 2200 S DIRKSEN PKWY SPRINGFIELD, IL 62703 | 7. Issuing FEMA Office and Address Grant Programs Directorate 500 C Street, S.W. Washington DC, 20528-7000 1-866-927-5646 | 8. Payment Office and Address FEMA, Financial Services Branch 500 C Street, S.W., Room 723 Washington DC, 20742 |
|---|---|---|

| 9. Name of Recipient Project Officer Bob Evans | 9a. Phone No. 2175574788 | 10. Name of FEMA Project Coordinator Homeland Security Grant Program Grant Program | 10a. Phone No. 1-877-585-3242 |
|---|---|---|---|

| 11. Effective Date of This Action 09/26/2025 | 12. Method of Payment OTHER - FEMA GO | 13. Assistance Arrangement COST REIMBURSEMENT | 14. Performance Period 10/01/2025 to 09/30/2026 Budget Period 10/01/2025 to 09/30/2026 |
|---|---|---|---|

**15. Description of Action a. (Indicate funding data for awards or financial changes)**

| Program Name Abbreviation | Assistance Listing No. | Accounting Data (ACCS Code) | Prior Total Award | Amount Awarded This Action + or (-) | Current Total Award | Cumulative Non-Federal Commitment |
|---|---|---|---|---|---|---|
| HSGP | 97.067 | 2025-FA-GG01 - P410-xxxx-4101-D | $0.00 | $4,362,750.00 | $4,362,750.00 | See Totals |
| HSGP | 97.067 | 2025-FA-GH01 - P410-xxxx-4101-D | $0.00 | $9,395,829.00 | $9,395,829.00 | See Totals |
| | | Totals | $0.00 | $13,758,579.00 | $13,758,579.00 | $0.00 |

**b. To describe changes other than funding data or financial changes, attach schedule and check here:**
N/A

16.~~FOR NON-DISASTER PROGRAMS: RECIPIENT IS REQUIRED TO SIGN AND RETURN THREE (3) COPIES OF THIS DOCUMENT TO FEMA (See Block 7 for address)~~
This field is not applicable for digitally signed grant agreements

| | |
|---|---|
| **17. RECIPIENT SIGNATORY OFFICIAL (Name and Title)** | **DATE** |
| **18. FEMA SIGNATORY OFFICIAL (Name and Title)** <br> **Stacey Street, Deputy Assistant Administrator Grants Program Directorate** | **DATE 09/26/2025** |