UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| STATE OF ILLINOIS, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> KRISTI NOEM, in her official capacity as Secretary of the Department of Homeland Security, *et al.*, <br><br> *Defendants*. | No. 1:25-cv-00495 |

# EXHIBIT 9

Fed. Emergency Mgmt. Agcy., *FY 2025 Homeland Security Grant Program Key Changes* (Sept. 12, 2025)

# FY 2025 Homeland Security Grant Program Key Changes

**Release Date: Sep 12, 2025**

**Download a PDF copy of this webpage**

The Homeland Security Grant Program (HSGP) consists of three individual grant programs: State Homeland Security Program (SHSP), Urban Area Security Initiative (UASI), and Operation Stonegarden (OPSG). This document outlines key changes for the Fiscal Year (FY) 2025 HSGP.

## Cost Information Moved from the Preparedness Grants Manual

The majority of information on funding restrictions and allowable costs has moved from the Preparedness Grants Manual (PGM) to the Notice of Funding Opportunity (NOFO). Please refer to Appendix B of the FY 2025 HSGP NOFO for detailed information on these cost categories.

## SHSP and UASI National Priority Areas

There are five National Priority Areas (NPA) for FY 2025, different from the six NPAs in FY 2024. SHSP and UASI applicants must include an Investment Justification (IJ) for the Enhancing Election Security NPA, which has a 3% minimum spend requirement, and the Border Crisis Response and Enforcement Support NPA, which has a 10% minimum spend requirement. All projects related to meeting the minimum spend for each NPA must be included in the same IJ.

The five NPAs, along with the relevant minimum spend requirements, are:

1. Enhancing the protection of soft targets/crowded places – no minimum spend;
2. Supporting Homeland Security task forces and fusion centers – no minimum spend;
3. Enhancing and integrating cybersecurity resiliency– no minimum spend;



4. Enhancing election security – at least 3% minimum spend; and
5. Supporting Border Crisis response and enforcement – at least 10% minimum spend.

**Applicants must spend a minimum of 30% of their SHSP and UASI awards across the five NPAs but have flexibility on how that funding is allocated.** The Enhancing Election Security NPA has a minimum spend requirement of 3%. The Supporting Border Crisis Response and Enforcement NPA has a minimum spend requirement of 10%. The remaining 17% can be allocated across any of the NPAs. Additionally, with this flexibility, activities that support more than one NPA may be included under only one NPA IJ but still count toward the 30% minimum spend without having to be broken out into separate projects or activities in more than one IJ.

## National Cybersecurity Review

Recipients of FY 2025 HSGP grant awards are no longer required or encouraged to complete the 2025 Nationwide Cybersecurity Review (NCSR). Completion of the NCSR is optional for all recipients of FY 2025 HSGP funding.

## Risk Methodology

Unlike previous years, where allocations were based on a combination of risk and policy considerations, FY 2025 SHSP and UASI allocations were based solely on FEMA's relative risk methodology. As required by the Homeland Security Act, as amended, this approach assesses risk using three core components: threat (likelihood of an attack), vulnerability (susceptibility to an attack), and consequence (potential impact of an attack).

## Law Enforcement Terrorism Prevention Activities Minimum Spend Requirement

SHSP and UASI recipients must allocate a minimum of 35% of their total SHSP and UASI funding toward Law Enforcement Terrorism Prevention Activities (LETPA), the same as in FY 2024. Please refer to Section 2.E of the FY 2025



HSGP NOFO for additional guidance and information on allowable LETPAs. Investments that support LETPAs can also support an NPA (e.g., an investment can be counted as supporting both the Soft Targets/Crowded Places and LETPA minimum allocation requirements, if applicable). The LETPA minimum spend requirement for SHSP and UASI can include NPA and non-NPA projects.

## Payment Review Process

FEMA reviews all grant payments and obligations to ensure allowability in accordance with 2 C.F.R. § 200.305. These measures ensure funds are disbursed appropriately while continuing to support and prioritize communities who rely on FEMA for assistance. Once a recipient submits a payment request, FEMA will review the request. If FEMA approves a payment, recipients will be notified by FEMA GO and the payment will be delivered pursuant to the recipient's SAM.gov financial information. If FEMA disapproves a payment, FEMA will inform the recipient.

Please see the NOFO and Preparedness Grants Manual for more information.

