UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| STATE OF ILLINOIS, *et al.*,<br><br>      *Plaintiffs*,<br><br> v.<br><br>KRISTI NOEM, in her official capacity as Secretary of the Department of Homeland Security, *et al.*,<br><br>      *Defendants*. | No. 1:25-cv-00495 |

**TEMPORARY RESTRAINING ORDER**

Upon consideration of the Plaintiffs' Emergency Motion for a Temporary Restraining Order (ECF No. 3), the Court concludes that the Plaintiffs have established a strong likelihood of success on the merits, irreparable harm, and that the balance of equities and public interest favor the Plaintiffs. The Court made these findings based on their Emergency Motion for Temporary Restraining Order (ECF No. 3) and accompanying exhibits as well as the hearing held on September 30, 2025. Therefore, for the reasons stated at that hearing, the Court GRANTED the Plaintiffs' Motion (ECF No. 3) at the hearing on September 30, 2025 at approximately 3:20 PM Eastern Time. It is ORDERED that:

1. Plaintiffs' Motion for a Temporary Restraining Order is granted; and

2. Defendants are directed to rescind all fiscal year 2025 Homeland Security Grant Program award notifications and de-obligate the associated funds; and

3. Defendants are enjoined from disbursing, processing, returning to the U.S. Treasury, re-programming, re-allocating, or otherwise making unavailable by any

       means all fiscal year 2025 Homeland Security Grant Program funds appropriated by Congress; and

4. The statutory lapse of the funds appropriated by Congress for the fiscal year 2025 Homeland Security Grant Program is immediately suspended pending further order of the Court, pursuant to the Court's equitable authority, 31 U.S.C. § 1502(b), and any other applicable provision of law; and

5. Defendants shall immediately provide notice of this Order to all appropriate officials at Defendants, including but not limited to all employees involved in administering the Homeland Security Grant Program and Emergency Management Performance Grant programs and all persons acting in concert with such employees; and

6. Defendants shall file confirmation of the dissemination of that notice and the rescission and de-obligation of the fiscal year 2025 Homeland Security Grant Program funds on the Court's docket within 72 hours; and

7. This Order is consistent with the Court's entry of the temporary restraining order at the hearing and is immediately effective.

IT IS SO ORDERED.

_____
Mary S. McElroy
United States District Judge
Dated: September 30, 2025