# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| STATE OF ILLINOIS, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> KRISTI NOEM, in her official capacity as Secretary of the Department of Homeland Security, *et al.*, <br><br> *Defendants*. | No. 1:25-cv-00495 |

### UNOPPOSED MOTION TO EXTEND DEFENDANTS' TEMPORARY RESTRAINING ORDER COMPLIANCE DEADLINES

Defendants respectfully request that the Court extend their obligations to (1) rescind 2025 Homeland Security Grant Program award notifications and de-obligate the associated funds, and (2) file confirmation of recission and de-obligation, as required by the Temporary Restraining Order issued by this Court on September 30, 2025, ECF No. 14, and in support state as follows:

1. Plaintiffs filed the instant action on September 29, 2025, and moved for a temporary restraining order (TRO) on the same day. ECF Nos. 1, 3.

2. A hearing was held on September 30, 2025. The same day, the Court granted Plaintiffs' motion for a TRO. ECF No. 14. The Order requires, in part, Defendants to: (1) rescind all fiscal year 2025 Homeland Security Grant Program (HSGP) award notifications and de-obligate the associated funds; (2) immediately provide notice of the Order to all appropriate officials at Defendants; and (3) file confirmation of the dissemination of that notice and the recission and de-obligation of the fiscal year 2025 HSGP funds on the Court's docket by October 3, 2025.

3. In addition, the Court directed the parties to submit a proposed schedule for further proceedings in this case by October 3, 2025.

4. On October 2, 2025, the Parties met and conferred about implementation of the TRO and a proposed schedule.  The parties had a productive discussion and agree that additional time would allow for further discussions to help facilitate resolution of these issues.  Defendants asked for Plaintiffs' consent to extend Defendants' rescission and de-obligation compliance deadlines to October 7, 2025 to allow the Parties additional time to continue discussions.  Plaintiffs do not oppose this request.

5. The Parties also agreed to seek an extension of the deadline to submit a proposed schedule to the Court from October 3, 2025, to October 7, 2025.

6. Defendants submit that good cause exists for such an extension.  The Parties are conferring in good faith about the terms of the Temporary Restraining Order, as well as a briefing schedule, in an effort to avoid unnecessary litigation.  The Parties believe additional time to continue these discussions will likely conserve the Parties' and the Court's resources.  A proposed order is attached.

Dated: October 3, 2025                     Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General
Federal Programs Branch

ANDREW WARDEN
Assistant Branch Director
Federal Programs Branch

*/s/ Alexandra L. Yeatts*
ALEXANDRA L. YEATTS

*Trial Attorney*
U.S. Department of Justice,
Civil Division, Federal Programs
1100 L Street, N.W.
Washington, DC  20005
Tel: (202) 353-5677
Email: Alexandra.Yeatts@usdoj.gov
CA Bar No. 358762

*Attorney for Defendants*