UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

STATE OF ILLINOIS, *et al.*,

    *Plaintiffs*,

v.

KRISTI NOEM, in her official capacity as Secretary of the Department of Homeland Security, *et al.*,

    *Defendants*.

No. 1:25-cv-00495

**[PROPOSED] ORDER**

Upon consideration of Defendants' Unopposed Motion to Extend Defendants' Temporary Restraining Order Compliance Deadlines, the Court rules as follows.

IT IS HEREBY ORDERED that, by October 7, 2025:

1. Defendants shall rescind the Homeland Security Grant Program award obligations and de-obligate the associated funds, and file confirmation on the Court's docket; and

2. The Parties shall report to the Court regarding next steps in the litigation.

Dated: October 3, 2025

    Respectfully submitted,

    BRETT A. SHUMATE
    Assistant Attorney General
    Civil Division

    ERIC J. HAMILTON
    Deputy Assistant Attorney General
    Federal Programs Branch

    ANDREW WARDEN
    Assistant Branch Director
    Federal Programs Branch

    */s/ Alexandra L. Yeatts*

ALEXANDRA L. YEATTS
*Trial Attorney*
U.S. Department of Justice,
Civil Division, Federal Programs
1100 L Street, N.W.
Washington, DC 20005
Tel: (202) 353-5677
Email: Alexandra.Yeatts@usdoj.gov
CA Bar No. 358762

*Attorney for Defendants*