# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| STATE OF ILLINOIS, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>KRISTI NOEM, in her official capacity as Secretary of the Department of Homeland Security, *et al.*,<br><br>*Defendants*. | No. 1:25-cv-00495 |

## DEFENDANTS' NOTICE OF COMPLIANCE

In accordance with paragraphs five and six of this Court's Temporary Restraining Order issued on September 30, 2025, ECF No. 14, Defendants confirm that notice of the Order has been disseminated to all appropriate officials at Defendants who are involved in administering the Homeland Security Grant Program and Emergency Management Performance Grant programs.

Dated: October 3, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General
Federal Programs Branch

ANDREW WARDEN
Assistant Branch Director
Federal Programs Branch

*/s/ Alexandra L. Yeatts*
ALEXANDRA L. YEATTS

*Trial Attorney*
U.S. Department of Justice,
Civil Division, Federal Programs
1100 L Street, N.W.
Washington, DC  20005
Tel: (202) 353-5677
Email: Alexandra.Yeatts@usdoj.gov
CA Bar No. 358762

*Attorney for Defendants*