UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

STATE OF ILLINOIS, *et al.*,

      *Plaintiffs*,

v.

KRISTI NOEM, in her official capacity as Secretary of the Department of Homeland Security, *et al.*,

      *Defendants.*

No. 1:25-cv-00495

# [PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR RECONSIDERATION OF THE COURT'S TEMPORARY RESTRAINING ORDER

Upon consideration of Defendants' motion for reconsideration of the Temporary Restraining Order entered by the Court on September 30, 2025, it is hereby ORDERED that the motion is GRANTED. The Court's Temporary Restraining Order (ECF No. 14) is amended as follows:

1. Plaintiffs' Motion for a Temporary Restraining Order (ECF No. 3) is granted; and

2. Defendants are enjoined from disbursing, processing, returning to the U.S. Treasury, re-programming, re-allocating, or otherwise making unavailable by any means $245,565,440 of fiscal year 2025 Homeland Security Grant Program funds appropriated by Congress and obligated by Defendants; and

3. The statutory lapse of the funds appropriated by Congress for the fiscal year 2025 Homeland Security Grant Program is immediately suspended pending further order of the Court, pursuant to the Court's equitable authority, 31 U.S.C. § 1502(b), and any other applicable provision of law; and

4. Within 72 hours of this Order, Defendants shall file confirmation on the Court's docket that Defendants have complied with Paragraph 2 of this Order; and

     5.     This Order is immediately effective.

IT IS SO ORDERED.

_____

Mary S. McElroy

United States District Judge

Dated: