UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

STATE OF ILLINOIS, *et al.*,

        *Plaintiffs*,

  v.

KRISTI NOEM, in her official capacity as Secretary of the Department of Homeland Security, *et al.*,

        *Defendants*.

No. 1:25-cv-00495

**ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO EXTEND COMPLIANCE DEADLINES**

Upon consideration of Defendants' unopposed motion to extend compliance deadlines outlined in the Temporary Restraining Order entered by the Court on September 30, 2025, it is hereby ORDERED that the motion is GRANTED.

IT IS HEREBY ORDERED that:

1. Defendants' deadline to rescind the Fiscal Year 2025 Homeland Security Grant Program awards and de-obligate the associated funds is extended until the Court rules on Defendants' Motion for Reconsideration of the Temporary Restraining Order; and

2. The deadline for the parties to file a status report regarding further proceedings in this case is extended until three days after the Court rules on the reconsideration motion.

3. The Temporary Restraining Order will remain in effect through the new status report deadline.

IT IS SO ORDERED.

_/s/ Mary S. McElroy_
Mary S. McElroy

United States District Judge

Dated:   10/21/2025