**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| STATE OF ILLINOIS, *et al.*, <br><br>                      *Plaintiffs*, <br><br>    v. <br><br> KRISTI NOEM, in her official capacity as Secretary of the Department of Homeland Security, *et al.*, <br><br>                      *Defendants.* | No. 1:25-cv-00495 |

# EXHIBIT 2

U.S. Dep't of Homeland Sec., *Notice of Funding Opportunity (NOFO): Fiscal Year 2025 Homeland Security Grant Program* (July 28, 2025 Version 1)

# The Department of Homeland Security (DHS)

## Notice of Funding Opportunity (NOFO)

## Fiscal Year 2025 Homeland Security Grant Program

Fraud, waste, abuse, mismanagement, and other criminal or noncriminal misconduct related to this program may be reported to the Office of Inspector General (OIG) Hotline. The toll-free numbers to call are 1 (800) 323-8603 and TTY 1 (844) 889-4357.

## Contents

1. Basic Information ........................................................................................................... 4
**A.** Agency Name ............................................................................................................. 4
**B.** NOFO Title ................................................................................................................ 4
**C.** Announcement Type .................................................................................................. 4
**D.** Funding Opportunity Number .................................................................................. 4
**E.** Assistance Listing Number ....................................................................................... 4
**F.** Expected Total Funding ............................................................................................ 4
**G.** Anticipated Number of Awards ................................................................................ 4
**H.** Expected Award Range ............................................................................................. 4
**I.** Projected Application Start Date ............................................................................... 4
**J.** Projected Application End Date ................................................................................. 4
**K.** Anticipated Funding Selection Date ......................................................................... 4
**L.** Anticipated Award Date ............................................................................................ 4
**M.** Projected Period of Performance Start Date ............................................................ 4
**N.** Projected Period of Performance End Date .............................................................. 4
**O.** Executive Summary .................................................................................................. 4
**P.** Agency Contact ......................................................................................................... 5
2. Eligibility .................................................................................................................... 6
**A.** Eligible Entities/Entity Types ................................................................................... 6
**B.** Project Type Eligibility ............................................................................................ 8
**C.** Requirements for Personnel, Partners, and Other Parties ........................................ 8
**D.** Maximum Number of Applications .......................................................................... 9
**E.** Additional Restrictions ............................................................................................. 9
**F.** References for Eligibility Factors within the NOFO .............................................. 10
**G.** Cost Sharing Requirement ...................................................................................... 10
**H.** Cost Share Description, Type and Restrictions ...................................................... 10
**I.** Cost Sharing Calculation Example .......................................................................... 10
**J.** Required information for verifying Cost Share ....................................................... 10
3. Program Description .................................................................................................. 11
**A.**    Background, Program Purpose, and Program History ......................................... 11
**B.**    Goals and Objectives ........................................................................................... 11
**C.**    Program Rationale ................................................................................................ 23
**D.**    Federal Assistance Type ...................................................................................... 23
**E.**    Performance Measures and Targets ...................................................................... 23
**F.**    Program-Specific Unallowable Costs ................................................................... 24

**G.** General Funding Requirements ......................................................................... 25
**H.** Indirect Costs (Facilities and Administrative Costs) ........................................ 25
**I.** Management and Administration (M&A) Costs ............................................... 25
**J.** Pre-Award Costs ................................................................................................ 26
**K.** Beneficiary Eligibility ...................................................................................... 27
**L.** Participant Eligibility ........................................................................................ 27
**M.** Authorizing Authority ....................................................................................... 27
**N.** Appropriation Authority .................................................................................... 27
**O.** Budget Period .................................................................................................... 27
**P.** Prohibition on Covered Equipment or Services ............................................... 27
4. Application Contents and Format ......................................................................... 27
**A.** Pre-Application, Letter of Intent, and Whitepapers ......................................... 27
**B.** Application Content and Format ....................................................................... 27
**C.** Application Components .................................................................................... 27
**D.** Program-Specific Required Documents and Information ................................. 28
E. Post-Application Requirements for Successful Applicants ................................. 32
5. Submission Requirements and Deadlines ............................................................. 32
**A.** Address to Request Application Package ......................................................... 32
**B.** Application Deadline ......................................................................................... 34
**C.** Pre-Application Requirements Deadline ........................................................... 34
**D.** Post-Application Requirements Deadline ......................................................... 34
**E.** Effects of Missing the Deadline ....................................................................... 34
6. Intergovernmental Review .................................................................................... 34
**A.** Requirement Description and State Single Point of Contact ............................ 34
7. Application Review Information ........................................................................... 34
**A.** Threshold Criteria ............................................................................................. 34
**B.** Application Criteria ........................................................................................... 35
**C.** Financial Integrity Criteria ............................................................................... 38
**D.** Supplemental Financial Integrity Criteria and Review .................................... 38
**E.** Reviewers and Reviewer Selection ................................................................... 39
**F.** Merit Review Process ........................................................................................ 39
**G.** Final Selection .................................................................................................. 39
**8.** Award Notices ...................................................................................................... 39
**A.** Notice of Award ................................................................................................ 39
**B.** Pass-Through Requirements .............................................................................. 40
**C.** Note Regarding Pre-Award Costs ..................................................................... 40
**D.** Obligation of Funds .......................................................................................... 40
**E.** Notification to Unsuccessful Applicants ........................................................... 41
9. Post-Award Requirements and Administration ................................................... 41
**A.** Administrative and National Policy Requirements ........................................... 41
**B.** DHS Standard Terms and Conditions ............................................................... 41
**C.** Financial Reporting Requirements .................................................................... 41
**D.** Programmatic Performance Reporting Requirements ....................................... 41
**E.** Closeout Reporting Requirements ..................................................................... 42
**F.** Disclosing Information per 2 C.F.R. § 180.335 ............................................... 42
**G.** Reporting of Matters Related to Recipient Integrity and Performance ............ 42

**H**. Single Audit Report .................................................................................................. 42

**I**. Monitoring and Oversight ......................................................................................... 42

**J**. Program Evaluation ................................................................................................. 42

**K.** Additional Performance Reporting Requirements .................................................. 43

**L.** Termination of the Federal Award ......................................................................... 45

**M.** Best Practices ......................................................................................................... 47

**N.** Payment Information ................................................................................................ 47

**O.** Immigration Conditions .......................................................................................... 48

10. Other Information ..................................................................................................... 50

**A.**   Period of Performance Extension ......................................................................... 50

**B.**   Other Information .................................................................................................. 50

11. Appendix A: HSGP Allocations ............................................................................... 53

**A.**   SHSP Allocations ................................................................................................ 53

**B.**   OPSG Allocations ............................................................................................... 54

12. Appendix B: Allowable Costs ................................................................................. 56

**A.**   Allowable Cost Matrix for SHSP and OPSG ...................................................... 56

**B.**   SHSP Other Direct Costs .................................................................................... 59

**C.**   OPSG Other Direct Costs ................................................................................... 69

## 1. Basic Information

| | |
|---|---|
| **A.** Agency Name | U.S. Department of Homeland Security (DHS), Federal Emergency Management Agency (FEMA) |
| **B.** NOFO Title | Fiscal Year 2025 Homeland Security Grant Program (HSGP)<br><br>• State Homeland Security Grant Program (SHSP)<br>• Operation Stonegarden (OPSG) |
| **C.** Announcement Type | Initial |
| **D.** Funding Opportunity Number | DHS-25-GPD-067-00-98 |
| **E.** Assistance Listing Number | 97.067 |
| **F.** Expected Total Funding | $454,500,000<br><br>See Appendix A for the FY 2025 HSGP funding allocation tables. |
| **G.** Anticipated Number of Awards | 56 awards |
| **H.** Expected Award Range | SHSP: $997,200 – $61,229,940<br><br>OPSG: $0 or $200,000 – $33,708,000 |
| **I.** Projected Application Start Date | 07/28/2025 08:00 a.m. Eastern Time (ET) |
| **J.** Projected Application End Date | 08/11/2025 05:00 p.m. Eastern Time (ET) |
| **K.** Anticipated Funding Selection Date | No later than August 23, 2025 |
| **L.** Anticipated Award Date | No later than September 30, 2025 |
| **M.** Projected Period of Performance Start Date | 09/01/2025 |
| **N.** Projected Period of Performance End Date | 08/31/2028 |
| **O.** Executive Summary | HSGP strengthens the nation's capacity to prevent, prepare for, protect against, and respond to acts of terrorism and other catastrophic events through the following two components:<br><br>• <u>SHSP</u>: Supports the implementation of risk-driven, capabilities-based State Homeland Security Strategies to address capability targets. |

|  | • <u>OPSG</u>: Enhances cooperation and coordination among state, local, tribal, territorial, and federal law enforcement agencies to jointly enhance security along the United States land and water borders. |
|---|---|
| **P.** Agency Contact | **a.** *Program Office Contact*<br>FEMA has assigned Preparedness Officers to each state for the HSGP. If you are unsure who your Preparedness Officer is, please contact FEMA Grants News by phone at (800) 368-6498 or by email at fema-grants-news@fema.dhs.gov, Monday through Friday, 9:00 AM – 5:00 PM ET.<br><br>**b.** *FEMA Grants News*<br>This channel provides general information on all FEMA grant programs and maintains a comprehensive database containing key personnel contact information at the federal, state, and local levels. FEMA Grants News Team is reachable at <u>fema-grants-news@fema.dhs.gov.</u> OR (800) 368-6498, Monday through Friday, 9:00 AM – 5:00 PM ET.<br><br>**c.** *Grant Programs Directorate's (GPD) Award Administration Division*<br>GPD's Award Administration Division (AAD) provides support regarding financial matters and budgetary technical assistance. AAD can be contacted at <u>ASK-GMD@fema.dhs.gov.</u><br><br>**d.** *FEMA Regional Offices*<br>FEMA Regional Offices also may provide fiscal support, including pre- and post-award administration and technical assistance. FEMA Regional Office contact information is available at <u>https://www.fema.gov/fema-regional-contacts</u>.<br><br>**e.** *Civil Rights*<br>Consistent with Executive Order 14173, *Ending Illegal Discrimination & Restoring Merit-Based Opportunity,* the FEMA Office of Civil Rights is responsible for ensuring compliance with and enforcement of federal civil rights obligations in connection with programs and services conducted by FEMA. They are reachable at <u>FEMA-CivilRightsOffice@fema.dhs.gov</u>.<br><br>**f.** *Environmental Planning and Historic Preservation*<br>The FEMA Office of Environmental Planning and Historic Preservation (OEHP) provides guidance and information about the EHP review process to FEMA programs and recipients and subrecipients. Send any inquiries regarding compliance for FEMA grant projects under this NOFO to <u>FEMA-OEHP-NOFOQuestions@fema.dhs.gov.</u> |

| | |
|---|---|
| | **g.** *FEMA GO*<br>For technical assistance with the FEMA GO system, please contact the FEMA GO Helpdesk at femago@fema.dhs.gov. or (877) 585-3242, Monday through Friday, 9:00 AM – 6:00 PM ET.<br><br>**h.** *FEMA Preparedness Toolkit*<br>The FEMA Preparedness Toolkit (PrepToolkit) provides access to tools and resources needed to implement the National Preparedness System and provide a collaborative space for communities completing the Unified Reporting Tool (URT). Recipients complete and submit their Threat and Hazard Identification and Risk Assessment (THIRA) and Stakeholder Preparedness Review (SPR), and other required assessments using the PrepToolkit. For assistance, contact support@preptoolkit.fema.dhs.gov.<br><br>**i.** *Preparedness Grants Manual*<br>Recipients seeking guidance on policies and procedures for managing preparedness grants should reference the Preparedness Grants Manual at Preparedness Grants Manual. |

## 2. Eligibility

| | |
|---|---|
| **A**. Eligible Entities/Entity Types | Only the following entities or entity types are eligible to apply.<br><br>**a.** *Applicants*<br>1. Eligible Applicants<br><br>The State Administrative Agency (SAA) is the only entity eligible to submit HSGP applications to DHS/FEMA. HSGP funds are provided to SAAs, which manage and distribute the funds within their respective states or territories. SAAs issue subawards to local governments and other eligible organizations, ensuring that resources reach areas that need them to enhance security and disaster response.<br><br>For this funding opportunity, the term "state" includes all U.S. states, the District of Columbia, the Commonwealth of Puerto Rico, the U.S. Virgin Islands, Guam, American Samoa, and the Commonwealth of the Northern Mariana Islands. Tribal governments are not eligible to apply directly for HSGP funding but may receive funding through their state's SAA.<br><br>**b**. *Subapplicant*<br>SAAs distribute HSGP funds through subawards to other state, local, or tribal organizations. These organizations, called subrecipients, use the funds to improve local and regional security efforts.<br><br>Subapplicants should not have foreign nationals or noncitizens included. If a subapplicant has foreign nationals, they must be |

properly vetted and must adhere to all government statutes, policies, and procedures including "staff American, stay in America" and security requirements.

1. Subrecipient Eligibility

Under HSGP, FEMA provides funds to each state's SAA. The SAA distributes these funds to other state or local organizations, such as city agencies or county departments. These distributed funds are called subawards, and the organizations receiving them are referred to as subrecipients.

- <u>SHSP</u>: All U.S. states and territories listed above are eligible. Tribal governments must work through their state's SAA.
- <u>OPSG</u>: Eligible subrecipients include county-level or equivalent governments and federally recognized tribal governments in states bordering Canada or Mexico, or those with international water borders. Applicants must have active U.S. Border Patrol operations coordinated with a U.S. Customs and Border Protection sector office to qualify. OPSG subrecipients are divided into three tiers based on their location:

    o Tier 1 includes counties or tribal governments directly on the land borders with Canada and Mexico, or those located directly on physical borders with Canada, Mexico, or along international water borders.
    o Tier 2 includes counties or tribal governments next to Tier 1 locations.
    o Tier 3 includes counties or tribal governments next to Tier 2 locations.

    The tier structure is only applicable with regard to eligibility. OPSG funding allocations are based on the assessed border security risks as determined by the U.S. Border Patrol.

***c.  All Recipients - Compliance with Federal Immigration Laws***
An immigration term and condition may be material to the Department of Homeland Security's decision to make this grant award, and the Department of Homeland Security may take any remedy for noncompliance, including termination, if the state or territorial recipient or any local government subrecipient fails to comply with this term and condition. No final agency determination has been made as of the date of this publication

1. Reducing Subapplicant Burden

| | |
|---|---|
| | For FY 2025, each SAA is strongly encouraged to re-evaluate its process for collecting and evaluating subaward applications. FEMA encourages each SAA to minimize the type and quantity of information that it collects as part of the subaward application process, in order to decrease the overall financial and time burden associated with applying for subawards under this grant program. Each SAA should review its subaward application and reduce or eliminate the request for any information that is not needed for legal, financial, or oversight purposes.<br><br>For more details on eligibility requirements or restrictions to subawards/subrecipients, please see the Preparedness Grants Manual. |
| **B**. Project Type Eligibility | **a.** *Unallowable Project Types*<br>See Section 3.F "Program-Specific Unallowable Costs" and 7.A.b "Ineligible Projects" for more information on unallowable project types.<br><br>**b.** *Allowable Project Types*<br>Allowable costs for SHSP and OPSG generally fall into five main categories: planning, organization, equipment, training, and exercises (POETE). All projects funded under SHSP must demonstrate a clear connection to building capabilities that prevent, prepare for, protect against, or respond to acts of terrorism.<br><br>Please see Appendix 12.B: Allowable Costs for more information on allowable costs. If there are questions about specific experiences, contact your FEMA Preparedness Officer. |
| **C.** Requirements for Personnel, Partners, and Other Parties | An application submitted by an otherwise eligible non-federal entity (i.e., the applicant) may be deemed ineligible when the person that submitted the application is not:<br><br>1. *A current employee, official, or leader* of the recipient organization; and<br>2. *Authorized to apply* for the award on behalf of the entity at the time of submission.<br><br>Additionally, the **Authorized Organization Representative (AOR)** must:<br><br>1. Be a current authorized employee, official, or leader of the recipient organization.<br>2. Use a unique email address associated with the recipient organization at the time of application and upon any change in assignment during the period of performance. |

| | |
|---|---|
| | Consultants or contractors are not permitted to serve as the AOR of the recipient organization. For more information on the roles and responsibilities of the AOR, refer to FEMA's guidance on [Roles and Permissions](#). <br><br> Subapplicants should not have foreign nationals or noncitizens included. If a subapplicant has foreign nationals, they must be properly vetted and must adhere to all government statutes, policies, and procedures including "staff American, stay in America" and security requirements. <br><br> Subapplicants/subrecipients must submit short bios and resumes. This should include the type of entity, organizational leadership, and board members along with both the names and addresses of the individuals. Resumes are subject to approval. |
| **D.** Maximum Number of Applications | The maximum number of applications that can be submitted is: <br>    1. One per SAA |
| **E.** Additional Restrictions | Applicants/subapplicants or recipients/subrecipients are required to certify their compliance with federal statutes, DHS directives, policies, and procedures. <br><br> Under HSGP, there are specific funding guidelines / requirements for allocating funds: <br><br> **a.** *Pass-Through Requirements* <br> Awards made to the SAA for HSGP carry additional statutorily mandated pass-through requirements. Pass-through is defined as an obligation on the part of the SAA to make funds available to local units of government, combinations of local units, tribal governments, or other specific groups or organizations as defined at 6 U.S.C. § 101(13). <br><br> **b.** *National Priority Areas (NPAs) Minimum Spend Requirements* <br> Requires that SHSP recipients allocate at least 30% of their funds between the five NPAs. The five NPAs, along with the relevant minimum spend percentage, are: <br>   • Enhancing the Protection of Soft Targets/Crowded Places: No minimum spend. <br>   • Supporting Homeland Security Task Forces and Fusion Centers: No minimum spend. <br>   • Enhancing Cybersecurity: No minimum spend. <br>   • Enhancing Election Security: At least 3% of the total allocation must be dedicated to this area. <br>   • Supporting Border Crisis Response and Enforcement: At least 10% of the total allocation must be dedicated to this area. |

| | |
|---|---|
| | **c.** *Law Enforcement Terrorism Prevention Activities (LETPA)*<br>1. **Legal Requirement**: Per section 2006 of the *Homeland Security Act* of 2002 (codified as amended at 6 U.S.C. § 607(a)) DHS/FEMA is required to ensure that at least 25% of grant funding under HSGP is used for LETPA.<br>2. **FY 2025 Update:** DHS/FEMA has maintained this requirement at the FY 2024 level, mandating at least 35% HSGP funds are used for LETPA.<br>3. **Recipient Obligations:**<br>  &bull; The requirement can be fulfilled by funding projects across any of the five NPAs or other investments that meet the LETPA criteria.<br><br>**Additional Guidance:** Information Bulletin (IB) 485 includes the most up-to-date information on project selection considerations and allowable activities for LETPA investments and compliments IB 473. Both IBs are applicable to the FY 2025 HSGP NOFO. For comprehensive LETPA requirements, refer to the Law Enforcement Terrorism Prevention Activities Resource Guide.<br><br>For more information on funding restrictions, refer to General Funding Requirements. |
| **F.** References for Eligibility Factors within the NOFO | Please see the following references provided below:<br><br>1. "Responsiveness Review Criteria" subsection<br>2. "Financial Integrity Criteria" subsection<br>3. "Supplemental Financial Integrity Criteria and Review" subsection<br>4. FEMA may/will request financial information such as Employer Identification Number (EIN) and bank information as part of the potential award selection. This will apply to everyone proposed, including subrecipients. |
| **G.** Cost Sharing Requirement | There is no cost share requirement. |
| **H.** Cost Share Description, Type and Restrictions | Not applicable. |
| **I.** Cost Sharing Calculation Example | Not applicable. |
| **J.** Required information for verifying Cost Share | Not applicable. |

### 3. Program Description

**A.** Background, Program Purpose, and Program History

**Background**

HSGP includes two key grant programs designed to enhance the capabilities of state, local, tribal, and territorial governments, as well as nonprofits, in preventing, protecting against, and responding to terrorist attacks. These programs are part of a comprehensive set of measures authorized by Congress and implemented by the Department of Homeland Security (DHS) to strengthen the nation's communities against potential terrorist threats.

In FY 2025, HSGP continues to include two key grant programs:

- <u>SHSP</u>: Supports the implementation of risk-driven, capabilities-based State Homeland Security Strategies to address capability targets.
- <u>OPSG</u>: Enhances cooperation and coordination among state, local, tribal, territorial, and federal law enforcement agencies to jointly enhance security along the United States land and water borders.

These programs collectively aim to strengthen the nation's ability to prevent, prepare for, protect against, and respond to acts of terrorism and other threats.

**Program Purpose and History**

Since its inception in 2003, HSGP has significantly enhanced the nation's preparedness. HSGP addresses evolving threats such as cybersecurity vulnerabilities and the protection of soft targets and crowded places. It represents a comprehensive approach to national security, fostering collaboration across all levels of government and within communities to build a safer, more resilient nation. Through planning, training, equipment procurement, and exercises, the program ensures jurisdictions are prepared for a wide range of risks.

In recent years:

- Funding priorities have evolved to include cybersecurity, election security, and countering emerging national security threats.
- Key accomplishments include the development of interoperable communication systems, emergency response training, and investment in physical and cybersecurity measures.
- The program emphasizes strategic investments to address identified capability gaps, requiring alignment with Threat and Hazard Identification and Risk Assessment (THIRA) and Stakeholder Preparedness Review (SPR).

This support equips various jurisdictions with the necessary tools and resources to effectively manage and mitigate a wide range of threats and hazards, aligning with FEMA's goal of building a secure and resilient nation.

**B.** Goals and Objectives

As HSGP is comprised of two different grant programs, this section is divided into SHSP and OPSG, each with its own focus and goals. SHSP aims to strengthen the ability of states to prevent, prepare for, protect against, and respond to acts of terrorism and other hazards. OPSG, on the other hand, remains unique to border security, and focuses on improving cooperation between local, tribal, state, and federal law enforcement to secure America's international borders. These programs work together to build a secure and resilient nation, giving communities the tools and resources they need to handle various threats and emergencies effectively.

**a. *SHSP Goal***
The goal of SHSP is to **support statewide and state, local, tribal, and territorial (SLTT) governments** in building, enhancing, and sustaining the capabilities needed to prevent, prepare for, protect against, and respond to acts of terrorism. SHSP funding is intended to help SLTT agencies address capability gaps identified through the THIRA/SPR process, as well as prioritize resources toward high-impact security focus areas, known as NPAs.

SHSP aims to build a cohesive and collaborative approach to homeland security by promoting national preparedness and resilience.

**b. *SHSP Objectives***
SHSP provides resources that support eligible SLTT governments in meeting the following objectives:

- Build and sustain core capabilities, including LETPA and the NPAs (see priorities below);
- Address capability gaps identified in their THIRA and SPR process; and
- Implement a comprehensive and coordinated approach to address enduring security needs of communities that includes planning, training and awareness campaigns, equipment and capital projects, and exercises.

**c. *SHSP Funding Priorities and Requirements***
HSGP establishes specific funding requirements to ensure resources are allocated effectively and address critical national priorities.

1. Law Enforcement Terrorism Prevention Activities (LETPA)

- Description: LETPA are initiatives funded through HSGP aimed at enhancing law enforcement's ability to prevent terrorist attacks. These activities focus on building and sustaining capabilities in areas such as intelligence analysis, information sharing, threat recognition, and terrorist interdiction.
- Allocation Requirement: At least 35% of total HSGP funds must be allocated to LETPA-related activities.
- Project Alignment: LETPA funds can be applied to projects across the five NPAs or other investments that meet LETPA criteria.
- Additional Guidance: For detailed guidance on allowable LETPA expenditures and requirements, refer to FEMA's Preparedness Grants Manual and Information Bulletin 485 and Information Bulletin 497.

2. National Priority Areas (NPAs)

- <u>Description</u>: FY 2025 HSGP aligns with the Administration's priorities by directing resources toward the most urgent threats facing the Nation. Through the State Homeland Security Program (SHSP), HSGP supports the development and sustainment of core capabilities essential to achieving the National Preparedness Goal (NPG): "A secure and resilient Nation."

  To ensure strategic focus, DHS has identified five NPAs that reflect the evolving risk landscape and national policy objectives. These priorities serve as a framework for targeting investments that build capability, reduce risk, and promote cross-sector coordination.

  The FY 2025 NPAs are:

  1. Enhancing the protection of soft targets and crowded places,
     - This includes faith-based organizations and election sites;
  2. Supporting Homeland Security Task Forces and fusion centers;
  3. Enhancing and integrating cybersecurity resiliency;
  4. Enhancing election security; and
  5. Border Crisis Response and Enforcement Support.
     - Example activities under border crisis response and enforcement support may include:
       1. Participation in the Department of Homeland Security/Immigration and Customs Enforcement 287(g) training program;
       2. Cooperation with Immigration and Customs Enforcement detainers; and
       3. Other jurisdictional responsibilities to support the enforcement of United States immigration law.

  These NPAs are rooted in the core mission areas of the NPG—prevention, protection, mitigation, and response—, and reflect a whole-of-government approach to homeland security. Applicants should use these priorities to guide planning, investment, and implementation to drive measurable outcomes and long-term resilience.

- <u>Allocation Requirement</u>:
  Recipients must allocate at least 30% of their SHSP funds to the five NPAs. Funds can be applied to projects across the five NPAs and can be used to meet LETPA criteria. By meticulously outlining how each investment and project meets LETPA and NPA requirements within the Investment Justifications (IJ), applicants can enhance the effectiveness and compliance of their funding proposals.

- <u>Minimum Spend</u>:
  - Enhancing Election Security requires at least 3% of total SHSP funds.
  - Supporting Border Crisis Response and Enforcement requires at least 10% of total SHSP funds.

        o   The remaining 17% can be allocated across the other NPAs.

Failure to meet NPA spending requirements will result in a hold on affected funds until compliance issues are resolved.

| Priority Areas | Description | Minimum Allocation Requirement |
|---|---|---|
| **Enhancing the Protection of Soft Targets/Crowded Places** | Improving security at locations accessible to the public and vulnerable to attacks. | No minimum allocation |
| **Supporting Homeland Security Task Forces and Fusion Centers** | Promoting coordination of activities and critical information sharing and analysis to prevent and respond to threats. | No minimum allocation |
| **Enhancing Cybersecurity** | Strengthening the protection of computer systems and networks against cyber threats. | No minimum allocation |
| **Enhancing Election Security** | Ensuring the integrity and security of voting systems. | At least 3% of the total SHSP allocation must be dedicated to this area |
| **Supporting Border Crisis Response and Enforcement** | Supporting collaboration between state and local law enforcement and U.S. Immigration and Customs Enforcement (ICE) through the 287(g) program to identify and remove individuals who pose a threat to public safety and national security. | At least 10% of the total SHSP allocation must be dedicated to this area |

States are encouraged to review the Strategic Framework for Countering Terrorism and Targeted Violence when developing investments.

- **NPA Investments: SHSP**
  - **Soft Targets/Crowded Places (no minimum percent)**
    Soft targets and crowded places, like parks, shopping centers, transportation hubs, and event venues, are increasingly appealing to terrorists because of their accessibility and the large gatherings. These areas often lack strict security measures, making them vulnerable. To address this, public and private sectors must collaborate to strengthen the security of locations such as transportation centers, restaurants, polling places, and similar facilities. Personnel responding to incidents at these sites should also be trained in key operational systems, such as the Incident Command System (ICS), to ensure effective on-scene incident management.

    In addition, the malicious use of unmanned aircraft systems (i.e., drones) poses safety and security risks to soft targets and crowded places. Detecting drones is an allowable use of funds under the HSGP in accordance with Executive Order 14305, *Restoring American Airspace Sovereignty,* which allows the purchase of unmanned aircraft systems (UAS) or equipment or services for the detection, tracking, or identification

of drones and drone signals, and FEMA Information Bulletin 530. Before purchasing and deploying these systems, as outlined EO 14305, recipients must:

- **Consult FEMA and Legal Experts:** Work with FEMA's Preparedness Officer and legal experts to ensure your policies and procedures comply with federal and state laws regarding surveillance and communication.
- **Develop Standard Operating Procedures (SOPs):** Establish clear guidelines to ensure operations are conducted in a manner consistent with First and Fourth Amendment protections, and other applicable provisions of federal law.
- **Provide Training and Certification:** Ensure personnel operating UAS systems are properly trained and certified, in accordance with FEMA and Federal Aviation Administration standards.

Applicants are encouraged to submit an investment related to protecting soft targets/crowded places. The proposed investment will be subject to DHS/FEMA's evaluation of the effectiveness of the proposed investments. States are encouraged to engage DHS' Protective Security Advisors for security assessments of soft targets to ensure that recommendations from those assessments are taken into consideration when allocating grant funding.

**Additional Resources**
Further guidance and resources for securing soft targets and crowded places can be found through the Cybersecurity and Infrastructure Security Agency (CISA) and the National Institute of Standards and Technology). For comprehensive compliance and operational details, refer to FEMA's Preparedness Grants Manual and related program documents.

o **Supporting Homeland Security Task Forces and Fusion Centers (no minimum percent)**
This priority supports the Administration's direction under Executive Order 14159, *Protecting the American People Against Invasion*, which calls for the establishment of Homeland Security Task Forces (HSTFs) nationwide. These multi-agency teams—composed of federal and local law enforcement partners—are tasked with disrupting and dismantling transnational criminal organizations, targeting cross-border human smuggling and trafficking networks (especially those involving children), and using all appropriate law enforcement tools to support lawful immigration enforcement.

Activities under this NPA also enhance broader national efforts in:

- Counterterrorism
- Cybersecurity
- Border security
- Immigration enforcement
- Transnational organized crime
- Protection of economic and critical infrastructure

**Allowable Costs:**

Applicants may use grant funds for:

- Establishing or enhancing multi-agency HSTFS, including operational coordination centers
- Enhancing capabilities and integration with local fusion centers
- Procurement of technology or equipment to support surveillance, communications, and data analysis
- Development of standard operating procedures for information sharing, joint operations, and immigration enforcement coordination
- Personnel training, credentialing, and certification to improve interoperability and mission alignment
- Intelligence analysis, reporting, and suspicious activity monitoring
- Exercises and simulations focused on joint operations, intelligence sharing, or interdiction/disruption of criminal or smuggling networks
- Community engagement efforts to foster trust and encourage threat reporting

Fusion Center Requirements: While there is no minimum spending requirement for this NPA, applicants must include at least one dedicated fusion center project under this priority. Applicants must clearly justify how their project will enhance information sharing, collaboration, and a culture of national preparedness. DHS/FEMA will evaluate these investments based on their effectiveness and alignment with program objectives. Please see the Preparedness Grants Manual for more information on fusion center performance measures.

Additional resources and information regarding collaboration and information sharing are also available through the Department's Office of Intelligence and Analysis.

- **Cybersecurity (no minimum percent)**
  In today's interconnected world, increased connectivity brings greater risks, including the potential for adversaries and terrorists to exploit cyber vulnerabilities and disrupt critical systems. While not mandatory, applicants are encouraged to submit proposals for ongoing or high-priority cybersecurity projects. DHS/FEMA will evaluate these investments based on their effectiveness.

  Cybersecurity investments should enhance the security and functioning of critical infrastructure and core capabilities related to preventing, preparing for, protecting against, or responding to acts of terrorism.

  Additional resources and information regarding cybersecurity and cybersecurity performance goals are available through the Cybersecurity and Infrastructure Security Agency, Cross-Sector Cybersecurity Performance Goals | CISA, and the National Institute of Standards and Technology.

- **Election Security (3% minimum allocation)**
  In January 2017, DHS designated the infrastructure used to administer the Nation's elections as critical infrastructure. This designation recognizes that the United States'

election infrastructure is of such vital importance to the American way of life that its incapacitation or destruction would have a devastating effect on the country. Additionally, the Homeland Threat Assessment 2024 indicates that electoral processes remain an attractive target for many adversaries.

Securing election infrastructure, ensuring its continued operation in the face of threats and harassment, advancing the safety of election officials, and protecting against foreign interference are national security priorities. Because threats to election systems are constantly evolving, defending these systems requires constant vigilance, innovation, and adaptation. By integrating the directives of Executive Order 14248, *Preserving and Protection the Integrity of American Elections*, into the Election Security NPA, HSGP recipients can ensure that their efforts contribute to a secure, transparent, and resilient electoral process, thereby reinforcing public trust and the integrity of democratic institutions.

To address these priorities, each state must make at least one (1) investment that supports physical and/or cyber election security. Proposed investments must meet or exceed the FY 2025 national priority percentage for election security (minimum 3%) and will be evaluated by DHS/FEMA for effectiveness and alignment with program goals.

To further strengthen election integrity, jurisdictions must:

- Prioritize compliance with the Voluntary Voting System Guidelines (VVSG) 2.0 established by the U.S. Election Assistance Commission;

- Complete testing through a Voting System Test Laboratory (VSTL) accredited by the Commission;[1]

- Utilize the U.S. Citizenship and Immigration Services' Systematic Alien Verification Entitlements (SAVE) system to verify that anyone working at a polling place in any capacity is a U.S. citizen.

- Demonstrate proof of compliance before accessing the full HSGP award—3% of the award will be withheld from drawdown until compliance is confirmed.

Additional resources and information regarding election security are available through the Cybersecurity and Infrastructure Security Agency.

**Supporting Border Crisis Response and Enforcement (10% minimum allocation)**
State and local law enforcement agencies are essential partners in safeguarding national security and public safety. Pursuant to Executive Order 14159, *Protecting the American People Against Invasion*, it is the policy of the United States to enforce immigration laws against all inadmissible and removable aliens—particularly those who threaten the safety or security of the American

---

[1] Exec. Order No. 14,248, Preserving and Protecting the Integrity of American Elections, 90 Fed. Reg. 14,005 (Mar. 25, 2025).

people. This includes the efficient execution of these laws through lawful incentives and enhanced detention capabilities.

This NPA supports efforts that align with this policy and promote cooperation between local and federal partners. Projects may include, but are not limited to:

- Participation in the DHS/ICE 287(g) program, allowing trained local officers to support ICE with immigration enforcement;
- Cooperation with ICE detainers and other jurisdictional responsibilities related to immigration enforcement; and
- Supportive activities such as officer training, technology and information sharing, operational support, and community engagement.

At least one (1) investment must support efforts under this NPA. Applicants must allocate at least 10% of total SHSP funds to this area. All investments will be reviewed by DHS/FEMA to ensure they are effective, lawful, and aligned with program goals. The SAA must coordinate with ICE on all projects and related matters. Additional guidance and information on the 287(g) program is available through the ICE 287(g) program website.

### d. *Other FY 2025 SHSP Funding Priorities*

There are several enduring security needs that crosscut the homeland security enterprise to which recipients should consider allocating funding across core capability gaps and national priorities. The following are enduring needs that help recipients implement a comprehensive approach to securing communities:

- Effective planning;[2]
- Training and awareness campaigns;
- Equipment and capital projects; and
- Exercises.

The table below provides a breakdown of the FY 2025 SHSP priorities showing the core capabilities enhanced and lifelines supported, as well as examples of eligible project types for each area. More information on allowable investments can be found in Appendix 12.B and in the Preparedness Grants Manual (FM-207-23-001).

DHS/FEMA expects that national priorities will continue to be included in future years, evolving as threats change and capability gaps are addressed. Applicants are strongly encouraged to start planning now to sustain existing capabilities using funding sources other than DHS preparedness grants.

---

[2] Including assessment of critical infrastructure system vulnerabilities and plans to reduce consequences of disruptions, using the Infrastructure Resilience Planning Framework and Regional Resiliency Assessment Methodology produced by the Cybersecurity and Infrastructure Security Agency.

Projects listed in the table below may be useful in preparing for disasters unrelated to terrorism, as long as they also support the primary goals of preventing, preparing for, protecting against, or responding to acts of terrorism.

## Example Project Types

*All priorities in this table concern the Safety and Security Lifelines.*

| Priority Areas | Core Capabilities | Example Project Types |
|---|---|---|
| **National Priorities** | | |
| Enhancing the Protection of Soft Targets/ Crowded Places (Securing Public Gathering Locations) | • Operational coordination<br>• Public information and warning<br>• Intelligence and information sharing<br>• Interdiction and disruption<br>• Screening, search, and detection<br>• Access control and identity verification<br>• Physical protective measures<br>• Risk management for protection programs and activities | • Operational overtime. For more information on operational overtime, see Appendix 12.B of this NOFO.<br>• Physical security enhancements<br>  o Security cameras (closed-circuit television [CCTV])<br>  o Security screening equipment for people and baggage<br>  o Lighting<br>  o Access controls<br>  o Fencing, gates, barriers, etc.<br>• UAS and detection technologies |
| Enhancing Cybersecurity | • Cybersecurity<br>• Intelligence and information sharing<br>• Planning<br>• Public information and warning<br>• Operational coordination<br>• Screening, search, and detection<br>• Access control and identity verification<br>• Supply chain integrity and security<br>• Risk management for protection programs and activities<br>• Long-term vulnerability reduction<br>• Situational assessment<br>• Infrastructure systems<br>• Operational communications | • Cybersecurity risk assessments<br>• Migrating online services to the ".gov" internet domain<br>• Projects that address vulnerabilities identified in cybersecurity risk assessments<br>  o Improving cybersecurity of critical infrastructure to meet minimum levels identified by the Cybersecurity and Infrastructure Security Agency and the National Institute of Standards and Technology Cybersecurity Framework (Version 1.1)<br>  o Adoption of cybersecurity performance goals (CISA's Cross-Sector Cybersecurity Performance Goals)<br>• Cybersecurity training, planning, and exercises |
| Supporting Homeland Security Task Forces and Fusion Centers | • Intelligence and information sharing<br>• Interdiction and disruption<br>• Public information and warning | • Establishing or enhancing multi-agency Homeland Security Task Forces (HSTFs), including operational coordination centers<br>• Enhancing capabilities and integration with local fusion centers |

| Priority Areas | Core Capabilities | Example Project Types |
|---|---|---|
| | • Operational coordination<br>• Risk management for protection programs and activities | • Procurement of technology or equipment to support surveillance, communications, and data analysis<br>• Development of standard operating procedures for information sharing, joint operations, and immigration enforcement coordination<br>• Personnel training, credentialing, and certification to improve interoperability and mission alignment<br>• Intelligence analysis, reporting, and suspicious activity monitoring<br>• Exercises and simulations focused on joint operations, intelligence sharing, or interdiction/disruption of criminal or smuggling networks<br>• Community engagement efforts to foster trust and encourage threat reporting<br>• Information sharing with all DHS components; fusion centers; other operational, investigative, and analytic entities; and other federal law enforcement and intelligence entities<br>• Cooperation with DHS and other entities in intelligence, threat recognition, assessment, analysis, and mitigation<br>• Identification, assessment, and reporting of threats of violence<br>• Intelligence analysis training, planning, and exercises<br>• Coordinating the intake, triage, analysis, and reporting of tips/ leads and suspicious activity, to include coordination with the Nationwide Suspicious Activity Reporting (SAR) Initiative (NSI) |
| Enhancing Election Security | • Cybersecurity<br>• Intelligence and information sharing<br>• Planning<br>• Long-term vulnerability reduction<br>• Situational assessment<br>• Infrastructure systems<br>• Operational coordination<br>• Community resilience | • Prioritize compliance with the VVSG 2.0 established by the U.S. Election Assistance Commission<br>• Complete testing through a VSTL accredited by the U.S. Election Assistance Commission<br>• Physical security planning and exercise support<br>• Physical/site security measures – e.g., locks, shatter proof glass, alarms, access controls, etc.<br>• General election security navigator support<br>• Cyber and general election security navigator support<br>• Cybersecurity risk assessments, training, and planning<br>• Projects that address vulnerabilities identified in cybersecurity risk assessments<br>• Iterative backups, encrypted backups, network segmentation, software to monitor/scan, and endpoint protection<br>• Distributed Denial of Service protection<br>• Migrating online services to the ".gov" internet domain<br>• Online harassment and targeting prevention services |

| Priority Areas | Core Capabilities | Example Project Types |
|---|---|---|
| | | • Public awareness/preparedness campaigns discussing election security and integrity measures<br>• Long-term vulnerability reduction and community resilience |
| Supporting Border Crisis Response and Enforcement | • Training and awareness<br>• Community resilience<br>• Operational coordination<br>• Risk management for protection programs and activities | • Staffing support to expand 287(g) screening operations within correctional facilities<br>• Operational overtime costs directly tied to 287(g) screening, processing, and enforcement activities<br>• Training programs for state and local law enforcement officers in immigration law, civil rights protections, and 287(g) procedures<br>• Development or enhancement of information-sharing platforms between ICE and local agencies<br>• Procurement of screening, detection, and communications technology to support immigration enforcement activities<br>• Establishing secure and dedicated communication networks with ICE Field Offices<br>• Conducting joint training exercises with ICE and local law enforcement to test operational coordination<br>• Support for facilities upgrades, such as creating dedicated interview rooms and secure processing spaces<br>• Community engagement and public briefings to promote transparency and understanding of 287(g) operations and protections |
| **Enduring Needs** | | |
| Planning | • Planning<br>• Risk management for protection programs and activities<br>• Risk and disaster resilience assessment<br>• Threats and hazards identification<br>• Operational coordination<br>• Community resilience | • Development of:<br>  o Security Risk Management Plans<br>  o Threat Mitigation Plans<br>  o Continuity of Operations Plans<br>  o Response Plans<br>  o Vulnerability Assessments<br>• Efforts to strengthen governance integration between/among regional partners<br>• Joint training and planning with DHS officials and other entities designated by DHS<br>• Cybersecurity training and planning |
| Training and Awareness | • Long-term vulnerability reduction<br>• Public information and warning<br>• Operational coordination<br>• Situational assessment<br>• Community resilience | • Active shooter training<br>• Intelligence analyst training<br>• SAR and terrorism indicators/behaviors training<br>• Security training for employees<br>• Public awareness/preparedness campaigns<br>• Cybersecurity training and planning<br>• Sharing and leveraging intelligence and information |
| Equipment and Capital Projects | • Long-term vulnerability reduction<br>• Infrastructure systems<br>• Operational communications | • Protection of high-risk, high-consequence areas or systems that have been identified through risk assessments<br>• Physical security enhancements<br>  o Security cameras (CCTV) |

| Priority Areas | Core Capabilities | Example Project Types |
|---|---|---|
| | • Interdiction and disruption<br>• Screening, search and detection<br>• Access control and identity verification<br>• Physical protective measures | ○ Security screening equipment for people and baggage<br>○ Lighting<br>○ Access Controls<br>  ▪ Fencing, gates, barriers, etc.<br>• Enhancing Weapons of Mass Destruction and/or improvised explosive device prevention, detection, and response capabilities<br>○ Chemical/Biological/Radiological/ Nuclear/Explosive detection, prevention, and response equipment |
| Exercises | • Long-term vulnerability reduction<br>• Operational coordination<br>• Operational communications<br>• Community resilience | • Response exercises, including exercise planning with community-based organizations |

For FY 2025, each SHSP recipient is required to submit an Investment Justification (IJ) for the NPAs with minimum spend requirements (i.e., Enhancing Election Security and Supporting Border Crisis Response and Enforcement). The investments must also account for at least the relevant minimum percentage of the applicant's SHSP allocations. SAAs may submit complete project-level information at the time of application, including the NPA IJs, but are not required to do so. *As a reminder, all SHSP-funded projects must have a demonstrated nexus to achieving target capabilities related to preventing, preparing for, protecting against, and responding to acts of terrorism*. At the same time, these projects can also help improve preparedness for other types of disasters.

**e. *Goals and Objectives for OPSG***

Operation Stonegarden (OPSG) supports enhanced cooperation and coordination among Customs and Border Protection (CBP)/United States Border Patrol (USBP), and federal, state, local, tribal, and territorial law enforcement agencies to strengthen border security.

The program's objectives are to:
- Enhance collaboration and coordination among federal, state, local, tribal, and territorial law enforcement agencies to strengthen border security;
- Support joint efforts to secure borders, including land and water routes, and critical travel corridors; and
- Improve information and intelligence sharing to address border-related threats effectively.

**f. *OPSG Funding Priorities***

FY 2025 Emphasis:

- Jurisdictions are encouraged to participate in the 287(g) program as part of their OPSG efforts when coordinated with and endorsed by USBP.

- Funding dedicated to support 287(g) activities under OPSG is encouraged but does not count toward the 10% minimum allocation required for the new "Supporting Border Crisis Response and Enforcement" National Priority Area (NPA) under SHSP.

The table below provides examples of project types.

**FY 2025 OPSG - Example Project Types**

| Priority Areas | Core Capabilities | Lifelines | Example Project Types |
|---|---|---|---|
| **National Priorities** | | | |
| Supporting Border Crisis Response and Enforcement | <ul><li>Training and awareness</li><li>Community resilience</li><li>Operational coordination</li><li>Risk management for protection programs and activities</li></ul> | | <ul><li>Enhance collaboration and coordination among federal, state, local, tribal, and territorial law enforcement agencies to strengthen border security</li><li>Support joint efforts to secure borders, including land and water routes, and critical travel corridors</li><li>Improve information and intelligence sharing to address border-related threats effectively</li><li>Provide staffing support to expand 287(g) screening operations within correctional facilities</li><li>Operational overtime costs directly tied to 287(g) screening, processing, and enforcement activities</li><li>Training programs for state and local law enforcement officers in immigration law, civil rights protections, and 287(g) procedures</li></ul> |

CBP/USBP remains the lead federal entity in determining eligibility, setting operational priorities, and coordinating all OPSG activities. Any use of 287(g) as part of eligibility must be developed in close coordination with CBP and reflect USBP's operational assessments and strategic goals.

**C.** Program Rationale
The stated goals, objectives, and priorities of HSGP support Section 2002 of the *Homeland Security Act of 2002*, Pub. L. No. 107-296 (codified as amended at 6 U.S.C. § 603).

**D.** Federal Assistance Type
Grant

**E.** Performance Measures and Targets
**a.** *SHSP*
1. Number of recipients and stakeholders participating in the HSGP program.
2. Number of recipients and stakeholders addressing capability gaps identified through the THIRA/SPR process.
3. Number of gaps mitigated in a core capabilities that have a target(s) rated as high priority.
4. Percent change in year-over-year capability levels relating to targeted high priority capabilities identified through the THIRA/SPR process.

FEMA will calculate and analyze the above metrics through a review of state/territory SPR submissions and required programmatic reports.

**b.** *OPSG*
1. Number of OPSG-funded overtime hours contributed by subrecipients to support and strengthen the U.S. CBP's border security operations.
2. Number of OPSG-funded overtime hours contributed by subrecipients to support and strengthen the U.S. CBP's border security operations.
3. Number of SLTT law enforcement agencies participating in joint OPSG activities.

**F.** Program-Specific Unallowable Costs

**a.** *Unallowable Costs for SHSP and OPSG*
Per FEMA policy, the purchase of weapons and weapons accessories, including ammunition, is not allowed with HSGP funds. Grant funds may not be used for the purchase of the following equipment: firearms; ammunition; grenade launchers; bayonets; or weaponized aircraft, vessels, or vehicles of any kind with weapons installed. Unauthorized exercise-related costs include:

- Reimbursement for the maintenance or wear and tear costs of general use vehicles (e.g., construction vehicles), medical supplies, and emergency response apparatus (e.g., fire trucks, ambulances); and
- Equipment that is purchased for permanent installation and/or use, beyond the scope of the conclusion of the exercise (e.g., electronic messaging sign).

HSGP funds may not be used to support the hiring of sworn public safety officers for purposes of fulfilling traditional public safety duties or to supplant traditional public safety positions and responsibilities (6 U.S.C. § 609(b)(1)(A)).

As directed by Section 2008(b)(2) of the *Homeland Security Act of 2002* (codified as amended at 6 U.S.C. § 609(b)(2)), all personnel and personnel-related costs, including those of intelligence analysts and operational overtime, are allowed up to 50 percent of HSGP funding without time limitation placed on the period of time that such personnel can serve. FEMA may provide a waiver at the request of the recipient to allow personnel expenses to exceed 50 percent of the amount awarded, however.

**b.** *Unallowable Costs for OPSG Only*
OPSG funds may not be used for the following:
- Evidence collection, arrest processing, prosecution, and Traffic/DUI checkpoints, such as evidence documentation cameras, fingerprinting supplies, alcohol breathalyzers, portable work lights, traffic barricades, and similar law enforcement expenses;
- Staffing (other than overtime) and general information technology computing equipment and hardware, such as personal computers, faxes, copy machines, and modems;
- Hiring full-time or permanent sworn public safety officers;
- Supplanting of inherent routine patrols and law enforcement operations or activities not directly related to providing enhanced coordination between local and federal law enforcement agencies;
- Construction and/or renovation costs; or
- Exercise expenses.

Applicants should refer to IB 421b, or contact their FEMA Headquarters (HQ) Preparedness Officer for guidance and clarification. Due to the nature of OPSG, exercise expenses are not allowable costs under OPSG.

**G.** General Funding Requirements

Costs charged to federal awards (including federal and non-federal cost share funds) must comply with applicable statutes, rules and regulations, policies, this NOFO, the Preparedness Grants Manual, and the terms and conditions of the federal award. This includes, among other requirements, that costs must be incurred, and products and services must be delivered within the budget period. 2 C.F.R. § 200.403(h).

Recipients may not use federal funds or any cost share funds for the following activities:

1. Matching or cost sharing requirements for other federal grants and cooperative agreements (see 2 C.F.R. § 200.306).
2. Lobbying or other prohibited activities under 18 U.S.C. § 1913 or 2 C.F.R. § 200.450.
3. Prosecuting claims against the federal government or any other government entity (see 2 C.F.R. § 200.435).

1. Funds Transfer Restriction

Recipients are not allowed to move funds between programs (SHSP and OPSG). While projects can be funded by multiple sources, recipients cannot shift funds from one program to another.

**H.** Indirect Costs (Facilities and Administrative Costs)

Indirect costs are allowed for recipients and subrecipients.

Indirect costs (IDC) are costs incurred for a common or joint purpose benefitting more than one cost objective and not readily assignable to specific cost objectives without disproportionate effort. Applicants with a current negotiated IDC rate agreement who desire to charge indirect costs to a federal award must provide a copy of their IDC rate agreement with their applications. Not all applicants are required to have a current negotiated IDC rate agreement. Applicants that are not required to have a negotiated IDC rate agreement, but are required to develop an IDC rate proposal, must provide a copy of their proposal with their applications. Applicants without a current negotiated IDC rate agreement (including a provisional rate) and wish to charge the de minimis rate must reach out to FEMA for further instructions. Applicants who wish to use a cost allocation plan in lieu of an IDC rate proposal must reach out to FEMA for further instructions. As it relates to the IDC for subrecipients, a recipient must follow the requirements of 2 C.F.R. §§ 200.332 and 200.414 in approving the IDC rate for subawards.

See the Preparedness Grants Manual for information on establishing indirect cost rates.

**I.** Management and Administration (M&A) Costs

Recipients can use up to 5% of their HSGP funds for M&A purposes. *Full-Year Continuing Appropriations and Extensions Act, 2025, Pub. L. No. 119-4, § 1101.* Subrecipients may also use

up to 5% of the funding passed through by the state specifically for M&A related to the HSGP award.

Recipients or subrecipients can apply M&A costs toward meeting the NPA spending requirements. For example, if a recipient spent $5,000 on administering election security projects, it could count toward the mandatory 3% allocation for the election security NPA.

The total M&A funds a state can retain are based on 5% of the combined total of its SHSP and OPSG awards. However:

- States must ensure subrecipient awards meet the mandatory pass-through requirements before retaining M&A funds.
- Pass-through percentages are calculated based on the total HSGP award, before M&A deductions.

Under OPSG, subrecipients - including local law enforcement agencies referred to as "friendly forces" - can use up to 5% of their awarded funds for M&A expenses (*Full-Year Continuing Appropriations and Extensions Act, 2025, Pub. L. No. 119-4, § 1101*). In retaining these funds, states may retain a maximum of 2.5% of the OPSG allocation, which must be withheld from the pass-through to each subrecipient county or tribe in an equal percentage. The SAA may also retain additional funding from its SHSP award to manage and administer the OPSG award, but that additional amount is also capped at an amount equal to 2.5% of the OPSG award.

Example of applying this principle:

**<u>SAA 1</u>**:
- Total award: $4,500,000
- SHSP: $3,500,000 OPSG: $1,000,000
- M&A Maximum: $225,000 (5% of $4,500,000)
- Maximum M&A for SHSP = $175,000
- Maximum M&A for OPSG = $50,000. Of that amount, $25,000 (2.5%) may be retained from the OPSG allocation, and the other $25,000 would come from the SHSP allocation. Any amount used to manage and administer OPSG that is charged to SHSP may be above and beyond the $175,000 available to manage the SHSP allocation.

M&A charged to OPSG and SHSP funding must be used to support that particular program. See the Preparedness Grants Manual for information on M&A costs.

**J.**  Pre-Award Costs
Pre-award costs are defined as costs incurred by the applicant prior to the start date of the period of performance of the federal award and are allowable only with the prior written approval of DHS/FEMA and as included in the award agreement. To request pre-award costs, a written request must be included with the application, signed by the AOR of the entity. The letter must outline what the pre-award costs are for, including a detailed budget break-out of pre-award costs from the post-award costs, and a justification for approval. For more information, please contact your assigned FEMA HQ Preparedness Officer.

**K.** Beneficiary Eligibility

There are no program requirements. This NOFO and any subsequent federal awards create no rights or causes of action for any beneficiary.

**L.** Participant Eligibility

There are no program requirements. This NOFO and any subsequent federal awards create no rights or causes of action for any participant.

**M.** Authorizing Authority

Section 2002 of the *Homeland Security Act of 2002*, Pub. L. No. 107-296 (codified as amended at 6 U.S.C. § 603).

**N.** Appropriation Authority

Full-Year Continuing Appropriations and Extensions Act, 2025, Pub. L. No. 119-4 § 1101.

**O.** Budget Period

There will be only a single budget period with the same start and end dates as the period of performance.

**P.** Prohibition on Covered Equipment or Services

See the [Preparedness Grants Manual](#) for information on prohibitions on expending funds on covered telecommunications and surveillance equipment and services.

### 4. Application Contents and Format

**A.** Pre-Application, Letter of Intent, and Whitepapers

Not allowable.

**B.** Application Content and Format

Not applicable.

**C.** Application Components

The following forms or information are required to be submitted via FEMA GO. Applicants can complete these forms directly in FEMA GO without needing to upload PDF versions of the forms. The Standard Forms (SF) are also available at [Forms | Grants.gov.](#)

- SF-424, Application for Federal Assistance

- Grants.gov Lobbying Form, Certification Regarding Lobbying

- SF-424A, Budget Information (Non-Construction)

  o For construction under an award, submit SF-424C, Budget Information (Construction), in addition to or instead of SF-424A

- SF-424B, Standard Assurances (Non-Construction)

   o  For construction under an award, submit SF-424D, Standard Assurances (Construction), in addition to or instead of SF-424B

- SF-LLL, Disclosure of Lobbying Activities

**D.  Program-Specific Required Documents and Information**
Start by visiting Grants.gov and searching for the Homeland Security Grant Program posting. Once you find the posting, go to the **Related Documents** tab to download the necessary templates. Fill out these forms carefully, ensuring all information is accurate and clearly labeled. Save the completed forms as Adobe PDF files. Finally, log in to FEMA GO and upload the PDFs as part of your application.

The following program-specific forms or information are required to be submitted in FEMA GO:

**SHSP**
- FEMA GO – Web based Summary of Grant Request Details
- Senior Advisory Committee (SAC) Charter and Membership / Point of Contact List

**OPSG**
Operations Orders (See Section 9.K.d)
**Applicable to All Programs (as appropriate)**
- Detailed Budgets (web based)
- Pre-Award Costs
- Indirect Cost Agreement

For additional documents and post-award application requirements (e.g., SAFECOM letter and others), please refer to Section 9 Post-Award Requirements and Administration for guidance.

**a.** *IJ Development: SHSP*
Each IJ begins with an overview that aligns the proposed investments with the applicant's homeland security strategy and the program's goals.

1. **Investments:** Applicants must propose a minimum of two and a maximum of twelve investments within the IJ. Each investment represents a strategic area of focus and should include:
   - **Investment Name:** A clear title that reflects the focus area.
   - **Description:** An explanation of how the investment supports planning, organization, equipment, training, and exercises.
   - **Alignment:** Identification of goals and objectives from the State Homeland Security Strategy that the investment supports.

2. **Projects:** Each investment contains one or more projects detailing specific activities. For each project, the IJ requires:
   - **Project Name and Description:** A concise title and summary of the project's purpose and activities.
   - **Subrecipient Information:** Details about any subrecipients involved, including their names and whether they are state or local entities.

- **Location:** The primary location's zip code where the project will be implemented.
- **Core Capability Supported:** The main capability the project aims to build or sustain.
  - **Shareability and Deployability:** Information on whether the project's activities can be shared with or deployed to other jurisdictions.

3. **Funding Details:** The IJ must specify the funding amount for each investment and project, ensuring alignment with program guidelines and the minimum spending thresholds for NPAs and LETPA.

4. **Capability Gaps and Outcomes:** Applicants should describe existing capability levels, identify gaps the investment intends to address, and outline the expected outcomes and improvements resulting from the proposed projects.

**b. *LETPA and NPA Requirements***
Applicants must ensure their IJs meet specific requirements for LETPA and the NPAs.

1. **LETPA**
- At least 35% of SHSP funds must go toward LETPA projects that prevent terrorism, such as law enforcement training or equipment.
- Eligible activities must have a clear nexus to law enforcement terrorism prevention, including equipment, training, exercises, and operational overtime directly related to preventing terrorism.
- Applicants should clearly identify which investments and projects contribute to the LETPA allocation within their IJs.
- It's allowable for an investment to simultaneously support LETPA and an NPA, provided it meets the criteria for both.
- Investments and projects meeting LETPA requirements must be clearly labeled in the IJ.

2. **NPA:**
- At least 30% of SHSP funds must go toward projects in five NPAs:
  - Protecting soft targets/crowded places;
  - Supporting Homeland Security Task Forces and Fusion Centers;
  - Enhancing cybersecurity;
  - Enhancing election security (requires at least 3%); and
  - Supporting Border Crisis Response and Enforcement (requires at least 10%).
- Among these, only "Enhancing election security" and "Supporting Border Crisis Response and Enforcement" have a specified minimum spend requirement of 3% and 10%, respectively. The remaining 17% can be flexibly allocated across the remaining NPAs.
- For NPAs with a minimum spend requirement (election security and 287(g)), related projects must be consolidated into single IJs, clearly labeled IJ.
- Other NPA projects may be combined into one or more IJs, but applicants must clearly identify which NPAs each project supports to ensure they count toward the 30% minimum allocation.

**c.** *Fusion Center Project IJ Requirement*

For SHSP funded investments, each applicant must designate one project in support of a designated fusion center under the "*Supporting Homeland Security Task Forces and Fusion Centers*" priority area. Coordination with the fusion center is required when developing the project prior to submission. Additional guidance on developing fusion center projects can be found below and in the Preparedness Grants Manual.

Applicants must identify a fusion center project that includes:
- **Alignment with the Designated Fusion Center**: Clearly indicate which fusion center the project supports and that it's under the "*Supporting Homeland Security Task Forces and Fusion Centers*" priority area.
- **Project Description and Funding Details**: Provide a brief narrative describing the proposed activities and a detailed funding breakdown that directly supports the fusion center.

The narrative and financial itemization must align with fusion center improvement or sustainment needs, as outlined in the Fusion Center Performance Measures section of the Preparedness Grants Manual. Recipients can also refer to the Fusion Centers | Homeland Security website for more information.

**d.** *What Happens if IJ Requirements Aren't Met?*
- If IJs don't meet the NPA and LETPA spending requirements, FEMA will place a hold on those impacted funds until the issues are resolved.
- Applicants can provide project details either during the application process or by including them in the Biannual Strategy Implementation Report (BSIR) due by January 30, 2026.

**e.** *How to Succeed*
- Clearly explain how your projects meet LETPA and NPA goals, and which IJ includes the Fusion Center.
- Ensure investments and projects align with homeland security strategies and fill capability gaps.
- Maintain detailed records to support your application and help FEMA review it.

By following these steps, applicants can ensure their funding proposals are clear, meet program requirements, and align with homeland security priorities.

**f.** *FEMA GO - Grant Request Details (Web-Based)*

When completing the Grant Request Details section in the FEMA GO Application, entities are strongly encouraged to provide complete details about their proposed projects. This includes project names, descriptions, and associated costs to ensure clarity and accuracy in funding requests.

However, applicants will not be penalized if they do not enter full details at this stage. They will have another opportunity to refine and expand upon this information when completing the Winter BSIR.

At a minimum, applicants must submit the IJ to demonstrate the projects they intend to fund. The IJ provides a high-level summary of proposed initiatives and aligns them with grant priorities.

For additional guidance on completing the Grant Request Details section, refer to the FEMA GO Application Process Guide or consult your HQ FEMA Preparedness Officer.

**g.** *Senior Advisory Committee (SAC) Charter and Advisory List*
Recipients are required to establish a SAC and provide a copy of the SAC Charter with their application. The SAC Charter should include a detailed description of the committee's composition, governance processes, meeting frequency, decision-making procedures, and defined roles and responsibilities. All members of the SAC should sign and date the charter to indicate their agreement with its content and their representation on the committee. Recipients must include the information as an attachment in FEMA GO when submitting their application. SAA will use the URT to verify compliance with SAC charter requirements. For more information on SAC composition, scope, responsibilities, see the Preparedness Grants Manual.

**h.** *National Incident Management System (NIMS) Implementation*
Prior to allocation of any federal preparedness awards, recipients must ensure and maintain adoption and implementation of NIMS, including implementation of important operational systems defined under NIMS, such as the Incident Command System (ICS). The list of objectives used for progress and achievement reporting is on FEMA's website at https://www.fema.gov/emergency-managers/nims/implementation-training.

Please see the Preparedness Grants Manual for more information on NIMS.

**i.** *Emergency Management Assistance Compact (EMAC) Membership*
In support of the National Preparedness Goal (the Goal), SHSP recipients must participate in the EMAC. Exceptions are made for American Samoa and the Commonwealth of the Northern Mariana Islands, which are not required to join EMAC at this time.

All assets supported in part or entirely with FY 2025 HSGP funding must be readily deployable and NIMS-typed, when possible, to support emergency or disaster operations per existing EMAC agreements. In addition, funding may be used for the sustainment of core capabilities that, while they may not be physically deployable, support national response capabilities, such as Geographic/Geospatial Information Systems, interoperable communications systems, and capabilities as defined under the Mitigation Mission Area of the Goal.

**k.** *Detailed Budget*
Applicants must complete the web-based budget summary within FEMA GO for all funds requested at the time of the application. For detailed guidance, refer to the FEMA GO Application Process Guide.

For a visual guide on entering sub-recipient management costs in FEMA GO, you may find the following tutorial helpful: How To Enter Sub-recipient Management Costs In FEMA-Go.

**E.** Post-Application Requirements for Successful Applicants
Not applicable.

## 5. Submission Requirements and Deadlines

**A.**  Address to Request Application Package
Applications are processed through the FEMA GO system. To access the system, go to
https://go.fema.gov/.

Steps Required to Apply For An Award Under This Program and Submit an Application:

To apply for an award under this program, all applicants must:

a.  Apply for, update, or verify their Unique Entity Identifier (UEI) number and EIN from
the Internal Revenue Service (IRS);
b.  In the application, provide an UEI number;
c.  Have an account with login.gov;
d.  Register for, update, or verify their System for Award Management (SAM) account and
ensure the account is active before submitting the application;
e.  Register in FEMA GO, add the organization to the system, and establish the AOR. The
organization's electronic business point of contact (eBiz POC) from the SAM registration
may need to be involved in this step. For step-by-step instructions, see
https://www.fema.gov/media-library/assets/documents/181607;
f.  Submit the complete application in FEMA GO; and
g.  Continue to maintain an active SAM registration with current information at all times
during which it has an active federal award or an application or plan under consideration
by a federal awarding agency. As part of this, applicants must also provide information
on an applicant's immediate and highest-level owner and subsidiaries, as well as on all
predecessors that have been awarded federal contracts or federal financial assistance
within the last three years, if applicable.

Per 2 C.F.R. § 25.110(a)(2)(iv), if an applicant is experiencing exigent circumstances that
prevents it from obtaining an UEI number and completing SAM registration prior to receiving a
federal award, the applicant must notify FEMA as soon as possible. Contact fema-grants-
news@fema.dhs.gov and provide the details of the exigent circumstances.

How to Register to Apply:

General Instructions:

Registering and applying for an award under this program is a multi-step process and requires
time to complete. Below are instructions for registering to apply for FEMA funds. Read the
instructions carefully and prepare the requested information before beginning the registration
process. Gathering the required information before starting the process will alleviate last-minute
searches for required information.

**The registration process can take up to four weeks to complete.** To ensure an application
meets the deadline, applicants are advised to start the required steps well in advance of their
submission.

Organizations must have a UEI number, EIN, and an active SAM registration.

Obtain a UEI Number:

All entities applying for funding, including renewal funding, must have a UEI number. Applicants must enter the UEI number in the applicable data entry field on the SF-424 form. For more detailed instructions for obtaining a UEI number, refer to SAM.gov.

Obtain Employer Identification Number:

In addition to having a UEI number, all entities applying for funding must provide an EIN. The EIN can be obtained from the IRS by visiting https://www.irs.gov/businesses/small-businesses-self-employed/apply-for-an-employer-identification-number-ein-online.

Create a login.gov account:

Applicants must have a login.gov account in order to register with SAM or update their SAM registration. Applicants can create a login.gov account at: https://secure.login.gov/sign_up/enter_email?request_id=34f19fa8-14a2-438c-8323-a62b99571fd.

Applicants only have to create a login.gov account once. For existing SAM users, use the same email address for both login.gov and SAM.gov so that the two accounts can be linked.

For more information on the login.gov requirements for SAM registration, refer to https://www.sam.gov/SAM/pages/public/loginFAQ.jsf.

Register with SAM:

In addition to having a UEI number, all organizations must register with SAM. Failure to register with SAM will prevent your organization from applying through FEMA GO. SAM registration must be renewed annually and must remain active throughout the entire grant life cycle.

For more detailed instructions for registering with SAM, refer to: Register with SAM

**Note:** per 2 C.F.R. § 25.200, applicants must also provide the applicant's immediate and highest-level owner, subsidiaries, and predecessors that have been awarded federal contracts or federal financial assistance within the past three years, if applicable.

Register in FEMA GO, Add the Organization to the System, and Establish the AOR:

Applicants must register in FEMA GO and add their organization to the system. The organization's electronic business point of contact (eBiz POC) from the SAM registration may need to be involved in this step. For step-by-step instructions, see FEMA GO Startup Guide.

Note: FEMA GO will support only the most recent major release of the following browsers:

- Google Chrome;

- Mozilla Firefox;

- Apple Safari; and

- Microsoft Edge.

Applicants using tablet type devices or other browsers may encounter issues with using FEMA GO.

Submitting the Final Application:

Applicants will be prompted to submit the standard application information, and any program-specific information required. Standard Forms (SF) may be accessed in the Forms tab under the: SF-424 Family | Grants.gov.

Applicants should review these forms before applying to ensure they are providing all required information.

After submitting the final application, FEMA GO will provide either an error message, or an email to the submitting AOR confirming the transmission was successfully received.

**B.** Application Deadline
08/11/25 05:00:00 PM Eastern Time

**C.** Pre-Application Requirements Deadline
Not applicable.

**D.** Post-Application Requirements Deadline
Not Applicable.

**E.** Effects of Missing the Deadline
All applications must be completed in FEMA GO by the application deadline. FEMA GO automatically records proof of submission and generates an electronic date/time stamp when FEMA GO successfully receives an application. The submitting AOR will receive via email the official date/time stamp and a FEMA GO tracking number to serve as proof of timely submission prior to the application deadline.

**Applicants experiencing system-related issues have until 3:00 PM ET on the date applications are due to notify their FEMA Preparedness Officer or the FEMA GO Helpdesk.** No new system-related issues will be addressed after this deadline. Applications not received by the application submission deadline will not be accepted.

## 6. Intergovernmental Review
**A.** Requirement Description and State Single Point of Contact
An intergovernmental review may be required. Applicants must contact their state's Single Point of Contact (SPOC) to comply with the state's process under Executive Order 12372.

## 7. Application Review Information
**A.** Threshold Criteria

The SAA is the sole entity authorized to submit HSGP applications to FEMA on behalf of the state and subrecipients. This section highlights the specific criteria that determine ineligibility, ensuring applicants understand and adhere to the program's requirements.

**a. *Entities Ineligible for HSGP Funding***
- **Non-SAA Organization -** SAA are the only eligible applicants to submit HSGP applications to FEMA. This includes applications for SHSP and OPSG.
- **Unaffiliated or Unauthorized Representatives -** Applications submitted by individuals who are not current employees, personnel, or authorized representatives of the applicant organization (e.g., consultants or contractors acting on behalf of an organization) will be deemed ineligible.
- **Organizations Not Registered in SAM.gov -** Applicants that fail to register and maintain an active profile in SAM.gov, or those without a UEI, are not eligible to receive funding.
- **Direct Applications by Tribal Governments -** Tribal governments cannot directly apply for HSGP funding (SHSP, OPSG). However, they may receive funding as subrecipients through their state's SAA.

**b. *Ineligible Projects***
- Projects that do not align with the purposes of the HSGP, including those that fail to demonstrate a clear nexus to preventing, preparing for, protecting against, or responding to acts of terrorism.
- Activities not permitted under HSGP guidance or that do not meet criteria for allowable costs as outlined in the NOFO and Preparedness Grants Manual.

**c. *Non-Compliance with Federal Requirements***
- Failure to submit a complete and accurate application by the deadline.
- Applications missing required documentation or information, such as an active registration in SAM.gov or compliance with UEI requirements.
- Entities with a history of non-compliance with federal statutes, regulations, or program requirements that impact eligibility for federal funding.

**B.** Application Criteria
**a. *Programmatic Criteria***
1.   Risk Methodology

The risk methodology determines the relative risk[3] of terrorism a jurisdiction faces by assessing the expressed or implied threats, the asset/system vulnerabilities, and the communal consequences of an attack. The equation for relative risk is comprised of three components: Threat x Vulnerability x Consequence. Each component is comprised of data elements that are reviewed yearly, in collaboration with FEMA stakeholders, to ensure alignment with the

---

[3] DHS defines risk as: "potential for an adverse outcome assessed as a function of hazard/threats, assets and their vulnerabilities, and consequences." See DHS Lexicon Terms and Definitions: 2018 Edition – Revision 04, (Apr. 2018)

changing U.S. terrorism threat environment. Each eligible jurisdiction's relative risk is assessed, which helps to inform grant funding. For more information on the SHSP and OPSG allocation processes, please see Appendix 11.A.

The three components of risk and their functions are outlined below:

- Threat: Assesses reports documenting indication of potential harm to life, information, operations, the environment and/or property within a jurisdiction.
- Vulnerability: Assesses assets and systems - such as infrastructure, borders, special events, and movements of individuals or groups - that may render terrorist attacks on a jurisdiction more likely to succeed, if attempted.
- Consequence: Assesses the impact of a terrorist attack on a jurisdiction through direct measures such as the numerical values for its population, gross domestic product, and infrastructure.

NOTE: The risk methodology is separate from the THIRA/SPR process. Risk methodology results do affect grant allocations while the THIRA/SPR process does not.

**b. *Application Evaluation Criteria***
FEMA will evaluate the FY 2025 HSGP applications for completeness, adherence to programmatic guidelines, and anticipated effectiveness of the proposed investments. FEMA's review will include verification that each IJ and project:

- Aligns with at least one core capability identified in the Goal;
- Demonstrates how investments support building capability and/or closing capability gaps or sustaining capabilities identified in the THIRA/SPR process; and
- Supports a NIMS-typed resource and whether those assets are deployable/shareable to support emergency or disaster operations per existing EMAC agreements.

In addition to the above, FEMA will evaluate whether proposed projects are: 1) both feasible and effective at reducing the risks for which the project was designed; and 2) able to be fully completed within the three-year period of performance. FEMA will use the information provided in the application and after the submission of the first BSIR to determine the feasibility and effectiveness of a grant project. To that end, IJs should include:

- An explanation of how the proposed project(s) will achieve objectives as identified in the SPR, including expected long-term impact where applicable, and which core capability gap(s) it helps to close and how;
- A summary of the status of planning and design efforts accomplished to date (e.g., included in a capital improvement plan); and
- A project schedule with clear milestones.

Recipients are expected to conform, as applicable, with accepted engineering practices, established codes, standards, modeling techniques, and best practices, and participate in the development of case studies demonstrating the effective use of grant funds, as requested.

FEMA will also review any submitted NPA-aligned IJs and projects to ensure they meet the minimum spend requirements. Additional information on how the NPA IJs and projects will be reviewed for effectiveness is included in the Review and Selection Process section below.

**b. *Review and Selection Process***
1.  SHSP

FY 2025, HSGP applications will be reviewed through a two-phase state and federal review process for completeness, adherence to programmatic guidelines, feasibility, and how well the IJ (project description and justification) addresses the identified risk(s).

***State Review***
The SAA is the sole entity authorized to submit HSGP applications to FEMA on behalf of the state and subrecipients. The SAA reviews subaward applications to ensure they meet the legal, financial, and programmatic requirements set forth by FEMA and the state's guidelines before submitting on behalf of the state to DHS/FEMA. As part of the review for HSGP - SHSP - the SAA must:

*   Conduct an eligibility review;
*   Review and score only complete application packages (including mission statements and vulnerability assessments) using the HSGP Scoring Criteria provided by DHS/FEMA;
*   Coordinate with the local and tribal governments, then prioritize projects that align with the NOFO requirements;
*   Submit IJs that are recommended for funding to DHS/FEMA; and,
*   Submit IJs received and not recommended for funding, including incomplete IJs and IJs from subapplicants deemed ineligible to DHS/FEMA.

***Federal Review***
All proposed investments will undergo a federal review by DHS/FEMA to ensure compliance with all administrative and eligibility criteria identified in the NOFO. The Federal Reviewers will check each proposed investment for the following:
*   Eligibility, feasibility, and alignment with the application criteria listed in this NOFO;
*   Compliance and effectiveness in addressing NPAs, ensuring required spend percentages are met;
*   Compliance with SAFECOM Guidance on Emergency Communications Grants (SAFECOM Guidance); and,
*   LETPA project alignment with program objectives and required spend percentages.

**National Priority Area Funding Holds**
If applicants submit IJs and project-level details at the time of application, FEMA will evaluate effectiveness prior to award. If projects do not sufficiently align with NPAs, up to 30% of funds may be placed on hold until revisions are made.

If applicants submit IJs and project-level details as part of their December 2026 BSIR, 30% of funds will be placed on hold until FEMA reviews the BSIR and confirms alignment with NPAs.

2. OPSG

For OPSG, applications will be reviewed by the SAA and USBP Sector Headquarters for completeness and adherence to programmatic guidelines and evaluated for anticipated feasibility, need, and impact..

DHS/FEMA will verify compliance with all administrative and eligibility criteria outlined in the NOFO. DHS/FEMA and USBP will use the results of both the risk analysis and the federal review to make recommendations for funding to the Secretary of Homeland Security.

OPSG funds will be allocated among the eligible jurisdictions based on risk-based prioritization using the OPSG Risk Assessment described in Appendix A. Final funding allocations are determined by the Secretary of Homeland Security, who may consider information and input from various law enforcement offices or subject-matter experts within the Department. Factors considered include, but are not limited to:
- Threat and vulnerability assessments
- Total miles of the border Border-specific law enforcement intelligence
- Feasibility of Operations Orders to designated localities within border states and territories.

This comprehensive review and selection process ensures that HSGP and OPSG funds are distributed effectively to enhance national preparedness, border security, and overall homeland security efforts.

**C.** Financial Integrity Criteria
Before making an award, FEMA is required to review OMB-designated databases for applicants' eligibility and financial integrity information. This is required by the Payment Integrity Information Act of 2019 (Pub. L. No. 116-117, § 2 (2020)), 41 U.S.C. § 2313, and the "Do Not Pay Initiative" (31 U.S.C. 3354). For more details, please see 2 C.F.R. § 200.206.

Thus, the Financial Integrity Criteria may include the following risk-based considerations of the applicant:
1. Financial stability.
2. Quality of management systems and ability to meet management standards.
3. History of performance in managing federal award.
4. Reports and findings from audits.
5. Ability to effectively implement statutory, regulatory, or other requirements.

**D.** Supplemental Financial Integrity Criteria and Review
Before making an award expected to exceed the simplified acquisition threshold (currently a total federal share of $250,000) over the period of performance:
1. FEMA is required by 41 U.S.C. § 2313 to review or consider certain information found in SAM.gov. For details, please see 2 C.F.R. § 200.206(a)(2).
2. An applicant may review and comment on any information in the responsibility/qualification records available in SAM.gov.

3.  Before making decisions in the risk review required by 2 C.F.R. § 200.206, FEMA will consider any comments by the applicant.

**E.**  Reviewers and Reviewer Selection

Reviewers for HSGP are selected from within FEMA, across the federal government, and, where applicable, may include external subject matter experts. These reviewers are chosen based on their expertise in homeland security, emergency management, and grant administration.

To prevent conflicts of interest, reviewers must disclose any personal or professional relationships with applicants before the review process begins. Any individual with a conflict is recused from evaluating the affected application. Additionally, reviewers are required to complete ethics and impartiality training to ensure a fair and unbiased review process.

**F.**  Merit Review Process

HSGP applications are not reviewed solely on merit. While merit plays a role—such as evaluating the effectiveness, feasibility, and impact of proposed investments—the review process heavily incorporates risk-based methodologies and compliance criteria. HSGP does not use a weighted scoring method. All criteria are considered equally during the review process.

Review Process:

- State Review (SHSP): The SAA conducts an initial eligibility review and prioritizes projects for submission to FEMA.

- OPSG Review: OPSG applications are reviewed in coordination with the SAA and USBP Sector Headquarters to assess completeness, feasibility, need, and the anticipated impact of proposed Operations Orders.

- Federal Review: FEMA conducts a federal review of all applications to ensure eligibility, feasibility, and compliance with NOFO requirements.

While merit is a key factor in assessing alignment with national priorities, state and local needs, expected impact, and cost-effectiveness, funding decisions also weigh risk assessments, eligibility criteria, and available funding allocations.

**G.**  Final Selection

The Secretary of Homeland Security makes the final funding decisions, considering risk assessments, subject-matter expert input, and project feasibility, while also ensuring alignment with national priorities and compliance with legal, financial, and policy guidelines for strategic allocation of funds.

## **8. Award Notices**

**A.**  Notice of Award

The Authorized Organization Representative (AOR) should carefully read the federal award package before accepting the federal award. The federal award package includes instructions on administering the federal award as well as terms and conditions for the award.

By submitting an application, applicants agree to comply with the prerequisites stated in this NOFO, the Preparedness Grants Manual, and the material terms and conditions of the federal award, should they receive an award.

FEMA will provide the federal award package to the applicant electronically via FEMA GO. Award packages include an Award Letter, Summary Award Memo, Agreement Articles, and Obligating Document. An award package notification email is sent via the grant application system to the submitting AOR. The package provides instructions on how to manage the award and outlines the terms and conditions. The AOR should carefully read the federal award package before accepting it.

For HSGP, "receipt of funds" happens when the recipient accepts the award or 15 calendar days after receiving the award notification, whichever comes first. IF the recipient accepts the award within 15 calendar days of the notification, the 45-day pass-through period starts on the acceptance date. If the recipient does not accept the award within 15 calendar days, the 45-day pass-through period automatically begins 15 calendar days after the notification is sent through FEMA GO. For detailed guidance on managing preparedness grants, including pass-through requirements and timelines, please refer to the FEMA Preparedness Grants Manual, Pass-Through Requirements. For more information on award acceptance, refer to the FEMA GO Award Acceptance Guide.

Funds will remain on hold until the recipient accepts the award via FEMA GO and all other conditions of the award have been satisfied, or until the award is otherwise rescinded. Failure to accept a grant award within the specified timeframe may result in a loss of funds.

**B.** Pass-Through Requirements
Under HSGP, SAAs must pass at least 80% of SHSP funding to local or tribal governments. The state may retain up to 20% for state-level needs. "Pass-through" means SAAs must allocate funds to eligible entities as defined by law, such as counties, municipalities, tribal governments, or other public entities. For detailed guidance on HSGP pass-through requirements and timelines, please see Section 8 of the FEMA Preparedness Grants Manual.

After award acceptance, the state must pass through at least 80% of SHSP funds to local or tribal governments within 45 days. The timeline starts when the SAA accepts the award or 15 days after FEMA notifies the SAA, whichever is sooner. Funds must be distributed unconditionally, and the SAA must certify to FEMA that the pass-through is complete, listing amounts and recipients. U.S. territories are exempt, except for Puerto Rico, which must comply. States may keep more than 20% of funds only with written consent from local recipients, outlining the retained amount and purpose.

**C.** Note Regarding Pre-Award Costs
 Even if pre-award costs are allowed, beginning performance is at the applicant and/or sub-applicant's own risk.

**D.** Obligation of Funds

The funds are obligated only when and once the agency's signatory authority approves and signs the award package.

**E.** Notification to Unsuccessful Applicants
FEMA informs the SAA about unsuccessful subrecipients or projects under HSGP at the time of the award. The SAA is then responsible for notifying the subapplicants and sharing any relevant feedback or information.

## 9. Post-Award Requirements and Administration

**A.**  Administrative and National Policy Requirements

Presidential Executive Orders

Recipients must comply with the requirements of Presidential Executive Orders related to grants (also known as federal assistance and financial assistance), the full text of which are incorporated by reference.

In accordance with *Executive Order 14305, Restoring American Airspace Sovereignty (June 6, 2025)*, and to the extent allowed by law, eligible state, local, tribal, and territorial grant recipients under this NOFO are permitted to purchase unmanned aircraft systems, otherwise known as drones, or equipment or services for the detection, tracking, or identification of drones and drone signals, consistent with the legal authorities of state, local, tribal, and territorial agencies. Recipients must comply with all applicable federal, state, and local laws and regulations, and adhere to any statutory requirements on the use of federal funds for such unmanned aircraft systems, equipment, or services.

Subrecipient Monitoring and Management

Pass-through entities must comply with the requirements for subrecipient monitoring and management as set forth in 2 C.F.R. §§ 200.331-333.

**B.** DHS Standard Terms and Conditions
A recipient under this funding opportunity must comply with the DHS Standard Terms and Conditions in effect as of the date of the federal award. The DHS Standard Terms and Conditions are available online: DHS Standard Terms and Conditions | Homeland Security. For continuation awards, the terms and conditions for the initial federal award will apply unless otherwise specified in the terms and conditions of the continuation award. The specific version of the DHS Standard Terms and Conditions applicable to the federal award will be in the federal award package.

**C**. Financial Reporting Requirements
See the Preparedness Grants Manual for information on financial reporting requirements.

**D**. Programmatic Performance Reporting Requirements
See the Preparedness Grants Manual for information on performance reporting requirements.

**E**. Closeout Reporting Requirements
See the Preparedness Grants Manual for information on closeout reporting requirements and administrative closeout.

Anytime there is a change in personnel for any of the awardees and/or subrecipients, their information needs to be submitted for approval (all the previous personal information identified).

**F**. Disclosing Information per 2 C.F.R. § 180.335
See the Preparedness Grants Manual for information on disclosing information per 2 C.F.R. § 180.335.

**G**. Reporting of Matters Related to Recipient Integrity and Performance
See the Preparedness Grants Manual for information on reporting of matters related to recipient integrity and performance.

**H**. Single Audit Report
See the Preparedness Grants Manual for information on single audit reports.

**I**. Monitoring and Oversight
Per 2 C.F.R. § 200.337, DHS and its authorized representatives have the right of access to any records of the recipient or subrecipient pertinent to a Federal award to perform audits, site visits, and any other official use. The right also includes timely and reasonable access to the recipient's or subrecipient's personnel for the purpose of interview and discussion related to such documents or the Federal award in general.

Pursuant to this right and per 2 C.F.R. § 200.329, DHS may conduct desk reviews and make site visits to review and evaluate project accomplishments and management control systems as well as provide any required technical assistance. Recipients and subrecipients must respond in a timely and accurate manner to DHS requests for information relating to a federal award. See the Preparedness Grants Manual for more information on monitoring and oversight.

**J.** Program Evaluation
Title I of the Foundations for Evidence-Based Policymaking Act of 2018, Pub. L. No. 115-435 (2019) (Evidence Act), PUBL435.PS urges federal agencies to use program evaluation as a critical tool to learn, improve delivery, and elevate program service and delivery across the program lifecycle. Evaluation means "an assessment using systematic data collection and analysis of one or more programs, policies, and organizations intended to assess their effectiveness and efficiency." Evidence Act, § 101 (codified at 5 U.S.C. § 311). OMB A-11, Section 290 (Evaluation and Evidence-Building Activities) further outlines the standards and practices for evaluation activities. Federal agencies are required to specify any requirements for recipient participation in program evaluation activities (2 C.F.R. § 200.301). Program evaluation activities incorporated from the outset in the NOFO and program design and implementation allow recipients and agencies to meaningfully document and measure progress and achievement towards program goals and objectives, and identify program outcomes and lessons learned, as part of demonstrating recipient performance (2 C.F.R. § 200.301).

As such, recipients and subrecipients are required to participate in a Program Office (PO) or a DHS Component-led evaluation, if selected. This may be carried out by a third-party on behalf of the PO or the DHS Component. Such an evaluation may involve information collections including but not limited to, records of the recipients; surveys, interviews, or discussions with individuals who benefit from the federal award, program operating personnel, and award recipients; and site visits or other observation of recipient activities, as specified in a DHS Component or PO-approved evaluation plan. More details about evaluation requirements may be provided in the federal award, if available at that time, or following the award as evaluation requirements are finalized. Evaluation costs incurred during the period of performance are allowable costs (either as direct or indirect) in accordance with 2 C.F.R.§ 200.413.

Recipients and subrecipients are also encouraged, but not required, to participate in any additional evaluations after the period of performance ends, although any costs incurred to participate in such evaluations are not allowable and may not be charged to the federal award.

**K.** Additional Performance Reporting Requirements

Award recipients must submit the following reports: quarterly financial reports, semi-annual performance reports and BSIR submissions, final financial and performance reports, and an annual audit report (if required). These must follow the Uniform Administrative Requirements, Cost Principles, and Audit Requirements for Federal Awards, found at 2 C.F.R. Part 200, or specific conditions of the award. If reports are late, future funding or fund access may be delayed, and additional reports may be requested in some cases.

**a.** *Reporting on the Implementation of the National Preparedness System*

Recipients are required to complete the THIRA every three years and the SPR annually through the URT on the Preparedness Toolkit no later than December 31. These assessments help jurisdictions identify and address capability gaps to enhance overall preparedness. See the Preparedness Grants Manual for information on reporting on the Implementation of the National Preparedness System.

**b.** *BSIR*

In addition to submitting semi-annual progress reports, recipients are required to complete the BSIR. The BSIR is submitted twice a year—in June and December—and provides detailed updates on the status and progress of funded projects. For comprehensive guidance on BSIR submission and other reporting requirements, see the Preparedness Grants Manual.

**c.** *Emergency Communications Investments - SAFECOM Compliant Letter*

An Emergency Communications Investments - SAFECOM Compliant Letter is required when utilize federal grants to fund emergency communications projects. The signatory authority for the SAA must certify in writing to DHS/FEMA their compliance with the SAFECOM Guidance. The certification letter should be coordinated with the Statewide Interoperability Coordinators (SWIC) for each state and must be uploaded to FEMA GO at the time of the Winter BSIR submission.

For detailed information on SAFECOM Guidance and compliance requirements, refer to the https://www.cisa.gov/safecom/funding. If you have further questions or need assistance, contact the SAFECOM Program at SAFECOMGovernance@cisa.dhs.gov.

**d. *Operations Orders for OPSG***

The Operations Order (OO) is a detailed plan that explains the specific aspects of an operation, including its goals, tasks, timelines, and resources needed. It provides clear instructions on how to carry out the operation, identifying who is responsible for each task, the resources required, and the expected results. Recipients are required to submit an OO to show their ability to implement the proposed activities effectively, align with program goals, and meet funding requirements.

1.      Accessing the OO Template Instructions

To access the OPSG OO Template:

- Find the HSGP posting via the search function on Grants.gov;

- Select the Related Documents tab on the posting; and

- Click on the OPSG OO Template and fill out all sections of the template.

- Writing the Executive Summary

The OO Executive Summary must:

- Identify the organization name, point of contact, committees, and other structures accountable for implementing OPSG in the jurisdiction (typically this will be a program lead or manager overseeing operations and individuals assigned to that agency); and

- Describe how federal and SLTT law enforcement agencies will work together to establish and enhance coordination and collaboration on border security issues.

3.      Budget Requirements Overview

The OO Detailed Annual Budget must:

- Explain how costs and expenses were estimated; and

- Provide a narrative justification for costs and expenses.

- Supporting tables describing cost and expense elements (e.g., equipment, fuel, vehicle maintenance costs) may be included.

4.      Submission Requirements

The OO must meet the following submission requirements:

- Must be submitted as an Adobe PDF document;

- All documents submitted must use the unique identifier created by the OPSG data management system from the original associated operation order; and

- Applicable OPSG sector representatives must coordinate with the SAA and OPSG participants to submit an accurate inventory of all specified OPSG purchased property with each Operations Order/ Fragmentary Order (FRAGO).

**L.** Termination of the Federal Award

1. Paragraph C.XL of the FY 2025 DHS Standard Terms and Conditions, v.3 sets forth a term and condition entitled "Termination of a Federal Award." The termination provision condition listed below applies to the grant award and the term and condition in Paragraph C.XL of the FY 2025 DHS Standard Terms and Conditions, v.3 does not.

2. Termination of the Federal Award by FEMA

   FEMA may terminate the federal award in whole or in part for one of the following reasons identified in 2 C.F.R. § 200.340:

   a. If the recipient or subrecipient fails to comply with the terms and conditions of the federal award.
   b. With the consent of the recipient, in which case FEMA and the recipient must agree upon the termination conditions. These conditions include the effective date and, in the case of partial termination, the portion to be terminated.
   c. If the federal award no longer effectuates the program goals or agency priorities. Under this provision, FEMA may terminate the award for these purposes if any of the following reasons apply:

      i. If DHS/FEMA, in its sole discretion, determines that a specific award objective is ineffective at achieving program goals as described in this NOFO;
      ii. If DHS/FEMA, in its sole discretion, determines that an objective of the award as described in this NOFO will be ineffective at achieving program goals or agency priorities;
      iii. If DHS/FEMA, in its sole discretion, determines that the design of the grant program is flawed relative to program goals or agency priorities;
      iv. If DHS/FEMA, in its sole discretion, determines that the grant program is not aligned to either the DHS Strategic Plan, the FEMA Strategic Plan, or successor policies or documents;
      v. If DHS/FEMA, in its sole discretion, changes or re-evaluates the goals or priorities of the grant program and determines that the award will be ineffective at achieving the updated program goals or agency priorities; or
      vi. For other reasons based on program goals or agency priorities described in the termination notice provided to the recipient pursuant to 2 C.F.R. § 200.341.
      vii. If the awardee falls out of compliance with the Agency's statutory or regulatory authority, award terms and conditions, or other applicable laws.

3. Termination of a Subaward by the Pass-Through Entity

The pass-through entity may terminate a subaward in whole or in part for one of the following reasons identified in 2 C.F.R. § 200.340:

    a. If the subrecipient fails to comply with the terms and conditions of the federal award.
    b. With the consent of the subrecipient, in which case the pass-through entity and the subrecipient must agree upon the termination conditions. These conditions include the effective date and, in the case of partial termination, the portion to be terminated.
    c. If the pass-through entity's award has been terminated the pass-through recipient will terminate its subawards.

4.  Termination by the Recipient or Subrecipient

The recipient or subrecipient may terminate the federal award in whole or in part for the following reason identified in 2 C.F.R. § 200.340: Upon sending FEMA or pass-through entity a written notification of the reasons for such termination, the effective date, and, in the case of partial termination, the portion to be terminated. However, if FEMA or the pass-through entity determines that the remaining portion of the federal award will not accomplish the purposes for which the federal award was made, FEMA or the pass-through entity may terminate the federal award in its entirety.

5.  Impacts of Termination

    a. When FEMA terminates the federal award prior to the end of the period of performance due to the recipient's material failure to comply with the terms and conditions of the federal award, FEMA will report the termination in SAM.gov in the manner described at 2 C.F.R. § 200.340(c).
    b. When the federal award is terminated in part or its entirety, FEMA or the pass-through entity and the recipient or subrecipient remain responsible for compliance with the requirements in 2 C.F.R. §§ 200.344 and 200.345.

6.  Notification requirements

FEMA or the pass-through entity must provide written notice of the termination in a manner consistent with 2 C.F.R. § 200.341. The federal award will be terminated on the date of the notification unless stated otherwise in the notification.

7.  Opportunities to Object and Appeal

Where applicable, when FEMA terminates the federal award, the written notification of termination will provide the opportunity and describe the process, to object and provide information challenging the action, pursuant to 2 C.F.R. § 200.342.

8.  Effects of Suspension and Termination

The allowability of costs to the recipient or subrecipient resulting from financial obligations incurred by the recipient or subrecipient during a suspension or after the termination of a federal award are subject to 2 C.F.R. § 200.343.

**M.** Best Practices
While not a requirement in the DHS Standard Terms and Conditions, as a best practice, entities receiving funds through this program should ensure that cybersecurity is integrated into the design, development, operation, and maintenance of investments that impact information technology (IT) and/ or operational technology (OT) systems. Additionally, "The recipient and subrecipient must … take reasonable cybersecurity and other measures to safeguard information including protected personally identifiable information (PII) and other types of information." 2 C.F.R. § 200.303(e).

**N.** Payment Information

Recipients will submit payment requests in FEMA GO for FY25 awards under this program.

**Instructions to Grant Recipients Pursuing Payments**

FEMA reviews all grant payments and obligations to ensure allowability in accordance with 2 C.F.R. § 200.305. These measures ensure funds are disbursed appropriately while continuing to support and prioritize communities who rely on FEMA for assistance. Once a recipient submits a payment request, FEMA will review the request. If FEMA approves a payment recipients will be notified by FEMA GO and the payment will be delivered pursuant to the recipients SAM.gov financial information. If FEMA disapproves a payment, FEMA will inform the recipient.

**Processing and Payment Timeline**

FEMA must comply with regulations governing payments to grant recipients. See 2 C.F.R. § 200.305. For grant recipients other than States, 2 C.F.R. § 200.305(b)(3) stipulates that FEMA is to make payments on a reimbursement basis within 30 days after receipt of the payment request, unless FEMA reasonably believes the request to be improper. For state recipients, 2 C.F.R. § 200.305(a) instructs that federal grant payments are governed by Treasury-State Cash Management Improvement Act (CMIA) agreements ("Treasury-State agreement") and default procedures codified at 31 C.F.R. part 205 and Treasury Financial Manual (TFM) 4A-2000, "Overall Disbursing Rules for All Federal Agencies." *See* 2 C.F.R. § 200.305(a).

Treasury-State agreements generally apply to "major federal assistance programs" that are governed by 31 C.F.R. part 205, subpart A and are identified in the Treasury-State agreement. 31 C.F.R. §§ 205.2, 205.6. Where a federal assistance (grant) program is not governed by subpart A, payment and funds transfers from FEMA to the state are subject to 31 C.F.R. part 205, subpart B. Subpart B requires FEMA to "limit a funds transfer to a state to the minimum amounts needed by the state and must time the disbursement to be in accord with the actual, immediate cash requirements of the state in carrying out a federal assistance program or project. The timing and amount of funds transfers must be as close as is administratively feasible to a state's actual cash outlay for direct program costs and the proportionate share of any allowable indirect costs." 31 C.F.R. § 205.33(a). Nearly all FEMA grants are not "major federal assistance programs." As

a result, payments to states for those grants are subject to the "default" rules of 31 C.F.R. part 205, subpart B.

If additional information is needed, a request for information will be issued by FEMA to the recipient; recipients are strongly encouraged to respond to any additional FEMA request for information inquiries within three business days. If an adequate response is not received, the request may be denied, and the entity may need to submit a new reimbursement request; this will re-start the 30-day timeline.

**Submission Process**

All non-disaster grant program reimbursement requests must be reviewed and approved by FEMA prior to drawdowns.

For all non-disaster reimbursement requests (regardless of system), please ensure submittal of the following information:
1. Grant ID / Award Number
2. Total amount requested for drawdown
3. Purpose of drawdown and timeframe covered (must be within the award performance period)
4. Subrecipient Funding Details (if applicable).
   - Is funding provided directly or indirectly to a subrecipient?
     - If **no**, include statement "This grant funding is not being directed to a subrecipient."
   - If **yes**, provide the following details:
     - The name, mission statement, and purpose of each subrecipient receiving funds, along with the amount allocated and the specific role or activity being reimbursed.
     - Whether the subrecipient's work or mission involves supporting aliens, regardless of whether FEMA funds support such activities.
     - Whether the payment request includes an activity involving supporting aliens.
     - Whether the subrecipient has any diversity, equity, and inclusion practices.
5. Supporting documentation to demonstrate that expenses are allowable, allocable, reasonable, and necessary under 2 C.F.R. Part 200 and in compliance with the grant's NOFO, award terms, and applicable federal regulations.

**O.** Immigration Conditions

1. A recipient under this funding opportunity must comply with the FY 2025 Department of Homeland Security Standard Terms and Conditions, v. 3 (Apr. 18, 2025), with the exception Paragraph C.IX (Communication and Cooperation with the Department of Homeland Security and Immigration Officials) and paragraph C.XVII(2)(a)(iii) (Anti-Discrimination Grant Award Certification regarding immigration). Paragraphs C.IX and C.XVII(2)(a)(iii) do not apply to any federal award under this funding opportunity. The FY 2025 Department of Homeland Security Standard Terms and Conditions, v. 3 (Apr. 18, 2025) are available at www.dhs.gov/publication/dhs-standard-terms-and-conditions.

2. Prohibition

a.  The state or territorial recipient is prohibited from being designated by the Department of Homeland Security as a sanctuary jurisdiction. If the Department of Homeland Security designates a state or territory as a sanctuary jurisdiction after the Department of Homeland Security makes a grant award, the state or territorial recipient is prohibited from making any financial obligations under the grant award on or after the date of designation until the Department of Homeland Security removes that designation. The Department of Homeland Security will suspend that portion of the grant award supported by risk-based funding and not make payments to the state or territorial recipient on or after the date of designation until the Department of Homeland Security removes that designation. This term and condition applies to the funding provided under the relative risk methodology pursuant to Section 2007 of the *Homeland Security Act of 2002* (6 U.S.C. § 608) and does not apply to the minimum allocation to that state or territory required by Section 2004(e) of the *Homeland Security Act of 2002* (6 U.S.C. § 605(e)).

b.  The state or territorial recipient is prohibited from making subawards to a local government that the Department of Homeland Security has designated as a sanctuary jurisdiction. If the Department of Homeland Security designates a local government as a sanctuary jurisdiction after the state or territorial recipient makes a subaward to that local government, the state or territorial recipient must suspend the subaward, the state or territorial recipient must not make any additional payments to the local government, and the local government is prohibited from making any financial obligations under the subaward on and after the date of designation until the Department of Homeland Security removes that designation. This term and condition applies to all funding provided to the state or territorial recipient, including both the statutory minimum as well as risk-based funding allocations.

c.  The Department of Homeland Security designates a state, territory, or local government as a sanctuary jurisdiction if it fails to comply with that requirements set forth in paragraphs 2.a.i to v of this term and condition.

3. Certification

a. The state or territorial recipient and all local government subrecipients must certify under penalty of perjury pursuant to 28 U.S.C. § 1746, and using a form that is acceptable to the Department of Homeland Security, that they will comply with the following requirements related to coordination and cooperation with the Department of Homeland Security and immigration officials:

i.   They will comply with the requirements of 8 U.S.C. §§ 1373 and 1644. These statutes prohibit restrictions on information sharing by state and local government entities with the Department of Homeland Security regarding the citizenship or immigration status, lawful or unlawful, of any individual. Additionally, 8 U.S.C. § 1373 prohibits any person or agency from prohibiting, or in any way restricting, a Federal, state, or local government entity from doing any of the following with respect to information regarding the immigration status of any individual: (1) sending such information to, or requesting or

receiving such information from, Federal immigration officials; (2) maintaining such information; or (3) exchanging such information with any other Federal, state, or local government entity.

ii. They will comply with other relevant laws related to immigration, including prohibitions on encouraging or inducing an alien to come to, enter, or reside in the United States in violation of law, 8 U.S.C. § 1324(a)(1)(A)(iv), prohibitions on transporting or moving illegal aliens, 8 U.S.C. § 1324(a)(1)(A)(ii), prohibitions on harboring, concealing, or shielding from detection illegal aliens, 8 U.S.C. § 1324(a)(1)(A)(iii), and any applicable conspiracy, aiding or abetting, or attempt liability regarding these statutes.

iii. They will honor requests for cooperation, such as participating in joint operations, sharing of information, or requests for short term detention of an alien pursuant to a valid detainer. A jurisdiction does not fail to comply with this requirement merely because it lacks the necessary resources to assist in a particular instance.

iv. They will provide access to detainees, such as when an immigration officer seeks to interview a person who might be a removable alien.

v. They will not leak or otherwise publicize the existence of an immigration enforcement operation.

b. The state or territorial recipient must require a local government subrecipient to make the certification above before providing them with any funding under the subaward.

3. Materiality and Remedies for Noncompliance
This term and condition is material to the Department of Homeland Security's decision to continue with this grant award and the Department of Homeland Security may take any remedy for noncompliance, including termination, if the state or territorial recipient or a local government subrecipient fails to comply with this term and condition.

## 10. Other Information

**A.** Period of Performance Extension
Extensions to the period of performance are allowed.

Recipients should consult with their FEMA point of contact for requirements related to a performance period extension.

See the Preparedness Grants Manual for information on period of performance extension.

**B.** Other Information
**a. *Environmental Planning and Historic Preservation (EHP) Compliance***
See the Preparedness Grants Manual for information on EHP compliance.

**b.** *Procurement Integrity*

See the Preparedness Grants Manual for information on procurement integrity.

**c.** *Financial Assistance Programs for Infrastructure*

1. Recipients and subrecipients must comply with FEMA's implementation requirements of the Build America, Buy America Act (BABAA), which was enacted as part of the Infrastructure Investment and Jobs Act §§ 70901-70927, Pub. L. No. 117-58 (2021); and Executive Order 14005, Ensuring the Future is Made in All of America by All of America's Workers. See also 2 C.F.R. Part 184, Buy America Preferences for Infrastructure Projects and Office of Management and Budget (OMB), Memorandum M-24-02, Implementation Guidance on Application of Buy America Preference in Federal Financial Assistance Programs for Infrastructure.

None of the funds provided under this program may be used for a project for infrastructure unless the iron and steel, manufactured products, and construction materials used in that infrastructure are produced in the United States.

The Buy America preference only applies to articles, materials, and supplies that are consumed in, incorporated into, or affixed to an infrastructure project. As such, it does not apply to tools, equipment, and supplies, such as temporary scaffolding, brought to the construction site and removed at or before the completion of the infrastructure project. Nor does a Buy America preference apply to equipment and furnishings, such as movable chairs, desks, and portable computer equipment, that are used at or within the finished infrastructure project but are not an integral part of the structure or permanently affixed to the infrastructure project.

To see whether a particular FEMA federal financial assistance program is considered an infrastructure program and thus required to implement FEMA's Build America, Buy America requirements, please see Programs and Definitions: Build America, Buy America Act | FEMA.gov.

2. Waivers

When necessary, recipients (and subrecipients through their pass-through entity) may apply for, and FEMA may grant, a waiver from these requirements.

A waiver of the domestic content procurement preference may be granted by the agency awarding official if FEMA determines that:

- Applying the domestic content procurement preference would be inconsistent with the public interest, or

- The types of iron, steel, manufactured products, or construction materials are not produced in the United States in sufficient and reasonably available quantities or of a satisfactory quality, or

- The inclusion of iron, steel, manufactured products, or construction materials produced in the United States will increase the cost of the overall project by more than 25%.

The process for requesting a waiver from the Buy America preference requirements can be found on FEMA's website at: "Buy America" Preference in FEMA Financial Assistance Programs for Infrastructure | FEMA.gov.

3. Definitions

For definitions of the key terms of the Build America, Buy America Act, please visit Programs and Definitions: Build America, Buy America Act | FEMA.gov.

**d.** *Mandatory Disclosures*
The non-Federal entity or applicant for a federal award must disclose, in a timely manner, in writing to the federal awarding agency or pass-through entity all violations of federal criminal law involving fraud, bribery, or gratuity violations potentially affecting the Federal award. (2 C.F.R. § 200.113)

**e.** *Adaptive Support*
See the Preparedness Grants Manual for information on disability integration.

**f.** *Record Retention*
See the Preparedness Grants Manual for information on record retention.

**g.** *Actions to Address Noncompliance*
See the Preparedness Grants Manual for information on actions to address noncompliance.

**h.** *Audits*
See the Preparedness Grants Manual for information on audits.

**11. Appendix A: HSGP Allocations**

| HSGP Programs | FY 2025 Allocation |
|---|---|
| SHSP | $373,500,000 |
| OPSG | $ 81,000,000 |
| **Total** | **$454,500,000** |

**A. SHSP Allocations**

For FY 2025, DHS/FEMA will distribute SHSP funds based on their risk assessment methodology and legal minimums outlined in the *Homeland Security Act of 2002*, as amended. ***THIRA and SPR results do not affect how grant funds are allocated.***

Each state and territory will receive a guaranteed minimum amount:
- All 50 states, Washington, D.C., and Puerto Rico will receive at least 0.35% of the total funds available under Sections 2003 and 2004 of the Homeland Security Act.
- The four territories (American Samoa, Guam, the Northern Mariana Islands, and the U.S. Virgin Islands) will receive at least 0.08% of the total funds available under these sections.

States must include a separate IJ for the NPA focused on Enhancing Election Security (at least 3% minimum spend requirement) and Supporting Border Crisis Response and Enforcement (at least a 10% minimum spend requirement), but there is flexibility on the remaining 17% required to meet the overall 30% minimum spend requirement for the NPAs associated with the SHSP allocation.

These are target allocations pending final decisions by the Department of Homeland Security. These target allocations act as an estimate, and final allocations may be different in the award letter.

**Fiscal Year State Homeland Security Grant Program Target Allocations**

| State/Territory | Fiscal Year 2025 Target Allocation | State/Territory | Fiscal Year 2025 Target Allocation |
|---|---|---|---|
| Alabama | $4,362,750 | Montana | $4,362,750 |
| Alaska | $4,362,750 | Nebraska | $4,362,750 |
| American Samoa | $997,200 | Nevada | $4,362,750 |
| Arizona | $4,362,750 | New Hampshire | $4,362,750 |
| Arkansas | $4,362,750 | New Jersey | $6,367,357 |
| California | $51,332,060 | New Mexico | $4,362,750 |
| Colorado | $4,362,750 | New York | $61,229,940 |
| Connecticut | $4,362,750 | North Carolina | $4,576,849 |
| Delaware | $4,362,750 | North Dakota | $4,362,750 |

| State/Territory | Fiscal Year 2025 Target Allocation | State/Territory | Fiscal Year 2025 Target Allocation |
|---|---|---|---|
| District of Columbia | $4,576,849 | Northern Mariana Islands | $997,200 |
| Florida | $8,409,514 | Ohio | $5,571,852 |
| Georgia | $4,759,790 | Oklahoma | $4,362,750 |
| Guam | $997,200 | Oregon | $4,362,750 |
| Hawaii | $4,362,750 | Pennsylvania | $7,322,627 |
| Idaho | $4,362,750 | Puerto Rico | $4,362,750 |
| Illinois | $12,505,419 | Rhode Island | $4,362,750 |
| Indiana | $4,362,750 | South Carolina | $4,362,750 |
| Iowa | $4,362,750 | South Dakota | $4,362,750 |
| Kansas | $4,362,750 | Tennessee | $4,362,750 |
| Kentucky | $4,362,750 | Texas | $16,389,406 |
| Louisiana | $4,362,750 | U.S. Virgin Islands | $997,200 |
| Maine | $4,362,750 | Utah | $4,362,750 |
| Maryland | $6,367,357 | Vermont | $4,362,750 |
| Massachusetts | $5,571,852 | Virginia | $7,322,627 |
| Michigan | $4,576,849 | Washington | $5,571,852 |
| Minnesota | $4,362,750 | West Virginia | $4,362,750 |
| Mississippi | $4,362,750 | Wisconsin | $4,362,750 |
| Missouri | $4,362,750 | Wyoming | $4,362,750 |
| **Total** | | | **$373,500,000** |

**B.  OPSG Allocations**

For FY 2025, DHS/FEMA will award OPSG funds based on two main factors: the risk to border security and the anticipated effectiveness of proposed projects. The OPSG risk assessment identifies potential threats to border security, guiding the distribution of funds to areas with the highest need. Eligible applicants are the local and tribal law enforcement agencies located along the U.S. borders.

For OPSG, "risk" refers to the potential for adverse outcomes, assessed by evaluating threats, vulnerabilities, and consequences associated with specific incidents or events. The risk model used to allocate OPSG funds considers the potential risk that certain threats pose to border security and estimates the relative risk faced by a given area. In evaluating threat, DHS/CBP considers intelligence, situational awareness, criminal trends, and statistical data specific to each of the border sectors, and the potential impacts that these threats pose to the security of the border area. For vulnerability and consequence, DHS/CBP considers the expected impact and consequences of successful border events occurring in specific areas. The effectiveness of proposed investments is evaluated based on the subrecipient's investment strategy, budget, collaboration, and past performance.

These are target allocations pending final decisions by the Department of Homeland Security. These target allocations act as an estimate, and final allocations may be different in the award letter.

**Fiscal Year 2025 Operation Stonegarden Eligible\* Target Allocations**

| State/Territory | Fiscal Year 2025 Target Allocation | State/Territory | Fiscal Year 2025 Target Allocation |
|---|---:|---|---:|
| Alabama | $350,000 | Montana | $1,672,000 |
| Alaska | $750,000 | Nebraska | $0 |
| American Samoa | $0 | Nevada | $0 |
| Arizona | $12,220,000 | New Hampshire | $200,000 |
| Arkansas | $0 | New Jersey | $0 |
| California | $12,100,000 | New Mexico | $2,675,000 |
| Colorado | $0 | New York | $2,670,000 |
| Connecticut | $0 | North Carolina | $0 |
| Delaware | $0 | North Dakota | $1,542,000 |
| District of Columbia | $0 | Northern Mariana Islands | $0 |
| Florida | $2,790,000 | Ohio | $825,000 |
| Georgia | $90,000 | Oklahoma | $0 |
| Guam | $0 | Oregon | $0 |
| Hawaii | $0 | Pennsylvania | $170,000 |
| Idaho | $180,000 | Puerto Rico | $1,330,000 |
| Illinois | $0 | Rhode Island | $0 |
| Indiana | $0 | South Carolina | $0 |
| Iowa | $0 | South Dakota | $0 |
| Kansas | $0 | Tennessee | $0 |
| Kentucky | $0 | Texas | $33,708,000 |
| Louisiana | $810,000 | U.S. Virgin Islands | $90,000 |
| Maine | $1,410,000 | Utah | $0 |
| Maryland | $0 | Vermont | $150,000 |
| Massachusetts | $0 | Virginia | $0 |
| Michigan | $2,286,000 | Washington | $1,435,000 |
| Minnesota | $972,000 | West Virginia | $0 |
| Mississippi | $575,000 | Wisconsin | $0 |
| Missouri | $0 | Wyoming | $0 |
| **Total** | | | **$81,000,000** |

***\*Eligibility does not guarantee grant funding***

### 12. Appendix B: Allowable Costs

**A.** Allowable Cost Matrix for SHSP and OPSG

The following matrix lists allowable cost activities across cost categories described above and below. The Preparedness Grants Manual includes additional information on allowable costs. Recipients and subrecipients must follow all applicable requirements in 2 C.F.R. Part 200 *Uniform Administrative Requirements, Cost Principles, and Audit Requirements for Federal Awards*. HSGP funds may be used to cover the costs for evaluating the impact of these grants on the state's core capabilities and capability gaps. This list is not exhaustive, therefore, if there are any questions regarding allowable costs, please contact the appropriate FEMA HQ Preparedness Officer.

| Allowable Program Activities | SHSP | OPSG |
|---|---|---|
| Developing hazard/threat-specific annexes | Y | N |
| Developing and implementing homeland security support programs and adopting ongoing DHS/FEMA national initiatives | Y | N |
| Developing related terrorism and other catastrophic event prevention activities | Y | N |
| Developing and enhancing plans and protocols | Y | N |
| Developing or conducting assessments | Y | N |
| Hiring of full- or part-time staff or contract/consultants to assist with planning, engagement, and volunteer management activities | Y | N |
| Materials required to conduct planning, engagement, and volunteer management activities | Y | N |
| Travel/per diem related to planning, engagement, and volunteer management activities | Y | Y |
| Overtime and backfill costs (in accordance with operational Cost Guidance) | Y | Y |
| Issuance of Western Hemisphere Travel Initiative-compliant Tribal identification cards | Y | N |
| Activities to achieve planning inclusive of people with disabilities and others with access and functional needs and limited English proficiency. | Y | N |
| Coordination with Citizen Corps Councils for public information/education and development of volunteer programs | Y | N |
| Coordination and material support to Citizen Corps Councils and local firehouses for the establishment, training and maintenance of CERTs | Y | N |
| Update governance structures and processes and plans for emergency communications | Y | N |
| Development, and review and revision of continuity of operations plans | Y | N |
| Development, and review and revision of the THIRA/SPR and continuity of operations plans | Y | N |
| Program management | Y | N |
| Development of whole community partnerships | Y | N |
| Structures and mechanisms for information sharing between the public and private sector | Y | N |
| Implementing models, programs, and workforce enhancement initiatives | Y | N |

| Allowable Program Activities | SHSP | OPSG |
|---|---|---|
| Tools, resources, and activities that facilitate shared situational awareness between the public and private sectors | Y | N |
| Operational support | Y | N |
| Utilization of standardized resource management concepts | Y | N |
| Responding to an increase in the threat level under the National Terrorism Advisory System (NTAS), or needs in resulting from a National Special Security Event | Y | N |
| Reimbursement for select operational expenses associated with increased security measures at critical infrastructure sites incurred (up to 50% of the allocation) | Y | Y |
| Overtime for information, investigative, and intelligence sharing activities (up to 50% of the allocation) | Y | Y |
| Hiring of new staff positions/contractors/consultants for participation in information/intelligence analysis and sharing groups or fusion center activities (up to 50% of the allocation). | Y | Y |
| Hiring or maintaining staff positions/contractors/consultants at SLTT levels to deliver community preparedness training, resources and material to schools, community-based organizations, faith-based institutions and local businesses. | Y | N |
| Hiring or maintaining staff positions/contractors/consultants to create, support and maintain CERT or Teen CERT | Y | N |
| Cost of migrating online services to the ".gov" domain | Y | N |
| Personal Protective Equipment | Y | Y |
| Explosive Device Mitigation and Remediation Equipment | Y | N |
| CBRNE Operational Search and Rescue Equipment | Y | N |
| Information Technology | Y | Y |
| Cybersecurity Enhancement Equipment | Y | N |
| Interoperable Communications Equipment | Y | Y |
| Detection | Y | Y |
| Decontamination | Y | N |
| Medical countermeasures | Y | Y |
| Power (e.g., generators, batteries, power cells) | Y | Y |
| CBRNE Reference Materials | Y | N |
| CBRNE Incident Response Vehicles | Y | N |
| Terrorism Incident Prevention Equipment | Y | Y |
| Physical Security Enhancement Equipment | Y | Y |
| Inspection and Screening Systems | Y | Y |
| Animal Care and Foreign Animal Disease | Y | N |
| CBRNE Prevention and Response Watercraft | Y | N |
| CBRNE Prevention and Response Unmanned Aircraft | Y | N |
| CBRNE Aviation Equipment | Y | N |
| CBRNE Logistical Support Equipment | Y | N |
| Intervention Equipment (e.g., tactical entry, crime scene processing) | Y | Y |
| Critical emergency supplies | Y | N |

*FEMA Version 25-02*

| Allowable Program Activities | SHSP | OPSG |
|---|---|---|
| General use vehicle acquisition, lease, and rental | N | Y |
| Specialized vehicle acquisition, lease, and rental | Y | Y |
| Other Authorized Equipment | Y | Y |
| Overtime and backfill for emergency preparedness and response personnel attending DHS/FEMA-sponsored and approved training classes | Y | N |
| Overtime and backfill expenses for part-time and volunteer emergency response personnel participating in DHS/FEMA training | Y | N |
| Training workshops and conferences | Y | Y |
| Activities to achieve training inclusive of people with disabilities and others with access and functional needs and limited English proficiency | Y | N |
| Full- or part-time staff or contractors/consultants | Y | Y |
| Travel | Y | Y |
| Supplies | Y | N |
| Instructor certification/re-certification | Y | N |
| Coordination with Citizen Corps Councils and CERT in conducting training exercises | Y | N |
| Preparedness training for community preparedness initiatives and programs | Y | N |
| Interoperable communications training | Y | N |
| Activities to achieve planning inclusive of people with limited English proficiency | Y | N |
| Immigration enforcement training | Y | Y |
| Design, Develop, Conduct, and Evaluate an Exercise | Y | N |
| Full- or part-time staff or contractors/consultants | Y | N |
| Overtime and backfill costs, including expenses for part-time and volunteer emergency response personnel participating in DHS/FEMA exercises | Y | N |
| Implementation of Homeland Security Exercise and Evaluation Program (HSEEP) | Y | N |
| Activities to achieve exercises inclusive of people with disabilities and others with access and functional needs | Y | N |
| Travel | Y | N |
| Supplies | Y | N |
| Interoperable communications exercises | Y | N |
| Activities to achieve planning inclusive of people with limited English proficiency | Y | N |
| Hiring of full- or part-time staff or contractors/consultants to assist with the management of the respective grant program, application requirements, and compliance with reporting and data collection requirements | Y | Y |
| Development of operating plans for information collection and processing necessary to respond to DHS/FEMA data calls | Y | Y |
| Overtime and backfill costs | Y | Y |

| Allowable Program Activities | SHSP | OPSG |
|---|---|---|
| Travel | Y | Y |
| Meeting related expenses | Y | Y |
| Authorized office equipment | Y | Y |
| Recurring expenses such as those associated with cell phones and faxes during the period of performance of the grant program | Y | N |
| Leasing or renting of space for newly hired personnel during the period of performance of the grant program | Y | N |
| Completing the Civil Rights Evaluation Tool | Y | Y |
| Conducting activities related to evaluating project effectiveness for HSGP-funded projects | Y | Y |
| Integration and interoperability of systems and data, such as computer aided dispatch (CAD) and record management systems (RMS), to facilitate the collection | Y | N |
| Maturation, enhancement, and sustainment of designated state fusion centers, including information sharing and analysis, threat recognition, terrorist interdiction, and intelligence analyst training and salaries (subject to certain conditions) | Y | N |
| Regional counterterrorism training programs for small, medium, and large jurisdictions to exchange information and discuss the current threat environment, lessons learned, and best practices to help prevent, protect against, and mitigate acts of terrorism | Y | N |
| Coordination of regional full-scale training exercises (federal, state, and local law enforcement participation) focused on terrorism-related events | Y | N |
| Law enforcement Chemical, Biological, Radiological, Nuclear, and high yield Explosives detection and response capabilities, such as bomb detection/disposal capability development, sustainment, or enhancement, including canine teams, robotics platforms, and x-ray technology | Y | N |
| Coordination between fusion centers and other operational analytic, and investigative efforts | Y | N |
| Implementation, maintenance, and sustainment of the Nationwide Suspicious Activity Reporting Initiative | Y | N |
| Implementation of the "If You See Something, Say Something®" campaign | Y | N |
| Increase physical security, through law enforcement personnel and other protective measures, by implementing preventive and protective measures at critical infrastructure locations | Y | N |

**B.  SHSP Other Direct Costs**

Recipients must comply with all the requirements in 2 C.F.R. Part 200 (*Uniform Administrative Requirements, Cost Principles, and Audit Requirements for Federal Awards*). In general, recipients should consult with their FEMA HQ Preparedness Officer prior to making any investment that does not clearly meet the allowable expense criteria. Funding guidelines established within this section support four of the five mission areas—Prevention, Protection, Mitigation, and Response—and associated core capabilities within the Goal. While Recovery is part of the Goal, it is not explicitly part of the HSGP. Allowable investments made in support of

the national priorities, as well as other capability-enhancing projects must have a nexus to terrorism preparedness and fall into the categories of  planning, organization, exercises, training, or equipment, aligned to building capability, closing capability gaps, and/or sustaining capabilities, as defined by CPG 201: THIRA/SPR Guide—3rd Edition (Comprehensive Preparedness Guide (CPG) 201, 3rd Edition (fema.gov)). Recipients are encouraged to use grant funds for evaluating grant-funded project effectiveness and return on investment. FEMA encourages recipients to provide the results of that analysis to FEMA.

**a.   *Planning***

SHSP funds may be used for a range of emergency preparedness and management planning activities, such as those associated with the development, review, and revision of the THIRA, SPR, continuity plans, and other planning activities that support the Goal and placing an emphasis on updating and maintaining a current Emergency Operations Plan (EOP) that conforms to the guidelines outlined in Comprehensive Preparedness Guide (CPG) 101 v3. Planning efforts can also include conducting risk and resilience assessments on increasingly connected cyber and physical systems, on which security depends, using the Infrastructure Resilience Planning Framework and related CISA resources.

Additionally, SHSP funds may be used for planning efforts related to state court cybersecurity, 911 call capabilities, alert and warning capabilities, and implementation of the REAL ID Act (Pub. L. No. 109-13).

**b.   *Organization***

Organization costs are allowed under this program only as described in this funding notice and the Preparedness Grants Manual.

States must justify proposed expenditures of SHSP funds to support organization activities within their IJ submission. Organizational activities include:
1. Program management;
2. Development of whole community partnerships, through groups such as Citizen Corp Councils;
3. Structures and mechanisms for information sharing between the public and private sector;
4. Implementing models, programs, and workforce enhancement initiatives to address ideologically inspired radicalization to violence in the homeland;
5. Tools, resources, and activities that facilitate shared situational awareness between the public and private sectors;
6. Operational Support;
7. Utilization of standardized resource management concepts such as typing, inventorying, organizing, and tracking to facilitate the dispatch, deployment, and recovery of resources before, during, and after an incident;
8. Responding to an increase in the threat level under the NTAS or needs resulting from a National Special Security Event;
9. Paying salaries and benefits for personnel to serve as qualified Intelligence Analysts. Per the *Personnel Reimbursement for Intelligence Cooperation and Enhancement of Homeland Security Act (PRICE Act)*, Pub. L. No. 110-412, § 2, codified in relevant part, as amended, at 6 U.S.C. § 609(a), SHSP funds may be used to hire new staff and/or

contractor positions to serve as intelligence analysts to enable information/intelligence sharing capabilities, as well as support existing intelligence analysts previously covered by SHSP funding. *See* 6 U.S.C. § 609(a). To be hired as an intelligence analyst, staff and/or contractor personnel must meet at least one of the following criteria:

- Complete training to ensure baseline proficiency in intelligence analysis and production within six months of being hired; and/or,
- Previously served as an intelligence analyst for a minimum of two years either in a federal intelligence agency, the military, or state and/or local law enforcement intelligence unit.

10. All fusion center analytical personnel must demonstrate qualifications that meet or exceed competencies identified in the Common Competencies for state, local, and tribal intelligence analysts, which outlines the minimum categories of training needed for intelligence analysts. A certificate of completion of such training must be on file with the SAA and must be made available to the recipient's respective FEMA HQ Preparedness Officer upon request; and

11. Migrating online services to the ".gov" internet domain.

All SAAs are allowed to use up to 50% of their SHSP funding for personnel costs per 6 U.S.C. § 609(b)(2)(A). Personnel hiring, overtime, and backfill expenses are permitted under this grant only to the extent that such expenses are for the allowable activities within the scope of the grant. Personnel expenses may include, but are not limited to training and exercise coordinators, program managers and planners, intelligence analysts, and SWICs.

At the request of a recipient, the FEMA Administrator (or their designee) may grant a waiver of this 50% limitation under 6 U.S.C. § 609(b)(2)(B). Requests for waivers to the personnel cap must be submitted by the authorized representative of the SAA to FEMA in writing on official letterhead, with the following information:

1. Documentation explaining why the cap should be waived;
2. Conditions under which the request is being submitted; and
3. A budget and method of calculation of personnel costs both in percentages of the grant award and in total dollar amount.

Please see [IB 421b, Clarification on the Personnel Reimbursement for Intelligence Cooperation and Enhancement of Homeland Security Act of 2008 (Public L. No. 110–412 – the PRICE Act)](#), dated October 30, 2019, for additional information on the waiver request process.

### c. *Equipment*

Equipment costs are allowed under this program only as described in this funding notice and the [Preparedness Grants Manual](#).

The 21 allowable prevention, protection, mitigation, and response equipment categories for HSGP are listed on the [Authorized Equipment List](#) (AEL). Some equipment items require prior approval from FEMA before obligation or purchase of the items. Please reference the grant notes for each equipment item to ensure prior approval is not required or to ensure prior approval is obtained if necessary. Recipients and subrecipients may purchase equipment not listed on the AEL, but **only** if they first seek and obtain **prior approval** from FEMA.

Unless otherwise stated, all equipment must meet all mandatory regulatory and/or FEMA-adopted standards to be eligible for purchase using these funds. In addition, recipients will be responsible for obtaining and maintaining all necessary certifications and licenses for the requested equipment. Investments in emergency communications systems and equipment must meet applicable SAFECOM Guidance on Emergency Communications Grants (SAFECOM Guidance) recommendations. Such investments must be coordinated with the SWIC and the State Interoperability Governing Body to ensure interoperability and long-term compatibility. For personal protective equipment (PPE), recipients are encouraged to give procurement preference to domestic manufacturers of PPE or PPE raw materials to the maximum practicable and allowed by law.

Grant funds may be used for the procurement of medical countermeasures. Procurement of medical countermeasures must be conducted in collaboration with state, city, or local health departments that administer federal funds from the Department of Health and Human Services for this purpose and with existing Metropolitan Medical Response System committees where available, to sustain their long-term planning for appropriate, rapid, and local medical countermeasures, including antibiotics and antidotes for nerve agents, cyanide, and other toxins. Procurement must have a sound threat-based justification with an aim to reduce the consequences of mass casualty incidents during the first crucial hours of a response. Prior to procuring pharmaceuticals, recipients must have in place an inventory management plan to avoid large periodic variations in supplies due to coinciding purchase and expiration dates. Recipients are encouraged to enter into rotational procurement agreements with vendors and distributors. Purchases of pharmaceuticals must include a budget for the disposal of expired drugs within each fiscal year's Period of Performance (POP) for HSGP. The cost of disposal cannot be carried over to another FEMA grant or grant period.

EMS electronic patient care data systems should comply with the most current data standard of the National Emergency Medical Services Information System.

Recipients are reminded that school hardening is an eligible activity under SHSP. School hardening measures include but are not limited to:
1. Bullet resistant doors and glass;
2. Hinge-locking mechanisms;
3. Immediate notification to emergency 911 systems;
4. Mechanisms that provide real time actionable intelligence directly to law enforcement and first responders;
5. Installation of distraction devices or other countermeasures administered by law enforcement; and
6. Other measures determined to provide significant improvements to schools' physical security.

Additionally, SHSP funds may be used for equipment purchases related to state court cybersecurity, 911 call capabilities, alert and warning capabilities, and implementation of the REAL ID Act (Pub. L. No. 109-13).

sUAS and critical emergency supply costs are allowable under this program. See the Preparedness Grants Manual for more information.

1.  General Purpose Equipment

HSGP allows expenditures on general purpose equipment if it aligns to and supports one or more core capabilities identified in the Goal and has a nexus to terrorism preparedness. General purpose equipment, like all equipment funded under the HSGP, must be sharable through the EMAC[4] and allowable under 6 U.S.C. § 609, and any other applicable provision of the *Homeland Security Act of 2002*, as amended. Examples of such general-purpose equipment may include:

- Law enforcement/general use vehicles (OPSG only);
- Emergency medical services equipment and vehicles;
- Fire service equipment and vehicles, to include hose, pump accessories, and foam concentrate for specialized chemical/biological/radiological/nuclear/explosive (CBRNE) response;
- Interoperability of data systems, such as CAD and RMS; and
- Office equipment for staff[5] engaged in homeland security program activity.

2. Controlled Equipment

For decades, the federal government has provided equipment to state, local, and tribal LEAs through federal grants. Some federal grant programs have assisted LEAs as they carry out their critical missions to keep the American people safe. The equipment acquired by LEAs through these programs includes administrative equipment, such as office furniture and computers. Some federal grant programs also may include military and military-styled equipment, firearms, and tactical vehicles provided by the federal government, including property covered under 22 C.F.R. Part 121 and 15 C.F.R. Part 774 (collectively, "controlled equipment").

However, not all equipment that is considered controlled equipment is allowable under the HSGP. Grant funds under this program may not be used for the purchase of equipment not approved by DHS/FEMA. For example, the purchase of tracked armored vehicles, camouflage uniforms, weapons, and weapons accessories, including ammunition, is generally not allowed with HSGP funds.

DHS/FEMA will continue to collaborate with federal agency partners to ensure that there is a consistent and reasonable approach to the restrictions placed on certain equipment expenditures while continuing to support these investments when there is a justifiable need. Further, DHS/FEMA will continue to maintain an awareness of the evolving policy developments related to certain equipment expenditures and keep grant recipients up to date on future developments.

---

[4] Except for American Samoa and the Commonwealth of the Northern Mariana Islands, which are not required to belong to EMAC at this time.
[5] This applies to all homeland security personnel and is not limited to M&A staff, and costs are to be captured outside the cap on M&A costs.

*FEMA Version 25-02*

For additional information on controlled equipment, see IB # 530 Guidance to Recipients and Subrecipients of FEMA's Non-Disaster Preparedness Grants Policy on Prohibited and Controlled Equipment Policy Recission.

3. Construction and Renovation

Construction and renovation costs to achieve capability targets related to preventing, preparing for, protecting against, or responding to acts of terrorism are allowed under this program. For construction and renovation costs to be allowed, they must be specifically approved by DHS/FEMA in writing prior to the use of any program funds. Limits on the total amount of grant funding that may be used for construction or renovation may apply. Additionally, recipients are required to submit SF-424C and SF-424D.

All proposed construction and renovation activities must undergo an EHP review, including approval of the review from FEMA, prior to undertaking any action related to the project. Failure of a grant recipient to meet these requirements may jeopardize Federal funding. Please see the Preparedness Grants Manual for more information.

**d.  *Training and Exercises***

Training and exercise costs are allowed under this program only as described in this funding notice and the Preparedness Grants Manual. Recipients are encouraged to consider tuition-free courses offered by FEMA first, before investing in training. For more information and a catalog of courses please refer to the National Preparedness Course Catalog at the National Training and Education Division (NTED).

Allowable training-related costs under HSGP include the establishment, support, conduct, and attendance of training specifically identified under the SHSP program and/or in conjunction with emergency preparedness training by other federal agencies (e.g., HHS and Department of Transportation [DOT]). Training conducted using HSGP funds should address a performance gap identified through an Integrated Preparedness Plan (IPP) or other assessments (e.g., National Emergency Communications Plan Goal Assessments) and contribute to building a capability that will be evaluated through a formal exercise. When developing new courses, recipients are encouraged to apply the Analysis, Design, Development, Implementation, and Evaluation model of instructional design.

1.  Law Enforcement Readiness

SHSP grant funds may be requested and may be approved on a case-by-case basis for immigration enforcement training in support of the border security mission. Requests for training will be evaluated on a case-by-case basis and can only be used for certification in the section 287(g) program provided by DHS/ICE. SHSP subrecipients with agreements under section 287(g) of the *Immigration and Nationality Act* (INA) (8 U.S.C. § 1357(g)) to receive delegated authority for immigration enforcement within their jurisdictions may also be reimbursed for section 287(g) related operational activities with approval from FEMA on a case-by-case basis.

**e.  *Maintenance and Sustainment***

Maintenance and sustainment related costs are allowed under this program only as described in the Preparedness Grants Manual.

**f.  *Travel***

Domestic travel costs are allowed under this program, as provided for in this NOFO. International travel is not an allowable cost under this program unless approved in advance by DHS/FEMA. See the Allowable Cost Matrix above for more information on allowable travel activities under SHSP.

**g.  *Personnel***

Personnel hiring, overtime, and backfill expenses are permitted under this grant to perform allowable HSGP planning, organization, training, exercise, and equipment activities. All recipients and subrecipients of HSGP funds, including SHSP allocations, may not use more than 50% of their awards to pay for personnel activities unless a waiver is approved by FEMA. For more information on the 50% personnel cap, please see FEMA IB 421b, Clarification on the *Personnel Reimbursement for Intelligence Cooperation and Enhancement of Homeland Security Act of 2008* (Pub. L. No. 110-412) – the PRICE Act.

HSGP funds may not be used to support the hiring of any personnel to fulfill traditional public health and safety duties nor to supplant traditional public health and safety positions and responsibilities. The following definitions apply to personnel costs:

- **Hiring**. State and local entities may use grant funding to cover the salary of newly hired personnel who are exclusively undertaking allowable FEMA grant activities as specified in this guidance. This may not include new personnel who are hired to fulfill any non-FEMA program activities under any circumstances. Hiring will always result in a net increase of Full Time Equivalent (FTE) employees.
- **Overtime**. These expenses are limited to the additional costs that result from personnel working over and above 40 hours of weekly work time as the direct result of their performance of FEMA-approved activities specified in this guidance. Overtime associated with any other activity is not eligible.
- **Backfill-Related Overtime**. Also called "Overtime as Backfill," these expenses are limited to overtime costs that result from personnel who are working overtime (as identified above) to perform the duties of other personnel who are temporarily assigned to FEMA-approved activities outside their core responsibilities. Neither overtime nor backfill expenses are the result of an increase of FTE employees.
- **Supplanting**. Grant funds will be used to supplement existing funds and will not replace (supplant) funds that have been appropriated for the same purpose. Applicants and recipients may be required to supply documentation certifying that a reduction in non-federal resources occurred for reasons other than the receipt or expected receipt of federal funds.

1.  Operational Overtime Costs

In support of efforts to enhance capabilities for detecting, deterring, disrupting, and preventing acts of terrorism and other catastrophic events, operational overtime costs are allowable for increased protective security measures at critical infrastructure sites or other high-risk locations and to

enhance public safety during mass gatherings and high-profile events. In that regard, HSGP recipients are urged to consider using grant funding to support soft target preparedness activities. SHSP funds may be used to support select operational expenses associated with increased security measures in the authorized categories cited in the table below, but this table is not exhaustive. FEMA retains the discretion to approve other types of requests that do not fit within one of the categories of the table.

**Authorized Operational Overtime Categories**

| | Category | Description |
|---|---|---|
| 1 | **National Terrorism Advisory System (NTAS)** | Security measures in response to an increase in the threat level under the NTAS to an "elevated" or "imminent" alert status. FEMA Information Bulletin No. 367, Impact of National Terrorism Advisory System on Homeland Security Grant Programs, remains applicable; therefore, advance authorization from FEMA is not required. Refer to National Terrorism Advisory System | Homeland Security (dhs.gov) for additional information on the NTAS. |
| 2 | **National Security Special Event (NSSE)** | Security measures for a designated NSSE. NSSEs are events of national or international significance deemed by DHS to be a potential target for terrorism or other criminal activity. |
| 3 | **Special Event Assessment Rating (SEAR) Level 1 through Level 4 Events** | Security measures required for SEAR Level 1 through Level 4 events as designated by DHS and included in the DHS National Special Events List, as defined below:<br>• SEAR 1: A significant event with national and/or international importance that may require extensive federal interagency support.<br>• SEAR 2: A significant event with national and/or international importance that may require some level of federal interagency support.<br>• SEAR 3: An event of national and/or international importance that requires only limited federal support.<br>• SEAR 4: An event with limited national importance that is managed at state and local level.<br>NOTE: In cases where a threat of terrorism can be associated with a SEAR Level 5 event, the event planners should coordinate with their state or territory Homeland Security Advisor to seek re-adjudication of the SEAR rating. Operational overtime for security measures associated with such events will be considered for approval by FEMA if re-adjudication results in a SEAR 1 through 4 rating. |
| 4 | **States of Emergency** | Declarations of states of emergency by the Governor associated with a terrorism-related threat or incident. This excludes Presidentially declared major disasters or emergencies where |

| | Category | Description |
|---|---|---|
| | | federal funding support for the proposed grant-funded activity is made available through the FEMA Public Assistance program or other federal disaster grants. |
| 5 | **National Critical Infrastructure Prioritization Program (NCIPP)** | Protection of Level 1 and Level 2 facilities identified through DHS's NCIPP <u>based on a terrorism-related threat</u> to critical infrastructure. |
| 6 | **Directed Transit Patrols** | Targeted security patrols in airports and major transit hubs <u>based on a terrorism-related threat</u> to transportation systems. |
| 7 | **Other Related Personnel Overtime Costs** | Overtime costs may be authorized for personnel assigned to directly support any of the security activities relating to the categories above. Examples include firefighters and emergency medical services personnel; public works employees who may be responsible for installing protective barriers and fencing; public safety personnel assigned to assist with event access and crowd control; emergency communications specialists; backfill and overtime for staffing state fusion centers; state Active Duty National Guard deployments to protect critical infrastructure sites, including all resources that are part of the standard National Guard deployment package (note: consumable costs, such as fuel expenses, are not allowed except as part of the standard National Guard deployment package); contract security services for critical infrastructure sites; participation in Regional Resiliency Assessment Program activities, increased border security activities in coordination with USBP, etc. |
| 8 | **Operational Support to a Federal Agency** | Overtime costs are allowable for personnel to participate in information, investigative, and intelligence sharing activities related to homeland security/terrorism preparedness and specifically requested by a federal agency. Allowable costs are limited to overtime associated with federally requested participation in eligible activities, including anti-terrorism task forces, Joint Terrorism Task Forces (JTTFs), Area Maritime Security Committees (as required by the *Maritime Transportation Security Act of 2002*), DHS Border Enforcement Security Task Forces, and Integrated Border Enforcement Teams. In addition, reimbursement for operational overtime law enforcement activities related to combating transnational crime organizations in support of efforts to enhance capabilities for detecting, deterring, disrupting, and preventing acts of terrorism is an allowable expense under SHSP on a case-by-case basis. Grant funding can only be used in proportion to the federal man-hour estimate and only after funding for these activities from |

| | Category | Description |
|---|---|---|
| | | other federal sources (i.e., FBI JTTF payments to state and local agencies) has been exhausted. |
| 9 | **Response to Catastrophic Incidents that are Acts of Terrorism** | Operational overtime is allowable for responding to acts of terrorism. This includes overtime accrued during the immediate response to events, such as mass casualty acts of targeted violence or other activities where the act (i) is dangerous to human life or potentially destructive of critical infrastructure or key resources; and (ii) is a violation of the criminal laws of the United States or of any State or other subdivision of the United States, and the act appears to be intended to coerce civilian populations, influence the policy of a government by intimidation or coercion, or affect the conduct of a government by mass destructions, assassination, or kidnapping. |

All allowable operational overtime costs are also subject to the administration requirements outlined in the following subsection.

2. Administration of Operational Overtime Requests

- Except for an elevated NTAS alert, SHSP funds may only be spent for operational overtime costs upon prior written approval by FEMA. The SAA must submit operational overtime requests in writing to its assigned FEMA HQ Preparedness Officer. FEMA will consider requests for special event activities up to one year in advance. However such requests must be within the award's current POP and must not result in the need for a request to extend the period of performance. SAAs should contact FEMA Grants News by e-mail at fema-grants-news@fema.dhs.gov or by phone at (800) 368-6498, Monday through Friday, 9:00 AM – 5:00 PM ET, for clarification.
- All operational overtime requests must clearly explain how the request meets the criteria of one or more of the categories listed in the table above. Requests must address the threat environment as it relates to the event or activity requiring operational overtime support and explain how the overtime activity is responsive to the threat. Request letters sent to FEMA must be UNCLASSIFIED but may be labeled "For Official Use Only." If explaining the threat will require the sharing of classified information, the letter should state that fact. FEMA will then plan for the sharing of classified information through official channels;
- Post-event operational overtime requests will only be considered on a case-by-case basis, where it is demonstrated that exigent circumstances prevented submission of a request in advance of the event or activity;
- Under no circumstances may FEMA grant funding be used to pay for costs already supported by funding from another federal source; and
- FEMA will consult and coordinate with appropriate DHS components as necessary to verify information used to support operational overtime requests.

**h. *Secure Identification***

Secure identification costs are allowed under this program. SHSP funds may be used to support the implementation activities associated with the Western Hemisphere Travel Initiative (WHTI), including the issuance of WHTI-compliant tribal identification cards.

**i. *Multiple Purpose or Dual-Use of Funds***

Please see the Preparedness Grants Manual for information on multiple purpose of dual-use of funds under HSGP.

**C. OPSG Other Direct Costs**

Recipients must comply with all the requirements in 2 C.F.R. Part 200 (*Uniform Administrative Requirements, Cost Principles, and Audit Requirements for Federal Awards*). In general, recipients should consult with their FEMA HQ Preparedness Officer prior to making any investment that does not clearly meet the allowable expense criteria. Funding guidelines established within this section support four of the five mission areas—Prevention, Protection, Mitigation, and Response—and associated core capabilities within the Goal. While Recovery is part of the Goal, it is not explicitly part of the HSGP. Allowable investments made in support of the national priorities, as well as other capability-enhancing projects must have a nexus to terrorism preparedness and fall into the categories of  planning, organization, exercises, training, or equipment, aligned to building capability, closing capability gaps, and/or sustaining capabilities, as defined by CPG 201: THIRA/SPR Guide—3rd Edition (Comprehensive Preparedness Guide (CPG) 201, 3rd Edition (fema.gov)). Recipients are encouraged to use grant funds for evaluating grant-funded project effectiveness and return on investment. FEMA encourages recipients to provide the results of that analysis to FEMA.

**a. *Planning***

Planning costs are allowed under this program only as described in this funding notice. See the Allowable Cost Matrix above for more information on allowable planning activities for OPSG.

**b. *Organization***

Organization costs are allowed under this program only as described in this funding notice and the Preparedness Grants Manual. See the Allowable Cost Matrix above for more information on allowable organizational activities for OPSG.

**c. *Equipment***

Equipment costs are allowed under this program only as described in this funding notice and the Preparedness Grants Manual.

OPSG equipment is intended to be incidental to the enhanced border security operations being performed. The grant is not intended to be used to outfit or supply general equipment to SLTT law enforcement agencies. Equipment must be relatable to and justified by the operational benefit it will provide. Each appropriate OPSG sector coordinator is required to keep an inventory of OPSG purchased equipment that includes at a minimum: 1) grant funding year; 2) purchase amount; 3) purchase date; 4) purchase quantity; 5) equipment ID; 6) source of funding for the property, including the Federal Award Identification Number; 7) who holds title to the property; 8) federal share percent of the property; 9) location of the property; 10) use and condition of the property; 11) disposal date; and 12) brief disposal justification information and

sale price if sold. Each Operations Order/FRAGO will require that each friendly force submit the equipment inventory for each Operations Order/FRAGO submission.

1. **Equipment Marking**. Because equipment purchased with OPSG funding is intended to be used to support OPSG activities, it **may** be appropriately marked to ensure its ready identification and primary use for that purpose. **When practicable**, any equipment purchased with OPSG funding **should** be prominently marked as follows: **"Purchased with DHS funds for Operation Stonegarden Use."**

2. **Fuel Cost and Mileage Reimbursement.** There is no cap for reimbursement of fuel or mileage costs in support of operational activities. Subrecipients and friendly forces may not claim reimbursements for both mileage and fuel/maintenance for the same equipment at the same time.

3. **Vehicle and Equipment Acquisition, Including Leasing and Rentals**. Allowable purchases under OPSG include patrol vehicles and other mission-specific equipment whose primary purpose is to increase operational capabilities on or near a border nexus in support of approved border security operations. A detailed justification must be submitted to the respective FEMA HQ Preparedness Officer prior to purchase.

4. **Medical Emergency Countermeasures.** Allowable purchases under OPSG include narcotic antagonist pharmaceuticals, detection and identification equipment, safe storage and transportation, personnel protective equipment, and initial equipment training, as reflected in the AEL.

1. Requirements for sUAS

sUAS are allowable under the HSGP. See the [Preparedness Grants Manual](#) for more information.

2. General Purpose Equipment

HSGP allows expenditures on general purpose equipment if it aligns to and supports one or more core capabilities identified in the Goal and has a nexus to terrorism preparedness. General purpose equipment, like all equipment funded under the HSGP, must be sharable through the EMAC[6] and allowable under 6 U.S.C. § 609, and any other applicable provision of the *Homeland Security Act of 2002*, as amended. Examples of such general-purpose equipment may include:

- Law enforcement/general use vehicles (OPSG only);
- Emergency medical services equipment and vehicles;
- Fire service equipment and vehicles, to include hose, pump accessories, and foam concentrate for specialized chemical/biological/radiological/nuclear/explosive (CBRNE) response;
- Interoperability of data systems, such as CAD and RMS; and
- Office equipment for staff[7] engaged in homeland security program activity.

---

[6] Except for American Samoa and the Commonwealth of the Northern Mariana Islands, which are not required to belong to EMAC at this time.
[7] This applies to all homeland security personnel and is not limited to M&A staff, and costs are to be captured outside the cap on M&A costs.

3.  Controlled Equipment

For decades, the federal government has provided equipment to state, local, and tribal LEAs through federal grants. Some federal grant programs have assisted LEAs as they carry out their critical missions to keep the American people safe. The equipment acquired by LEAs through these programs includes administrative equipment, such as office furniture and computers. Some federal grant programs also may include military and military-styled equipment, firearms, and tactical vehicles provided by the federal government, including property covered under 22 C.F.R. Part 121 and 15 C.F.R. Part 774 (collectively, "controlled equipment").

However, not all equipment that is considered controlled equipment is allowable under the HSGP. Grant funds under this program may not be used for the purchase of equipment not approved by DHS/FEMA. For example, the purchase of tracked armored vehicles, camouflage uniforms, weapons, and weapons accessories, including ammunition, is generally not allowed with HSGP funds.

DHS/FEMA will continue to collaborate with federal agency partners to ensure that there is a consistent and reasonable approach to the restrictions placed on certain equipment expenditures while continuing to support these investments when there is a justifiable need. Further, DHS/FEMA will continue to maintain an awareness of the evolving policy developments related to certain equipment expenditures and keep grant recipients up to date on future developments.

4.  Construction and Renovation

OPSG funds may not be used for any construction.

**d.  *Training and Exercises***

Training and exercise costs are allowed under this program only as described in this funding notice and the Preparedness Grants Manual (e.g., related to EHP compliance). Recipients are encouraged to consider tuition-free courses offered by FEMA first, before investing in training. For more information and a catalog of courses please refer to the National Preparedness Course Catalog at NTED.

1.  Law Enforcement Readiness

OPSG grant funds may be used to increase operational, material, and technological readiness of SLTT law enforcement agencies. The Delegation of Immigration Authority, Section 287(g) of the *Immigration and Nationality Act (INA)* program allows a state or local law enforcement entity to enter into a partnership with ICE, under a joint Memorandum of Agreement (MOA), to receive delegated authority for immigration enforcement within their jurisdictions.

OPSG grant funds may be requested and may be approved on a case-by-case basis for immigration enforcement training in support of the border security mission. Requests for training will be evaluated on a case-by-case basis and can only be used for certification in the section 287(g) program provided by DHS/ICE. OPSG subrecipients with agreements under section 287(g) of the *INA* (8 U.S.C. § 1357(g)) to receive delegated authority for immigration

enforcement within their jurisdictions may also be reimbursed for section 287(g) related operational activities with approval from FEMA on a case-by-case basis. For OPSG, subrecipients must be authorized by USBP Headquarters and Sectors, and operational activities must be coordinated through a USBP Sector.

**e.  *Maintenance and Sustainment***

Maintenance and sustainment related costs are allowed under this program only as described in the Preparedness Grants Manual.

**f.  *Travel***

Domestic travel costs are allowed under this program, as provided for in this NOFO and in the Preparedness Grants Manual. International travel is not an allowable cost under this program unless approved in advance by DHS/FEMA. See the Allowable Cost Matrix in Appendix B for more information on allowable travel activities under OPSG.

**g.  *Personnel***

Personnel hiring, overtime, and backfill expenses are permitted under this grant to perform allowable HSGP planning, organization, training, exercise, and equipment activities. Under OPSG, overtime costs are allowable only in so far as they meet the intent of the program. All recipients and subrecipients of HSGP funds, including OPSG allocations, may not use more than 50% of their awards to pay for personnel activities unless a waiver is approved by FEMA. For more information on the 50% personnel cap, please see FEMA IB 421b, *Clarification on the Personnel Reimbursement for Intelligence Cooperation and Enhancement of Homeland Security Act of 2008* (Pub. L. No. 110-412 – the PRICE Act).

Further, changes in scope or objective also require FEMA's prior written approval pursuant to 2 C.F.R. § 200.308(c)(1). If the cost changes are allowable under the grant, a FRAGO must be submitted to Homeland Security Information Network (HSIN) to obtain FEMA's prior written approval of such changes in accordance with 2 C.F.R. § 200.308(c)(1). These modifications will be annotated in the annex section of the FRAGO.

OPSG funds may be used for domestic travel and *per diem*, including costs associated with the deployment/redeployment of personnel to border areas and for travel associated with law enforcement entities assisting other local jurisdictions in law enforcement activities. In addition, allowable costs include supporting up to six-month deployment of law enforcement personnel to critical Southwest Border locations for operational activities (travel costs must be in accordance with applicable travel regulations).

OPSG funds may be used to pay additional current part-time law enforcement personnel salaries to bring them to temporary full-time status. OPSG funds may support a Governor's request to activate, deploy, or redeploy specialized National Guard Units/Package and/or elements of state law enforcement serving as friendly forces to increase or augment specialized/technical law enforcement elements' operational activities. Costs associated with backfill for personnel supporting operational activities are allowable.

As with all OPSG personnel costs, OPSG grant funds will be used to supplement existing funds

and will not replace (supplant) funds that have been appropriated for the same purpose. Applicants or recipients may be required to supply documentation certifying that a reduction in non-federal resources occurred for reasons other than the receipt or expected receipt of federal funds.

1. Operational Overtime Costs

OPSG funds should be used for operational overtime costs associated with law enforcement activities in support of border law enforcement agencies for enhanced border security. Overtime pay is for increased patrol time for certified public safety officers, along with limited support for other law enforcement direct support personnel (e.g., Communication Officers/Dispatchers, non-sworn patrol pilots, etc.). Overtime shall be reimbursed consistent with the non-federal entity's overtime policy and the requirements as stated below:

- Overtime is time worked that exceeds the required number of hours during an employee's designated shift;
- Overtime must be worked to increase patrol capacity and be in support of identified and approved USBP border security operations;
- The OPSG overtime hourly rate of pay will be no more than the approved overtime rate per local law and policy and must be in accordance with applicable state and federal regulations;
- All overtime expenses under OPSG must be reasonable for the services rendered and conform to the non-federal entity's established written policy, which must apply to both federally funded and non-federally funded activities and comply with the other applicable requirements under 2 C.F.R. §§ 200.430-200.431; and
- The non-federal entity may not utilize OPSG funding to pay for an employee's overtime hours or pay that exceeds 16-hours worked in any 24-hour period.

2. Intelligence Support

Per 6 U.S.C. § 609(a), OPSG funds may, as applicable and operationally beneficial, be used to pay salaries and benefits or overtime for personnel to serve as qualified Intelligence Analysts to enable and enhance information/intelligence sharing capabilities, as well as support existing intelligence analysts previously covered by OPSG funding. Qualified OPSG-funded intelligence analysts can be assigned to an applicable law enforcement facility/intelligence function as long as information/intelligence sharing is maintained. To serve as an OPSG-funded intelligence analyst, personnel must meet at least one of the following criteria:

- Complete training to ensure baseline proficiency in intelligence analysis and production within six months of being hired; and/or,
- Previously served as an intelligence analyst for a minimum of two years either in a federal intelligence agency, the military, or state and/or local law enforcement intelligence unit.

OPSG-funded intelligence analysts must demonstrate qualifications that meet or exceed competencies identified in the Common Competencies for state, local, and tribal intelligence analysts, which outlines the minimum categories of training needed for intelligence analysts. A certificate of completion of such training must be on file with the SAA and must be made

available to the recipient's respective FEMA HQ Preparedness Officer upon request.

**h.  *Regional Border Projects***

Recipients are encouraged to prioritize the acquisition and development of regional projects on the borders to maximize interoperability and coordination capabilities among federal agencies and with state, local, and tribal law enforcement partners. Such regional projects include:

1. Communications equipment;
2. Radio systems and repeaters;
3. Integration with regional intelligence and information sharing effort (i.e., fusion centers):
   - Intelligence analysts.
4. Situational Awareness equipment:
   - License Plate Reader Networks;
   - Visual detection and surveillance systems;
   - Sensor Systems;
   - Radar Systems (for air and/or marine incursions); and
   - Aircraft systems (manned or unmanned).

**i.  *Transportation Costs and Costs Related to the Provision of Acute Medical Care***

Vehicle, fuel, mileage, operational overtime, and other types of costs otherwise allowable under an OPSG award's HSGP NOFO are allowable where the costs are in support of the necessary transportation of individuals interdicted while carrying out allowable OPSG-funded activities or operations from the point of interdiction to an applicable law enforcement facility.

When transporting individuals interdicted in the course of carrying out allowable OPSG-funded activities or operations from the point of interdiction, non-Federal entities may charge vehicle, fuel, mileage, operational overtime, and other types of costs otherwise allowable under an OPSG award's HSGP NOFO associated with necessary transportation to provide acute medical care for individuals being transported from the point of interdiction. In such cases, non-Federal entities may also charge operational overtime for personnel that monitor a detained individual receiving acute medical care where the individual remains in the custody of the non-Federal law enforcement agency. Costs incurred beyond the acute phase of medical care (e.g., upon admission to the hospital, or after transfer from an acute care facility to the hospital) and costs incurred once the custodial responsibility of the individual is transferred to CBP are not allowable under OPSG.

Costs described above are allowable regardless of what entity or agency initially makes the interdiction. Personnel costs incurred by non-Federal law enforcement agencies eligible under OPSG (including deputies, corrections officers, or detention officers) for costs described above are allowable.

**j.  *Temporary or Term Appointments***

Temporary or term appointments are allowable under an OPSG award, so long as they comply with the following:

1. Subrecipients may utilize temporary or term appointments to augment the law enforcement presence on the borders. However, applying funds toward hiring full-time or permanent sworn public safety officers is unallowable;

2. OPSG-funded temporary or term appointments may not exceed the approved period of performance:
   - For OPSG purposes, temporary appointments are non-status appointments for less than one year; and
   - For OPSG purposes, term appointments are non-status appointments for one year, extendable for one year as necessary.
3. OPSG funding for temporary or term appointments may pay for salary only. Benefits are not allowable expenses for term or temporary employees;
4. OPSG remains a non-hiring program. Appropriate uses of temporary or term appointments include:
   - To carry out specific enforcement operations work for ongoing OPSG-funded patrols throughout the Sector Area of Operation;
   - To staff operations of limited duration, such as OPSG-enhanced enforcement patrols targeting specific locations or criminal activity; and
   - To fill OPSG positions in activities undergoing transition or personnel shortages and local backfill policies (medical/military deployments).
5. OPSG term and temporary appointments must have all necessary certifications and training to enforce state and local laws. OPSG funds will not be used to train or certify term or temporary appointments except as otherwise stated in this NOFO and the Preparedness Grants Manual; and
6. FEMA provides no guarantee of funding for temporary or term appointments. In addition to the terms of this NOFO, subrecipients must follow their own applicable policies and procedures regarding temporary or term appointments.