UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

STATE OF ILLINOIS, *et al.*,

        *Plaintiffs*,

v.

KRISTI NOEM, in her official capacity as Secretary of the Department of Homeland Security, *et al.*,

        *Defendants*.

No. 1:25-cv-00495

# EXHIBIT 9

Fed. Emergency Mgmt. Agency, *FY 2025 Homeland Security Grant Program Fact Sheet* (Sept. 12, 2025)

# FY 2025 Homeland Security Grant Program Fact Sheet

Release Date: Sep 12, 2025

**Download a PDF copy of this webpage.**

In Fiscal Year (FY) 2025, the U.S. Department of Homeland Security (DHS) is providing $1.008 billion to enhance the ability of state, local, tribal and territorial governments to prevent, prepare for, protect against, and respond to potential terrorist acts and other hazards.

## Overview

The FY 2025 Homeland Security Grant Program (HSGP) supports the DHS/Federal Emergency Management Agency's (FEMA) focus on enhancing the ability of state, local, tribal and territorial governments, as well as nonprofit organizations, to prevent, prepare for, protect against, and respond to potential terrorist attacks. These grant programs are part of a comprehensive set of measures authorized by Congress and implemented by DHS to help strengthen the nation's communities against potential terrorist attacks and other hazards. HSGP is composed of three grant programs:

- State Homeland Security Program (SHSP);
- Urban Area Security Initiative (UASI); and
- Operation Stonegarden (OPSG).

## Funding

In FY 2025, the total amount of funds under the HSGP is $1.008 billion. Below is the funding distribution across the three grant programs:

| HSGP Program | FY 2025 Allocation |
| --- | --- |



| SHSP  | $373.5 million   |
|-------|------------------|
| UASI  | $553.5 million   |
| OPSG  | $81 million      |
| Total | $1,008,000,000   |

## Eligibility

The State Administrative Agencies (SAAs) are the only entities eligible to submit HSGP applications to FEMA, including those applications submitted on behalf of UASI and OPSG applicants. All 56 states and territories, which includes any state of the United States, the District of Columbia, the Commonwealth of Puerto Rico, the U.S. Virgin Islands, Guam, American Samoa, and the Commonwealth of the Northern Mariana Islands, are eligible to apply for SHSP funds. Tribal governments may not apply directly for HSGP funding. However, funding may be available to Tribal Nations through the SAA.

Eligible high-risk urban areas for the FY 2025 UASI program are determined through an analysis of the relative risk of terrorism faced by the 100 most populous metropolitan statistical areas (MSAs) in the United States. Sub-awards will be made by the SAA to the designated high-risk urban areas identified in the FY 2025 HSGP Notice of Funding Opportunity (NOFO).

In FY 2025, OPSG eligible subrecipients are local units of government at the county level or equivalent level of government and federally recognized tribal governments in states bordering Canada or Mexico and states and territories with international water borders. All applicants must have active ongoing U.S. Border Patrol (USBP) operations coordinated through a U.S. Customs and Border Protection (CBP) sector office to be eligible for OPSG funding.

Under the FY 2025 OPSG, subrecipients eligible to apply for and receive a sub-award directly from the SAA are divided into three tiers.

- Tier 1 entities are local units of government at the county level or equivalent and federally recognized tribal governments in states physically bordering



- Canada and Mexico, as well as states and territories with international water borders.
- Tier 2 eligible subrecipients are those not located on the physical border or international water border but are contiguous to a Tier 1 county.
- Tier 3 eligible subrecipients are those not located on the physical border or international water border but are contiguous to a Tier 2 eligible subrecipient. The tier structure is only applicable with regard to eligibility. OPSG funding allocations are based on the assessed border security risks as determined by the USBP.

## Funding Guidelines

The FY 2025 allocation process for SHSP, UASI and OPSG are as follows:

### SHSP Allocations

FEMA will award SHSP funds based on risk as determined by FEMA's relative risk methodology and statutory minimums pursuant to the *Homeland Security Act of 2002*, as amended.

### UASI Allocations

For FY 2025, FEMA will award UASI funds based on risk as determined by FEMA's relative risk methodology pursuant to the *Homeland Security Act of 2002*, as amended. Final allocations are published in the FY 2025 HSGP NOFO.

### OPSG Allocations

FEMA will award OPSG funds based on risk and the anticipated effectiveness of the proposed use of grant funds. The FY 2025 OPSG risk assessment is designed to identify the risk to border security and to assist with the distribution of funds for the grant program. Entities eligible for funding are the state, local, tribal and territorial law enforcement agencies positioned to strengthen the United States border security.

The SHSP, UASI and OPSG allocations published in the FY 2025 HSGP NOFO are target allocations pending final decisions by the Department of Homeland Security. These target allocations act as an estimate, and the final allocations may



be different in the award letter.

**Pass-Through Requirements**

SAAs are required to pass-through at least 80% of SHSP and UASI funding to local or tribal units of government. For more information on the pass-through requirement, please refer to Sections 2.E, 8.A, and 8.B of the FY 2025 HSGP NOFO.

**National Priority Areas (NPAs) for SHSP AND UASI and Minimum Spend Requirements**

There are five NPAs for FY 2025, different from the six NPAs in FY 2024. The required overall minimum spend on the FY 2025 NPAs for the SHSP and UASI programs remains consistent with the FY 2024 requirement: 30% as a percentage of the total SHSP and UASI allocation. Each SHSP and UASI applicant must dedicate 3% as a percentage of the total SHSP allocation toward the Enhancing Election Security NPA. Each SHSP and UASI applicant must dedicate 10% as a percentage of the total SHSP and UASI allocation toward the Supporting Border Crisis Response and Enforcement NPA. For the NPAs with no minimum spend requirements, DHS strongly encourages recipients to make investments in those areas. **As noted above, the Enhancing Election Security NPA maintains a 3% minimum spend requirement, and the Supporting Border Crisis Response and Enforcement NPA includes a 10% minimum spend requirement, but there is flexibility on the remaining 17% required to meet the overall 30% minimum spend requirement for the NPAs.**

The five NPAs, along with the relevant minimum spend percentage, are:

1. Enhancing the protection of soft targets/crowded places – no minimum spend;
2. Supporting Homeland Security Task Forces and Fusion Centers – no minimum spend;
3. Enhancing and integrating cybersecurity resiliency – no minimum spend;
4. Enhancing election security – at least 3% minimum spend; and
5. Supporting Border Crisis response and enforcement – at least 10% minimum spend.



For NPAs with associated minimum spends, **all projects related to meeting the minimum spend for that NPA must be included in the same Investment Justification (IJ).** Activities that support more than one NPA may be included under only one NPA IJ but still count toward the 30% minimum spend without having to be broken out into separate projects or activities in more than one IJ. Details on the FY 2025 HSGP allocation process are included in the FY 2025 HSGP NOFO.

**Law Enforcement Terrorism Prevention Activities Minimum Spend Requirement**

SHSP and UASI recipients must allocate a minimum of 35% of their total SHSP and UASI funding toward Law Enforcement Terrorism Prevention Activities (LETPA), the same as in FY 2024. Please refer to Section 2.E of the FY 2025 HSGP NOFO for additional guidance and information on allowable LETPAs. Investments that support LETPAs can also support an NPA (e.g., an investment can be counted as supporting both the Soft Targets/Crowded Places and LETPA minimum allocation requirements, if applicable). The LETPA minimum spend requirement for SHSP and UASI can include NPA and non-NPA projects.

## Application Process

Applying for an award under the HSGP is a multi-step process. Applicants (SAAs only) are encouraged to register early in the System for Award Management (SAM.gov) and the FEMA Grants Outcomes (FEMA GO) system, as the registration process can take four weeks or more to complete. Registration should be done in sufficient time to ensure it does not impact your ability to meet required submission deadlines. Please refer to Section 5 in the FY 2025 HSGP NOFO for detailed information and instructions.

All application materials will be posted on Grants.gov. Eligible applicants should submit their application through FEMA GO. For FEMA GO support, applicants should contact FEMAGO@fema.dhs.gov or (877) 585-3242, Monday-Friday from 9 a.m. - 6 p.m. ET.

Completed applications must be submitted in the FEMA GO system no later than 5 p.m. ET on Aug. 15, 2025.



## HSGP Resources

There are a variety of resources available to address programmatic, technical and financial questions, which can assist with HSGP applications:

- The FY 2025 HSGP NOFO is available online at www.fema.gov/grants as well as www.grants.gov.
- The FY 2025 Preparedness Grants Manual is available online at www.fema.gov/grants.
- For additional program-specific information, please contact FEMA Grants News at (800) 368-6498 or fema-grants-news@fema.dhs.gov. FEMA Grants News hours of operation are from 9 a.m. - 5 p.m. ET, Monday through Friday.
- For support regarding financial grants management and budgetary technical assistance, applicants may contact the FEMA Award Administration Help Desk via email at ASK-GMD@fema.dhs.gov.

