UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| STATE OF ILLINOIS, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> KRISTI NOEM, in her official capacity as Secretary of the Department of Homeland Security, *et al.*, <br><br> *Defendants*. | No. 1:25-cv-00495 |

**JOINT STIPULATION CONVERTING TEMPORARY RESTRAINING ORDER INTO PRELIMINARY INJUNCTION AND JOINT PROPOSAL FOR BRIEFING SCHEDULE**

The Parties hereby agree, stipulate, and propose to the Court for approval the following:

1. The Parties consent to the conversion of the Court's Modified Temporary Restraining Order issued on October 21, 2025, ECF No. 31, into a Preliminary Injunction to remain in place until the Court reaches a final judgment. The Parties further consent to the extension of the Court's Modified Temporary Restraining Order pending the Court's action on this Joint Stipulation pursuant to Civil Rule 65(b)(2);

2. Plaintiffs shall file an amended complaint on or before October 24, 2025;

3. Defendants may defer responding to the amended complaint until after the Court's ruling on the summary judgment motion(s), to the extent a response is necessary;

4. Defendants shall not be obligated to file an administrative record;

5. The Parties request to dispense with Local Rule 56(a)(1)'s requirement that a motion for summary judgment "be accompanied by a separate Statement of Undisputed Facts";

6. Plaintiffs shall file any motion for summary judgment on or before October 30, 2025;

1

7. Defendants shall file any response to Plaintiffs' motion for summary judgment, as well as any cross-motion for summary judgment, on or before November 20, 2025;

8. Plaintiffs shall file any response to Defendants' cross-motion for summary judgment, on or before November 28, 2025; and

9. Defendants shall extend the deadline for accepting Homeland Security Grant Program ("HSGP") and Emergency Management Performance Grant ("EMPG") awards until December 31, 2025.

Plaintiffs believe that an expedited schedule that will permit the Court to resolve the motions for summary judgment by the end of 2025, as proposed above, is necessary to preserve their ability to use critical emergency-preparedness support under the HSGP and EMPG programs. Plaintiffs have planned their emergency-preparedness budgets in reliance on timely access to federal funds, and the challenged actions impede their ability to obtain those funds and provide uninterrupted services to their residents. Defendants do not join the preceding two sentences.

    The Parties have endeavored to carry as much of the burden of this expedited schedule as possible, but are available to appear for a status conference at the Court's convenience to discuss the schedule in this matter.

Dated: October 24, 2025

    Respectfully submitted,

    BRETT A. SHUMATE
    Assistant Attorney General
    Civil Division

    ERIC J. HAMILTON
    Deputy Assistant Attorney General
    Federal Programs Branch

    ANDREW WARDEN
    Assistant Branch Director
    Federal Programs Branch

    */s/ Alexandra L. Yeatts*
    ALEXANDRA YEATTS
    (CA Bar No. 358762)
    *Trial Attorney*
    U.S. Department of Justice,
    Civil Division, Federal Programs
    1100 L Street, N.W.
    Washington, DC  20005
    Tel: (202) 353-5677
    Email: alexandra.yeatts@usdoj.gov

    *Attorneys for Defendants*

**ROB BONTA**
  ATTORNEY GENERAL OF CALIFORNIA

Michael L. Newman
  *Senior Assistant Attorney General*
Joel Marrero
Lee I. Sherman
James E. Stanley
  *Supervising Deputy Attorneys General*

/s/ Deylin Thrift-Viveros
Deylin Thrift-Viveros
  *Deputy Attorney General*
California Department of Justice
300 South Spring Street
Los Angeles, CA 90013
(213) 269-6000
deylin.thriftviveros@doj.ca.gov

*Attorneys for the State of California*

**MATTHEW J. PLATKIN**
  ATTORNEY GENERAL OF NEW JERSEY

/s/ Shankar Duraiswamy
Shankar Duraiswamy
  *Deputy Solicitor General*
Mayur P. Saxena
  *Assistant Attorney General*
Olivia C. Mendes
Phoenix N. Meyers
Daniel Resler
  *Deputy Attorneys General*
New Jersey Office of Attorney General
25 Market Street, PO Box 093
Trenton, NJ 08625-0093
(609) 376-2745
shankar.duraiswamy@law.njoag.gov

*Attorneys for the State of New Jersey*

**KWAME RAOUL**
  ATTORNEY GENERAL OF ILLINOIS

/s/ Alex Hemmer
Alex Hemmer
  *Deputy Solicitor General*
Christopher G. Wells
  *Chief of the Public Interest Division*
Paul Berks
  *Complex Litigation Counsel*
R. Sam Horan
Michael M. Tresnowski
R. Henry Weaver
  *Assistant Attorneys General*
Office of the Illinois Attorney General
115 LaSalle Street
Chicago, IL 60603
(773) 590-7932
alex.hemmer@ilag.gov

*Attorneys for the State of Illinois*

**PETER F. NERONHA**
  ATTORNEY GENERAL OF RHODE ISLAND

/s/ Kathryn M. Sabatini
Kathryn M. Sabatini (R.I. Bar No. 8486)
  *Chief, Civil Division*
  *Special Assistant Attorney General*
Paul Meosky (RI Bar No. 10742)
  *Special Assistant Attorney General*
Rhode Island Attorney General's Office
150 South Main Street
Providence, RI 02903
(401) 274-4400, Ext. 1882
ksabatini@riag.ri.gov

*Attorneys for the State of Rhode Island*

**WILLIAM TONG**
  ATTORNEY GENERAL OF CONNECTICUT

/s/ Ashley Meskill
Ashley Meskill
  *Assistant Attorney General*
Connecticut Office of the Attorney General
165 Capitol Avenue
Hartford, CT 06106
(860) 808-5270
ashley.meskill@ct.gov

*Attorneys for the State of Connecticut*

**BRIAN L. SCHWALB**
  ATTORNEY GENERAL FOR THE DISTRICT OF COLUMBIA

/s/ Mitchell P. Reich
Mitchell P. Reich
  *Senior Counsel to the Attorney General*
Office of the Attorney General for the District
  of Columbia
400 Sixth Street, NW
Washington, D.C. 20001
(202) 279-1261
mitchell.reich@dc.gov

*Attorneys for the District of Columbia*

**KATHLEEN JENNINGS**
  ATTORNEY GENERAL OF DELAWARE

/s/ Ian R. Liston
Ian R. Liston
  *Director of Impact Litigation*
Vanessa L. Kassab
  *Deputy Attorney General*
Rose Gibson
  *Assistant Attorney General*
Delaware Department of Justice
820 North French Street
Wilmington, DE 19801
(302) 683-8899
ian.liston@delaware.gov

*Attorneys for the State of Delaware*

**ANDREA JOY CAMPBELL**
  ATTORNEY GENERAL OF MASSACHUSETTS

/s/ Katherine Dirks
Katherine Dirks
  *Chief State Trial Counsel*
Office of the Massachusetts Attorney General
1 Ashburton Place Boston, MA 02108
(617) 963-2277
katherine.dirks@mass.gov

*Attorneys for the Commonwealth of Massachusetts*

| | |
|---|---|
| **KEITH ELLISON**<br>  ATTORNEY GENERAL OF MINNESOTA | **LETITIA JAMES**<br>  ATTORNEY GENERAL OF NEW YORK |
| /s/ Brian S. Carter<br>Brian S. Carter<br>  *Special Counsel*<br>Minnesota Attorney General's Office<br>445 Minnesota Street<br>Suite 1400<br>St. Paul, MN 55101<br>(651) 757-1010<br>brian.carter@ag.state.mn.us<br><br>*Attorneys for the State of Minnesota* | /s/ Stephen Thompson<br>Rabia Muqaddam<br>  *Chief Counsel for Federal Initiatives*<br>Stephen C. Thompson<br>  *Special Counsel*<br>Julie Dona<br>  *Special Counsel*<br>Office of the New York State Attorney General<br>28 Liberty Street<br>New York, NY 10005<br>(212) 416-6183<br>stephen.thompson@ag.ny.gov<br><br>*Attorneys for the State of New York* |
| **JENNIFER SELBER**<br>  GENERAL COUNSEL | **CHARITY R. CLARK**<br>  ATTORNEY GENERAL OF VERMONT |
| /s/ Jacob B. Boyer<br>Jacob B. Boyer<br>  *Deputy General Counsel*<br>Pennsylvania Office of the Governor<br>30 North 3rd Street<br>Suite 200<br>Harrisburg, PA 17101<br>jacobboyer@pa.gov<br><br>*Attorneys for Governor Josh Shapiro* | /s/ Julio A. Thompson<br>Jonathan T. Rose<br>  *Solicitor General*<br>Julio A. Thompson<br>  *Co-Director, Civil Rights Unit*<br>Officer of the Vermont Attorney General<br>109 State Street<br>Montpelier, VT 05609<br>(802) 828-5519<br>julio.thompson@vermont.gov<br><br>*Attorneys for the State of Vermont* |

**NICHOLAS W. BROWN**
   ATTORNEY GENERAL OF WASHINGTON

/s/ Tyler Roberts
Tyler Roberts
   *Assistant Attorney General*
Washington State Office of the Attorney
   General
800 Fifth Avenue
Suite 2000
Seattle, WA 98104-3188
(206) 464-7744
Tyler.Roberts@atg.wa.gov

*Attorneys for the State of Washington*