# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| STATE OF ILLINOIS, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> KRISTI NOEM, in her official capacity as Secretary of the Department of Homeland Security, *et al.*, <br><br> *Defendants*. | No. 1:25-cv-00495 |

## DEFENDANTS' NOTICE OF COMPLIANCE

In accordance with paragraphs two, five, and six of this Court's Modified Temporary Restraining Order issued on October 21, 2025, ECF No. 31, Defendants confirm that: (1) Defendants have de-obligated $245,565,440 of fiscal year 2025 Homeland Security Grant Program funds by amending the award notifications issued to those jurisdictions whose final awards were higher than their Notice of Funding Opportunity target allocations; (2) notice of the Modified Order has been disseminated to all appropriate officials at Defendants who are involved in administering the Homeland Security Grant Program and Emergency Management Performance Grant programs; and (3) Defendants have recorded as an obligation of the United States the de-obligated $245,565,440 of fiscal year 2025 Homeland Security Grant Program funds pursuant to 31 U.S.C. § 1501(a)(6) and/or (a)(9).

Dated: October 24, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General
Federal Programs Branch

ANDREW WARDEN
Assistant Branch Director
Federal Programs Branch

*/s/ Alexandra L. Yeatts*
ALEXANDRA L. YEATTS
*Trial Attorney*
U.S. Department of Justice,
Civil Division, Federal Programs
1100 L Street, N.W.
Washington, DC  20005
Tel: (202) 353-5677
Email: Alexandra.Yeatts@usdoj.gov
CA Bar No. 358762

*Attorneys for Defendants*