**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| STATE OF ILLINOIS, *et al.*,<br><br>    *Plaintiffs*,<br><br>    v.<br><br>KRISTI NOEM, in her official capacity as Secretary of the Department of Homeland Security, *et al.*,<br><br>    *Defendants*. | No. 1:25-cv-00495 |

# EXHIBIT 5

Dep't of Homeland Sec., *Page Not Found* (captured June 1, 2025 2:48 AM GMT)

The Wayback Machine - https://web.archive.org/web/20250601024833/https://www.dhs.gov/sanctuary-jurisdictions



Homeland
Security

U.S. Department of Homeland Security

# Page Not Found

## It looks like K-9 Scout wasn't able to find the page that you are searching for.



The page may have been moved, deleted, or is otherwise unavailable.

To help you find what you are looking for, please try one or more of the following:

1. Search for what you are looking for in our search box in the upper right corner of this page.
2. Check the URL (web address) for proper spelling and completeness.