**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND**

| |
|---|
| STATE OF ILLINOIS, *et al.*, |
| *Plaintiffs*, |
| v. |
| KRISTI NOEM, in her official capacity as Secretary of the Department of Homeland Security, *et al.*, |
| *Defendants.* |

No. 1:25-cv-00495

# EXHIBIT 6

Greg Norman, *Homeland Security removes 'sanctuary jurisdictions' list from its website*, Fox News (June 2, 2025)



🖨 Print    ⊗ Close

# Homeland Security removes 'sanctuary jurisdictions' list from its website

By Greg Norman

Published June 02, 2025

Fox News

The Department of Homeland Security's list of "sanctuary jurisdictions" has disappeared from its website.

The list, unveiled last Thursday, outlined portions of 35 states and the District of Columbia that, according to the DHS, "undermine the rule of law and endanger the lives of Americans and law enforcement."

"We are exposing these sanctuary politicians who harbor criminal illegal aliens and defy federal law," the DHS wrote on X while announcing the list.

However, users who now try to access the list on Homeland Security's website are greeted with a "Page Not Found" message and a note that "The page may have been moved, deleted, or is otherwise unavailable."

**DEMOCRAT COUNTY EXECUTIVE DINGS TRUMP ADMINISTRATION OVER SANCTUARY JURISDICTION DESIGNATION**



Immigration and Customs Enforcement agents walk down a street during an enforcement operation in Chicago on Jan. 26. Chicago was listed as a "sanctuary jurisdiction" by Homeland Security. (Christopher Dilts/Bloomberg via Getty Images)

When asked about the matter on Monday, a senior Homeland Security official told Fox News Digital, "As we have previously stated, the list is being constantly reviewed and can be changed at any time and will be updated regularly."

"Designation of a sanctuary jurisdiction is based on the evaluation of numerous factors, including self-identification as a Sanctuary Jurisdiction, noncompliance with Federal law enforcement in enforcing immigration laws, restrictions on information sharing, and legal protections for illegal aliens," the official added.

When Homeland Security Secretary Kristi Noem was asked on Fox News' "Sunday Morning Futures" about the disappearance of the list, she said, "The president put out an executive order that directed us to recognize these sanctuary cities and to cooperate with the Department of Justice and Homeland Security to identify them and how they are making are jobs much more difficult to keep America safe and to make it a place that our families can raise their children again.

"That list – going forward – some of the cities have pushed back. They think because they don't have one law or another on the books that they don't qualify, but they do qualify," Noem continued. "They are giving sanctuary to criminals because they are not backing up our ICE officers, because they are not out there honoring detainers, they are not letting us know when these dangerous criminals are being released from their courthouses, and it's making it much more difficult for us to ensure that these individuals that have broken our laws, that have perpetuated violence are brought to justice and are gotten out of our country.

"So that list is absolutely continuing to be used and it is going to be identifying those cities and those jurisdictions that aren't

Case 1:25-cv-00495-MSM-PAS    Document 40-12    Filed 10/30/25    Page 3 of 3 PageID #: 2651

honoring law and justice," Noem also said.

**ALLEGED BOULDER TERRORIST OVERSTAYED VISA, GRANTED WORK PERMIT BY BIDEN ADMINISTRATION**



Secretary Kristi Noem attends an Oval Office meeting in the White House on April 14. (Ken Cedeno/UPI/Bloomberg via Getty Images)

Before the list was taken down, DHS said on its website, "Each jurisdiction listed will receive formal notification of its non-compliance with Federal statutes.

"DHS demands that these jurisdictions immediately review and revise their policies to align with Federal immigration laws and renew their obligation to protect American citizens, not dangerous illegal aliens," it added.

Some of the jurisdictions on the list received pushback from local officials, according to the Associated Press.

In California, the city of Huntington Beach made the list even though it had filed a lawsuit challenging the state's immigration sanctuary law and passed a resolution this year declaring the community a "non-sanctuary city."

Jim Davel, administrator for Shawano County, Wisconsin, told the AP that the inclusion of his community must have been a clerical error. Davel voted for Trump, as did 67% of Shawano County.



Law enforcement walks with an individual as he was detained in the Bronx during ICE-led operations to apprehend illegal immigrants on Jan. 28 in New York City, which Homeland Security listed as a "sanctuary jurisdiction." (Matt McClain/The Washington Post via Getty Images)

**CLICK HERE TO GET THE FOX NEWS APP**

Davel thinks the administration may have confused the county's vote in 2021 to become a "Second Amendment Sanctuary County" that prohibits gun control measures with it being a safe haven for immigrants. He said the county has approved no immigration sanctuary policies.

*The Associated Press contributed to this report.*

Greg Norman is a reporter at Fox News Digital.

Print    Close

**URL**

https://www.foxnews.com/politics/homeland-security-removes-sanctuary-jurisdictions-list-from-its-website

This material may not be published, broadcast, rewritten, or redistributed. © FOX News Network, LLC. All rights reserved. Quotes displayed in real-time or delayed by at least 15 minutes. Market data provided by Factset. Powered and implemented by FactSet Digital Solutions. Legal Statement. Mutual Fund and ETF data provided by Refinitiv Lipper.Do Not Sell my Personal Information - New Terms of Use - FAQ