**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| STATE OF ILLINOIS, *et al.*,<br><br>　　　　　　*Plaintiffs*,<br><br>　v.<br><br>KRISTI NOEM, in her official capacity as Secretary of the Department of Homeland Security, *et al.*,<br><br>　　　　　　*Defendants*. | No. 1:25-cv-00495 |

# EXHIBIT 7

U.S. Dep't of Homeland Sec., *Fusion Centers*
(captured September 28, 2025)



**Homeland Security**

U.S. Department of Homeland Security

# Fusion Centers

Fusion Centers (/fusion-center-locations-and-contact-information) are state-owned and operated centers that serve as focal points in states and major urban areas for the receipt, analysis, gathering and sharing of threat-related information between State, Local, Tribal and Territorial (SLTT), federal and private sector partners.

The National Network of Fusion Centers (National Network) brings critical context and value to Homeland Security and Law Enforcement that no other federal or local organization can replicate. Fusion Centers accomplish this through sharing information (/information-sharing), providing partners with a unique perspective on threats to their state or locality and being the primary contact between frontline personnel, state and local leadership and the rest of the Homeland Security Enterprise (/topic/homeland-security-enterprise).

The National Network of Fusion Centers is the hub of much of the two-way intelligence and information flow between the federal government and our State, Local, Tribal and Territorial (SLTT) and private sector partners. The fusion centers represent a shared commitment between the federal government and the state and local governments who own and operate them. Individually, each is a vital resource for integrating information from national and local sources to prevent and respond to all threats and hazards. The enhanced collaboration between the federal government, SLTT and private sector partners represents the new standard through which we view homeland security.

## Topics

INTELLIGENCE AND ANALYSIS (/TOPICS/INTELLIGENCE-AND-ANALYSIS)

## Keywords

FUSION CENTER (/KEYWORDS/FUSION-CENTER)

Last Updated: 10/17/2022