**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| STATE OF ILLINOIS, *et al.*, <br><br>        *Plaintiffs*, <br><br>   v. <br><br> KRISTI NOEM, in her official capacity as Secretary of the Department of Homeland Security, *et al.*, <br><br>        *Defendants*. | No. 1:25-cv-00495 |

# EXHIBIT 14

# Declaration of Michael M. Tresnowski

## DECLARATION OF MICHAEL M. TRESNOWSKI

I, Michael M. Tresnowski, pursuant to 28 U.S.C. § 1746, hereby declare:

1.     I am over the age of eighteen and understand the obligations of an oath.

2.     I am an assistant attorney general with the Office of the Illinois Attorney General and represent the State of Illinois in this matter. I am familiar with the information in the statements set forth below through personal knowledge and from documents and information that have been provided to and reviewed by me.

3.     On or about August 13, 2025, defendants sent all Plaintiff States and their respective Urban Area Security Initiative ("UASI") jurisdictions their final risk profiles for fiscal year 2025.

4.     For each Plaintiff State listed below, I have reviewed (1) the risk profiles sent to the Plaintiff States and the UASI jurisdictions within those States, or (2) representations made by state agency employees regarding such risk profiles.

5.     Based on that review, I believe that Table 1 on the following page accurately reflects the relative risk rankings for these Plaintiff States and their UASI Metropolitan Statistical Areas for Fiscal Years 2024 and 2025.

**[remainder of this page intentionally left blank]**

1

**Table 1:**

| Plaintiff State or UASI Metropolitan Statistical Area | Fiscal Year 2024 Rank | Fiscal Year 2025 Rank | Change |
|---|---|---|---|
| CA | 1 | 1 | 0 |
| Anaheim-Santa Ana-Irvine | 17 | 18 | -1 |
| Los Angeles-Long Beach-Glendale | 2 | 2 | 0 |
| Riverside-San Bernardino-Ontario | 19 | 23 | -4 |
| Sacramento-Roseville-Folsom | 28 | 33 | -5 |
| San Diego-Chula Vista-Carlsbad | 13 | 8 | +5 |
| San Francisco-San Jose-Oakland | 4 | 4 | 0 |
| CT | 35 | 35 | 0 |
| DC | 24 | 24 | 0 |
| Washington-Arlington-Alexandria | 5 | 6 | -1 |
| DE | 41 | 36 | +5 |
| IL | 5 | 5 | 0 |
| Chicago-Naperville-Elgin | 3 | 3 | 0 |
| MA | 15 | 11 | +4 |
| Boston-Cambridge-Newton | 12 | 9 | +3 |
| MN | 17 | 17 | 0 |
| Minneapolis-St. Paul-Bloomington | 16 | 16 | 0 |
| NJ | 10 | 12 | -2 |
| Newark-Jersey City-New Brunswick | 10 | 13 | -3 |
| PA | 6 | 6 | 0 |
| Philadelphia-Camden-Wilmington | 11 | 7 | +4 |
| Pittsburgh | 31 | 30 | +1 |
| RI | 47 | 47 | 0 |
| VT | 53 | 53 | 0 |
| WA | 11 | 10 | +1 |
| Seattle-Tacoma-Bellevue | 15 | 15 | 0 |

I declare under penalty of perjury that the foregoing is true and correct.

Executed October 30, 2025, in Chicago, Illinois.

Michael M. Tresnowski
Assistant Attorney General
Office of the Illinois Attorney General

2