**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| STATE OF ILLINOIS, *et al.*,<br><br>     *Plaintiffs*,<br><br> v.<br><br>KRISTI NOEM, in her official capacity as Secretary of the Department of Homeland Security, *et al.*,<br><br>     *Defendants*. | No. 1:25-cv-00495 |

# EXHIBIT 15

## Declaration of Ulrice (Ricki) Hammett

## DECLARATION OF ULRICE (RICKI) HAMMETT

I, Ulrice (Ricki) Hammett, pursuant to 28 U.S.C. § 1746, hereby declare:

1.      I am over the age of eighteen and understand the obligations of an oath.

2.      I am currently the Assistant Director at the California Governor's Office of Emergency Services (Cal OES), and I have held this role since April 1, 2025. I have over 13 years of experience working on grant programs, most recently on the Homeland Security Grant Program (HSGP) and the Emergency Management Performance Grant Program (EMPG). Prior to my appointment as Assistant Director at Cal OES, I served as Deputy Executive Director at the California Tax Credit Allocation Committee and California Debt Limit Allocation Committee, working primarily in affordable housing finance. Before taking on that position, I was a Staff Services Manager II at the California Department of Housing and Community Development supervising individuals tasked with implementing loan and grant programs for primarily affordable housing and support services. I also previously worked at Cal OES from October 2009 to January 2019, in the roles of Grants Analyst, Federal Fund Liaison, and Domestic Violence Unit Chief within Grants Management. I make this declaration based on personal knowledge and on my review of information and records gathered by Cal OES staff.

3.      As part of my regular job duties as Assistant Director, I supervise a team of individuals in applying for and managing grants received by Cal OES from the United States federal government and administering subgrants that Cal OES issues to local government entities and community-based organizations.

4.      FEMA administers many grant programs where States are the primary grant recipients. Cal OES is an executive-branch state agency designated by the Governor to apply for,

1

administer, and receive FEMA's annually funded non-disaster preparedness grants, including the Homeland Security Grant Program and Emergency Management Performance Grant.

**I.      Homeland Security Grant Program**

5.      Until this year, FEMA has typically released notices of funding opportunities for non-disaster preparedness grants, including the Homeland Security Grant Program, around February through June of the federal fiscal year ("FFY") for the grant in question. Once FEMA provides notice of a notice of funding opportunity ("NOFO"), Cal OES can apply for an award by submitting a timely application.

6.      In past years, Cal OES has typically received an HSGP award within four months of application submission, so that Cal OES can begin the award process which includes initiating the awards for the subrecipients within the 45-day passthrough requirement under HSGP. Additionally, Cal OES may begin drawing funds on the award by the end of the calendar year.

*State Homeland Security Program*

7.      I am familiar with the Homeland Security Grant Program, and in particular its sub-component the State Homeland Security Grant Program ("SHSP"). The SHSP provides federal funding to States to build, sustain, and deliver the capabilities necessary to prevent, prepare for, protect against, and respond to acts of terrorism.

8.      SHSP funding is administered in California by Cal OES.

9.      In addition to using SHSP funds themselves, States may pass SHSP funds through to subgrantees for the same purposes. Cal OES passes approximately 80 percent of SHSP funds on to all 58 California counties, five designated fusion centers, and Tribes. California has applied for and received funds from the SHSP since its creation in the USA PATRIOT ACT in 2001.

10.      SHSP funds efforts to build, sustain, and deliver the capabilities necessary to prevent, prepare for, protect against, and respond to acts of terrorism. In California, this includes:

2

- Cybersecurity support

- Infrastructure Security Enhancements

- Vulnerability Reduction

- Personal Protective Equipment for First Responders

- Intelligence Analysis/Information Sharing at Fusion Centers

- Exercises to test vulnerabilities

- Law Enforcement Terrorism Prevention

- Operational Readiness Pertaining to Mass Casualty Incidents

- Specialized equipment including protective gear, detection systems for chemical and biological agents, communications equipment, specialized response vehicles, and radio communication equipment.

- Security cameras, lighting, access controls, fencing, gates, barriers, alert, and warning systems.

- Staff to support analysis of, and the timely sharing of open source, unclassified, and classified information, suspicious activity reports, tips/leads, and actionable intelligence on indicators and behaviors to accurately identify, assess, and mitigate a wide array of threats against the United States, including terrorism, threats to life, targeted violence.

- Training for personnel and running exercises to test preparedness.

- Planning for improving regional collaboration and planning for prevention, protection, response, and recovery efforts.

*Urban Area Security Initiative*

11. I am familiar with the Homeland Security Grant Program, and in particular its sub-component the Urban Area Security Initiative ("UASI"). UASI serves many of the same overall purposes as the SHSP, but it focuses its resources on high-threat, high-density urban areas. FEMA determines the eligible urban areas through an analysis of relative risk of terrorism faced by the 100 most populous metropolitan statistical areas in the United States.

12. UASI funding is administered in California by Cal OES.

3

13. California has six eligible high-threat, high-density urban areas: Anaheim/Santa Ana Area, Bay Area, Los Angeles/Long Beach Area, Riverside Area, Sacramento Area, and San Diego Area. Cal OES passes approximately 83 percent of UASI funds on to these recipients.

14. California has applied for and received funds from UASI since it was created by appropriations statute in 2003.

15. UASI provides funding for the same services discussed above with regard to the SHSP, with a particular focus on sub-grantee agencies in the six aforementioned urban areas.

16. The Urban Area Security Initiative (UASI) provides indispensable resources including planning, training large scale exercises, and equipment that allow multidisciplinary agencies across California to maintain operational readiness and multi-jurisdictional coordination that benefit federal, state, and local law enforcement. These grants also directly support staffing and technology that enable analytical and operational capabilities, training and professional development to maintain expertise, technology procurement and maintenance for secure information sharing, and public-private partnerships and stakeholder coordination. UASI funds support many large scale projects across the state. This includes, but is not limited to, support for exercises like the annual multidisciplinary Golden Eagle Bay Area exercise focused on regional emergency preparedness for various catastrophic events, event planning, training, exercise and multi-agency coordination for major events between 2026 and 2028, including the 2026 FIFA World Cup, 2027 Super Bowl LXI, and the 2028 Summer Olympics and Paralympics, and projects that support critical infrastructure protection and cybersecurity. In addition, Cal OES retains approximately 17 percent of UASI funds to provide similar support to the six UASI metropolitan areas directly, including support for UASI risk management, and supporting fusion centers (which serve as hubs for different agencies to facilitate information sharing and coordination), In addition,

4

these UASI state retention funds support various state initiatives, including but not limited to support for the State Threat Assessment Center, the California Cybersecurity Integration Center, and the California Specialized Training Institute.

## II.  **Emergency Management Performance Grant Program**

17.     I am familiar with the Emergency Management Performance Grant Program ("EMPG"). EMPG provides federal funding to States to assist state, local, tribal, and territorial emergency management agencies to implement FEMA's National Preparedness System, including building continuity-of-government capabilities to ensure essential functions in a catastrophic disaster.

18.     EMPG funding is administered in California by Cal OES.

19.     Because EMPG grants are formula grants and not competitive grants, each State is entitled to a specific allocation whenever a notice of funding opportunity is posted.

20.     In addition to using EMPG funds themselves, States may pass EMPG funds through to subgrantees for the same purposes. Cal OES passes approximately 56 percent of EMPG funds to 58 counties and Tribes.

21.     California has applied for and received funds from EMPG since it was codified in the Post-Katrina Emergency Management Reform Act of 2006.

22.     Cal OES has one open EMPG award from FFY 2024 in the amount of $24,465,792.

23.     EMPG funding is the primary enabler to develop both state and local resilience programs for emergency management.

24.     EMPG funding enables state, local, and tribal governments to prepare for all hazards, from man-made to natural disasters, through planning, training, exercise, and professional development. It also supports response capabilities, emergency operation centers responsible for coordinating responses during a disaster, mutual aid agreements that provide for the sharing of

5

resources among multiple entities during an emergency, public outreach campaigns, and community alert and warning notification systems that allow for the quick dissemination of information through text messages, automated calls, or other resources.

25.     EMPG dollars also fund personnel salaries for local emergency managers and local support staff across California. These roles are crucial, as they possess the expertise and knowledge in preparing for and responding to disasters.  Several significant disasters occurred in California in the past few years, which required response from emergency managers and local support staff. Without emergency managers and local support staff, it would be extremely difficult to quickly ensure the safety of residents, visitors, and assets, and mitigate the loss of life and property, and recover from disasters.

**III.     Unprecedented Cuts Between NOFO and Award This Federal Fiscal Year**

26.     Cal OES has *never* experienced any substantial reduction between the NOFO allocations and the final award under the SHSP and UASI programs. In my experience in emergency management, there has been no difference between allocations to California under the NOFO and its final award.

27.     The below table shows California target allocations as provided in the NOFO and the final awards since 2017:

| Year | HSGP NOFO (SHSP Allocation) | SHSP Award | Difference | HSGP NOFO (UASI Allocation) | UASI Award | Difference |
|------|------|------|------|------|------|------|
| 2017 | $60,159,500 | $60,159,500 | $0 | $122,658,000 | $122,658,000 | $0 |
| 2018 | $59,235,000 | $59,235,000 | $0 | $122,700,000 | $122,700,000 | $0 |
| 2019 | $62,011,000 | $62,011,000 | $0 | $123,900,000 | $123,900,000 | $0 |

| Year | HSGP NOFO (SHSP Allocation) | SHSP Award | Difference | HSGP NOFO (UASI Allocation) | UASI Award | Difference |
|------|------|------|------|------|------|------|
| 2020[1] | $62,011,0000 | $62,011,0000 | **$0** | $134,650,000 | $134,650,000 | **$0** |
| 2021 | $59,220,807 | $59,220,807 | **$0** | $135,350,000 | $135,350,000 | **$0** |
| 2022 | $57,035,623 | $57,035,623 | **$0** | $133,877,000 | $133,877,000 | **$0** |
| 2023 | $57,035,623 | $57,035,623 | **$0** | $132,063,095 | $132,063,095 | **$0** |
| 2024 | $51,332,060 | $51,332,060 | **$0** | $118,534,552 | $118,534,552 | **$0** |
| 2025 | $55,863,486 | $17,156,754 | **-$38,706,732** | $109,325,268 | $93,473,801 | **-$15,851,467** |

28.     The lack of substantial changes in past years reflects long-established practice at FEMA. Until this year, DHS and FEMA have typically released annual, transparent announcements of the risk allocation methodology each fiscal year while federal budget negotiations were ongoing. Each year up until this year, any adopted changes to the risk methodology that would be used in the risk scores would be provided to the state local representatives along with webinars. This would occur during the sixty-day period between signature by the President on the federal budget and issuance of the HSGP NOFO. Draft risk scores would then be published, and FEMA would solicit input and feedback from state and local jurisdictions in order to correct any factual errors, omissions or to provide additional data that may influence the final risk scoring before finalizing the risk scores which are used in the determination of allocations This year, the State and local jurisdictions were given only one business day to

---

[1] In federal fiscal year 2020, FEMA used "target allocation ranges" instead of a single figure. To be conservative, this table presents the high end of the range, which ultimately corresponded to the final award, rather than the low end.

respond with additional feedback and final risk scores were provided to the state and local jurisdictions a few weeks later.

29. As a result, the risk-based target allocation in each year's HSGP NOFO has served as a definitive allocation for that fiscal year.

30. Based on many conversations with counterparts in other States, any changes between the HSGP NOFO and final award have typically been minor based on specific adjustments tied to programmatic needs. FEMA has never before made broad cuts between the NOFO and award stages of the HSGP.

31. This year was different. First, the NOFO was delayed. While it typically issues between February and June, this year the months of April, May, and June passed with no indication that DHS had any intention to begin the application process.

32. Not until July 24, 2025, did FEMA reach out to California with a request for feedback on the fiscal year 2025 SHSP/UASI Terrorism Risk Methodology, in a letter date July 21, 2025. But the request was woefully incomplete as compared to prior years. FEMA did not offer Cal OES any opportunity to review the actual draft risk profile for California on an individualized basis. FEMA requested feedback by the close of business on the following day, July 25, 2025, which Cal OES provided.

33. On July 28, 2025, the HSGP NOFO issued.

34. Even at the NOFO stage, the fiscal year 2025 HSGP NOFO reduced the target allocations to California as compared to previous years, as noted in the above chart.

35. But the worst was yet to come. On September 27, 2025 and September 29, 2029, FEMA provided Cal OES with its final awards on the HSGP and EMPG programs, respectively. Without any explanation, California's allocation for SHSP was cut by $38.7 million, a 69 percent

8

reduction as compared to the NOFO. California's allocation for UASI was cut by $15.8 million, a 14 percent reduction as compared to the NOFO.

36. These cuts were not justified by FEMA, only accompanied by eight words: "Adjusted per DHS directive. Please update post award."

**IV.    Unprecedented Cuts to the Periods of Performance**

37. The term of FEMA non-disaster preparedness awards has generally been three years, meaning that the award remains open for a three-year period for completing reimbursable activities. Any program activities supported by the awarded funds must be completed within the time the award remains open.

38. It is typical for FEMA non-disaster preparedness awards to take several years to fully disburse. The HSGP and EMPG programs have used multi-year periods of performance, sometimes even longer than three years, for almost every year of their existence. Moreover, these programs fund essential ongoing operational needs of state and local public safety agencies. As a result, Cal OES and other state recipients have structured their budgeting systems for HSGP and EMPG grants around multi-year disbursements.

39. Cal OES would be unable to fiscally accommodate a sudden change to a one-year period of performance. There are outstanding funds on prior-year grants yet to be expended for their planned uses approved by FEMA in prior years. A one-year period of performance would place the fiscal year 2025 funds on a direct collision course with prior-year funds, making it impossible to timely sub-obligate all outstanding awards to their directed purposes. In addition, for HSGP, Cal OES must submit project-level details each fiscal year, which include all state and local subrecipient projects, to DHS/FEMA at the time of application for their review and approval. Typically, states are given anywhere between thirty and eighty days to submit their applications with all project details included. By the time the award is released, all project holds, or project

9

feedback is given to the state at that time. This year, the states were only given two weeks to submit their applications, which was an insufficient amount of time to include all the detailed project-level information in the application. The FY 2025 HSGP NOFO states that if project-level details could not be included in the application, they could be submitted in the January Biannual Strategy Implementation Report (BSIR). Cal OES would still need to develop and submit these projects, wait an undetermined amount of time for DHS/FEMA to approve and provide feedback on the projects, and then go through the subrecipient application process necessary for subrecipients to begin their projects before the period of performance ends. As a result, completing the period of performance within a year presents a significant challenge. As a concrete example of how FEMA has developed, authorized, and permitted the multi-year budget model, on May 9, 2025, FEMA approved a one-year extension of the period of performance on the FFY 2022 HSGP award through August 31, 2026.

40.     In addition, FEMA typically extends flexibility during the multi-year periods of performance to adjust funding lines by using the required biannual strategy implementation reports to re-calibrate needs as they evolve during the grant period. The biannual report adjustments represent another way in which FEMA has built multi-year periods of performance into the basic functioning of HSGP and EMPG.

41.     As to EMPG in particular, EMPG awards have historically been back-dated to the start of the prior federal fiscal year. For example, Cal OES fiscal year 2023 EMPG award had a three-year period of performance beginning on October 1, 2022, and ending on September 30, 2025. DHS's decision this year to instead start the performance period on October 1, 2025—the first day of federal fiscal year 2025—has effectively skipped an entire year of program funding for 2025 awards.

10

42. This year, in keeping with past practice, the HSGP and EMPG NOFOs announced that there would be a three-year period of performance for both programs.

43. Both NOFOs explained that applications should frame their budget needs by reference to the anticipated three-year period of performance. HSGP stated that projects must be "able to be fully completed within the three-year period of performance." EMPG stated that "[e]ach goal must be specific, measurable, and achievable within the period of performance."

44. Cal OES applied for both NOFOs on that understanding.

45. Yet, without explanation, when the awards issued, the period of performance was reduced to one year on both awards, running from October 1, 2025, to September 30, 2026.

46. Cal OES will face extraordinary challenges in obligating the monies on a suddenly truncated period of performance. The ultimate result is likely to be that allocated monies will expire unused, depriving California of millions of dollars in needed funds for homeland security and emergency management.

47. To my knowledge, FEMA has never reduced the period of performance announced in a HSGP or EMPG NOFO.

## V.     The EMPG Population Certification Requirement

48. The Department of Homeland Security (DHS) published the EMPG NOFO on July 28, 2025, amending it the next day to correct the program title. The NOFO did not include any language stating that States would have to provide any verification of their population in order to apply for or receive EMPG funds.

49. On September 29, 2025, FEMA issued the EMPG award for FY 2025 (Award Letter) to Cal OES, with the amount allocated for California, $24,392,24. Two days later, on October 1, 2025, FEMA released a revised (though not re-dated) EMPG award letter through the FEMA GO portal to Cal OES including the new term described in the next paragraph.

11

50.     The Award Letter included a lengthy list of "Agreement Articles," the last of which reads as follows:

**Article 61 Funding Hold: Verification of State's Population**

FEMA has placed a funding hold on this award, and the full amount of the award is on hold in the FEMA financial systems. The recipient is prohibited from obligating, expending, or drawing down the funds associated with the award.

To release the funding hold, the SAA must provide a certification of the recipient state's population as of September 30, 2025. In so doing, the State will explain the methodology it used to determine its population and certify that its reported population does not include individuals that have been removed from the State pursuant to the immigration laws of the United States.

FEMA will rescind the funding hold upon its review and approval of the State's methodology and population certification.

51.     Prior to October 1, 2025, I understand FEMA has never imposed population certification condition on EMPG funds since that program was created in 2006. I understand FEMA has always administered the EMPG using U.S. census data, without any additional calculations performed by States.

52.     FEMA has offered Cal OES no explanation as to why it is imposing this new population certification condition.

53.     Cal OES does not have access or is in possession of records or data of people who have been removed from the State pursuant to immigration laws, and as far as I am aware no other agency in California keeps such a record.

54.     I have learned that the DHS has, at times, published publicly available statistics regarding the number of individuals whom it has removed, returned, or expelled, but DHS has not updated that data since November 2024, and DHS has not published state-specific data.

55.     In trying to understand this population certification condition, I have found many of the terms ambiguous. The population certification condition fails to define what it means for an individual to be removed "pursuant to the immigration laws of the United States."

56.     I believe it would be impossible to certify the precise population in California as of September 30, 2025, without engaging in months of work and investing substantial funds towards the task—and possibly not even then.

## VI.     Harms to Preparedness Efforts Caused by DHS's Funding Cuts, Performance-Period Cuts, and Population Certification Condition

57.     Both the Homeland Security and Emergency Management grants support planning, training, and exercises vital for preparing for and responding to various threats, including natural disasters, terrorism, and other emergencies. Cuts to these grants would hinder efforts to build and maintain these crucial preparedness capabilities. Since these funds are awarded annually, California's state and local jurisdictions count on these funds to plan current and future projects. Grant funding often supports multi-year projects that take time to plan and implement. If the one-year period of performance reflected in the award letter for the HSGP and EMPG program took effect, the result could be the termination of multi-year projects before they are completed, leading to wasted funds, incomplete capability building, and increased threats to public safety.

58.     For example, these critical homeland security grant funds continue to help support the Los Angeles area Emergency Management and Law Enforcement ongoing preparedness efforts as Los Angeles prepares to host three major events between 2026 and 2028, including the 2026 FIFA World Cup, 2027 Super Bowl LXI, and the 2028 Summer Olympics. Projects to support these efforts are currently underway using HSGP funds; any reduction or elimination of these funds or reduction in period of performance will halt all efforts to continue these crucial planning efforts and would result in vulnerabilities to our homeland security.

59.     The EMPG program supports critical projects within California, including: training and exercise support to state, local, and tribal emergency management personnel across the State, including the EOC Credentialing Program; critical equipment to the Emergency Operations Center; support for tribal governments to meet their specific emergency management needs and goals; Access and Functional Needs integration, including the translation of preparedness materials, revision of evacuation plans, and provision for the unique sheltering and housing needs of people with disabilities; and Emergency Alert and Warning Systems that assist with public information and warning to communities during emergencies. As part of the EMPG application process, Cal OES goes through a rigorous preparation process to build out a Work Plan, which involves identifying priorities areas, budgetary components, and statewide initiatives. If these funds are held up entirely pursuant to the population certification condition, Cal OES and subgrantees would need to re-evaluate their initiatives. The result would be the elimination of staff and critical projects that help prepare our state for natural disasters and other emergencies.

60.     Overall, the withholding of funding will hinder jurisdictions across the state in protecting residents, visitors, assets, mitigating the loss of life and critical resources, and responding to future disasters. Cal OES estimates that it would need to draw down on the FY 2025 EMPG grant at the beginning of December 2025.

61.     The State does not have the budgetary resources or flexibility to make up for the lost funding without drawing funding away from other important public safety and law enforcement operations.

14

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 21st day of October, 2025, in Mather, CA.

*Ulrice (Ricki) Hammett*

Ulrice (Ricki) Hammett
Assistant Director
California Governor's Office of Emergency Services

15