**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| STATE OF ILLINOIS, *et al.*, <br><br>           *Plaintiffs*, <br><br>   v. <br><br> KRISTI NOEM, in her official capacity as Secretary of the Department of Homeland Security, *et al.*, <br><br>           *Defendants*. | No. 1:25-cv-00495 |

# EXHIBIT 16

## Declaration of Walter Schwarm

## <u>DECLARATION OF WALTER SCHWARM</u>

I, Walter Schwarm, pursuant to 28 U.S.C. § 1746, hereby declare:

1.      I am over the age of 18 years and a U.S. citizen. I know the following facts based on my own personal knowledge, and if called as a witness, I could and would testify competently to the matters set forth below.

2.      I am Chief of the Demographic Research Unit in the California Department of Finance. As State Demographer I manage the Demographic Research Unit and am  responsible for overseeing: the preparation and vetting of the Department of Finance's population estimates and projections; the work done by the State Census Data Center; and demographic data development and analyses required for research, budgeting, and planning purposes by the Legislature, state agencies, city and county governments, and other stakeholders.

3.      I have been employed by the California Department of Finance's Demographic Research Unit since 2006, and I have served as the Chief Demographer since 2020. Before joining the Demographic Research Unit, I served as a Post-Doctoral Research Fellow at the Regional Research Institute at West Virginia University, modeling interstate service sector trading linkages while maintaining West Virginia population projects. I earned my Ph.D. in Economics from Colorado State University.

4.      In total, I have 24 years of experience working on problems and methods for the statistical study of population by age, sex, race, income, and other characteristics.

### <u>Background</u>

5.      As Chief of the Demographic Research Unit, I have supervised or performed nearly all of the unit's work at some time. It is within the course of my duties to oversee the production of population estimates and projections for the State and counties of California as well as estimates

1

of all municipalities.

6.    The Demographic Research Unit produces estimates of California's total population on a biannual (twice-a-year) basis. We publish an estimate of the State's population on January 1 pursuant to Revenue and Taxation Code section 2227 and on July 1 for fiscal purposes under Government Code section 13073.5. We have published an estimate of the State's population on a biannual basis ever since our founding in the 1950s.

7.    The California Department of Finance estimates population by using data from the U.S. Decennial Census and adjusting it each year based on changes in births, deaths, domestic migration, and international migration. Estimates are developed using aggregate data from a variety of sources, including birth and death counts provided by the California Department of Public Health's Office of Vital Statistics, driver's license data from the California Department of Motor Vehicles, housing unit data from local governments, school enrollment data from the California Department of Education, and federal income tax return data from the Internal Revenue Service. Population estimates produced by the California Department of Finance are mandated by the California Constitution and various statutes. This calculation occurs over a six-month-long process.

**The EMPG Population Certification Condition**

8.    I am aware that on September 27, 2025, the Federal Emergency Management Agency (FEMA) issued federal funding awards for the Emergency Management Performance Grant (EMPG) for Fiscal Year 2025. Three days later, on September 30, FEMA released revised (though not re-dated) EMPG award letters through the FEMAGo portal, including the new term described in the next paragraph.

9.    The Award Letter includes a lengthy list of "Agreement Articles," the last of which

2

reads as follows:

**Article 62 Funding Hold: Verification of State's Population**
FEMA has placed a funding hold on this award, and the full amount of the award is on hold in the FEMA financial systems. The recipient is prohibited from obligating, expending, or drawing down the funds associated with the award.

To release the funding hold, the SAA must provide a certification of the recipient state's population as of September 30, 2025. In so doing, the State will explain the methodology it used to determine its population and certify that its reported population does not include individuals that have been removed from the State pursuant to the immigration laws of the United States.

FEMA will rescind the funding hold upon its review and approval of the State's methodology and population certification.

10. I was asked to evaluate FEMA's population certification requirement, whether the State could feasibly produce and certify such an estimate, and whether the State had ever been required to produce such an estimate before.

11. In my 19 years of experience with the Demographic Research Unit, I am not aware of the State ever being required to calculate or certify its calculation of state population in order to access federal grant funding.

12. The California Department of Finance does not have a record of people who have been removed from the State pursuant to federal immigration laws, and as far as I am aware no other agency in California keeps such a record.

13. Based on my experience and knowledge acquired in the usual course of my duties—including my participation in the Federal-State Cooperative Program for Estimates and review of federal reports related to census data—I understand that the federal government typically relies on its own census data when administering federal programs that rely on tallies of state population. It is my understanding that doing so ensures uniformity, and the federal government already readily has that data through the U.S. Census Bureau. Requiring the States to produce their own population calculations would result in many differing methodologies, likely producing inconsistent results.

3

14.    Moreover, even for States like California that have some capacity to produce its own demographic data, based on my knowledge and expertise, I consider FEMA's population certification request to be infeasible as a practical matter.

15.    First, FEMA's population certification requirement asks for each State's population estimate to exclude individuals removed under federal immigration laws. But state demographic units like mine cannot account for that data because the federal government possesses it, not the States. I have learned that the Department of Homeland Security (DHS) has, at times, published publicly available statistics regarding the number of individuals whom it has removed, returned, or expelled, but DHS has not updated that data since November 2024, and DHS has not published state-specific data. Indeed, to the extent the California Demographic Research Unit relies on information regarding the change of status and new resident visas for its biannual calculations of state population, the Unit has had to obtain the relevant immigration from DHS and U.S. Citizenship and Immigration Services through Freedom of Information Act (FOIA) requests—which itself presents a several months-long process before California can obtain the requested data from the federal government.

16.    Second, even if FEMA provided the relevant federal data to inform our estimate of state population, FEMA's population certification requirement that the estimate be tied to September 30, 2025 makes its requirements infeasible. The U.S. Census Bureau, which produces the official population estimates for both the nation and States, typically engages in months of research, testing, and validation before making any methodological changes or incorporating new data into their estimates. Similarly, the State of California would also require months to process numerous sources of data to make similar estimates, including birth certificates, death records, and housing data, driver licenses, school enrollment data, and federal income tax returns. Further, as

4

described above, any state population estimate would have to begin by relying on federal census data, and federal census figures reflect data tied to different dates within the year.

17.     If the State of California attempts to comply with FEMA's new funding condition, the Demographic Research Unit would be required to collect data outside its usual framework, make additional FOIA requests, and conduct additional surveys. For example, the Demographic Research Unit would need to conduct surveys across over 540 municipalities over a three-month period to adjust for changes in residency. Additionally, to calculate adjustments to population, the Demographic Research Unit relies upon information from other agencies that are generally published on fiscal year timelines that are not likely to reflect data as of September 30, 2025.

18.     Because these sources of data might not yet be complete or may not reflect changes in population as of September 30, 2025, the Demographic Research Unit would also have to use models to extrapolate or approximate changes in population to try and capture the population on September 30, 2025. For instance, the Demographic Research Unit relies on birth and death information from the California Department of Public Health's Office of Vital Statistics, and those figures are generally not fully tabulated until around 11 months after the end of the calendar year (i.e., 2025 data would be received in November of 2026). Thus, not only would this additional staff work take months to complete, the resulting estimate would likely be less accurate, and not subject to revision as data becomes more complete with the passing of time.

19.     I believe it would be impossible to certify the population in California as of September 30, 2025, without engaging in months of work and investing substantial funds towards the task—and even then, such estimates likely may be inaccurate.

I declare under penalty of perjury that the foregoing is true and correct.                       .                    .

Executed this   17   day of October, 2025, in Sacramento, California.

5

Walter R Schwarm
Chief
Demographic Research Unit
California Department of Finance

.

6