**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

|  |  |
|---|---|
| STATE OF ILLINOIS, *et al.*,<br><br>　　　　　　　　*Plaintiffs*,<br><br>　v.<br><br>KRISTI NOEM, in her official capacity as Secretary of the Department of Homeland Security, *et al.*,<br><br>　　　　　　　　*Defendants*. | No. 1:25-cv-00495 |

# EXHIBIT 17

## Declaration of Ronnell A. Higgins

## <u>DECLARATION OF RONNELL A. HIGGINS</u>

I, Ronnell A. Higgins, pursuant to 28 U.S.C. § 1746, hereby declare:

1.      I am over the age of eighteen and understand the obligations of an oath.

2.      I am the Commissioner of the State of Connecticut, Department of Emergency Services and Public Protection (hereinafter, "CT-DESPP"). I have held this role since November of 2023. I make this declaration based on personal knowledge and on my review of information and records gathered by agency staff.

3.      CT-DESPP is an executive branch agency of the State of Connecticut. The chief executive of CT-DESPP is the Commissioner, who is appointed by the Governor of the State of Connecticut. CT-DESPP provides a broad range of public safety services through its six divisions, including the three most relevant to this matter, the Division of Emergency Management and Homeland Security, the Connecticut State Police, and the Commission on Fire Prevention and Control. As Commissioner, I also oversee the Connecticut Intelligence Center, the designated fusion center within the State of Connecticut.

4.      As the State Administrative Agent of the Federal Emergency Management Agency ("FEMA") in Connecticut, CT-DESPP administers a wide range of federal programs meant to assist states and localities in preventing, preparing for, responding to, and recovering from catastrophic events like terrorist attacks and natural disasters. These grants include the Homeland Security Grant Program and the Emergency Management Performance Grant Program.

## I.      <u>Homeland Security Grant Program</u>

5.      Until this year, FEMA has typically released notices of funding opportunities for preparedness grants, including the Homeland Security Grant Program, around February through May of the federal fiscal year ("FFY") for the grant in question. Once FEMA provides notice of a

1

notice of funding opportunity ("NOFO"), DESPP-CT can apply for an award by submitting a timely application.

6.  In past years, CT-DESPP has typically received an HSGP award within four months of application, so that CT-DESPP can begin drawing funds on the award by the end of the calendar year.

*State Homeland Security Program*

7.  I am familiar with the Homeland Security Grant Program, and in particular its sub-component the State Homeland Security Program ("SHSP"). The SHSP provides federal funding to States to build, sustain, and deliver the capabilities necessary to prevent, prepare for, protect against, and respond to acts of terrorism. It provides funding to support the implementation of risk-driven, capabilities-based State Homeland Security Strategies to address capability targets.

8.  SHSP funding is administered in Connecticut by CT-DESPP through its Division of Emergency Management and Homeland Security.

9.  In addition to using SHSP funds themselves, States must pass SHSP funds through to subgrantees for the same purposes. CT-DESPP passes SHSP funds on to local municipalities, agencies, regional organizations, and other civil preparedness units.

10.  Connecticut has applied for and received funds from the SHSP since the Homeland Security Act of 2002.

11.  SHSP funds support CT-DESPP personnel salaries focused on terrorism and targeted violence prevention. CT-DESPP's Division of Emergency Management and Homeland Security's "Homeland Security Working Group" determines funding allocations to local, state, and regional partners, based upon federal guidance, needs, and perceived gaps.

12.  As another example, in 2024 SHSP funds supported planning, equipment (purchase and maintenance), training and exercise programs, improvements and training on the State's

2

interoperable communication system and preparing for mass casualty events. Additionally, that same SHSP award included subgrantee funds for a specialized dive team, a hazmat team, a search and rescue team, civil preparedness team (volunteers) and tactical team training.

13. In addition to supporting its emergency management efforts, SHSP funds components of CT-DESPP devoted to preventing and responding to terrorist attacks and other extreme criminal acts. First, SHSP grants support Connecticut Intelligence Center ("CTIC"), recognized by the United States Department of Homeland Security as Connecticut's fusion center which brings together federal, state, and local public safety entities focused on the receipt, analysis, and sharing of threat-related intelligence. CTIC serves Connecticut as an all-hazards fusion center, addressing threats related to infrastructure, fire, weather, public health, and cyber. Second, SHSP funds support the Connecticut State Police's Emergency Services Unit and related entities by purchasing equipment for its tactical units and providing high-caliber training opportunities for hazmat, bomb squad, swift water rescue, and active shooter training.

## II. Emergency Management Performance Grant Program

14. I am familiar with the Emergency Management Performance Grant Program ("EMPG"). EMPG provides federal funding to States to assist state, local, tribal, and territorial emergency management agencies to implement FEMA's National Preparedness System, including by building continuity-of-government capabilities to ensure essential functions in a catastrophic disaster. EMPG provides state, local, tribal and territorial emergency management agencies with the resources required for implementation of the National Preparedness System and works toward the National Preparedness Goal of a secure and resilient nation. EMPG's allowable costs support efforts to build and sustain core capabilities across the prevention, protection, mitigation, response and recovery mission areas

15. EMPG funding is administered in Connecticut by CT-DESPP through its Division of Emergency Management and Homeland Security.

16. Because EMPG grants are formula grants and not competitive grants, each State is entitled to a specific allocation whenever a notice of funding opportunity is posted.

17. In addition to using EMPG funds themselves, States may pass EMPG funds through to subgrantees for the same purposes. CT-DESPP passes EMPG funds on to approximately 135 municipalities throughout Connecticut. In addition, EMPG funds state and regional hazmat, USAR, civil air patrol, and civil preparedness forces.

18. Connecticut has applied for and received funds from EMPG since its creation in the Post-Katrina Emergency Management Reform Act of 2006.

19. CT-DESPP has the following EMPG awards for 2023 and 2024:

   a. FFY 2023: Original award of $4,955,472; and

   b. FFY 2024: Original award of $4,444,987.

20. EMPG funding is the primary enabler to develop both state and local resilience programs for emergency management.

21. EMPG dollars fund the salaries of CT-DESPP personnel. These employees lead statewide coordination preparedness efforts and response to a disaster or mass casualty event. The EMPG program also funds CT-DESPP emergency equipment, materials, and training for disaster response.

22. The amounts passed through to localities under the EMPG program likewise fund the salaries of local emergency managers and local support staff across Connecticut as well as emergency operations centers throughout the State.

4

23.     EMPG monies fund the ongoing costs of activities and equipment at the State Emergency Operations Center, which is the physical location where state emergency managers direct all strategic and operational activities in the event of a disaster or public health emergency.

## III.    Unprecedented Cuts to the Periods of Performance

24.     The period of performance of FEMA preparedness awards has generally been three years, meaning that the award remains open for a three-year period for completing reimbursable activities. Any program activities supported by the awarded funds must be completed within the time the award remains open.

25.     It is typical for FEMA preparedness awards to take several years to fully disburse. The HSGP and EMPG programs have used multi-year periods of performance, sometimes even longer than three years, for almost every year of their existence. Moreover, these programs fund essential ongoing operational needs of state and local public safety agencies. As a result, CT-DESPP and other state recipients have structured their budgeting systems for HSGP and EMPG grants around multi-year disbursements and periods of performance.

26.     CT-DESPP would be unable to fiscally accommodate a sudden change to a one-year period of performance. There are substantial outstanding funds on prior-year grants yet to be expended for their planned uses approved by FEMA in prior years. A one-year period of performance would place the fiscal year 2025 funds on a direct collision course with prior-year funds, making it impossible to timely sub-obligate all outstanding awards to their directed purposes. The federally promulgated standard of reimbursement is project completion and most of these projects are, by design, complex construction and similar projects that are not feasible to complete within one year.

27.     For HSGP, the usual period of performance would start on September 1st of the year and go for three years. Accordingly, CT-DESPP expected this year's HSGP period of performance

to be 9/1/2025-8/30/2028; however, it has been adjusted to 10/1/2025-9/30/2026. This means that the period of performance actually starts in federal fiscal year 2026 and has been reduced by two years. This has effectively skipped a year of CT-DESPP funding and eliminates flexibility in spending. By losing a year, there is no funding identified for FY 2025, which means that the usual funding to cover FY 2025 costs such as personnel is not there.

28.    With the approval of FEMA, HSGP FY2023 funds close on 8/30/2026; FY2024 funds close on 8/30/2027. With the current truncated period of performance for the 2025 HSGP funds, this will effectively force CT-DESPP to stop spending any 2024 funds so that the current award, which closes a year earlier, could instead be spent. This reduced CT-DESPP and subgrantees' ability to spend funds strategically and to fast-track necessary purchases.

29.    HSGP funds used by subgrantees are typically directed towards larger projects, which require more state and federal approvals, and which are affected by situations out of the subgrantees' control, such as supply chain issues. In addition, the funds support projects that, by design, are intended to take place over an extended period of time. Examples of such projects include cybersecurity municipal assessments, planning and conducting exercises, purchase of public safety equipment for bomb squads and hazard materials response.

30.    For the EMPG, the usual period of performance would start on the first day of the fiscal year in which it was awarded and go for three years. Accordingly, CT-DESPP expected this year's HSGP period of performance to be 10/1/2024-9/30/2027; however, it has been adjusted to 10/1/2025-9/30/2026. This has effectively skipped a year of CT-DESPP funding and eliminates flexibility in spending. By losing a year, there is no funding identified for FY 2025, which means that the usual funding to cover FY 2025 costs such as personnel is not there. In addition, by not including FY2025 in the period of performance, CT-DESPP could lose the ability to recoup funds

6

spent within the normal period of performance, such as emergency manager director salary expenses.

31.    In addition, there is currently a FEMA hold on CT-DESPP's EMPG allocation for a final budget check. As of October 15, 2025, FEMA Region 1 has not yet reviewed CT-DESPP's budget, shortening the period of performance even further.

32.    This year, in keeping with past practice, the HSGP and EMPG NOFOs announced that there would be a three-year period of performance for both programs.

33.    Both NOFOs explained that applications should frame their budget needs by reference to the anticipated three-year period of performance. HSGP stated that projects must be "able to be fully completed within the three-year period of performance." EMPG stated that "[e]ach goal must be specific, measurable, and achievable within the period of performance."

34.    CT-DESPP proposed projects for both NOFOs on that understanding.

35.    Yet, without explanation, when the awards were issued, the period of performance was reduced to one year on both awards, running from October 1, 2025, to September 30, 2026.

36.    CT-DESPP will face extraordinary challenges in obligating the monies in a suddenly truncated period of performance. The ultimate result is likely to be that allocated monies will expire unused, depriving Connecticut of millions of dollars in needed funds for emergency management and preparedness.

## IV.    The EMPG Population Certification Condition

37.    The Department of Homeland Security (DHS) published the EMPG notice of funding opportunity on July 28, 2025, amending it the next day to correct the program title. The NOFO did not include any language stating that States would have to provide any verification of their population to apply for or receive EMPG funds.

7

38.     On September 27, 2025, FEMA issued EMPG awards for FY 2025 (Award Letter). Three days later, on September 30, FEMA released revised (though not re-dated) EMPG award letters through the FEMAGo portal including the new term described in the next paragraph.

39.     The Award Letter included a lengthy list of "Agreement Articles," the last of which reads as follows:

**Article 62 Funding Hold: Verification of State's Population**

FEMA has placed a funding hold on this award, and the full amount of the award is on hold in the FEMA financial systems. The recipient is prohibited from obligating, expending, or drawing down the funds associated with the award.

To release the funding hold, the SAA must provide a certification of the recipient state's population as of September 30, 2025. In so doing, the State will explain the methodology it used to determine its population and certify that its reported population does not include individuals that have been removed from the State pursuant to the immigration laws of the United States.

FEMA will rescind the funding hold upon its review and approval of the State's methodology and population certification.

40.     In my many years of public safety experience, I have never seen a funding hold based on a population certification condition imposed on any federal grant. Specifically, I understand that no population certification condition has ever been imposed on EMPG funds since that program was created in 2006, until FEMA did so on September 27, 2025. Instead, I understand that EMPG has always been administered using U.S. census data, without any additional calculations performed by States. CT-DESPP relies upon the most recent official population estimates publicly issued by the U.S. Census Bureau, which constitute the federally recognized and methodologically sound data available for such purposes. As far as I am aware, Connecticut has no legal authority or methodological basis to exclude or adjust such figures to account for individuals who may have been removed or are otherwise subject to federal immigration enforcement, as such data are within the exclusive jurisdiction of the Department of Homeland

8

Security and/or U.S. Immigration and Customs Enforcement (ICE). Current DHS/ICE data sufficient to support such an exclusion are neither publicly available nor designed to produce state-level population adjustments.

41.     FEMA has offered CT-DESPP no explanation as to why it was imposing this new population certification condition.

42.     CT-DESPP does not have a record of people who have been "removed from the State pursuant to the immigration laws of the United States[,]" and as far as I am aware no other local or state agency in Connecticut keeps such a record.

43.     In investigating whether CT-DESPP could comply with the new population certification condition, I have learned that the Department of Homeland Security has, at times, published publicly available statistics regarding the number of individuals whom it has removed, returned, or expelled, but DHS has not updated that data since November 2024, and, as far as I am aware, DHS has not published state-specific data.

44.     In trying to understand this population certification condition, I have found many of the terms ambiguous. The population certification condition fails to define what it means for an individual to be removed "pursuant to the immigration laws of the United States."

45.     I believe it would be impossible to certify the precise population in Connecticut as of September 30, 2025, without engaging in months of work and investing substantial funds towards the task—and possibly not even then. Connecticut's Department of Health does estimate its own population independently of the U.S. Census by using the Census Bureau's Population Estimates Program (PEP) but those numbers do not include statistics related to individuals removed pursuant to the immigration laws, which, as explained above, is a statistic uniquely known to the federal government.

9

I declare under penalty of perjury that the foregoing is true and correct.

Executed this _16th_ day of October, 2025, in Middletown, Connecticut

Ronnell A. Higgins
Commissioner
State of Connecticut, Department of Emergency Services
and Public Protection

10