**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

STATE OF ILLINOIS, *et al.*,

        *Plaintiffs*,

  v.

KRISTI NOEM, in her official capacity as
Secretary of the Department of Homeland
Security, *et al.*,

        *Defendants*.

No. 1:25-cv-00495

# EXHIBIT 18

## Declaration of Abel J. Schall, Jr.

## DECLARATION OF ABEL J. SCHALL JR.

I, Abel J. Schall Jr., pursuant to 28 U.S.C. § 1746, hereby declare:

1. I am over the age of eighteen and understand the obligations of an oath.

2. I am currently the Director and Homeland Security Advisor with the Delaware Emergency Management Agency (DEMA). We are the State Administrative Authority for the Emergency Management Performance Grant and Homeland Security Grant. I make this declaration based on personal knowledge and on my review of information and records gathered by DEMA staff.

3. DEMA is an executive-branch state agency under the Department of Safety and Homeland Security.

4. FEMA administers many grant programs where States are the primary grant recipients. DEMA administers FEMA's annually funded preparedness grants, including the Homeland Security Grant Program.

## I. Homeland Security Grant Program

5. Until this year, FEMA has typically released notices of funding opportunities for preparedness grants, including the Homeland Security Grant Program (HSGP), around February through May of the federal fiscal year ("FFY") for the grant in question. Once FEMA provides notice of a notice of funding opportunity ("NOFO"), DEMA can apply for an award by submitting a timely application.

6. In past years, DEMA has typically received an HSGP award within four months of application, so that DEMA can begin drawing funds on the award by the end of the calendar year.

*State Homeland Security Program*

7. I am familiar with the Homeland Security Grant Program, and in particular its sub-component the State Homeland Security Grant Program ("SHSP"). The SHSP provides federal

1

funding to States to build, sustain, and deliver the capabilities necessary to prevent, prepare for, protect against, and respond to acts of terrorism.

8.     SHSP funding is administered in Delaware by DEMA.

9.     In addition to using SHSP funds themselves, States may pass SHSP funds through to subgrantees for the same purposes. DEMA passes approximately 40% of SHSP funds on to local fire departments, law enforcement agencies, public health, PSAPs, and other first responders or emergency preparedness offices.

10.    Delaware has applied for and received funds from the SHSP since its creation in the USA PATRIOT ACT in 2001.

11.    SHSP funds support staff salaries focused on terrorism and targeted violence prevention in the state.  It also supports the See Something Say Something program and outreach to critical infrastructure partners.

12.    SHSP funds provide the near-exclusive source of money for special operations equipment and training across the state.  These funds are used to support police departments, fire departments, emergency services, and public works departments whether it is a bomb scare, bombing, building collapse, mass causality incident, communication failure, just to name a few.   Without this specialized training and equipment, the State would require greater assistance from the Federal Government.  This equipment and training has also been used to support other states when needed.

13.    SHGP funds components of the Delaware State Police Fusion Center, Delaware Information and Analysis Center (DIAC).  The DIAC improves information sharing with and between public safety officials, especially as to national trends and critical incidents where local officials have no other immediate source of information. DIAC analysts perform a thorough search

of all available databases and resources, thus reducing the need for local officials to make numerous contacts with various organizations.

**II.     Emergency Management Performance Grant Program**

14.     I am familiar with the Emergency Management Performance Grant Program ("EMPG"). EMPG provides federal funding to States to assist state, local, tribal, and territorial emergency management agencies to implement FEMA's National Preparedness System, including by building continuity-of-government capabilities to ensure essential functions in a catastrophic disaster.

15.     EMPG funding is administered in Delaware by DEMA.

16.     Because EMPG grants are formula grants and not competitive grants, each State is entitled to a specific allocation whenever a notice of funding opportunity is posted.

17.     In addition to using EMPG funds themselves, States may pass EMPG funds through to subgrantees for the same purposes. DEMA passes approximately 25% of EMPG funds on to county and municipal emergency management agencies.

18.     DEMA has applied for and received funds from EMPG since it was codified in the Post-Katrina Emergency Management Reform Act of 2006.

19.     DEMA has two open EMPG awards from FFYs 2023 and 2024:

a.     FFY 2023: Award of $3,306466 and

b.     FFY 2024: Award of $2,980,703.

20.     EMPG funding is the primary enabler to develop both state and local resilience programs for emergency management.

21.     EMPG dollars fund the salaries of DEMA Operations personnel. [Operations personnel lead statewide coordination efforts in response to a disaster or mass casualty event. The

3

EMPG program also funds DEMA and local counties communications, facilities, and vehicles for disaster response.

22.     The amounts passed through to localities under the EMPG program likewise fund the salaries of local emergency managers and local support staff across Delaware as well as software and communications to support local emergency response. Without these funds, local jurisdictions will not have sufficient funding support to build emergency management programs, operations plans, and exercise plans which contribute to resiliency and preparedness.

23.     EMPG monies fund the ongoing costs of the software program used at the State Emergency Operations Center, which is the physical location where a state emergency manager would direct all strategic and operational activities in the event of a disaster or public health emergency.

### III.    Unprecedented Cuts to the Periods of Performance

24.     The term of FEMA preparedness awards has generally been three years, meaning that the award remains open for a three-year period for completing reimbursable activities. Any program activities supported by the awarded funds must be completed within the time the award remains open.

25.     It is typical for FEMA preparedness awards to take several years to fully disburse. The HSGP and EMPG programs have used multi-year periods of performance, sometimes even longer than three years, for almost every year of their existence. Moreover, these programs fund essential ongoing operational needs of state and local public safety agencies. As a result, DEMA and other state recipients have structured their budgeting systems for HSGP and EMPG grants around multi-year disbursements.

26.     DEMA would be unable to fiscally accommodate a sudden change to a one-year period of performance. There are substantial outstanding funds on prior-year grants yet to be

4

expended for their planned uses approved by FEMA in prior years. A one-year period of performance would place the fiscal year 2025 funds on a direct collision course with prior-year funds, making it impossible to timely sub-obligate all outstanding awards to their directed purposes.

27. In addition, the award has yet to be accepted, and once it is has been accepted it must then go through internal Delaware process before we can begin to draw down. Normally the earliest we are able to facilitate this is the 1st quarter of the next year.

28. Here, FEMA placed "holds" on two grants DEMA was awarded. (*See* Exhibits 1 and 2). In order to access these grant monies, DEMA must clear or resolve these holds. The holds this year are unusually detailed. In order to clear these holds, DEMA needs to contact FEMA. Due to the Federal Government lapse in appropriations and the Federal Government shutdown, DEMA is unable to obtain clarification from FEMA and therefore unable to resolve these holds. As a result, the "1 year Period of Performance" will effectively be 8 months or fewer.

29. In addition, FEMA typically extends flexibility during the multi-year periods of performance to make adjustments to funding lines by using the required biannual strategy implementation reports to re-calibrate needs as they evolve during the grant period. The biannual report adjustments represent another way in which FEMA has built multi-year periods of performance into the basic functioning of HSGP and EMPG.

30. As to EMPG in particular, EMPG awards have historically been back-dated to the start of the federal fiscal year in question. For example, DEMA's fiscal year **2023** EMPG award had a three-year period of performance beginning on October 1, **2022**, and ending on September 30, 2025. DHS's decision this year to instead start the fiscal year 2025 performance period on

5

October 1, 2025—the first day of federal fiscal year 2026—has effectively skipped an entire year of program funding for fiscal year 2025 awards.

31.     This year, in keeping with past practice, the HSGP and EMPG NOFOs announced that there would be a three-year period of performance for both programs.

32.     Both NOFOs explained that applications should frame their budget needs by reference to the anticipated three-year period of performance. HSGP stated that projects must be "able to be fully completed within the three-year period of performance." EMPG stated that "[e]ach goal must be specific, measurable, and achievable within the period of performance."

33.     DEMA proposed projects for both NOFOs on that understanding.

34.     Yet, without explanation, when the awards issued, the period of performance was reduced to one year on both awards, running from October 1, 2025, to September 30, 2026.

35.     DEMA will face extraordinary challenges in obligating the monies on a suddenly truncated period of performance. The ultimate result is likely to be that allocated monies will expire unused, depriving Delaware of millions of dollars in needed funds for emergency management and preparedness.

36.     In my 10 years of experience, I have never seen FEMA reduce the period of performance announced in a NOFO and relied upon by applicants like this.

**IV.     The EMPG Population Certification Condition**

37.     The Department of Homeland Security (DHS) published the EMPG notice of funding opportunity on July 28, 2025, amending it the next day to correct the program title. The NOFO did not include any language stating that States would have to provide any verification of their population in order to apply for or receive EMPG funds.

6

38.    On September 27, 2025, FEMA issued EMPG awards for FY 2025 (Award Letter). Three days later, on September 30, FEMA released revised (though not re-dated) EMPG award letters through the FEMAGo portal including the new term described in the next paragraph.

39.    The Award Letter included a lengthy list of "Agreement Articles," the last of which reads as follows:

**Article 62 Funding Hold: Verification of State's Population**

FEMA has placed a funding hold on this award, and the full amount of the award is on hold in the FEMA financial systems. The recipient is prohibited from obligating, expending, or drawing down the funds associated with the award.

To release the funding hold, the SAA must provide a certification of the recipient state's population as of September 30, 2025. In so doing, the State will explain the methodology it used to determine its population and certify that its reported population does not include individuals that have been removed from the State pursuant to the immigration laws of the United States.

FEMA will rescind the funding hold upon its review and approval of the State's methodology and population certification.

40.    In my 10 years of experience, I have never seen a funding hold based on a population certification condition imposed on any federal grant. Specifically, I understand that no population certification condition has ever been imposed on EMPG funds since that program was created in 2006, until FEMA did so on September 27, 2025. Instead, I understand that EMPG has always been administered using U.S. census data, without any additional calculations performed by States.

41.    FEMA has offered DEMA no explanation as to why it was imposing this new population certification condition.

42.    DEMA does not have a record of people who have been removed from the State pursuant to immigration laws, and as far as I am aware no other agency in Delaware keeps such a record.

7

43.     In investigating whether DEMA could comply with the new population certification condition, I have learned that Delaware does not have an independent agency tasked with tallying the state population. I have learned that the Department of Homeland Security has, at times, published publicly available statistics regarding the number of individuals whom it has removed, returned, or expelled, but DHS has not updated that data since November 2024, and DHS has not published state-specific data.

44.     In trying to understand this population certification condition, I have found many of the terms ambiguous. The population certification condition fails to define what it means for an individual to be removed "pursuant to the immigration laws of the United States."

45.     I believe it would be impossible to certify the precise population in Delaware as of September 30, 2025, without engaging in months of work and investing substantial funds towards the task—Delaware Office of Planning estimates populations, but they are not broken down in any additional method.

## V.     Harms to Preparedness Efforts Caused by DHS's Funding Cuts, Performance-Period Cuts, and Population Certification Condition

46.     If the one-year period of performance reflected in the award letter for the HSGP and EMPG program took effect, the result would be inability to sustain or build programs to respond to incidents.

47.     If these funds are held up entirely pursuant to the population certification condition local emergency management capacity would be reduced.

48.     The State does not have the budgetary resources or flexibility to make up for the lost funding without drawing funding away from other important public safety and law enforcement operations.

8

I declare under penalty of perjury that the foregoing is true and correct.


Abel J. Schall Jr

Executed this 16th day of October, 2025, in Newark, DE.

# Exhibit 1

# to Declaration of Abel J. Schall Jr.

# Award Letter

U.S. Department of Homeland Security
Washington, D.C. 20472

Effective date: 09/28/2025



Christine Beste
DEPARTMENT OF SAFETY & HOMELAND SECURITY
165 BRICK STORE LANDING ROAD ATTN: DEMA FISCAL
SMYRNA, DE 19977

EMP-2025-EP-05006

Dear Christine Beste,

Congratulations on behalf of the Department of Homeland Security, your application submitted for the Fiscal Year (FY) 2025 Emergency Management Performance Grants, has been approved in the amount of $2,983,042.00 in Federal funding. This award of federal assistance is executed as a Grant. As a condition of this award, you are required to contribute non-Federal funds equal to or greater than $2,983,042.00 for a total approved budget of $5,966,084.00. Please see the Fiscal Year 2025 Emergency Management Performance Grant (EMPG) Program for information on how to meet this cost share requirement.

Before you request and receive any of the Federal funds awarded to you, you must establish acceptance of the award through the FEMA Grants Outcomes (FEMA GO) system. By accepting this award, you acknowledge that the terms of the following documents are incorporated into the terms of your award:

- Award Summary - included in this document
- Agreement Articles - included in this document
- Obligating Document - included in this document
- Fiscal Year (FY) 2025 Emergency Management Performance Grants Notice of Funding Opportunity
- FEMA Preparedness Grants Manual

Please make sure you read, understand, and maintain a copy of these documents in your official file for this award.

Sincerely,

Lilian Hutchinson
Deputy Regional Administrator
FEMA Region 3

# Award Summary

**Program:** Fiscal Year 2025 Emergency Management Performance Grant
**Recipient:** DEPARTMENT OF SAFETY & HOMELAND SECURITY
**UEI-EFT:** RE5KRLKZ2LK3
**Award number:** EMP-2025-EP-05006

## Summary description of award

The Fiscal Year (FY) 2025 Emergency Management Performance Grant (EMPG) Program is one of the grant programs that constitute DHS/FEMA's focus on all-hazards emergency preparedness. These grant programs are part of a comprehensive set of measures authorized by Congress and implemented by DHS/FEMA to assist state, local, tribal, and territorial emergency management agencies to implement the National Preparedness System and the National Preparedness Goal of a secure and resilient nation

## Amount awarded table

The amount of the award is detailed in the attached Obligating Document for Award.

The following are the budgeted estimates for object classes for this award (including Federal share plus your cost share, if applicable):

| Object Class | Total |
|---|---|
| Personnel | $1,044,749.00 |
| Fringe benefits | $557,151.00 |
| Travel | $41,655.00 |
| Equipment | $41,090.00 |
| Supplies | $33,800.00 |
| Contractual | $320,797.00 |
| Construction | $0.00 |
| Other | $3,926,842.00 |
| Indirect charges | $0.00 |
| Federal | $2,983,042.00 |
| Non-federal | $2,983,042.00 |
| Total | $5,966,084.00 |
| Program Income | $0.00 |

## Approved scope of work

After review of your application, FEMA has approved the below scope of work. Justifications are provided for any differences between the scope of work in the original application and the approved scope of work under this award. You must submit scope or budget revision requests for FEMA's prior approval, via an amendment request, as appropriate per 2 C.F.R. § 200.308 and the FY2025 EMPG NOFO.

**Approved request details:**

## Investment

## Operational support

DESCRIPTION

Personnel cost includes DEMA staff to manage, maintain and operate the State Emergency Operations Center (day to day and activation of the SEOC), state level planning reviews, updates, & projects, and deliver statewide training and exercise support (includes 25 positions).

| QUANTITY | UNIT PRICE | TOTAL |
|---|---|---|
| 1 | $978,428.00 | $978,428.00 |

BUDGET CLASS

Personnel

## Operational support

DESCRIPTION

Fringe cost includes DEMA staff to manage, maintain and operate the State Emergency Operations Center (day to day and activation of the SEOC), state level planning reviews, updates, & projects, and deliver statewide training and exercise support.

| QUANTITY | UNIT PRICE | TOTAL |
|---|---|---|
| 1 | $534,648.00 | $534,648.00 |

BUDGET CLASS

Fringe benefits

## Operational support

DESCRIPTION

Operational Services & Facility Utilities (DEMA OPS) ($124,224) Activation Expenses (DEMA OPS) ($3,000) Professional Membership (DEMA OPS) ($10,700) Maintenance/Repair SEOC Logistical Equipment (DEMA Log) ($5,000) EOC Software Licensing & Annual Maintenance (DEMA IT) ($39,000).

| QUANTITY | UNIT PRICE | TOTAL |
|---|---|---|
| 1 | $181,924.00 | $181,924.00 |

BUDGET CLASS

Contractual

## Information Technology

DESCRIPTION

New Technology/equipment (DEMA IT)

| QUANTITY | UNIT PRICE | TOTAL |
|---|---|---|
| 1 | $30,000.00 | $30,000.00 |

BUDGET CLASS

Equipment

## Critical emergency supplies

DESCRIPTION

Essential administrative (14,000), IT (6,000),planning (1000), and incident management team (2000).

| QUANTITY | UNIT PRICE | TOTAL |
|---|---|---|
| 1 | $23,000.00 | $23,000.00 |

BUDGET CLASS

Supplies

## Other Authorized Equipment

DESCRIPTION

Facility and logistical support for State EOC (LOGS) - Equipment replacement damage/shelf life $2,500 -Replacement of 3 generators- $8,182

| QUANTITY | UNIT PRICE | TOTAL |
|---|---|---|
| 1 | $10,090.00 | $10,090.00 |

BUDGET CLASS

Equipment

## Travel

DESCRIPTION

Sr Leadership operational travel

| QUANTITY | UNIT PRICE | TOTAL |
|---|---|---|
| 1 | $25,000.00 | $25,000.00 |

BUDGET CLASS

Travel

## Program management

DESCRIPTION

State Appropriated General Fund (GF) Funding and Public Services Energy Group (PSEG) Funding (DEMA Match)

| QUANTITY | UNIT PRICE | TOTAL |
|---|---|---|
| 1 | $2,039,242.00 | $2,039,242.00 |

BUDGET CLASS

Other

## Developing and enhancing plans and protocols

DESCRIPTION

Complete annual review and/or updates of relevant emergency management plans in accordance with State's Plan review and maintenance schedule.

| QUANTITY | UNIT PRICE | TOTAL |
|---|---|---|
| 1 | $15,000.00 | $15,000.00 |

BUDGET CLASS

Contractual

## Travel

DESCRIPTION

2 Planners to attend planning related training or conference.

| QUANTITY | UNIT PRICE | TOTAL |
|---|---|---|
| 1 | $4,000.00 | $4,000.00 |

BUDGET CLASS

Travel

## Personnel

DESCRIPTION

Personnel to manage grant - Fiscal staff

| QUANTITY | UNIT PRICE | TOTAL |
|---|---|---|
| 1 | $66,321.00 | $66,321.00 |

BUDGET CLASS

Personnel

## Fringe benefits

DESCRIPTION

Fringe benefits for staff managing/administering grant.

| QUANTITY | UNIT PRICE | TOTAL |
|---|---|---|
| 1 | $22,503.00 | $22,503.00 |

BUDGET CLASS

Fringe benefits

## Contractual

DESCRIPTION

Smart Simple Grant Software used to manage grant with Subrecipients

| QUANTITY | UNIT PRICE | TOTAL |
|---|---|---|
| 1 | $55,873.00 | $55,873.00 |

BUDGET CLASS

Contractual

## Supplies

DESCRIPTION

Supplies to manage EMPG grant program

| QUANTITY | UNIT PRICE | TOTAL |
|---|---|---|
| 1 | $800.00 | $800.00 |

BUDGET CLASS

Supplies

## Travel

DESCRIPTION

Travel for program management and fiscal staff to attend grant seminars, workshops and professional development programs- $2,655.00

| QUANTITY | UNIT PRICE | TOTAL |
|---|---|---|
| 1 | $2,655.00 | $2,655.00 |

BUDGET CLASS

Travel

## Equipment

DESCRIPTION

Equipment purchase and leases for equipment to manage grant- $1,000.00

| QUANTITY | UNIT PRICE | TOTAL |
|---|---|---|
| 1 | $1,000.00 | $1,000.00 |

BUDGET CLASS

Equipment

## Training workshops and conferences

DESCRIPTION

Professional Services Instructors and room rentals (T&E)

| QUANTITY | UNIT PRICE | TOTAL |
|---|---|---|
| 1 | $8,000.00 | $8,000.00 |

BUDGET CLASS

Contractual

## Training workshops and conferences

DESCRIPTION

Supplies for training courses

| QUANTITY | UNIT PRICE | TOTAL |
| --- | --- | --- |
| 1 | $10,000.00 | $10,000.00 |

BUDGET CLASS

Supplies

## Training workshops and conferences

DESCRIPTION

Travel to professional training courses

| QUANTITY | UNIT PRICE | TOTAL |
| --- | --- | --- |
| 1 | $10,000.00 | $10,000.00 |

BUDGET CLASS

Travel

## Design, Develop, Conduct, and Evaluate an Exercise

DESCRIPTION

Multi Year Training and Exercise Plan available by 1 Jan. Complete 2 table top exercises.

| QUANTITY | UNIT PRICE | TOTAL |
| --- | --- | --- |
| 1 | $30,000.00 | $30,000.00 |

BUDGET CLASS

Contractual

**Hiring or maintaining staff positions/contractors/consultants at SLTT levels to deliver community preparedness training, resources and material to schools, community-based organizations, faith-based institutions and local businesses**

DESCRIPTION

Outreach material development, conduct outreach events, coordinate support of projects

| QUANTITY | UNIT PRICE | TOTAL |
|---|---|---|
| 1 | $30,000.00 | $30,000.00 |

BUDGET CLASS

Contractual

## Investment

**Program management**

DESCRIPTION

Retain the full complement of emergency-management personnel, maintain 24/7 duty-officer coverage, update all foundational plans, and keep the EOC fully mission-ready for any incident through 9/30/2026. Subgrant.

| QUANTITY | UNIT PRICE | TOTAL |
|---|---|---|
| 2 | $272,200.00 | $544,400.00 |

BUDGET CLASS

Other

## Operational support

DESCRIPTION

Subaward - This project will allow Kent County EMA to conduct operational planning and coordination, maintain EOC capabilities, facilities and equipment, and conduct daily operations including plan review, training, exercise conduct, grant maintenance, and working towards implementation of NQS.

| QUANTITY | UNIT PRICE | TOTAL |
| --- | --- | --- |
| 2 | $165,200.00 | $330,400.00 |

BUDGET CLASS

Other

## Operational support

DESCRIPTION

Subgrant - operational support, planning, training for Sussex County EMA.

| QUANTITY | UNIT PRICE | TOTAL |
| --- | --- | --- |
| 2 | $230,200.00 | $460,400.00 |

BUDGET CLASS

Other

## Operational support

DESCRIPTION

Subaward - The project will assist the City of Wilmington Office of Emergency Management with building a community that is more resilient when facing man-made or natural disasters. A more resilient Wilmington is built through a collaboration of government and residents. This would include the operation of an EOC that is able to address incidents on a variety of levels. It would also include preparedness outreach and training to the community to address gaps in awareness.

| QUANTITY | UNIT PRICE | TOTAL |
|---|---|---|
| 2 | $200,200.00 | $400,400.00 |

BUDGET CLASS

Other

## Program management

DESCRIPTION

Subgrant - Sustaining the DEOS network ensures situational awareness during weather-related events that affect Delaware and provide important data that may be needed to justify disaster relief post-event.

| QUANTITY | UNIT PRICE | TOTAL |
|---|---|---|
| 2 | $40,000.00 | $80,000.00 |

BUDGET CLASS

Other

## Operational support

DESCRIPTION

Subgrant The objective of this program is to keep seven (7) tide gages up and running 24/7/365 for critical coastal storms. Multiple purposes include evaluation of drought conditions & analysis of sea levels. Preparedness for extreme weather conditions.

| QUANTITY | UNIT PRICE | TOTAL |
|---|---|---|
| 2 | $36,000.00 | $72,000.00 |

BUDGET CLASS

Other

Of the total Federal funds, $2983042.00 has been placed on hold. See the following terms in the Agreement Articles for more details:

| Article number | Title | Payment hold |
|---|---|---|
| Article 55 | Funding Hold: Additional Information Required | $2983042.00 |

# Agreement Articles

**Program:** Fiscal Year 2025 Emergency Management Performance Grant
**Recipient:** DEPARTMENT OF SAFETY & HOMELAND SECURITY
**UEI-EFT:** RE5KRLKZ2LK3
**Award number:** EMP-2025-EP-05006

# Table of contents

| Article 1 | Assurance, Administrative Requirements, Cost Principles, Representations, and Certifications |
|---|---|
| Article 2 | General Acknowledgements and Assurances |
| Article 3 | Acknowledgement of Federal Funding from DHS |
| Article 4 | Activities Conducted Abroad |
| Article 5 | Age Discrimination Act of 1975 |
| Article 6 | Americans with Disabilities Act of 1990 |
| Article 7 | Best Practices for Collection and Use of Personally Identifiable Information |
| Article 8 | CHIPS and Science Act of 2022, Public Law 117-167 CHIPS |
| Article 9 | Civil Rights Act of 1964 – Title VI |
| Article 10 | Civil Rights Act of 1968 |
| Article 11 | Communication and Cooperation with the Department of Homeland Security and Immigration Officials |
| Article 12 | Copyright |
| Article 13 | Debarment and Suspension |
| Article 14 | Drug-Free Workplace Regulations |
| Article 15 | Duplicative Costs |
| Article 16 | Education Amendments of 1972 (Equal Opportunity in Education Act) – Title IX |
| Article 17 | Energy Policy and Conservation Act |
| Article 18 | Equal Treatment of Faith-Based Organizations |
| Article 19 | Anti-Discrimination |
| Article 20 | False Claims Act and Program Fraud Civil Remedies |
| Article 21 | Federal Debt Status |
| Article 22 | Federal Leadership on Reducing Text Messaging while Driving |
| Article 23 | Fly America Act of 1974 |
| Article 24 | Hotel and Motel Fire Safety Act of 1990 |
| Article 25 | John S. McCain National Defense Authorization Act of Fiscal Year 2019 |
| Article 26 | Limited English Proficiency (Civil Rights Act of 1964, Title VI) |
| Article 27 | Lobbying Prohibitions |

| | |
|---|---|
| Article 28 | National Environmental Policy Act |
| Article 29 | National Security Presidential Memorandum-33 (NSPM-33) and provisions of the CHIPS and Science Act of 2022, Pub. L. 117-167, Section 10254 |
| Article 30 | Non-Supplanting Requirement |
| Article 31 | Notice of Funding Opportunity Requirements |
| Article 32 | Patents and Intellectual Property Rights |
| Article 33 | Presidential Executive Orders |
| Article 34 | Procurement of Recovered Materials |
| Article 35 | Rehabilitation Act of 1973 |
| Article 36 | Reporting Recipient Integrity and Performance Matters |
| Article 37 | Reporting Subawards and Executive Compensation |
| Article 38 | Required Use of American Iron, Steel, Manufactured Products, and Construction Materials |
| Article 39 | SAFECOM |
| Article 40 | Subrecipient Monitoring and Management |
| Article 41 | System for Award Management and Unique Entity Identifier Requirements |
| Article 42 | Termination of a Federal Award |
| Article 43 | Terrorist Financing |
| Article 44 | Trafficking Victims Protection Act of 2000(TVPA) |
| Article 45 | Uniting and Strengthening America by Providing Appropriate Tools Required to Intercept and Obstruct Terrorism (USA PATRIOT) Act of 2001, Pub. L. 107-56 |
| Article 46 | Use of DHS Seal, Logo and Flags |
| Article 47 | Whistleblower Protection Act |
| Article 48 | Environmental Planning and Historic Preservation (EHP) Review |
| Article 49 | Applicability of DHS Standard Terms and Conditions to Tribal Nations |
| Article 50 | Acceptance of Post Award Changes |
| Article 51 | Disposition of Equipment Acquired Under the Federal Award |
| Article 52 | Prior Approval for Modification of Approved Budget |
| Article 53 | Indirect Cost Rate |
| Article 54 | Build America, Buy America Act (BABAA) Required Contract Provision & Self-Certification |

| Article 55 | Funding Hold: Additional Information Required |
| Article 56 | Compliance with Federal Immigration Law |
| Article 57 | Non-Applicability of Specific Terms and Agreement Articles |
| Article 58 | Impact of San Francisco v. Trump Preliminary Injunction |
| Article 59 | Impact of State of Illinois v. FEMA Injunction |
| Article 60 | Non-Applicability of Specific Agreement Articles |
| Article 61 | Period of Performance and Budget Period |

| **Article 1** | **Assurance, Administrative Requirements, Cost Principles, Representations, and Certifications** |
|---|---|
| | I. Recipients must complete either the Office of Management and Budget (OMB) Standard Form 424B Assurances – Non- Construction Programs, or OMB Standard Form 424D Assurances – Construction Programs, as applicable. Certain assurances in these documents may not be applicable to your program and the DHS financial assistance office (DHS FAO) may require applicants to certify additional assurances. Applicants are required to fill out the assurances, as instructed. |
| **Article 2** | **General Acknowledgements and Assurances** |
| | Recipients are required to follow the applicable provisions of the Uniform Administrative Requirements, Cost Principles, and Audit Requirements for Federal Awards in effect as of the federal award date and located in Title 2, Code of Federal Regulations, Part 200 and adopted by DHS at 2 C.F.R. § 3002.10. All recipients and subrecipients must acknowledge and agree to provide DHS access to records, accounts, documents, information, facilities, and staff pursuant to 2 C.F.R. § 200.337. I. Recipients must cooperate with any DHS compliance reviews or compliance investigations. II. Recipients must give DHS access to examine and copy records, accounts, and other documents and sources of information related to the federal award and permit access to facilities and personnel. III. Recipients must submit timely, complete, and accurate reports to the appropriate DHS officials and maintain appropriate backup documentation to support the reports. IV. Recipients must comply with all other special reporting, data collection, and evaluation requirements required by law, federal regulation, Notice of Funding Opportunity, federal award specific terms and conditions, and/or DHS Component program guidance. Organization costs related to data and evaluation are allowable. The definition of data and evaluation costs is in 2 C.F.R. § 200.455(c), the full text of which is incorporated by reference. V. Recipients must complete DHS Form 3095 within 60 days of receipt of the Notice of Award for the first award under which this term applies. For further instructions and to access the form, please visit: https://www.dhs.gov/civil-rightsresources-recipients-dhs-financial-assistance. |
| **Article 3** | **Acknowledgement of Federal Funding from DHS** |
| | Recipients must acknowledge their use of federal award funding when issuing statements, press releases, requests for proposal, bid invitations, and other documents describing projects or programs funded in whole or in part with federal award funds. |
| **Article 4** | **Activities Conducted Abroad** |
| | Recipients must coordinate with appropriate government authorities when performing project activities outside the United States obtain all appropriate licenses, permits, or approvals. |
| **Article 5** | **Age Discrimination Act of 1975** |
| | Recipients must comply with the requirements of the Age Discrimination Act of 1975, Pub. L. No. 94-135 (codified as amended at Title 42, U.S. Code § 6101 et seq.), which prohibits discrimination on the basis of age in any program or activity receiving federal financial assistance. |

| **Article 6** | **Americans with Disabilities Act of 1990** |
| --- | --- |
| | Recipients must comply with the requirements of Titles I, II, and III of the Americans with Disabilities Act, Pub. L. No. 101-336 (1990) (codified as amended at 42 U.S.C. §§ 12101– 12213), which prohibits recipients from discriminating on the basis of disability in the operation of public entities, public and private transportation systems, places of public accommodation, and certain testing entities. |
| **Article 7** | **Best Practices for Collection and Use of Personally Identifiable Information** |
| | (1) Recipients who collect personally identifiable information (PII) as part of carrying out the scope of work under a federal award are required to have a publicly available privacy policy that describes standards on the usage and maintenance of the PII they collect. (2) Definition. DHS defines "PII" as any information that permits the identity of an individual to be directly or indirectly inferred, including any information that is linked or linkable to that individual. Recipients may also find the DHS Privacy Impact Assessments: Privacy Guidance and Privacy Template as useful resources respectively. |

| | |
|---|---|
| **Article 8** | **CHIPS and Science Act of 2022, Public Law 117-167 CHIPS** |
| | (1) Recipients of DHS research and development (R&D) awards must report to the DHS Component research program office any finding or determination of sex based and sexual harassment and/or an administrative or disciplinary action taken against principal investigators or co-investigators to be completed by an authorized organizational representative (AOR) at the recipient institution. (2) Notification. An AOR must disclose the following information to agencies within 10 days of the date/the finding is made, or 10 days from when a recipient imposes an administrative action on the reported individual, whichever is sooner. Reports should include: (a) Award number, (b) Name of PI or Co-PI being reported, (c) Awardee name, (d) Awardee address, (e) AOR name, title, phone, and email address, (f) Indication of the report type: (i) Finding or determination has been made that the reported individual violated awardee policies or codes of conduct, statutes, or regulations related to sexual harassment, sexual assault, or other forms of harassment, including the date that the finding was made. (ii) Imposition of an administrative or disciplinary action by the recipient on the reporting individual related to a finding/determination or an investigation of an alleged violation of recipient policy or codes of conduct, statutes, or regulations, or other forms of harassment. (iii) The date and nature of the administrative/disciplinary action, including a basic explanation or description of the event, which should not disclose personally identifiable information regarding any complaints or individuals involved. Any description provided must be consistent with the Family Educational Rights in Privacy Act. (3) Definitions. (a) An "authorized organizational representative (AOR)" is an administrative official who, on behalf of the proposing institution, is empowered to make certifications and representations and can commit the institution to the conduct of a project that an agency is being asked to support as well as adhere to various agency policies and award requirements. (b) "Principal investigators and co-principal investigators" are award personnel supported by a grant, cooperative agreement, or contract under Federal law. (c) A "reported individual" refers to recipient personnel who have been reported to a federal agency for potential sexual harassment violations. (d) "Sex based harassment" means a form of sex discrimination and includes harassment based on sex, sex stereotypes, sex characteristics, pregnancy or related conditions, sexual orientation, and gender identity. (e) "Sexual harassment" means unwelcome sexual advances, requests for sexual favors, and other verbal or physical conduct of a sexual nature when this conduct explicitly or implicitly affects an individual's employment, unreasonably interferes with an individual's work performance, or creates an intimidating, hostile, or offensive work environment, whether such activity is carried out by a supervisor or by a co-worker, volunteer, or contractor. |
| **Article 9** | **Civil Rights Act of 1964 – Title VI** |
| | Recipients must comply with the requirements of Title VI of the Civil Rights Act of 1964, Pub. L. No. 88-352 (codified as amended at 42 U.S.C. § 2000d et seq.), which provides that no person in the United States will, on the grounds of race, color, or national origin, be excluded from participation in, be denied the benefits of, or be subjected to discrimination under any program or activity receiving federal financial assistance. DHS implementing regulations for the Act are found at 6 C.F.R. Part 21. Recipients of a federal award from the Federal Emergency Management Agency (FEMA) must also comply with FEMA's implementing regulations at 44 C.F.R. Part 7. |

| Article 10 | **Civil Rights Act of 1968**<br>Recipients must comply with Title VIII of the Civil Rights Act of 1968, Pub. L. No. 90284 (codified as amended at 42 U.S.C. § 3601 et seq.) which prohibits recipients from discriminating in the sale, rental, financing, and advertising of dwellings, or in the provision of services in connection. therewith, on the basis of race, color, national origin, religion, disability, familial status, and sex, as implemented by the U.S. Department of Housing and Urban Development at 24 C.F.R. Part 100. The prohibition on disability discrimination includes the requirement that new multifamily housing with four or more dwelling units— i.e., the public and common use areas and individual apartment units (all units in buildings with elevators and ground-floor units in buildings without elevators)—be designed and constructed with certain accessible features. (See 24 C.F.R. Part 100, Subpart D.) |
|---|---|
| Article 11 | **Communication and Cooperation with the Department of Homeland Security and Immigration Officials**<br>(1) All recipients and other recipients of funds under this award must agree that they will comply with the following requirements related to coordination and cooperation with the Department of Homeland Security and immigration officials: (a) They must comply with the requirements of 8 U.S.C. §§ 1373 and 1644. These statutes prohibit restrictions on information sharing by state and local government entities with DHS regarding the citizenship or immigration status, lawful or unlawful, of any individual. Additionally, 8 U.S.C. § 1373 prohibits any person or agency from prohibiting, or in any way restricting, a Federal, State, or local government entity from doing any of the following with respect to information regarding the immigration status of any individual: 1) sending such information to, or requesting or receiving such information from, Federal immigration officials; 2) maintaining such information; or 3) exchanging such information with any other Federal, State, or local government entity; (b) They must comply with other relevant laws related to immigration, including prohibitions on encouraging or inducing an alien to come to, enter, or reside in the United States in violation of law, 8 U.S.C. § 1324(a)(1)(A)(iv), prohibitions on transporting or moving illegal aliens, 8 U.S.C. § 1324(a)(1)(A)(ii), prohibitions on harboring, concealing, or shielding from detection illegal aliens, 8 U.S.C. § 1324(a)(1)(A)(iii), and any applicable conspiracy, aiding or abetting, or attempt liability regarding these statutes; (c) That they will honor requests for cooperation, such as participation in joint operations, sharing of information, or requests for short term detention of an alien pursuant to a valid detainer. A jurisdiction does not fail to comply with this requirement merely because it lacks the necessary resources to assist in a particular instance; (d) That they will provide access to detainees, such as when an immigration officer seeks to interview a person who might be a removable alien; and (e) That they will not leak or otherwise publicize the existence of an immigration enforcement operation. (2) The recipient must certify under penalty of perjury pursuant to 28 U.S.C. § 1746 and using a form that is acceptable to DHS, that it will comply with the requirements of this term. Additionally, the recipient agrees that it will require any subrecipients or contractors to certify in the same manner that they will comply with this term prior to providing them with any funding under this award. (3) The recipient agrees that compliance with this term is material to the Government's decision to make or continue with this award and that the Department of homeland Security may terminate this grant, or take any other allowable enforcement action, if the recipient fails to comply with this term. |

| Article 12 | **Copyright** |
| --- | --- |
| | Recipients must affix the applicable copyright notices of 17 U.S.C. §§ 401 or 402 to any work first produced under federal awards and also include an acknowledgement that the work was produced under a federal award (including the federal award number and federal awarding agency). As detailed in 2 C.F.R. § 200.315, a federal awarding agency reserves a royalty-free, nonexclusive, and irrevocable right to reproduce, publish, or otherwise use the work for federal purposes and to authorize others to do so. |
| Article 13 | **Debarment and Suspension** |
| | Recipients must comply with the non-procurement debarment and suspension regulations implementing Executive Orders 12549 and 12689 set forth at 2 C.F.R. Part 180 as implemented by DHS at 2 C.F.R. Part 3000. These regulations prohibit recipients from entering into covered transactions (such as subawards and contracts) with certain parties that are debarred, suspended, or otherwise excluded from or ineligible for participation in federal assistance programs or activities. |
| Article 14 | **Drug-Free Workplace Regulations** |
| | Recipients must comply with drug-free workplace requirements in Subpart B (or Subpart C, if the recipient is an individual) of 2 C.F.R. Part 3001, which adopts the Government- wide implementation (2 C.F.R. Part 182) of the Drug-Free Workplace Act of 1988 (41 U.S.C. §§ 8101-8106). |
| Article 15 | **Duplicative Costs** |
| | Recipients are prohibited from charging any cost to this federal award that will be included as a cost or used to meet cost sharing requirements of any other federal award in either the current or a prior budget period. See 2 C.F.R. § 200.403(f). However, recipients may shift costs that are allowable under two or more federal awards where otherwise permitted by federal statutes, regulations, or the federal award terms and conditions. |
| Article 16 | **Education Amendments of 1972 (Equal Opportunity in Education Act) – Title IX** |
| | Recipients must comply with the requirements of Title IX of the Education Amendments of 1972, Pub. L. No. 92-318 (codified as amended at 20 U.S.C. § 1681 et seq.), which provide that no person in the United States will, on the basis of sex, be excluded from participation in, be denied the benefits of, or be subjected to discrimination under any educational program or activity receiving federal financial assistance. DHS implementing regulations are codified at 6 C.F.R. Part 17. Recipients of a federal award from the Federal Emergency Management Agency (FEMA) must also comply with FEMA's implementing regulations at 44 C.F.R. Part 19. |
| Article 17 | **Energy Policy and Conservation Act** |
| | Recipients must comply with the requirements of the Energy Policy and Conservation Act, Pub. L. No. 94-163 (1975) (codified as amended at 42 U.S.C. § 6201 et seq.), which contain policies relating to energy efficiency that are defined in the state energy conservation plan issued in compliance with this Act. |

| Article 18 | **Equal Treatment of Faith-Based Organizations** |
| --- | --- |
| | It is DHS policy to ensure the equal treatment of faith-based organizations in social service programs administered or supported by DHS or its component agencies, enabling those organizations to participate in providing important social services to beneficiaries. Recipients must comply with the equal treatment policies and requirements contained in 6 C.F.R. Part 19 and other applicable statutes, regulations, and guidance governing the participations of faith-based organizations in individual DHS programs. |
| Article 19 | **Anti-Discrimination** |
| | Recipients must comply with all applicable Federal anti-discrimination laws material to the government's payment decisions for purposes of 31 U.S.C. § 372(b)(4). (1) Definitions. As used in this clause – (a) DEI means "diversity, equity, and inclusion." (b) DEIA means "diversity, equity, inclusion, and accessibility." (c) Discriminatory equity ideology has the meaning set forth in Section 2(b) of Executive Order 14190 of January 29, 2025. (d) Federal anti-discrimination laws mean Federal civil rights law that protect individual Americans from discrimination on the basis of race, color, sex, religion, and national origin. (e) Illegal immigrant means any alien, as defined in 8 U.S.C. § 1101(a)(3), who has no lawful immigration status in the United States.(2) Grant award certification. (a) By accepting the grant award, recipients are certifying that: (i) They do not, and will not during the term of this financial assistance award, operate any programs that advance or promote DEI, DEIA, or discriminatory equity ideology in violation of Federal anti-discrimination laws; and (ii) They do not engage in and will not during the term of this award engage in, a discriminatory prohibited boycott. (iii) They do not, and will not during the term of this award, operate any program that benefits illegal immigrants or incentivizes illegal immigration. (3) DHS reserves the right to suspend payments in whole or in part and/or terminate financial assistance awards if the Secretary of Homeland Security or her designee determines that the recipient has violated any provision of subsection (2). (4) Upon suspension or termination under subsection (3), all funds received by the recipient shall be deemed to be in excess of the amount that the recipient is determined to be entitled to under the Federal award for purposes of 2 C.F.R. § 200.346. As such, all amounts received will constitute a debt to the Federal Government that may be pursued to the maximum extent permitted by law. |
| Article 20 | **False Claims Act and Program Fraud Civil Remedies** |
| | Recipients must comply with the requirements of the False Claims Act, 31 U.S.C. §§ 3729- 3733, which prohibit the submission of false or fraudulent claims for payment to the Federal Government. (See 31 U.S.C. §§ 3801-3812, which details the administrative remedies for false claims and statements made.) |
| Article 21 | **Federal Debt Status** |
| | All recipients are required to be non-delinquent in their repayment of any federal debt. Examples of relevant debt include delinquent payroll and other taxes, audit disallowances, and benefit overpayments. See OMB Circular A-129. |

| Article 22 | **Federal Leadership on Reducing Text Messaging while Driving** |
|---|---|
| | Recipients are encouraged to adopt and enforce policies that ban text messaging while driving recipient-owned, recipient-rented, or privately owned vehicles when on official government business or when performing any work for or on behalf of the Federal Government. Recipients are also encouraged to conduct the initiatives of the type described in Section 3(a) of Executive Order 13513. |
| Article 23 | **Fly America Act of 1974** |
| | Recipients must comply with Preference for U.S. Flag Air Carriers (a list of certified air carriers can be found at: Certificated Air Carriers List | US Department of Transportation, https://www.transportation.gov/policy/aviation-policy/certificated-aircarriers-list)for international air transportation of people and property to the extent that such service is available, in accordance with the International Air Transportation Fair Competitive Practices Act of 1974, 49 U.S.C. § 40118, and the interpretative guidelines issued by the Comptroller General of the United States in the March 31, 1981, amendment to Comptroller General Decision B-138942. |
| Article 24 | **Hotel and Motel Fire Safety Act of 1990** |
| | Recipients must ensure that all conference, meeting, convention, or training space funded entirely or in part by federal award funds complies with the fire prevention and control guidelines of Section 6 of the Hotel and Motel Fire Safety Act of 1990, 15 U.S.C. § 2225a. |
| Article 25 | **John S. McCain National Defense Authorization Act of Fiscal Year 2019** |
| | Recipients, subrecipients, and their contractors and subcontractors are subject to the prohibitions described in section 889 of the John S. McCain National Defense Authorization Act for Fiscal Year 2019, Pub. L. No. 115-232 (2018) and 2 C.F.R. §§ 200.216, 200.327, 200.471, and Appendix II to 2 C.F.R. Part 200. The statute – as it applies to DHS recipients, subrecipients, and their contractors and subcontractors – prohibits obligating or expending federal award funds on certain telecommunications and video surveillance products and contracting with certain entities for national security reasons. |
| Article 26 | **Limited English Proficiency (Civil Rights Act of 1964, Title VI)** |
| | Recipients must comply with Title VI of the Civil Rights Act of 1964 (42 U.S.C. § 2000d et seq.) prohibition against discrimination on the basis of national origin, which requires that recipients of federal financial assistance take reasonable steps to provide meaningful access to persons with limited English proficiency (LEP) to their programs and services. For additional assistance and information regarding language access obligations, please refer to the DHS Recipient Guidance: https://www.dhs.gov/guidance-published-help- department-supported-organizationsprovide-meaningful-access-people-limited and additional resources on http://www.lep.gov. |

| Article 27 | **Lobbying Prohibitions**<br>Recipients must comply with 31 U.S.C. § 1352 and 6 C.F.R. Part 9, which provide that none of the funds provided under a federal award may be expended by the recipient to pay any person to influence, or attempt to influence an officer or employee of any agency, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress in connection with any federal action related to a federal award or contract, including any extension, continuation, renewal, amendment, or modification. Per 6 C.F.R. Part 9, recipients must file a lobbying certification form as described in Appendix A to 6 C.F.R. Part 9 or available on Grants.gov as the Grants.gov Lobbying Form and file a lobbying disclosure form as described in Appendix B to 6 C.F.R. Part 9 or available on Grants.gov as the Disclosure of Lobbying Activities (SF-LLL). |
|---|---|
| Article 28 | **National Environmental Policy Act**<br>Recipients must comply with the requirements of the National Environmental Policy Act of 1969, Pub. L. No. 91-190 (1970) (codified as amended at 42 U.S.C. § 4321 et seq.) (NEPA) and the Council on Environmental Quality (CEQ) Regulations for Implementing the Procedural Provisions of NEPA, which require recipients to use all practicable means within their authority, and consistent with other essential considerations of national policy, to create and maintain conditions under which people and nature can exist in productive harmony and fulfill the social, economic, and other needs of present and future generations of Americans. |
| Article 29 | **National Security Presidential Memorandum-33 (NSPM-33) and provisions of the CHIPS and Science Act of 2022, Pub. L. 117-167, Section 10254**<br>(1) Recipient research institutions ("covered institutions") must comply with the requirements in NSPM-33 and provisions of Pub. L.117-167, Section 10254 (codified at 42 U.S.C. § 18951) certifying that the institution has established and operates a research security program that includes elements relating to: (a) cybersecurity; (b) foreign travel security; (c) research security training; and (d) export control training, as appropriate. (2) Definition. "Covered institutions" means recipient research institutions receiving federal Research and Development (R&D) science and engineering support "in excess of $50 million per year." |
| Article 30 | **Non-Supplanting Requirement**<br>Recipients of federal awards under programs that prohibit supplanting by law must ensure that federal funds supplement but do not supplant non-federal funds that, in the absence of such federal funds, would otherwise have been made available for the same purpose. |
| Article 31 | **Notice of Funding Opportunity Requirements**<br>All the instructions, guidance, limitations, scope of work, and other conditions set forth in the Notice of Funding Opportunity (NOFO) for this federal award are incorporated by reference. All recipients must comply with any such requirements set forth in the NOFO. If a condition of the NOFO is inconsistent with these terms and conditions and any such terms of the federal award, the condition in the NOFO shall be invalid to the extent of the inconsistency. The remainder of that condition and all other conditions set forth in the NOFO shall remain in effect. |

**Article 32**    **Patents and Intellectual Property Rights**
Recipients are subject to the Bayh-Dole Act, 35 U.S.C. § 200 et seq. and applicable regulations governing inventions and patents, including the regulations issued by the Department of Commerce at 37 C.F.R. Part 401 (Rights to Inventions Made by Nonprofit Organizations and Small Business Firms under Government Awards, Contracts, and Cooperative Agreements) and the standard patent rights clause set forth at 37 C.F.R. § 401.14.

**Article 33**    **Presidential Executive Orders**
Recipients must comply with the requirements of Presidential Executive Orders related to grants (also known as federal assistance and financial assistance), the full text of which are incorporated by reference.

**Article 34**    **Procurement of Recovered Materials**
States, political subdivisions of states, and their contractors must comply with Section 6002 of the Solid Waste Disposal Act, Pub. L. No. 89-272 (1965) (codified as amended by the Resource Conservation and Recovery Act at 42 U.S.C. § 6962) and 2 C.F.R. § 200.323. The requirements of Section 6002 include procuring only items designated in guidelines of the Environmental Protection Agency (EPA) at 40 C.F.R. Part 247 that contain the highest percentage of recovered materials practicable, consistent with maintaining a satisfactory level of competition.

**Article 35**    **Rehabilitation Act of 1973**
Recipients must comply with the requirements of Section 504 of the Rehabilitation Act of 1973, Pub. L. No. 93-112 (codified as amended at 29 U.S.C. § 794), which provides that no otherwise qualified handicapped individuals in the United States will, solely by reason of the handicap, be excluded from participation in, be denied the benefits of, or be subjected to discrimination under any program or activity receiving federal financial assistance.

**Article 36**    **Reporting Recipient Integrity and Performance Matters**
If the total value of any currently active grants, cooperative agreements, and procurement contracts from all federal awarding agencies exceeds $10,000,000 for any period of time during the period of performance of the federal award, then the recipient must comply with the requirements set forth in the government-wide federal award term and condition for Recipient Integrity and Performance Matters is in 2 C.F.R. Part 200, Appendix XII, the full text of which is incorporated by reference.

**Article 37**    **Reporting Subawards and Executive Compensation**
For federal awards that total or exceed $30,000, recipients are required to comply with the requirements set forth in the government-wide federal award term and condition on Reporting Subawards and Executive Compensation set forth at 2 C.F.R. Part 170, Appendix A, the full text of which is incorporated by reference.

**Article 38**    **Required Use of American Iron, Steel, Manufactured Products, and Construction Materials**

(1) Recipients of a federal award from a financial assistance program that provides funding for infrastructure are hereby notified that none of the funds provided under this federal award may be used for a project for infrastructure unless: (a) all iron and steel used in the project are produced in the United States—this means all manufacturing processes, from the initial melting stage through the application of coatings, occurred in the United States; (b) all manufactured products used in the project are produced in the United States—this means the manufactured product was manufactured in the United States; and the cost of the components of the manufactured product that are mined, produced, or manufactured in the United States is greater than 55 percent of the total cost of all components of the manufactured product, unless another standard for determining the minimum amount of domestic content of the manufactured product has been established under applicable law or regulation; and (c) all construction materials are manufactured in the United States—this means that all manufacturing processes for the construction material occurred in the United States. (2) The Buy America preference only applies to articles, materials, and supplies that are consumed in, incorporated into, or affixed to an infrastructure project. As such, it does not apply to tools, equipment, and supplies, such as temporary scaffolding, brought to the construction site and removed at or before the completion of the infrastructure project. Nor does a Buy America preference apply to equipment and furnishings, such as movable chairs, desks, and portable computer equipment, that are used at or within the finished infrastructure project but are not an integral part of the structure or permanently affixed to the infrastructure project. (3) Waivers When necessary, recipients may apply for, and the agency may grant, a waiver from these requirements. The agency should notify the recipient for information on the process for requesting a waiver from these requirements. (a) When the Federal agency has determined that one of the following exceptions applies, the federal awarding official may waive the application of the domestic content procurement preference in any case in which the agency determines that: (i) applying the domestic content procurement preference would be inconsistent with the public interest; (ii) the types of iron, steel, manufactured products, or construction materials are not produced in the United States in sufficient and reasonably available quantities or of a satisfactory quality; or (iii) the inclusion of iron, steel, manufactured products, or construction materials produced in the United States will increase the cost of the overall project by more than 25 percent. (b) A request to waive the application of the domestic content procurement preference must be in writing. The agency will provide instructions on the format, contents, and supporting materials required for any waiver request. Waiver requests are subject to public comment periods of no less than 15 days and must be reviewed by the Made in America Office. (c) There may be instances where a federal award qualifies, in whole or in part, for an existing waiver described at "Buy America" Preference in FEMA Financial Assistance Programs for Infrastructure | FEMA.gov. (4) Definitions. The definitions applicable to this term are set forth at 2 C.F.R. § 184.3, the full text of which is incorporated by reference.

| | |
|---|---|
| **Article 39** | **SAFECOM**<br>Recipients receiving federal awards made under programs that provide emergency communication equipment and its related activities must comply with the SAFECOM Guidance for Emergency Communication Grants, including provisions on technical standards that ensure and enhance interoperable communications. The SAFECOM Guidance is updated annually and can be found at Funding and Sustainment \| CISA. |
| **Article 40** | **Subrecipient Monitoring and Management**<br>Pass-through entities must comply with the requirements for subrecipient monitoring and management as set forth in 2 C.F.R. §§ 200.331-333. |
| **Article 41** | **System for Award Management and Unique Entity Identifier Requirements**<br>Recipients are required to comply with the requirements set forth in the governmentwide federal award term and condition regarding the System for Award Management and Unique Entity Identifier Requirements in 2 C.F.R. Part 25, Appendix A, the full text of which is incorporated reference. |
| **Article 42** | **Termination of a Federal Award**<br>(1) By DHS. DHS may terminate a federal award, in whole or in part, for the following reasons: (a) If the recipient fails to comply with the terms and conditions of the federal award; (b) With the consent of the recipient, in which case the parties must agree upon the termination conditions, including the effective date, and in the case of partial termination, the portion to be terminated; or (c) Pursuant to the terms and conditions of the federal award, including, to the extent authorized by law, if the federal award no longer effectuates the program goals or agency priorities. (3) By the Recipient. The recipient may terminate the federal award, in whole or in part, by sending written notification to DHS stating the reasons for such termination, the effective date, and in the case of partial termination, the portion to be terminated. However, if DHS determines that the remaining portion of the federal award will not accomplish the purposes for which the federal award was made, DHS may terminate the federal award in its entirety. (4) Notice. Either party will provide written notice of intent to terminate for any reason to the other party no less than 30 calendar days prior to the effective date of the termination. (5) Compliance with Closeout Requirements for Terminated Awards. The recipient must continue to comply with closeout requirements in 2 C.F.R. §§ 200.344200.345 after an award is terminated. |
| **Article 43** | **Terrorist Financing**<br>Recipients must comply with Executive Order 13224 and applicable statutory prohibitions on transactions with, and the provisions of resources and support to, individuals and organizations associated with terrorism. Recipients are legally responsible for ensuring compliance with the Executive Order and laws. |

| | |
|---|---|
| **Article 44** | **Trafficking Victims Protection Act of 2000(TVPA)**<br>Recipients must comply with the requirements of the government-wide federal award term and condition which implements Trafficking Victims Protection Act of 2000, Pub. L. No. 106-386, § 106 (codified as amended at 22 U.S.C. § 7104). The federal award term and condition is in 2 C.F.R. § 175.105, the full text of which is incorporated by reference. |
| **Article 45** | **Uniting and Strengthening America by Providing Appropriate Tools Required to Intercept and Obstruct Terrorism (USA PATRIOT) Act of 2001, Pub. L. 107-56**<br>Recipients must comply with the requirements of Pub. L. 107-56, Section 817 of the USA PATRIOT Act, which amends 18 U.S.C. §§ 175–175c. |
| **Article 46** | **Use of DHS Seal, Logo and Flags**<br>Recipients must obtain written permission from DHS prior to using the DHS seals, logos, crests, or reproductions of flags, or likenesses of DHS agency officials. This includes use of DHS component (e.g., FEMA, CISA, etc.) seals, logos, crests, or reproductions of flags, or likenesses of component officials. |
| **Article 47** | **Whistleblower Protection Act**<br>Recipients must comply with the statutory requirements for whistleblower protections in 10 U.S.C § 470141 U.S.C. § 4712. |

**Article 48**    **Environmental Planning and Historic Preservation (EHP) Review**
DHS/FEMA funded activities that could have an impact on the environment are subject to the FEMA EHP review process. This review does not address all federal, state, and local requirements. Acceptance of federal funding requires the recipient to comply with all federal, state, and local laws. DHS/FEMA is required to consider the potential impacts to natural and cultural resources of all projects funded by DHS/FEMA grant funds, through its EHP review process, as mandated by: the National Environmental Policy Act; Endangered Species Act; National Historic Preservation Act of 1966, as amended; Clean Water Act; Clean Air Act; National Flood Insurance Program regulations; and any other applicable laws, regulations and executive orders. General guidance for FEMA's EHP process is available on the DHS/FEMA Website. Specific applicant guidance on how to submit information for EHP review depends on the individual grant program. Applicants should contact their grant Program Officer to be put into contact with EHP staff responsible for assisting their specific grant program. The FEMA EHP review process must be completed before funds are released to carry out the proposed project, otherwise, DHS/FEMA may not be able to fund the project due to noncompliance with EHP laws, executive orders, regulations, and policies. DHS/FEMA may also need to perform a project closeout review to ensure the applicant complied with all required EHP conditions identified in the initial review. If ground disturbing activities occur during construction, the applicant will monitor the ground disturbance, and if any potential archaeological resources are discovered, the applicant will immediately cease work in that area and notify the pass-through entity, if applicable, and DHS/FEMA. EO 11988, Floodplain Management, and EO 11990, Protection of Wetlands, require that all federal actions in or affecting the floodplain or wetlands be reviewed for opportunities to relocate, and be evaluated for social, economic, historical, environmental, legal, and safety considerations. FEMA's regulations at 44 C.F.R. Part 9 implement the EOs and require an eight-step review process if a proposed action is in a floodplain or wetland or has the potential to affect or be affected by a floodplain or wetland. The regulation also requires that the federal agency provide public notice of the proposed action at the earliest possible time to provide the opportunity for public involvement in the decision-making process (44 C.F.R. § 9.8). Where there is no opportunity to relocate the federal action, FEMA is required to undertake a detailed review to determine what measures can be taken to minimize future damages to the floodplain or wetland.

**Article 49**    **Applicability of DHS Standard Terms and Conditions to Tribal Nations**
The DHS Standard Terms and Conditions are a restatement of general requirements imposed upon recipients and flow down to sub-recipients as a matter of law, regulation, or executive order. If the requirement does not apply to Tribal Nations, or there is a federal law or regulation exempting its application to Tribal Nations, then the acceptance by Tribal Nations, or acquiescence to DHS Standard Terms and Conditions does not change or alter its inapplicability to a Tribal Nation. The execution of grant documents is not intended to change, alter, amend, or impose additional liability or responsibility upon the Tribal Nations where it does not already exist.

| **Article 50** | **Acceptance of Post Award Changes** |
| --- | --- |
| | In the event FEMA determines that an error in the award package has been made, or if an administrative change must be made to the award package, recipients will be notified of the change in writing. Once the notification has been made, any subsequent requests for funds will indicate recipient acceptance of the changes to the award. Please email FEMA Grant Management Operations at: ASK-GMD@fema.dhs.gov for any questions. |
| **Article 51** | **Disposition of Equipment Acquired Under the Federal Award** |
| | When original or replacement equipment acquired under this award is no longer needed for the original project or program or for other activities currently or previously supported by a federal awarding agency, the non-state recipient or subrecipient (including subrecipients of a State or Tribal Nation), must request instructions from FEMA to make proper disposition of the equipment pursuant to 2 C.F.R. section 200.313(e). State recipients must follow the disposition requirements in accordance with State laws and procedures. 2 C.F.R. section 200.313(b). Tribal Nations must follow the disposition requirements in accordance with Tribal laws and procedures noted in 2 C.F.R. section 200.313(b); and if such laws and procedures do not exist, then Tribal Nations must follow the disposition instructions in 2 C.F.R. section 200.313(e). |
| **Article 52** | **Prior Approval for Modification of Approved Budget** |
| | Before making any change to the FEMA approved budget for this award, a written request must be submitted and approved by FEMA as required by 2 C.F.R. section 200.308. For purposes of non-construction projects, FEMA is utilizing its discretion to impose an additional restriction under 2 C.F.R. section 200.308(i) regarding the transfer of funds among direct cost categories, programs, functions, or activities. For awards with an approved budget where the federal share is greater than the simplified acquisition threshold (currently $250,000) and where the cumulative amount of such transfers exceeds or is expected to exceed ten percent (10%) of the total budget FEMA last approved, transferring funds among direct cost categories, programs, functions, or activities is unallowable without prior written approval from FEMA. For purposes of awards that support both construction and non-construction work, 2 C.F.R. section 200.308((f)(9) requires the recipient to obtain prior written approval from FEMA before making any fund or budget transfers between the two types of work. Any deviations from a FEMA approved budget must be reported in the first Federal Financial Report (SF-425) that is submitted following any budget deviation, regardless of whether the budget deviation requires prior written approval. |
| **Article 53** | **Indirect Cost Rate** |
| | 2 C.F.R. section 200.211(b)(16) requires the terms of the award to include the indirect cost rate for the federal award. If applicable, the indirect cost rate for the award is stated in the budget documents or other materials approved by FEMA and included in the award file. |

| **Article 54** | **Build America, Buy America Act (BABAA) Required Contract Provision & Self-Certification** |
| | In addition to the DHS Standard Terms & Conditions regarding Required Use of American Iron, Steel, Manufactured Products, and Construction Materials, recipients and subrecipients of FEMA financial assistance for programs that are subject to BABAA must include a Buy America preference contract provision as noted in 2 C.F.R. section 184.4 and a self-certification as required by the FEMA Buy America Preference in FEMA Financial Assistance Programs for Infrastructure (FEMA Interim Policy #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). This requirement applies to all subawards, contracts, and purchase orders for work performed, or products supplied under the FEMA award subject to BABAA. |
| **Article 55** | **Funding Hold: Additional Information Required** |
| | FEMA has placed a funding hold on this award in the amount of $2,983,042 in FEMA's financial systems. This funding hold is based on a determination by FEMA that the required workplan has been deemed insufficient. During the time this funding hold is in effect, the recipient is prohibited from obligating, expending, or drawing down the funds identified in this Article. To release the funding hold, the recipient must submit a final workplan that must be approved by FEMA. Upon its review and approval of the workplan, FEMA will remove the funding hold. To access the funds, the recipient must contact the relevant Program Analyst or Grants Management Specialist for further instructions. If you believe this funding hold was placed in error, please contact the relevant Program Analyst or Grants Management Specialist. |

**Article 56**   **Compliance with Federal Immigration Law**

1. Prohibition a. The state or territorial recipient is prohibited from making subawards to a local government that the Department of Homeland Security or the Department of Justice has designated as a sanctuary jurisdiction. If the Department of Homeland Security or Department of Justice designates a local government as a sanctuary jurisdiction after the state or territorial recipient makes a subaward to that local government, the state or territorial recipient must suspend the subaward, the state or territorial recipient must not make any additional payments to the local government, and the local government is prohibited from making any financial obligations under the subaward on and after the date of designation until the Department of Homeland Security or Department of Justice removes that designation. b. The Department of Homeland Security designates a local government as a sanctuary jurisdiction if it fails to comply with the requirements set forth in paragraphs 2.a.i to v of this term and condition. 2. Certification a. The state or territorial recipient must require all local government subrecipients to certify under penalty of perjury pursuant to 28 U.S.C. § 1746, and using a form that is acceptable to the Department of Homeland Security, that the local government will comply with the following requirements related to coordination and cooperation with the Department of Homeland Security and immigration officials: i. They will comply with the requirements of 8 U.S.C. §§ 1373 and 1644. These statutes prohibit restrictions on information sharing by state and local government entities with the Department of Homeland Security regarding the citizenship or immigration status, lawful or unlawful, of any individual. Additionally, 8 U.S.C. § 1373 prohibits any person or agency from prohibiting, or in any way restricting, a Federal, state, or local government entity from doing any of the following with respect to information regarding the immigration status of any individual: (1) sending such information to, or requesting or receiving such information from, Federal immigration officials; (2) maintaining such information; or (3) exchanging such information with any other Federal, state, or local government entity. ii. They will comply with other relevant laws related to immigration, including prohibitions on encouraging or inducing an alien to come to, enter, or reside in the United States in violation of law, 8 U.S.C. § 1324(a)(1)(A)(iv), prohibitions on transporting or moving illegal aliens, 8 U.S.C. § 1324(a)(1)(A)(ii), prohibitions on harboring, concealing, or shielding from detection illegal aliens, 8 U.S.C. § 1324(a)(1)(A)(iii), and any applicable conspiracy, aiding or abetting, or attempt liability regarding these statutes. iii. They will honor requests for cooperation, such as participating in joint operations, sharing of information, or requests for short term detention of an alien pursuant to a valid detainer. A jurisdiction does not fail to comply with this requirement merely because it lacks the necessary resources to assist in a particular instance. iv. They will provide access to detainees, such as when an immigration officer seeks to interview a person who might be a removable alien. v. They will not leak or otherwise publicize the existence of an immigration enforcement operation. b. The state or territorial recipient must require a local government subrecipient to make the certification above before providing them with any funding under the subaward. 3. Materiality and Remedies for Noncompliance This term and condition is material to the Department of Homeland Security's decision to make this grant award and the Department of Homeland Security may take any remedy for noncompliance, including termination, if the state or territorial recipient or any local government subrecipient fails to comply with this term and condition.

**Article 57**    **Non-Applicability of Specific Terms and Agreement Articles**
Notwithstanding their inclusion in this award package, the following terms and Agreement Articles do not apply to this grant award: (1) paragraph C.IX (Communication and Cooperation with the Department of Homeland Security and Immigration Officials) of the DHS Standard Terms and Conditions and the Agreement Article titled "Communication and Cooperation with the Department of Homeland Security and Immigration Officials" in this award package; and (2) paragraph C.XVII(2)(a)(iii) (Anti-Discrimination Grant Award Certification regarding immigration) of the DHS Standard Terms and Conditions and paragraph (2)(a)(iii) of the Agreement Article titled "Anti-Discrimination" in this award package.

**Article 58**    **Impact of San Francisco v. Trump Preliminary Injunction**
Pursuant to the preliminary injunction order issued on August 22, 2025, in City and County of San Francisco, et al. v. Trump, et al., No. 3:25-cv-01350 (N.D. Cal.), the following terms and conditions do not apply to awards or subawards issued to any of the plaintiffs subject to the preliminary injunction order while the order remains in effect: (1) paragraph C.IX (Communication and Cooperation with the Department of Homeland Security and Immigration Officials) of the DHS Standard Terms and Conditions and the Agreement Article titled "Communication and Cooperation with the Department of Homeland Security and Immigration Officials" in this award package; (2) paragraph C.XVII(2)(a)(iii) (Anti-Discrimination Grant Award Certification regarding immigration) of the DHS Standard Terms and Conditions and paragraph (2)(a)(iii) of the Agreement Article titled "Anti-Discrimination" in this award package; and (3) the "Compliance with Federal Immigration Law" Agreement Article. If the preliminary injunction is stayed, vacated, or extinguished, the "Compliance with Federal Immigration Law" Agreement Article will immediately become effective.

**Article 59**    **Impact of State of Illinois v. FEMA Injunction**
Pursuant to the memorandum and order issued on September 24, 2025, in State of Illinois, et al. v. Federal Emergency Management Agency, et. al, No. 25-206 (D. R.I.), the following terms and conditions do not apply to awards or subawards issued to any of the plaintiffs subject to the injunction order while the order remains in effect: (1) paragraph C.IX (Communication and Cooperation with the Department of Homeland Security and Immigration Officials) of the DHS Standard Terms and Conditions and the Agreement Article titled "Communication and Cooperation with the Department of Homeland Security and Immigration Officials" in this award package; (2) paragraph C.XVII(2)(a)(iii) (Anti-Discrimination Grant Award Certification regarding immigration) of the DHS Standard Terms and Conditions and paragraph (2)(a)(iii) of the Agreement Article titled "Anti⍰Discrimination" in this award package; and (3) the "Compliance with Federal Immigration Law" Agreement Article. If the injunction is stayed, vacated, or extinguished, the "Compliance with Federal Immigration Law" Agreement Article will immediately become effective.

| Article 60 | **Non-Applicability of Specific Agreement Articles**<br>Notwithstanding its inclusion in this award package, the following Agreement Article does not apply to this grant award: 1. Termination of a Federal Award This provision is consistent with any terms of the Notice of Funding Opportunity that state Paragraph C.XL (Termination of a Federal Award) of the FY 2025 DHS Standard Terms and Conditions does not apply to this award. Refer to the Notice of Funding Opportunity for the terms governing award termination. |
|---|---|
| Article 61 | **Period of Performance and Budget Period**<br>Notwithstanding language in the Obligating Document or in the other terms of this award package, the Period of Performance and the Budget Period for this grant award is October 1, 2025 to September 30, 2026. The Period of Performance and Budget Period stated in the Obligating Document shall not apply. |

# Obligating document

| 1. Agreement No. EMP-2025-EP-05006 | 2. Amendment No. N/A | 3. Recipient No. 516000279 | 4. Type of Action AWARD | 5. Control No. PX00123N2025T |
|---|---|---|---|---|

| 6. Recipient Name and Address DEPARTMENT OF SAFETY & HOMELAND SECURITY 165 BRICK STORE LANDING RD SMYRNA, DE 19977 | 7. Issuing FEMA Office and Address FEMA Region III One Independence Mall, 6th Floor 615 Chestnut Street Philadelphia, Pennsylvania 19106-4404 215-931-5500 | 8. Payment Office and Address FEMA, Financial Services Branch 500 C Street, S.W., Room 723 Washington DC, 20742 |
|---|---|---|

| 9. Name of Recipient Project Officer Christine Beste | 9a. Phone No. 3026592378 | 10. Name of FEMA Project Coordinator Emergency Management Performance Grant Grant Program | 10a. Phone No. 1-877-585-3242 |
|---|---|---|---|

| 11. Effective Date of This Action 09/28/2025 | 12. Method of Payment OTHER - FEMA GO | 13. Assistance Arrangement COST SHARING | 14. Performance Period 10/01/2025 to 09/30/2026 Budget Period 10/01/2025 to 09/30/2026 |
|---|---|---|---|

**15. Description of Action a. (Indicate funding data for awards or financial changes)**

| Program Name Abbreviation | Assistance Listing No. | Accounting Data (ACCS Code) | Prior Total Award | Amount Awarded This Action + or (-) | Current Total Award | Cumulative Non-Federal Commitment |
|---|---|---|---|---|---|---|
| EMPG | 97.042 | 2025-FA-GA01 - R037-xxxx-4101-D | $0.00 | $2,983,042.00 | $2,983,042.00 | See Totals |
| | | Totals | $0.00 | $2,983,042.00 | $2,983,042.00 | $2,983,042.00 |

**b. To describe changes other than funding data or financial changes, attach schedule and check here:**
N/A

16.FOR NON-DISASTER PROGRAMS: RECIPIENT IS REQUIRED TO SIGN AND RETURN THREE (3) COPIES OF THIS DOCUMENT TO FEMA (See Block 7 for address)
This field is not applicable for digitally signed grant agreements

| 17. RECIPIENT SIGNATORY OFFICIAL (Name and Title) | DATE |
|---|---|
| 18. FEMA SIGNATORY OFFICIAL (Name and Title) Lilian Hutchinson, Deputy Regional Administrator FEMA Region 3 | DATE 09/28/2025 |

# Exhibit 2

# to Declaration of Abel J. Schall Jr.

# Award Letter

U.S. Department of Homeland Security
Washington, D.C. 20472

Effective date: 09/26/2025

FEMA

Christine Beste
DEPARTMENT OF SAFETY & HOMELAND SECURITY
165 BRICK STORE LANDING ROAD ATTN: DEMA FISCAL
SMYRNA, DE 19977

EMW-2025-SS-05074

Dear Christine Beste,

Congratulations on behalf of the Department of Homeland Security, your application submitted for the Fiscal Year (FY) 2025 Homeland Security Grant Program, has been approved in the amount of $4,362,750.00 in Federal funding. This award of federal assistance is executed as a Grant.

Before you request and receive any of the Federal funds awarded to you, you must establish acceptance of the award through the FEMA Grants Outcomes (FEMA GO) system. By accepting this award, you acknowledge that the terms of the following documents are incorporated into the terms of your award:

- Award Summary - included in this document
- Agreement Articles - included in this document
- Obligating Document - included in this document
- Fiscal Year (FY) 2025 Homeland Security Grant Program (HSGP) Notice of Funding Opportunity
- The Preparedness Grant Manual (PGM)

Please make sure you read, understand, and maintain a copy of these documents in your official file for this award.

Sincerely,

Stacey Street
Deputy Assistant Administrator
Grants Program Directorate

# Award Summary

**Program:** Fiscal Year 2025 Homeland Security Grant Program
**Recipient:** DEPARTMENT OF SAFETY & HOMELAND SECURITY
**UEI-EFT:** RE5KRLKZ2LK3
**Award number:** EMW-2025-SS-05074

## Summary description of award

The Fiscal Year (FY) 2025 Homeland Security Grant Program (HSGP) is one of three grant programs that constitute the DHS/FEMA focus on enhancing the ability of state, local, tribal, and territorial governments, as well as nonprofits, to prevent, protect against, respond to, and recover from terrorist attacks. These grant programs are part of a comprehensive set of measures authorized by Congress and implemented by DHS to help strengthen the Nation's communities against potential terrorist attacks. Among the five basic homeland security missions noted in the DHS Strategic Plan, the HSGP supports the goal to Strengthen National Preparedness and Resilience.

## Amount awarded table

The amount of the award is detailed in the attached Obligating Document for Award.

The following are the budgeted estimates for object classes for this award (including Federal share plus your cost share, if applicable):

| Object Class | Total |
|---|---|
| Personnel | $391,116.00 |
| Fringe benefits | $38,722.00 |
| Travel | $509,439.00 |
| Equipment | $1,757,375.50 |
| Supplies | $175,892.50 |
| Contractual | $1,488,750.00 |
| Construction | $0.00 |
| Other | $1,455.00 |
| Indirect charges | $0.00 |
| Federal | $4,362,750.00 |
| Non-federal | $0.00 |
| Total | $4,362,750.00 |
| Program Income | $0.00 |

## Approved scope of work

After review of your application, FEMA has approved the below scope of work. Justifications are provided for any differences between the scope of work in the original application and the approved scope of work under this award. You must submit scope or budget revision requests for FEMA's prior approval, via an amendment request, as appropriate per 2 C.F.R. § 200.308 and the FY2025 HSGP NOFO.

**Approved request details:**

## Investment

## Medical countermeasures

DESCRIPTION

Delaware's In-State Stockpile (ISS) of antibiotics, primarily Doxycycline and Ciprofloxacin, is a cornerstone of the state's Medical Countermeasure (MCM) capability. The ISS is specifically designed to protect essential workers and first responders in the event of an intentional release of a Category A biological agent, such as anthrax, by enabling the rapid distribution of prophylactic antibiotics to the state's critical workforce.

| QUANTITY | UNIT PRICE | TOTAL |
|---|---|---|
| 1 | $5,000.00 | $5,000.00 |

BUDGET CLASS

Supplies

## CBRNE Logistical Support Equipment

DESCRIPTION

The Preparedness Warehouse's long-term sustainment occurs through a multi-year lease with the outcome of: • Ongoing facility readiness and the ability to maintain 24/7 operational posture. • Maintenance and replacement of critical equipment for climate-controlled storage, inventory management, and secure handling of medical countermeasures. • Support for staff readiness, training, and rapid activation capacity to ensure operational continuity during emergencies. This project builds on previous federal and state investments (2011–2024) and is essential to preserving Delaware's ability to respond to terrorism, pandemics, and other public health threats. By serving Delaware's primary Receiving, Stage and Storage site to receive medical countermeasures from the Strategic National Stockpile to enhance the safety of first responders, U.S. Postal workers, and the residents and guests of Delaware. Public Health will continue to seek support for this facility from various federal and state partners.

| QUANTITY | UNIT PRICE | TOTAL |
|---|---|---|
| 1 | $100,000.00 | $100,000.00 |

BUDGET CLASS

Contractual

## Tools, resources, and activities that facilitate shared situational awareness between the public and private sectors

DESCRIPTION

Patient Tracking System - utilized in coordination with Delaware EMS agencies and hospitals The Patient Tracking System reduces the likelihood of errors or mistakes and improves communication between hospitals and EMS, helps organize and track patient progress, improving overall healthcare delivery.

| QUANTITY | UNIT PRICE | TOTAL |
|---|---|---|
| 1 | $20,000.00 | $20,000.00 |

BUDGET CLASS

Contractual

## Supplies

DESCRIPTION

Supplies and equipment needed to train EMS providers and Civilians in the National Stop the Bleed initiative

| QUANTITY | UNIT PRICE | TOTAL |
|---|---|---|
| 1 | $8,000.00 | $8,000.00 |

BUDGET CLASS

Supplies

## Critical emergency supplies

DESCRIPTION

DuoDote auto-injectors for Delaware EMS providers

| QUANTITY | UNIT PRICE | TOTAL |
|---|---|---|
| 1 | $32,000.00 | $32,000.00 |

BUDGET CLASS

Supplies

# Investment

## Coordination between fusion centers and other operational analytic, and investigative efforts

DESCRIPTION

WMD Coordinator

| QUANTITY | UNIT PRICE | TOTAL |
|---|---|---|
| 1 | $120,000.00 | $120,000.00 |

BUDGET CLASS

Personnel

**Law enforcement Chemical, Biological, Radiological, Nuclear, and high yield Explosives detection and response capabilities, such as bomb detection/disposal capability development, sustainment, or enhancement, including canine teams, robotics platforms, and x-ray technology**

DESCRIPTION

Essential equipment and supplies to SWAT(tactical) units - State

| QUANTITY | UNIT PRICE | TOTAL |
|---|---|---|
| 1 | $20,000.00 | $20,000.00 |

BUDGET CLASS

Equipment

**Law enforcement Chemical, Biological, Radiological, Nuclear, and high yield Explosives detection and response capabilities, such as bomb detection/disposal capability development, sustainment, or enhancement, including canine teams, robotics platforms, and x-ray technology**

DESCRIPTION

Essential equipment and supplies to SWAT(tactical) units - Local

| QUANTITY | UNIT PRICE | TOTAL |
|---|---|---|
| 1 | $80,000.00 | $80,000.00 |

BUDGET CLASS

Equipment

**Law enforcement Chemical, Biological, Radiological, Nuclear, and high yield Explosives detection and response capabilities, such as bomb detection/disposal capability development, sustainment, or enhancement, including canine teams, robotics platforms, and x-ray technology**

DESCRIPTION

EOD Equipment - State

| QUANTITY | UNIT PRICE | TOTAL |
|---|---|---|
| 1 | $20,000.00 | $20,000.00 |

BUDGET CLASS

Equipment

**Law enforcement Chemical, Biological, Radiological, Nuclear, and high yield Explosives detection and response capabilities, such as bomb detection/disposal capability development, sustainment, or enhancement, including canine teams, robotics platforms, and x-ray technology**

DESCRIPTION

EOD Equipment - Local

| QUANTITY | UNIT PRICE | TOTAL |
|---|---|---|
| 1 | $80,000.00 | $80,000.00 |

BUDGET CLASS

Equipment

**Law enforcement Chemical, Biological, Radiological, Nuclear, and high yield Explosives detection and response capabilities, such as bomb detection/disposal capability development, sustainment, or enhancement, including canine teams, robotics platforms, and x-ray technology**

DESCRIPTION

PPE Sustainment - State

| QUANTITY | UNIT PRICE | TOTAL |
|---|---|---|
| 1 | $30,000.00 | $30,000.00 |

BUDGET CLASS

Equipment

**Law enforcement Chemical, Biological, Radiological, Nuclear, and high yield Explosives detection and response capabilities, such as bomb detection/disposal capability development, sustainment, or enhancement, including canine teams, robotics platforms, and x-ray technology**

DESCRIPTION

PPE Sustainment - Local

| QUANTITY | UNIT PRICE | TOTAL |
|---|---|---|
| 1 | $120,000.50 | $120,000.50 |

BUDGET CLASS

Equipment

## Investment

## Coordination between fusion centers and other operational analytic, and investigative efforts

DESCRIPTION

Licenses and registrations for intelligence gathering and monitoring systems - procurement of technology or equipment to support surveillance, communications, and data analysis.

| QUANTITY | UNIT PRICE | TOTAL |
|---|---|---|
| 1 | $310,000.00 | $310,000.00 |

BUDGET CLASS

Contractual

## Information Technology

DESCRIPTION

DIAC Display Upgrades - procurement of technology or equipment to support surveillance, communications, and data analysis. The DIAC is the states only recognized intelligence fusion center. This project will enhance their ability to monitor local/national situations as well as display vital information being analyzed for terrorist connections/threats to DE. An upgraded display panel will allow for provide for increased capability to monitor and display vital information both on a daily basis and during critical events both locally and nationally. The DIAC is responsible for receiving, analyzing and distributing information to and between local state and federal public or private partners. this project will provide for increased capability to monitor and provide timely accurate information as it comes available. This project will be implemented immediately upon funding determinations as current display technology is dated and nearing end of service life capability. Newer monitors will allow for future technological advancement to keep up with growing intelligence gathering/sharing needs.

| QUANTITY | UNIT PRICE | TOTAL |
|---|---|---|
| 1 | $40,000.00 | $40,000.00 |

BUDGET CLASS

Equipment

## Coordination with Citizen Corps Councils for public information/education and development of volunteer programs

DESCRIPTION

DSP DIAC will be purchasing branded outreach supplies to promote the tip line 1-800-FORCE-12 at outreach events and the annual Hometown Conference. These items will include branded giveaways, educational materials and displays to promote the anti-terrorism tip line.

| QUANTITY | UNIT PRICE | TOTAL |
|---|---|---|
| 1 | $3,000.00 | $3,000.00 |

BUDGET CLASS

Supplies

# Investment

## CBRNE Logistical Support Equipment

DESCRIPTION

PSTrak is an innovative software system designed to allow the user to inventory all assets, locate them, date and price them and show end of life information. Additionally, the system will assist with the tracking and inspection of said assets to ensure operational readiness. The system will also allow the end user to use FEMA resource typing for EMAC requests.

| QUANTITY | UNIT PRICE | TOTAL |
|---|---|---|
| 1 | $20,000.00 | $20,000.00 |

BUDGET CLASS

Contractual

## Detection

DESCRIPTION

Annual maintenance and calibration is required on air monitoring instruments, radiological detection, SCBAs, Level A suits, etc. The maintenance and calibration of these items ensures longevity of the items, proper working condition and ensures funding is utilized in the proper format.

| QUANTITY | UNIT PRICE | TOTAL |
|---|---|---|
| 1 | $55,000.00 | $55,000.00 |

BUDGET CLASS

Contractual

## Decontamination

DESCRIPTION

DNREC being the only public safety FEMA Type 2/1 HZ Team in the State of Delaware and operating as a local response unit is responsible for the maintenance and replacement of outdated equipment including DECON trucks and trailers for the 3 County DECON units.

| QUANTITY | UNIT PRICE | TOTAL |
|---|---|---|
| 1 | $145,000.00 | $145,000.00 |

BUDGET CLASS

Equipment

## Coordination with Citizen Corps Councils for public information/education and development of volunteer programs

DESCRIPTION

Printed and digital marketing and outreach, special projects messaging (to include updating both PrepareDE and DEMA websites as needed), and special populations messaging

| QUANTITY | UNIT PRICE | TOTAL |
|---|---|---|
| 1 | $31,500.00 | $31,500.00 |

BUDGET CLASS

Contractual

## Coordination with Citizen Corps Councils for public information/education and development of volunteer programs

DESCRIPTION

Outreach event equipment will be used for publicizing trainings/events, room/facility rentals, emergency and terrorism preparedness/response equipment including first aid supplies, emergency response lighting, and PPE

| QUANTITY | UNIT PRICE | TOTAL |
|---|---|---|
| 1 | $31,500.00 | $31,500.00 |

BUDGET CLASS

Supplies

## Coordination and material support to Citizen Corps Councils and local firehouses for the establishment, training and maintenance of CERTs

DESCRIPTION

Contractual support to assist each county and City of Wilmington (CoW) with enhancing/further developing their CERT program.

| QUANTITY | UNIT PRICE | TOTAL |
|---|---|---|
| 1 | $50,000.00 | $50,000.00 |

BUDGET CLASS

Contractual

## Preparedness training for community preparedness initiatives and programs

DESCRIPTION

CERT Kits which include a backpack, helmet, goggles, gloves, safety vest, flashlight, duct tape, and other like supplies. First Aid kits and tourniquets. Examples include gauze, nitrile gloves, splints, bandages, and tourniquets for medical operations and Stop the Bleed instruction. Stop the Bleed kits, START triage supplies, cribbing material and props for Light Search and Rescue, and refillable fire extinguisher props.

| QUANTITY | UNIT PRICE | TOTAL |
|---|---|---|
| 1 | $25,000.00 | $25,000.00 |

BUDGET CLASS

Supplies

## Preparedness training for community preparedness initiatives and programs

DESCRIPTION

Instructors and AFMN accommodations for each class, as well as database for tracking volunteers

| QUANTITY | UNIT PRICE | TOTAL |
|---|---|---|
| 1 | $25,000.00 | $25,000.00 |

BUDGET CLASS

Contractual

## Other Authorized Equipment

DESCRIPTION

DSHA's centralized housing resource - a key housing tool in disaster recovery by connecting displace residents to temporary and long-term housing solutions

| QUANTITY | UNIT PRICE | TOTAL |
|---|---|---|
| 1 | $8,000.00 | $8,000.00 |

BUDGET CLASS

Contractual

## Hiring or maintaining staff positions/contractors/consultants at SLTT levels to deliver community preparedness training, resources and material to schools, community-based organizations, faith-based institutions and local businesses

DESCRIPTION

Salary and fringes for contractor/consultant position focused on delivering community preparedness training, resources, and materials critical to prepare the public for local risks with targeted outreach - Engaging voluntary organizations to help augment resources for public safety, preparedness and response capabilities - Integrating the whole community and integrates nontraditional resources to ensure disaster preparedness

| QUANTITY | UNIT PRICE | TOTAL |
|---|---|---|
| 1 | $11,350.00 | $11,350.00 |

BUDGET CLASS

Contractual

## Materials required to conduct planning, engagement, and volunteer management activities

DESCRIPTION

Outreach material to provide to the public

| QUANTITY | UNIT PRICE | TOTAL |
|---|---|---|
| 1 | $2,581.00 | $2,581.00 |

BUDGET CLASS

Supplies

## Travel/per diem related to planning, engagement, and volunteer management activities

DESCRIPTION

Travel related to planning, engagement, and volunteer outreach events, trainings, and activities

| QUANTITY | UNIT PRICE | TOTAL |
|---|---|---|
| 1 | $614.00 | $614.00 |

BUDGET CLASS

Travel

## Hiring or maintaining staff positions/contractors/consultants at SLTT levels to deliver community preparedness training, resources and material to schools, community-based organizations, faith-based institutions and local businesses

DESCRIPTION

Indirect costs

| QUANTITY | UNIT PRICE | TOTAL |
|---|---|---|
| 1 | $1,455.00 | $1,455.00 |

BUDGET CLASS

Other

## Tools, resources, and activities that facilitate shared situational awareness between the public and private sectors

DESCRIPTION

Software as a Service. Software Subscription includes: -IAP Software -EOC Forms Module -IAP Mobile App -Initial Response App -Basic Common Operating Picture (COP) -1 day of Software Support Service Days

| QUANTITY | UNIT PRICE | TOTAL |
| --- | --- | --- |
| 1 | $5,900.00 | $5,900.00 |

BUDGET CLASS

Contractual

## Development of whole community partnerships

DESCRIPTION

Governmental Administrative (GA) Contractor through the Delaware League of Local Governments

| QUANTITY | UNIT PRICE | TOTAL |
| --- | --- | --- |
| 1 | $48,000.00 | $48,000.00 |

BUDGET CLASS

Contractual

## Hiring of full- or part-time staff or contract/consultants to assist with planning, engagement, and volunteer management activities

DESCRIPTION

Delaware Animal Response Coordinator Salary

| QUANTITY | UNIT PRICE | TOTAL |
|---|---|---|
| 1 | $75,000.00 | $75,000.00 |

BUDGET CLASS

Contractual

## Other Authorized Equipment

DESCRIPTION

Equipment and supplies that support eligible state and local governments deliver the capabilities necessary to prevent, prepare for, protect against, and respond to acts of terrorism

| QUANTITY | UNIT PRICE | TOTAL |
|---|---|---|
| 1 | $166,100.00 | $166,100.00 |

BUDGET CLASS

Equipment

## Other Authorized Equipment

DESCRIPTION

Equipment such as low pressure airbag kit(s) and accessories essential to remain in compliance with applicable standards

| QUANTITY | UNIT PRICE | TOTAL |
|---|---|---|
| 1 | $69,769.00 | $69,769.00 |

BUDGET CLASS

Equipment

## Other Authorized Equipment

DESCRIPTION

Current collapse equipment and supplies that meet required compliance standards. Examples of equipment and supplies procured through this project include: SCBA cylinders, rescue saws, air compressors for tools, equipment storage boxes, etc.

| QUANTITY | UNIT PRICE | TOTAL |
|---|---|---|
| 1 | $6,570.00 | $6,570.00 |

BUDGET CLASS

Equipment

## Other Authorized Equipment

DESCRIPTION

Critical equipment and supplies for Surface Water Rescue Team that meet required compliance standards. Examples of equipment and supplies procured through this project include: rescue rafts, dry suits, rope/rope hardware, water rescue PFDs, etc.

| QUANTITY | UNIT PRICE | TOTAL |
|---|---|---|
| 1 | $54,000.00 | $54,000.00 |

BUDGET CLASS

Equipment

## Other Authorized Equipment

DESCRIPTION

Small rescue rafts that will expand the capability of rescue personnel to access victims in areas that may be inaccessible to motorized watercraft

| QUANTITY | UNIT PRICE | TOTAL |
|---|---|---|
| 1 | $6,461.00 | $6,461.00 |

BUDGET CLASS

Equipment

## Other Authorized Equipment

DESCRIPTION

Equipment and PPE that align to compliance standards. Examples of equipment and supplies procured through this project include: rope hardware, specialized helmets and technical rescue PPE garments, rescue boots, gear bags, etc.

| QUANTITY | UNIT PRICE | TOTAL |
|---|---|---|
| 1 | $43,200.00 | $43,200.00 |

BUDGET CLASS

Equipment

## Other Authorized Equipment

DESCRIPTION

Technical rescue personal protective garments that adhere to applicable codes and standards

| QUANTITY | UNIT PRICE | TOTAL |
|---|---|---|
| 1 | $20,000.00 | $20,000.00 |

BUDGET CLASS

Supplies

## Investment

## Training workshops and conferences

DESCRIPTION

Training courses and educational conferences in support of State stakeholders

| QUANTITY | UNIT PRICE | TOTAL |
|---|---|---|
| 1 | $35,000.00 | $35,000.00 |

BUDGET CLASS

Travel

## Training workshops and conferences

DESCRIPTION

Training courses and educational conferences in support of Local stakeholders

| QUANTITY | UNIT PRICE | TOTAL |
|---|---|---|
| 1 | $40,000.00 | $40,000.00 |

BUDGET CLASS

Travel

## Other Authorized Equipment

DESCRIPTION

Room rentals, catering, instructor costs, etc. necessary to conduct and facilitate training initiatives statewide.

| QUANTITY | UNIT PRICE | TOTAL |
|---|---|---|
| 1 | $7,512.00 | $7,512.00 |

BUDGET CLASS

Supplies

## Design, Develop, Conduct, and Evaluate an Exercise

DESCRIPTION

Exercise contracts in support of State stakeholders

| QUANTITY | UNIT PRICE | TOTAL |
| --- | --- | --- |
| 1 | $111,000.00 | $111,000.00 |

BUDGET CLASS

Contractual

## Design, Develop, Conduct, and Evaluate an Exercise

DESCRIPTION

Exercise contracts in support of Local stakeholders

| QUANTITY | UNIT PRICE | TOTAL |
| --- | --- | --- |
| 1 | $111,000.00 | $111,000.00 |

BUDGET CLASS

Contractual

## Design, Develop, Conduct, and Evaluate an Exercise

DESCRIPTION

Room rental, catering, instructor, costs, etc. necessary to conduct and facilitate statewide exercises

| QUANTITY | UNIT PRICE | TOTAL |
| --- | --- | --- |
| 1 | $10,000.00 | $10,000.00 |

BUDGET CLASS

Supplies

## Training workshops and conferences

DESCRIPTION

Training for State Law Enforcement Agencies

| QUANTITY | UNIT PRICE | TOTAL |
|---|---|---|
| 1 | $54,765.00 | $54,765.00 |

BUDGET CLASS

Travel

## Training workshops and conferences

DESCRIPTION

Training for Local Law Enforcement Agencies

| QUANTITY | UNIT PRICE | TOTAL |
|---|---|---|
| 1 | $219,060.00 | $219,060.00 |

BUDGET CLASS

Travel

## Design, Develop, Conduct, and Evaluate an Exercise

DESCRIPTION

Exercise planning and facilitation - State

| QUANTITY | UNIT PRICE | TOTAL |
|---|---|---|
| 1 | $20,000.00 | $20,000.00 |

BUDGET CLASS

Contractual

## Design, Develop, Conduct, and Evaluate an Exercise

DESCRIPTION

Exercise planning and facilitation - Local

| QUANTITY | UNIT PRICE | TOTAL |
|---|---|---|
| 1 | $80,000.00 | $80,000.00 |

BUDGET CLASS

Contractual

## Training workshops and conferences

DESCRIPTION

Costs associated with conducting, facilitating, and attending in-state and out of state specialized special operations/technical rescue trainings

| QUANTITY | UNIT PRICE | TOTAL |
|---|---|---|
| 1 | $160,000.00 | $160,000.00 |

BUDGET CLASS

Travel

## Design, Develop, Conduct, and Evaluate an Exercise

DESCRIPTION

Resources purchased to carry out exercises - venue rental, printing services, etc. - State

| QUANTITY | UNIT PRICE | TOTAL |
|---|---|---|
| 1 | $7,000.00 | $7,000.00 |

BUDGET CLASS

Supplies

## Design, Develop, Conduct, and Evaluate an Exercise

DESCRIPTION

Resources purchased to carry out exercises - venue rental, printing services, etc. - Local

| QUANTITY | UNIT PRICE | TOTAL |
|---|---|---|
| 1 | $1,000.00 | $1,000.00 |

BUDGET CLASS

Supplies

# Investment

## Cybersecurity Enhancement Equipment

DESCRIPTION

Identification subscription licenses for citizens in the State's Identity Access Management System - State

| QUANTITY | UNIT PRICE | TOTAL |
|---|---|---|
| 1 | $104,000.00 | $104,000.00 |

BUDGET CLASS

Contractual

## Cybersecurity Enhancement Equipment

DESCRIPTION

Identification subscription licenses for citizens in the State's Identity Access Management System - Local

| QUANTITY | UNIT PRICE | TOTAL |
| --- | --- | --- |
| 1 | $26,000.00 | $26,000.00 |

BUDGET CLASS

Contractual

# Investment

## Other Authorized Equipment

DESCRIPTION

Whole Blood and consumable supplies - New Castle County

| QUANTITY | UNIT PRICE | TOTAL |
| --- | --- | --- |
| 1 | $25,000.00 | $25,000.00 |

BUDGET CLASS

Equipment

## Other Authorized Equipment

DESCRIPTION

Whole Blood and consumable supplies - Kent County

| QUANTITY | UNIT PRICE | TOTAL |
| --- | --- | --- |
| 1 | $15,000.00 | $15,000.00 |

BUDGET CLASS

Equipment

## Other Authorized Equipment

DESCRIPTION

Whole Blood and consumable supplies - Sussex County

| QUANTITY | UNIT PRICE | TOTAL |
|---|---|---|
| 1 | $25,000.00 | $25,000.00 |

BUDGET CLASS

Equipment

## Physical Security Enhancement Equipment

DESCRIPTION

Access Control System

| QUANTITY | UNIT PRICE | TOTAL |
|---|---|---|
| 1 | $17,000.00 | $17,000.00 |

BUDGET CLASS

Contractual

## Physical Security Enhancement Equipment

DESCRIPTION

Purchase and Installation of Security Cameras

| QUANTITY | UNIT PRICE | TOTAL |
|---|---|---|
| 1 | $25,000.00 | $25,000.00 |

BUDGET CLASS

Equipment

## Physical Security Enhancement Equipment

DESCRIPTION

Purchase and installation of security cameras that are integrated and interoperable with existing security infrastructure within the local community

| QUANTITY | UNIT PRICE | TOTAL |
|---|---|---|
| 1 | $60,000.00 | $60,000.00 |

BUDGET CLASS

Equipment

## Physical Security Enhancement Equipment

DESCRIPTION

Procurement and installation of physical security bollards

| QUANTITY | UNIT PRICE | TOTAL |
|---|---|---|
| 1 | $75,000.00 | $75,000.00 |

BUDGET CLASS

Equipment

## Physical Security Enhancement Equipment

DESCRIPTION

Facilities Security Upgrades

| QUANTITY | UNIT PRICE | TOTAL |
|---|---|---|
| 1 | $40,000.00 | $40,000.00 |

BUDGET CLASS

Equipment

## Other Authorized Equipment

DESCRIPTION

Equipment and supplies necessary to initiate the statewide DFR program will be consistent with the terms of the award, including the FY25 NOFO and PGM, and comply with all applicable laws and regulations and adhere to statutory requirements on the use of federal funds for such unmanned aircraft systems, equipment, or services.

| QUANTITY | UNIT PRICE | TOTAL |
| --- | --- | --- |
| 1 | $155,000.00 | $155,000.00 |

BUDGET CLASS

Equipment

## Developing or conducting assessments

DESCRIPTION

Vulnerability Assessment Specialist Planner

| QUANTITY | UNIT PRICE | TOTAL |
| --- | --- | --- |
| 1 | $115,000.00 | $115,000.00 |

BUDGET CLASS

Personnel

## Other Authorized Equipment

DESCRIPTION

Hardware and software related to sUAS/drone capabilities

| QUANTITY | UNIT PRICE | TOTAL |
| --- | --- | --- |
| 1 | $20,000.00 | $20,000.00 |

BUDGET CLASS

Equipment

## Investment

### Other Authorized Equipment

DESCRIPTION

Border security equipment

| QUANTITY | UNIT PRICE | TOTAL |
|---|---|---|
| 1 | $436,275.00 | $436,275.00 |

BUDGET CLASS

Equipment

## Investment

### Information Technology

DESCRIPTION

Online training licenses to training content for State employees. The purchase of a cybersecurity training platform supports the Election Security NPA by providing a centralized, scalable solution for training state and local employees, which includes election workers. Requiring these staff members to complete periodic training on this platform will enhance their cybersecurity awareness and knowledge - equipping them to recognize and respond to cyber threats in an effective manner. This investment will strengthen the overall security posture of election operations and contribute to long-term risk reduction and community resilience.

| QUANTITY | UNIT PRICE | TOTAL |
|---|---|---|
| 1 | $90,000.00 | $90,000.00 |

BUDGET CLASS

Contractual

## Information Technology

DESCRIPTION

Online training licenses to training content for Local Municipality employees. The purchase of a cybersecurity training platform supports the Election Security NPA by providing a centralized, scalable solution for training state and local employees, which includes election workers. Requiring these staff members to complete periodic training on this platform will enhance their cybersecurity awareness and knowledge - equipping them to recognize and respond to cyber threats in an effective manner. This investment will strengthen the overall security posture of election operations and contribute to long-term risk reduction and community resilience.

| QUANTITY | UNIT PRICE | TOTAL |
|---|---|---|
| 1 | $40,000.00 | $40,000.00 |

BUDGET CLASS

Contractual

## Cybersecurity Enhancement Equipment

DESCRIPTION

Endpoint Protection Security Solutions - Cyber protection software

| QUANTITY | UNIT PRICE | TOTAL |
|---|---|---|
| 1 | $130,000.00 | $130,000.00 |

BUDGET CLASS

Contractual

# Management and/or Administration costs

## Hiring of full- or part-time staff or contractors/consultants to assist with the management of the respective grant program, application requirements, and compliance with reporting and data collection requirements

DESCRIPTION

Hiring of full-time and contractor to assist with the management of HSGP

|        | QUANTITY | UNIT PRICE   | TOTAL        | BUDGET CLASS |
|--------|----------|--------------|--------------|--------------|
| Cost 1 | 1        | $156,116.00  | $156,116.00  | Personnel    |

## Fringe benefits

DESCRIPTION

Benefits and costs associated with full-time and contractual staff responsible for managing HSGP - SHSP

|        | QUANTITY | UNIT PRICE  | TOTAL       | BUDGET CLASS    |
|--------|----------|-------------|-------------|-----------------|
| Cost 1 | 1        | $38,722.00  | $38,722.00  | Fringe benefits |

## Recurring expenses such as those associated with cell phones and faxes during the period of performance of the grant program

DESCRIPTION

Authorized reoccurring expenses

|        | QUANTITY | UNIT PRICE  | TOTAL       | BUDGET CLASS |
|--------|----------|-------------|-------------|--------------|
| Cost 1 | 1        | $23,299.50  | $23,299.50  | Supplies     |

Of the total Federal funds, $4362750.00 has been placed on hold. See the following terms in the Agreement Articles for more details:

| Article number | Title                                         | Payment hold  |
|----------------|-----------------------------------------------|---------------|
| Article 56     | Funding Hold: Additional Information Required  | $4362750.00   |

# Agreement Articles

**Program:** Fiscal Year 2025 Homeland Security Grant Program
**Recipient:** DEPARTMENT OF SAFETY & HOMELAND SECURITY
**UEI-EFT:** RE5KRLKZ2LK3
**Award number:** EMW-2025-SS-05074

# Table of contents

| Article 1 | Assurance, Administrative Requirements, Cost Principles, Representations, and Certifications |
|---|---|
| Article 2 | General Acknowledgements and Assurances |
| Article 3 | Acknowledgement of Federal Funding from DHS |
| Article 4 | Activities Conducted Abroad |
| Article 5 | Age Discrimination Act of 1975 |
| Article 6 | Americans with Disabilities Act of 1990 |
| Article 7 | Best Practices for Collection and Use of Personally Identifiable Information |
| Article 8 | CHIPS and Science Act of 2022, Public Law 117-167 CHIPS |
| Article 9 | Civil Rights Act of 1964 – Title VI |
| Article 10 | Civil Rights Act of 1968 |
| Article 11 | Communication and Cooperation with the Department of Homeland Security and Immigration Officials |
| Article 12 | Copyright |
| Article 13 | Debarment and Suspension |
| Article 14 | Drug-Free Workplace Regulations |
| Article 15 | Duplicative Costs |
| Article 16 | Education Amendments of 1972 (Equal Opportunity in Education Act) – Title IX |
| Article 17 | Energy Policy and Conservation Act |
| Article 18 | Equal Treatment of Faith-Based Organizations |
| Article 19 | Anti-Discrimination |
| Article 20 | False Claims Act and Program Fraud Civil Remedies |
| Article 21 | Federal Debt Status |
| Article 22 | Federal Leadership on Reducing Text Messaging while Driving |
| Article 23 | Fly America Act of 1974 |
| Article 24 | Hotel and Motel Fire Safety Act of 1990 |
| Article 25 | John S. McCain National Defense Authorization Act of Fiscal Year 2019 |
| Article 26 | Limited English Proficiency (Civil Rights Act of 1964, Title VI) |

Article 27  Lobbying Prohibitions

Article 28  National Environmental Policy Act

Article 29  National Security Presidential Memorandum-33 (NSPM-33) and provisions of the CHIPS and Science Act of 2022, Pub. L. 117-167, Section 10254

Article 30  Non-Supplanting Requirement

Article 31  Notice of Funding Opportunity Requirements

Article 32  Patents and Intellectual Property Rights

Article 33  Presidential Executive Orders

Article 34  Procurement of Recovered Materials

Article 35  Rehabilitation Act of 1973

Article 36  Reporting Recipient Integrity and Performance Matters

Article 37  Reporting Subawards and Executive Compensation

Article 38  Required Use of American Iron, Steel, Manufactured Products, and Construction Materials

Article 39  SAFECOM

Article 40  Subrecipient Monitoring and Management

Article 41  System for Award Management and Unique Entity Identifier Requirements

Article 42  Termination of a Federal Award

Article 43  Terrorist Financing

Article 44  Trafficking Victims Protection Act of 2000(TVPA)

Article 45  Uniting and Strengthening America by Providing Appropriate Tools Required to Intercept and Obstruct Terrorism (USA PATRIOT) Act of 2001, Pub. L. 107-56

Article 46  Use of DHS Seal, Logo and Flags

Article 47  Whistleblower Protection Act

Article 48  Environmental Planning and Historic Preservation (EHP) Review

Article 49  Applicability of DHS Standard Terms and Conditions to Tribal Nations

Article 50  Acceptance of Post Award Changes

Article 51  Disposition of Equipment Acquired Under the Federal Award

Article 52  Prior Approval for Modification of Approved Budget

**Article 53**    **Indirect Cost Rate**

**Article 54**    **Build America, Buy America Act (BABAA) Required Contract Provision & Self-Certification**

**Article 55**    **HSGP Performance Goal**

**Article 56**    **Funding Hold: Additional Information Required**

**Article 57**    **Non-Applicability of Specific Agreement Articles**

**Article 58**    **Period of Performance and Budget Period**

**Article 59**    **State Homeland Security Program: Compliance with Federal Immigration Law**

**Article 60**    **State Homeland Security Program: Non-Applicability of Specific Terms and Agreement Articles**

**Article 61**    **State Homeland Security Program: Impact of San Francisco v. Trump Preliminary Injunction**

**Article 62**    **State Homeland Security Program: Impact of State of Illinois v. FEMA Injunction**

**Article 63**    **Summary Description of Award and Subprograms**

| **Article 1** | **Assurance, Administrative Requirements, Cost Principles, Representations, and Certifications** |
| | I. Recipients must complete either the Office of Management and Budget (OMB) Standard Form 424B Assurances – Non- Construction Programs, or OMB Standard Form 424D Assurances – Construction Programs, as applicable. Certain assurances in these documents may not be applicable to your program and the DHS financial assistance office (DHS FAO) may require applicants to certify additional assurances. Applicants are required to fill out the assurances, as instructed. |
| **Article 2** | **General Acknowledgements and Assurances** |
| | Recipients are required to follow the applicable provisions of the Uniform Administrative Requirements, Cost Principles, and Audit Requirements for Federal Awards in effect as of the federal award date and located in Title 2, Code of Federal Regulations, Part 200 and adopted by DHS at 2 C.F.R. § 3002.10. All recipients and subrecipients must acknowledge and agree to provide DHS access to records, accounts, documents, information, facilities, and staff pursuant to 2 C.F.R. § 200.337. I. Recipients must cooperate with any DHS compliance reviews or compliance investigations. II. Recipients must give DHS access to examine and copy records, accounts, and other documents and sources of information related to the federal award and permit access to facilities and personnel. III. Recipients must submit timely, complete, and accurate reports to the appropriate DHS officials and maintain appropriate backup documentation to support the reports. IV. Recipients must comply with all other special reporting, data collection, and evaluation requirements required by law, federal regulation, Notice of Funding Opportunity, federal award specific terms and conditions, and/or DHS Component program guidance. Organization costs related to data and evaluation are allowable. The definition of data and evaluation costs is in 2 C.F.R. § 200.455(c), the full text of which is incorporated by reference. V. Recipients must complete DHS Form 3095 within 60 days of receipt of the Notice of Award for the first award under which this term applies. For further instructions and to access the form, please visit: https://www.dhs.gov/civil-rightsresources-recipients-dhs-financial-assistance. |
| **Article 3** | **Acknowledgement of Federal Funding from DHS** |
| | Recipients must acknowledge their use of federal award funding when issuing statements, press releases, requests for proposal, bid invitations, and other documents describing projects or programs funded in whole or in part with federal award funds. |
| **Article 4** | **Activities Conducted Abroad** |
| | Recipients must coordinate with appropriate government authorities when performing project activities outside the United States obtain all appropriate licenses, permits, or approvals. |
| **Article 5** | **Age Discrimination Act of 1975** |
| | Recipients must comply with the requirements of the Age Discrimination Act of 1975, Pub. L. No. 94-135 (codified as amended at Title 42, U.S. Code § 6101 et seq.), which prohibits discrimination on the basis of age in any program or activity receiving federal financial assistance. |

| Article 6 | **Americans with Disabilities Act of 1990**<br>Recipients must comply with the requirements of Titles I, II, and III of the Americans with Disabilities Act, Pub. L. No. 101-336 (1990) (codified as amended at 42 U.S.C. §§ 12101– 12213), which prohibits recipients from discriminating on the basis of disability in the operation of public entities, public and private transportation systems, places of public accommodation, and certain testing entities. |
|---|---|
| Article 7 | **Best Practices for Collection and Use of Personally Identifiable Information**<br>(1) Recipients who collect personally identifiable information (PII) as part of carrying out the scope of work under a federal award are required to have a publicly available privacy policy that describes standards on the usage and maintenance of the PII they collect. (2) Definition. DHS defines "PII" as any information that permits the identity of an individual to be directly or indirectly inferred, including any information that is linked or linkable to that individual. Recipients may also find the DHS Privacy Impact Assessments: Privacy Guidance and Privacy Template as useful resources respectively. |

**Article 8**    **CHIPS and Science Act of 2022, Public Law 117-167 CHIPS**
(1) Recipients of DHS research and development (R&D) awards must report to the DHS Component research program office any finding or determination of sex based and sexual harassment and/or an administrative or disciplinary action taken against principal investigators or co-investigators to be completed by an authorized organizational representative (AOR) at the recipient institution. (2) Notification. An AOR must disclose the following information to agencies within 10 days of the date/the finding is made, or 10 days from when a recipient imposes an administrative action on the reported individual, whichever is sooner. Reports should include: (a) Award number, (b) Name of PI or Co-PI being reported, (c) Awardee name, (d) Awardee address, (e) AOR name, title, phone, and email address, (f) Indication of the report type: (i) Finding or determination has been made that the reported individual violated awardee policies or codes of conduct, statutes, or regulations related to sexual harassment, sexual assault, or other forms of harassment, including the date that the finding was made. (ii) Imposition of an administrative or disciplinary action by the recipient on the reporting individual related to a finding/determination or an investigation of an alleged violation of recipient policy or codes of conduct, statutes, or regulations, or other forms of harassment. (iii) The date and nature of the administrative/disciplinary action, including a basic explanation or description of the event, which should not disclose personally identifiable information regarding any complaints or individuals involved. Any description provided must be consistent with the Family Educational Rights in Privacy Act. (3) Definitions. (a) An "authorized organizational representative (AOR)" is an administrative official who, on behalf of the proposing institution, is empowered to make certifications and representations and can commit the institution to the conduct of a project that an agency is being asked to support as well as adhere to various agency policies and award requirements. (b) "Principal investigators and co-principal investigators" are award personnel supported by a grant, cooperative agreement, or contract under Federal law. (c) A "reported individual" refers to recipient personnel who have been reported to a federal agency for potential sexual harassment violations. (d) "Sex based harassment" means a form of sex discrimination and includes harassment based on sex, sex stereotypes, sex characteristics, pregnancy or related conditions, sexual orientation, and gender identity. (e) "Sexual harassment" means unwelcome sexual advances, requests for sexual favors, and other verbal or physical conduct of a sexual nature when this conduct explicitly or implicitly affects an individual's employment, unreasonably interferes with an individual's work performance, or creates an intimidating, hostile, or offensive work environment, whether such activity is carried out by a supervisor or by a co-worker, volunteer, or contractor.

**Article 9**    **Civil Rights Act of 1964 – Title VI**
Recipients must comply with the requirements of Title VI of the Civil Rights Act of 1964, Pub. L. No. 88-352 (codified as amended at 42 U.S.C. § 2000d et seq.), which provides that no person in the United States will, on the grounds of race, color, or national origin, be excluded from participation in, be denied the benefits of, or be subjected to discrimination under any program or activity receiving federal financial assistance. DHS implementing regulations for the Act are found at 6 C.F.R. Part 21. Recipients of a federal award from the Federal Emergency Management Agency (FEMA) must also comply with FEMA's implementing regulations at 44 C.F.R. Part 7.

**Article 10**    **Civil Rights Act of 1968**
Recipients must comply with Title VIII of the Civil Rights Act of 1968, Pub. L. No. 90284 (codified as amended at 42 U.S.C. § 3601 et seq.) which prohibits recipients from discriminating in the sale, rental, financing, and advertising of dwellings, or in the provision of services in connection. therewith, on the basis of race, color, national origin, religion, disability, familial status, and sex, as implemented by the U.S. Department of Housing and Urban Development at 24 C.F.R. Part 100. The prohibition on disability discrimination includes the requirement that new multifamily housing with four or more dwelling units— i.e., the public and common use areas and individual apartment units (all units in buildings with elevators and ground-floor units in buildings without elevators)—be designed and constructed with certain accessible features. (See 24 C.F.R. Part 100, Subpart D.)

**Article 11**    **Communication and Cooperation with the Department of Homeland Security and Immigration Officials**
(1) All recipients and other recipients of funds under this award must agree that they will comply with the following requirements related to coordination and cooperation with the Department of Homeland Security and immigration officials: (a) They must comply with the requirements of 8 U.S.C. §§ 1373 and 1644. These statutes prohibit restrictions on information sharing by state and local government entities with DHS regarding the citizenship or immigration status, lawful or unlawful, of any individual. Additionally, 8 U.S.C. § 1373 prohibits any person or agency from prohibiting, or in any way restricting, a Federal, State, or local government entity from doing any of the following with respect to information regarding the immigration status of any individual: 1) sending such information to, or requesting or receiving such information from, Federal immigration officials; 2) maintaining such information; or 3) exchanging such information with any other Federal, State, or local government entity; (b) They must comply with other relevant laws related to immigration, including prohibitions on encouraging or inducing an alien to come to, enter, or reside in the United States in violation of law, 8 U.S.C. § 1324(a)(1)(A)(iv), prohibitions on transporting or moving illegal aliens, 8 U.S.C. § 1324(a)(1)(A)(ii), prohibitions on harboring, concealing, or shielding from detection illegal aliens, 8 U.S.C. § 1324(a)(1)(A)(iii), and any applicable conspiracy, aiding or abetting, or attempt liability regarding these statutes; (c) That they will honor requests for cooperation, such as participation in joint operations, sharing of information, or requests for short term detention of an alien pursuant to a valid detainer. A jurisdiction does not fail to comply with this requirement merely because it lacks the necessary resources to assist in a particular instance; (d) That they will provide access to detainees, such as when an immigration officer seeks to interview a person who might be a removable alien; and (e) That they will not leak or otherwise publicize the existence of an immigration enforcement operation. (2) The recipient must certify under penalty of perjury pursuant to 28 U.S.C. § 1746 and using a form that is acceptable to DHS, that it will comply with the requirements of this term. Additionally, the recipient agrees that it will require any subrecipients or contractors to certify in the same manner that they will comply with this term prior to providing them with any funding under this award. (3) The recipient agrees that compliance with this term is material to the Government's decision to make or continue with this award and that the Department of homeland Security may terminate this grant, or take any other allowable enforcement action, if the recipient fails to comply with this term.

**Article 12**   **Copyright**
Recipients must affix the applicable copyright notices of 17 U.S.C. §§ 401 or 402 to any work first produced under federal awards and also include an acknowledgement that the work was produced under a federal award (including the federal award number and federal awarding agency). As detailed in 2 C.F.R. § 200.315, a federal awarding agency reserves a royalty-free, nonexclusive, and irrevocable right to reproduce, publish, or otherwise use the work for federal purposes and to authorize others to do so.

**Article 13**   **Debarment and Suspension**
Recipients must comply with the non-procurement debarment and suspension regulations implementing Executive Orders 12549 and 12689 set forth at 2 C.F.R. Part 180 as implemented by DHS at 2 C.F.R. Part 3000. These regulations prohibit recipients from entering into covered transactions (such as subawards and contracts) with certain parties that are debarred, suspended, or otherwise excluded from or ineligible for participation in federal assistance programs or activities.

**Article 14**   **Drug-Free Workplace Regulations**
Recipients must comply with drug-free workplace requirements in Subpart B (or Subpart C, if the recipient is an individual) of 2 C.F.R. Part 3001, which adopts the Government- wide implementation (2 C.F.R. Part 182) of the Drug-Free Workplace Act of 1988 (41 U.S.C. §§ 8101-8106).

**Article 15**   **Duplicative Costs**
Recipients are prohibited from charging any cost to this federal award that will be included as a cost or used to meet cost sharing requirements of any other federal award in either the current or a prior budget period. See 2 C.F.R. § 200.403(f). However, recipients may shift costs that are allowable under two or more federal awards where otherwise permitted by federal statutes, regulations, or the federal award terms and conditions.

**Article 16**   **Education Amendments of 1972 (Equal Opportunity in Education Act) – Title IX**
Recipients must comply with the requirements of Title IX of the Education Amendments of 1972, Pub. L. No. 92-318 (codified as amended at 20 U.S.C. § 1681 et seq.), which provide that no person in the United States will, on the basis of sex, be excluded from participation in, be denied the benefits of, or be subjected to discrimination under any educational program or activity receiving federal financial assistance. DHS implementing regulations are codified at 6 C.F.R. Part 17. Recipients of a federal award from the Federal Emergency Management Agency (FEMA) must also comply with FEMA's implementing regulations at 44 C.F.R. Part 19.

**Article 17**   **Energy Policy and Conservation Act**
Recipients must comply with the requirements of the Energy Policy and Conservation Act, Pub. L. No. 94-163 (1975) (codified as amended at 42 U.S.C. § 6201 et seq.), which contain policies relating to energy efficiency that are defined in the state energy conservation plan issued in compliance with this Act.

| Article 18 | **Equal Treatment of Faith-Based Organizations** |
|---|---|
| | It is DHS policy to ensure the equal treatment of faith-based organizations in social service programs administered or supported by DHS or its component agencies, enabling those organizations to participate in providing important social services to beneficiaries. Recipients must comply with the equal treatment policies and requirements contained in 6 C.F.R. Part 19 and other applicable statutes, regulations, and guidance governing the participations of faith-based organizations in individual DHS programs. |
| **Article 19** | **Anti-Discrimination** |
| | Recipients must comply with all applicable Federal anti-discrimination laws material to the government's payment decisions for purposes of 31 U.S.C. § 372(b)(4). (1) Definitions. As used in this clause – (a) DEI means "diversity, equity, and inclusion." (b) DEIA means "diversity, equity, inclusion, and accessibility." (c) Discriminatory equity ideology has the meaning set forth in Section 2(b) of Executive Order 14190 of January 29, 2025. (d) Federal anti-discrimination laws mean Federal civil rights law that protect individual Americans from discrimination on the basis of race, color, sex, religion, and national origin. (e) Illegal immigrant means any alien, as defined in 8 U.S.C. § 1101(a)(3), who has no lawful immigration status in the United States.(2) Grant award certification. (a) By accepting the grant award, recipients are certifying that: (i) They do not, and will not during the term of this financial assistance award, operate any programs that advance or promote DEI, DEIA, or discriminatory equity ideology in violation of Federal anti-discrimination laws; and (ii) They do not engage in and will not during the term of this award engage in, a discriminatory prohibited boycott. (iii) They do not, and will not during the term of this award, operate any program that benefits illegal immigrants or incentivizes illegal immigration. (3) DHS reserves the right to suspend payments in whole or in part and/or terminate financial assistance awards if the Secretary of Homeland Security or her designee determines that the recipient has violated any provision of subsection (2). (4) Upon suspension or termination under subsection (3), all funds received by the recipient shall be deemed to be in excess of the amount that the recipient is determined to be entitled to under the Federal award for purposes of 2 C.F.R. § 200.346. As such, all amounts received will constitute a debt to the Federal Government that may be pursued to the maximum extent permitted by law. |
| **Article 20** | **False Claims Act and Program Fraud Civil Remedies** |
| | Recipients must comply with the requirements of the False Claims Act, 31 U.S.C. §§ 3729- 3733, which prohibit the submission of false or fraudulent claims for payment to the Federal Government. (See 31 U.S.C. §§ 3801-3812, which details the administrative remedies for false claims and statements made.) |
| **Article 21** | **Federal Debt Status** |
| | All recipients are required to be non-delinquent in their repayment of any federal debt. Examples of relevant debt include delinquent payroll and other taxes, audit disallowances, and benefit overpayments. See OMB Circular A-129. |

| | |
|---|---|
| **Article 22** | **Federal Leadership on Reducing Text Messaging while Driving**<br>Recipients are encouraged to adopt and enforce policies that ban text messaging while driving recipient-owned, recipient-rented, or privately owned vehicles when on official government business or when performing any work for or on behalf of the Federal Government. Recipients are also encouraged to conduct the initiatives of the type described in Section 3(a) of Executive Order 13513. |
| **Article 23** | **Fly America Act of 1974**<br>Recipients must comply with Preference for U.S. Flag Air Carriers (a list of certified air carriers can be found at: Certificated Air Carriers List | US Department of Transportation, https://www.transportation.gov/policy/aviation-policy/certificated-aircarriers-list)for international air transportation of people and property to the extent that such service is available, in accordance with the International Air Transportation Fair Competitive Practices Act of 1974, 49 U.S.C. § 40118, and the interpretative guidelines issued by the Comptroller General of the United States in the March 31, 1981, amendment to Comptroller General Decision B-138942. |
| **Article 24** | **Hotel and Motel Fire Safety Act of 1990**<br>Recipients must ensure that all conference, meeting, convention, or training space funded entirely or in part by federal award funds complies with the fire prevention and control guidelines of Section 6 of the Hotel and Motel Fire Safety Act of 1990, 15 U.S.C. § 2225a. |
| **Article 25** | **John S. McCain National Defense Authorization Act of Fiscal Year 2019**<br>Recipients, subrecipients, and their contractors and subcontractors are subject to the prohibitions described in section 889 of the John S. McCain National Defense Authorization Act for Fiscal Year 2019, Pub. L. No. 115-232 (2018) and 2 C.F.R. §§ 200.216, 200.327, 200.471, and Appendix II to 2 C.F.R. Part 200. The statute – as it applies to DHS recipients, subrecipients, and their contractors and subcontractors – prohibits obligating or expending federal award funds on certain telecommunications and video surveillance products and contracting with certain entities for national security reasons. |
| **Article 26** | **Limited English Proficiency (Civil Rights Act of 1964, Title VI)**<br>Recipients must comply with Title VI of the Civil Rights Act of 1964 (42 U.S.C. § 2000d et seq.) prohibition against discrimination on the basis of national origin, which requires that recipients of federal financial assistance take reasonable steps to provide meaningful access to persons with limited English proficiency (LEP) to their programs and services. For additional assistance and information regarding language access obligations, please refer to the DHS Recipient Guidance: https://www.dhs.gov/guidance-published-help- department-supported-organizationsprovide-meaningful-access-people-limited and additional resources on http://www.lep.gov. |

**Article 27**    **Lobbying Prohibitions**
Recipients must comply with 31 U.S.C. § 1352 and 6 C.F.R. Part 9, which provide that none of the funds provided under a federal award may be expended by the recipient to pay any person to influence, or attempt to influence an officer or employee of any agency, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress in connection with any federal action related to a federal award or contract, including any extension, continuation, renewal, amendment, or modification. Per 6 C.F.R. Part 9, recipients must file a lobbying certification form as described in Appendix A to 6 C.F.R. Part 9 or available on Grants.gov as the Grants.gov Lobbying Form and file a lobbying disclosure form as described in Appendix B to 6 C.F.R. Part 9 or available on Grants.gov as the Disclosure of Lobbying Activities (SF-LLL).

**Article 28**    **National Environmental Policy Act**
Recipients must comply with the requirements of the National Environmental Policy Act of 1969, Pub. L. No. 91-190 (1970) (codified as amended at 42 U.S.C. § 4321 et seq.) (NEPA) and the Council on Environmental Quality (CEQ) Regulations for Implementing the Procedural Provisions of NEPA, which require recipients to use all practicable means within their authority, and consistent with other essential considerations of national policy, to create and maintain conditions under which people and nature can exist in productive harmony and fulfill the social, economic, and other needs of present and future generations of Americans.

**Article 29**    **National Security Presidential Memorandum-33 (NSPM-33) and provisions of the CHIPS and Science Act of 2022, Pub. L. 117-167, Section 10254**
(1) Recipient research institutions ("covered institutions") must comply with the requirements in NSPM-33 and provisions of Pub. L.117-167, Section 10254 (codified at 42 U.S.C. § 18951) certifying that the institution has established and operates a research security program that includes elements relating to: (a) cybersecurity; (b) foreign travel security; (c) research security training; and (d) export control training, as appropriate. (2) Definition. "Covered institutions" means recipient research institutions receiving federal Research and Development (R&D) science and engineering support "in excess of $50 million per year."

**Article 30**    **Non-Supplanting Requirement**
Recipients of federal awards under programs that prohibit supplanting by law must ensure that federal funds supplement but do not supplant non-federal funds that, in the absence of such federal funds, would otherwise have been made available for the same purpose.

**Article 31**    **Notice of Funding Opportunity Requirements**
All the instructions, guidance, limitations, scope of work, and other conditions set forth in the Notice of Funding Opportunity (NOFO) for this federal award are incorporated by reference. All recipients must comply with any such requirements set forth in the NOFO. If a condition of the NOFO is inconsistent with these terms and conditions and any such terms of the federal award, the condition in the NOFO shall be invalid to the extent of the inconsistency. The remainder of that condition and all other conditions set forth in the NOFO shall remain in effect.

| | |
|---|---|
| **Article 32** | **Patents and Intellectual Property Rights**<br>Recipients are subject to the Bayh-Dole Act, 35 U.S.C. § 200 et seq. and applicable regulations governing inventions and patents, including the regulations issued by the Department of Commerce at 37 C.F.R. Part 401 (Rights to Inventions Made by Nonprofit Organizations and Small Business Firms under Government Awards, Contracts, and Cooperative Agreements) and the standard patent rights clause set forth at 37 C.F.R. § 401.14. |
| **Article 33** | **Presidential Executive Orders**<br>Recipients must comply with the requirements of Presidential Executive Orders related to grants (also known as federal assistance and financial assistance), the full text of which are incorporated by reference. |
| **Article 34** | **Procurement of Recovered Materials**<br>States, political subdivisions of states, and their contractors must comply with Section 6002 of the Solid Waste Disposal Act, Pub. L. No. 89-272 (1965) (codified as amended by the Resource Conservation and Recovery Act at 42 U.S.C. § 6962) and 2 C.F.R. § 200.323. The requirements of Section 6002 include procuring only items designated in guidelines of the Environmental Protection Agency (EPA) at 40 C.F.R. Part 247 that contain the highest percentage of recovered materials practicable, consistent with maintaining a satisfactory level of competition. |
| **Article 35** | **Rehabilitation Act of 1973**<br>Recipients must comply with the requirements of Section 504 of the Rehabilitation Act of 1973, Pub. L. No. 93-112 (codified as amended at 29 U.S.C. § 794), which provides that no otherwise qualified handicapped individuals in the United States will, solely by reason of the handicap, be excluded from participation in, be denied the benefits of, or be subjected to discrimination under any program or activity receiving federal financial assistance. |
| **Article 36** | **Reporting Recipient Integrity and Performance Matters**<br>If the total value of any currently active grants, cooperative agreements, and procurement contracts from all federal awarding agencies exceeds $10,000,000 for any period of time during the period of performance of the federal award, then the recipient must comply with the requirements set forth in the government-wide federal award term and condition for Recipient Integrity and Performance Matters is in 2 C.F.R. Part 200, Appendix XII, the full text of which is incorporated by reference. |
| **Article 37** | **Reporting Subawards and Executive Compensation**<br>For federal awards that total or exceed $30,000, recipients are required to comply with the requirements set forth in the government-wide federal award term and condition on Reporting Subawards and Executive Compensation set forth at 2 C.F.R. Part 170, Appendix A, the full text of which is incorporated by reference. |

**Article 38**    **Required Use of American Iron, Steel, Manufactured Products, and Construction Materials**

(1) Recipients of a federal award from a financial assistance program that provides funding for infrastructure are hereby notified that none of the funds provided under this federal award may be used for a project for infrastructure unless: (a) all iron and steel used in the project are produced in the United States—this means all manufacturing processes, from the initial melting stage through the application of coatings, occurred in the United States; (b) all manufactured products used in the project are produced in the United States—this means the manufactured product was manufactured in the United States; and the cost of the components of the manufactured product that are mined, produced, or manufactured in the United States is greater than 55 percent of the total cost of all components of the manufactured product, unless another standard for determining the minimum amount of domestic content of the manufactured product has been established under applicable law or regulation; and (c) all construction materials are manufactured in the United States—this means that all manufacturing processes for the construction material occurred in the United States. (2) The Buy America preference only applies to articles, materials, and supplies that are consumed in, incorporated into, or affixed to an infrastructure project. As such, it does not apply to tools, equipment, and supplies, such as temporary scaffolding, brought to the construction site and removed at or before the completion of the infrastructure project. Nor does a Buy America preference apply to equipment and furnishings, such as movable chairs, desks, and portable computer equipment, that are used at or within the finished infrastructure project but are not an integral part of the structure or permanently affixed to the infrastructure project. (3) Waivers When necessary, recipients may apply for, and the agency may grant, a waiver from these requirements. The agency should notify the recipient for information on the process for requesting a waiver from these requirements. (a) When the Federal agency has determined that one of the following exceptions applies, the federal awarding official may waive the application of the domestic content procurement preference in any case in which the agency determines that: (i) applying the domestic content procurement preference would be inconsistent with the public interest; (ii) the types of iron, steel, manufactured products, or construction materials are not produced in the United States in sufficient and reasonably available quantities or of a satisfactory quality; or (iii) the inclusion of iron, steel, manufactured products, or construction materials produced in the United States will increase the cost of the overall project by more than 25 percent. (b) A request to waive the application of the domestic content procurement preference must be in writing. The agency will provide instructions on the format, contents, and supporting materials required for any waiver request. Waiver requests are subject to public comment periods of no less than 15 days and must be reviewed by the Made in America Office. (c) There may be instances where a federal award qualifies, in whole or in part, for an existing waiver described at "Buy America" Preference in FEMA Financial Assistance Programs for Infrastructure | FEMA.gov. (4) Definitions. The definitions applicable to this term are set forth at 2 C.F.R. § 184.3, the full text of which is incorporated by reference.

| Article 39 | **SAFECOM**<br>Recipients receiving federal awards made under programs that provide emergency communication equipment and its related activities must comply with the SAFECOM Guidance for Emergency Communication Grants, including provisions on technical standards that ensure and enhance interoperable communications. The SAFECOM Guidance is updated annually and can be found at Funding and Sustainment \| CISA. |
|---|---|
| Article 40 | **Subrecipient Monitoring and Management**<br>Pass-through entities must comply with the requirements for subrecipient monitoring and management as set forth in 2 C.F.R. §§ 200.331-333. |
| Article 41 | **System for Award Management and Unique Entity Identifier Requirements**<br>Recipients are required to comply with the requirements set forth in the governmentwide federal award term and condition regarding the System for Award Management and Unique Entity Identifier Requirements in 2 C.F.R. Part 25, Appendix A, the full text of which is incorporated reference. |
| Article 42 | **Termination of a Federal Award**<br>(1) By DHS. DHS may terminate a federal award, in whole or in part, for the following reasons: (a) If the recipient fails to comply with the terms and conditions of the federal award; (b) With the consent of the recipient, in which case the parties must agree upon the termination conditions, including the effective date, and in the case of partial termination, the portion to be terminated; or (c) Pursuant to the terms and conditions of the federal award, including, to the extent authorized by law, if the federal award no longer effectuates the program goals or agency priorities. (3) By the Recipient. The recipient may terminate the federal award, in whole or in part, by sending written notification to DHS stating the reasons for such termination, the effective date, and in the case of partial termination, the portion to be terminated. However, if DHS determines that the remaining portion of the federal award will not accomplish the purposes for which the federal award was made, DHS may terminate the federal award in its entirety. (4) Notice. Either party will provide written notice of intent to terminate for any reason to the other party no less than 30 calendar days prior to the effective date of the termination. (5) Compliance with Closeout Requirements for Terminated Awards. The recipient must continue to comply with closeout requirements in 2 C.F.R. §§ 200.344200.345 after an award is terminated. |
| Article 43 | **Terrorist Financing**<br>Recipients must comply with Executive Order 13224 and applicable statutory prohibitions on transactions with, and the provisions of resources and support to, individuals and organizations associated with terrorism. Recipients are legally responsible for ensuring compliance with the Executive Order and laws. |

| Article 44 | **Trafficking Victims Protection Act of 2000(TVPA)**<br>Recipients must comply with the requirements of the government-wide federal award term and condition which implements Trafficking Victims Protection Act of 2000, Pub. L. No. 106-386, § 106 (codified as amended at 22 U.S.C. § 7104). The federal award term and condition is in 2 C.F.R. § 175.105, the full text of which is incorporated by reference. |
|---|---|
| Article 45 | **Uniting and Strengthening America by Providing Appropriate Tools Required to Intercept and Obstruct Terrorism (USA PATRIOT) Act of 2001, Pub. L. 107-56**<br>Recipients must comply with the requirements of Pub. L. 107-56, Section 817 of the USA PATRIOT Act, which amends 18 U.S.C. §§ 175–175c. |
| Article 46 | **Use of DHS Seal, Logo and Flags**<br>Recipients must obtain written permission from DHS prior to using the DHS seals, logos, crests, or reproductions of flags, or likenesses of DHS agency officials. This includes use of DHS component (e.g., FEMA, CISA, etc.) seals, logos, crests, or reproductions of flags, or likenesses of component officials. |
| Article 47 | **Whistleblower Protection Act**<br>Recipients must comply with the statutory requirements for whistleblower protections in 10 U.S.C § 470141 U.S.C. § 4712. |

**Article 48**    **Environmental Planning and Historic Preservation (EHP) Review**
DHS/FEMA funded activities that could have an impact on the environment are subject to the FEMA EHP review process. This review does not address all federal, state, and local requirements. Acceptance of federal funding requires the recipient to comply with all federal, state, and local laws. DHS/FEMA is required to consider the potential impacts to natural and cultural resources of all projects funded by DHS/FEMA grant funds, through its EHP review process, as mandated by: the National Environmental Policy Act; Endangered Species Act; National Historic Preservation Act of 1966, as amended; Clean Water Act; Clean Air Act; National Flood Insurance Program regulations; and any other applicable laws, regulations and executive orders. General guidance for FEMA's EHP process is available on the DHS/FEMA Website. Specific applicant guidance on how to submit information for EHP review depends on the individual grant program. Applicants should contact their grant Program Officer to be put into contact with EHP staff responsible for assisting their specific grant program. The FEMA EHP review process must be completed before funds are released to carry out the proposed project, otherwise, DHS/FEMA may not be able to fund the project due to noncompliance with EHP laws, executive orders, regulations, and policies. DHS/FEMA may also need to perform a project closeout review to ensure the applicant complied with all required EHP conditions identified in the initial review. If ground disturbing activities occur during construction, the applicant will monitor the ground disturbance, and if any potential archaeological resources are discovered, the applicant will immediately cease work in that area and notify the pass-through entity, if applicable, and DHS/FEMA. EO 11988, Floodplain Management, and EO 11990, Protection of Wetlands, require that all federal actions in or affecting the floodplain or wetlands be reviewed for opportunities to relocate, and be evaluated for social, economic, historical, environmental, legal, and safety considerations. FEMA's regulations at 44 C.F.R. Part 9 implement the EOs and require an eight-step review process if a proposed action is in a floodplain or wetland or has the potential to affect or be affected by a floodplain or wetland. The regulation also requires that the federal agency provide public notice of the proposed action at the earliest possible time to provide the opportunity for public involvement in the decision-making process (44 C.F.R. § 9.8). Where there is no opportunity to relocate the federal action, FEMA is required to undertake a detailed review to determine what measures can be taken to minimize future damages to the floodplain or wetland.

**Article 49**    **Applicability of DHS Standard Terms and Conditions to Tribal Nations**
The DHS Standard Terms and Conditions are a restatement of general requirements imposed upon recipients and flow down to sub-recipients as a matter of law, regulation, or executive order. If the requirement does not apply to Tribal Nations, or there is a federal law or regulation exempting its application to Tribal Nations, then the acceptance by Tribal Nations, or acquiescence to DHS Standard Terms and Conditions does not change or alter its inapplicability to a Tribal Nation. The execution of grant documents is not intended to change, alter, amend, or impose additional liability or responsibility upon the Tribal Nations where it does not already exist.

| **Article 50** | **Acceptance of Post Award Changes**<br>In the event FEMA determines that an error in the award package has been made, or if an administrative change must be made to the award package, recipients will be notified of the change in writing. Once the notification has been made, any subsequent requests for funds will indicate recipient acceptance of the changes to the award. Please email FEMA Grant Management Operations at: ASK-GMD@fema.dhs.gov for any questions. |
|---|---|
| **Article 51** | **Disposition of Equipment Acquired Under the Federal Award**<br>When original or replacement equipment acquired under this award is no longer needed for the original project or program or for other activities currently or previously supported by a federal awarding agency, the non-state recipient or subrecipient (including subrecipients of a State or Tribal Nation), must request instructions from FEMA to make proper disposition of the equipment pursuant to 2 C.F.R. section 200.313(e). State recipients must follow the disposition requirements in accordance with State laws and procedures. 2 C.F.R. section 200.313(b). Tribal Nations must follow the disposition requirements in accordance with Tribal laws and procedures noted in 2 C.F.R. section 200.313(b); and if such laws and procedures do not exist, then Tribal Nations must follow the disposition instructions in 2 C.F.R. section 200.313(e). |
| **Article 52** | **Prior Approval for Modification of Approved Budget**<br>Before making any change to the FEMA approved budget for this award, a written request must be submitted and approved by FEMA as required by 2 C.F.R. section 200.308. For purposes of non-construction projects, FEMA is utilizing its discretion to impose an additional restriction under 2 C.F.R. section 200.308(i) regarding the transfer of funds among direct cost categories, programs, functions, or activities. For awards with an approved budget where the federal share is greater than the simplified acquisition threshold (currently $250,000) and where the cumulative amount of such transfers exceeds or is expected to exceed ten percent (10%) of the total budget FEMA last approved, transferring funds among direct cost categories, programs, functions, or activities is unallowable without prior written approval from FEMA. For purposes of awards that support both construction and non-construction work, 2 C.F.R. section 200.308((f)(9) requires the recipient to obtain prior written approval from FEMA before making any fund or budget transfers between the two types of work. Any deviations from a FEMA approved budget must be reported in the first Federal Financial Report (SF-425) that is submitted following any budget deviation, regardless of whether the budget deviation requires prior written approval. |
| **Article 53** | **Indirect Cost Rate**<br>2 C.F.R. section 200.211(b)(16) requires the terms of the award to include the indirect cost rate for the federal award. If applicable, the indirect cost rate for the award is stated in the budget documents or other materials approved by FEMA and included in the award file. |

**Article 54**    **Build America, Buy America Act (BABAA) Required Contract Provision & Self-Certification**
In addition to the DHS Standard Terms & Conditions regarding Required Use of American Iron, Steel, Manufactured Products, and Construction Materials, recipients and subrecipients of FEMA financial assistance for programs that are subject to BABAA must include a Buy America preference contract provision as noted in 2 C.F.R. section 184.4 and a self-certification as required by the FEMA Buy America Preference in FEMA Financial Assistance Programs for Infrastructure (FEMA Interim Policy #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). This requirement applies to all subawards, contracts, and purchase orders for work performed, or products supplied under the FEMA award subject to BABAA.

**Article 55**    **HSGP Performance Goal**
In addition to the Biannual Strategy Implementation Report (BSIR) submission requirements outlined in the Preparedness Grants Manual, recipients must demonstrate how the grant-funded project addressed the core capability gap associated with this project and identified in the Threat and Hazard Identification and Risk Analysis (THIRA) or Stakeholder Preparedness Review (SPR) or sustains existing capabilities as applicable. The capability gap reduction must be addressed in the Project Description of the BSIR for each project.

**Article 56**      **Funding Hold: Additional Information Required**
FEMA has placed a funding hold on this award, and $4,362,750 is on hold in the
FEMA financial systems. The recipient is prohibited from obligating, expending, or
drawing down the funds associated with the following Homeland Security Grant
Program subprogram(s)/investment(s). • State Homeland Security Program
(SHSP); $4,362,750, detailed investment activities and project breakdowns
required. Law Enforcement Terrorism and Prevention Activities
Investments/Projects FEMA has placed a funding hold on SHSP funding related to
the implementation of allowable activities for the Law Enforcement Terrorism and
Prevention Activities (LETPA) requirement, and $1,526,963 (35%) of SHSP funds
is on hold in the FEMA financial systems. Until the hold is released, the recipient is
prohibited from drawing down funds or reimbursing subrecipients, and the
subrecipients are prohibited from obligating or expending SHSP funds, for the
costs or activities associated with LETPA. To release this hold, additional
information is required for the LETPA investments/projects, which must be
submitted in FEMA GO. State Homeland Security Program National Priorities
Investments/Projects FEMA has placed a funding hold on the following
investments/projects under the national priority areas for failure to demonstrate
implementation of the national priority areas and/or failure to meet the required
spending minimum for the national priority areas, and $1,308,825 of SHSP funds is
on hold in the FEMA financial systems. Until the hold is released, the recipient is
prohibited from drawing down funds or reimbursing subrecipients, and the
subrecipients are prohibited from obligating or expending SHSP funds, for the
costs or activities identified below. The hold only applies to the amount of funds
identified for each SHSP investment under the national priority areas below. To
release this hold, additional information is required for the investments identified
below which must be submitted in FEMA GO. 1. Enhancing the Protection of Soft
Targets/Crowded Places 2. Supporting Homeland Security Task Forces and
Fusion Centers 3. Enhancing Cybersecurity 4. Enhancing Election Security (3%
Minimum) 5. Supporting Border Crisis Response and Enforcement (10% Minimum)
National Priority Areas 30 Percent Minimum Spend Requirement FEMA has placed
a funding hold on the award for failure to meet the minimum spend requirement for
National Priority Area investments, and $1,308,825 of SHSP funds is on hold in the
FEMA financial systems. A total of $0 or 0 % of the overall award amount of
$4,362,750 was identified as National Priority Area projects. All SHSP applicants
are required to submit projects under the National Priority Area investments totaling
30% of the overall award amount. This hold will remain in effect until additional
projects aligned with the National Priority Areas are submitted in FEMA GO. To
release the funding hold, the recipient must provide a detailed cost breakdown and
justification for the investments/projects listed above. FEMA will rescind the funding
hold upon its review and approval of the detailed cost breakdown and justification.
If you have questions about this funding hold, please contact the DHS/FEMA
Headquarters Preparedness Officer.

**Article 57**      **Non-Applicability of Specific Agreement Articles**
Notwithstanding its inclusion in this award package, the following Agreement
Article does not apply to this grant award: 1. Termination of a Federal Award. This
provision is consistent with any terms of the Notice of Funding Opportunity that
state Paragraph C.XL (Termination of a Federal Award) of the FY 2025 DHS
Standard Terms and Conditions does not apply to this award. Refer to the Notice of
Funding Opportunity for the terms governing award termination.

**Article 58**     **Period of Performance and Budget Period**
Notwithstanding language in the Obligating Document or in the other terms of this award package, the Period of Performance and the Budget Period for this grant award is October 1, 2025 to September 30, 2026. The Period of Performance and Budget Period stated in the Obligating Document shall not apply.

| Article 59 | State Homeland Security Program: Compliance with Federal Immigration Law |
|---|---|

The following term applies to State Homeland Security Program funding under this award: 1. Prohibition a. The state, territorial, or local recipient is prohibited from being designated by the Department of Homeland Security or the Department of Justice as a sanctuary jurisdiction. If the Department of Homeland Security or Department of Justice designates a state or territory as a sanctuary jurisdiction after the Department of Homeland Security makes a grant award, the state or territorial recipient is prohibited from making any financial obligations under the grant award on or after the date of designation until the Department of Homeland Security removes that designation. The Department of Homeland Security will suspend that portion of the grant award supported by risk-based funding and not make payments to the state or territorial recipient on or after the date of designation until the Department of Homeland Security or Department of Justice removes that designation. This term and condition applies to the funding provided under the relative risk methodology pursuant to Section 2007 of the Homeland Security Act of 2002 (6 U.S.C. § 608) and does not apply to the minimum allocation to that state or territory required by Section 2004(e) of the Homeland Security Act of 2002 (6 U.S.C. § 605(e)). b. The state, territorial, or local recipient is prohibited from making subawards to a state, territorial, or local government that the Department of Homeland Security or Department of Justice has designated as a sanctuary jurisdiction. If the Department of Homeland Security or Department of Justice designates a state, territorial, or local government as a sanctuary jurisdiction after the state, territorial, or local government recipient makes a subaward to that state, territorial, or local government, the state, territorial, or local recipient must suspend the subaward, the state, territorial, or local recipient must not make any additional payments to the state, territorial, or local government, and the state, territorial, or local government is prohibited from making any financial obligations under the subaward on and after the date of designation until the Department of Homeland Security or Department of Justice removes that designation. This term and condition applies to all funding provided to the state or territorial recipient, including both the statutory minimum as well as risk-based funding allocations. c. The Department of Homeland Security designates a state, territory, or local government as a sanctuary jurisdiction if it fails to comply with that requirements set forth in paragraphs 2.a.i to v of this term and condition. 2. Certification a. The state, territorial or local recipient and subrecipients must certify under penalty of perjury pursuant to 28 U.S.C. § 1746, and using a form that is acceptable to the Department of Homeland Security, that they will comply with the following requirements related to coordination and cooperation with the Department of Homeland Security and immigration officials: i. They will comply with the requirements of 8 U.S.C. §§ 1373 and 1644. These statutes prohibit restrictions on information sharing by state and local government entities with the Department of Homeland Security regarding the citizenship or immigration status, lawful or unlawful, of any individual. Additionally, 8 U.S.C. § 1373 prohibits any person or agency from prohibiting, or in any way restricting, a Federal, state, or local government entity from doing any of the following with respect to information regarding the immigration status of any individual: (1) sending such information to, or requesting or receiving such information from, Federal immigration officials; (2) maintaining such information; or (3) exchanging such information with any other Federal, state, or local government entity. ii. They will comply with other relevant laws related to immigration, including prohibitions on encouraging or inducing an alien to come to, enter, or reside in the United States in violation of law, 8 U.S.C. § 1324(a)(1)(A)(iv), prohibitions on transporting or moving illegal aliens, 8 U.S.C. §

1324(a)(1)(A)(ii), prohibitions on harboring, concealing, or shielding from detection illegal aliens, 8 U.S.C. § 1324(a)(1)(A)(iii), and any applicable conspiracy, aiding or abetting, or attempt liability regarding these statutes. iii. They will honor requests for cooperation, such as participating in joint operations, sharing of information, or requests for short term detention of an alien pursuant to a valid detainer. A jurisdiction does not fail to comply with this requirement merely because it lacks the necessary resources to assist in a particular instance. iv. They will provide access to detainees, such as when an immigration officer seeks to interview a person who might be a removable alien. v. They will not leak or otherwise publicize the existence of an immigration enforcement operation. b. The state or territorial recipient must require a state, territorial, or local government subrecipient to make the certification above before providing them with any funding under the subaward. 3. Materiality and Remedies for Noncompliance This term and condition is material to the Department of Homeland Security's decision to continue with this grant award and the Department of Homeland Security may take any remedy for noncompliance, including termination, if the state or territorial recipient or a local government subrecipient fails to comply with this term and condition.

| Article 60 | **State Homeland Security Program: Non-Applicability of Specific Terms and Agreement Articles** |
| | The following term applies to State Homeland Security Program funding under this award: Notwithstanding their inclusion in this award package, the following terms and Agreement Articles do not apply to this grant award: (1) paragraph C.IX (Communication and Cooperation with the Department of Homeland Security and Immigration Officials) of the DHS Standard Terms and Conditions and the Agreement Article titled "Communication and Cooperation with the Department of Homeland Security and Immigration Officials" in this award package; and (2) paragraph C.XVII(2)(a)(iii) (Anti-Discrimination Grant Award Certification regarding immigration) of the DHS Standard Terms and Conditions and paragraph (2)(a)(iii) of the Agreement Article titled "Anti-Discrimination" in this award package. |

| Article 61 | **State Homeland Security Program: Impact of San Francisco v. Trump Preliminary Injunction** |
| | The following term applies to State Homeland Security Program funding under this award: Pursuant to the preliminary injunction order issued on August 22, 2025, in City and County of San Francisco, et al. v. Trump, et al., No. 3:25-cv-01350 (N.D. Cal.), the following terms and conditions do not apply to awards or subawards issued to any of the plaintiffs subject to the preliminary injunction order while the order remains in effect: (1) paragraph C.IX (Communication and Cooperation with the Department of Homeland Security and Immigration Officials) of the DHS Standard Terms and Conditions and the Agreement Article titled "Communication and Cooperation with the Department of Homeland Security and Immigration Officials" in this award package; (2) paragraph C.XVII(2)(a)(iii) (Anti-Discrimination Grant Award Certification regarding immigration) of the DHS Standard Terms and Conditions and paragraph (2)(a)(iii) of the Agreement Article titled "Anti-Discrimination" in this award package; and (3) the "State Homeland Security Program: Compliance with Federal Immigration Law" Agreement Article. If the preliminary injunction is stayed, vacated, or extinguished, the "State Homeland Security Program: Compliance with Federal Immigration Law" Agreement Article will immediately become effective. |

| | |
|---|---|
| **Article 62** | **State Homeland Security Program: Impact of State of Illinois v. FEMA Injunction**<br>Pursuant to the memorandum and order issued on September 24, 2025, in State of Illinois, et al. v. Federal Emergency Management Agency, et. al, No. 25-206 (D. R.I.), the following terms and conditions do not apply to awards or subawards issued to any of the plaintiffs subject to the injunction order while the order remains in effect: (1) paragraph C.IX (Communication and Cooperation with the Department of Homeland Security and Immigration Officials) of the DHS Standard Terms and Conditions and the Agreement Article titled "Communication and Cooperation with the Department of Homeland Security and Immigration Officials" in this award package; (2) paragraph C.XVII(2)(a)(iii) (Anti-Discrimination Grant Award Certification regarding immigration) of the DHS Standard Terms and Conditions and paragraph (2)(a)(iii) of the Agreement Article titled "Anti-Discrimination" in this award package; and (3) the "State Homeland Security Program: Compliance with Federal Immigration Law" Agreement Article. If the injunction is stayed, vacated, or extinguished, the "State Homeland Security Program: Compliance with Federal Immigration Law" Agreement Article will immediately become effective. |
| **Article 63** | **Summary Description of Award and Subprograms**<br>The purpose of the FY 2025 HSGP is to support state and local efforts to prevent terrorism and other catastrophic events and to prepare the Nation for the threats and hazards that pose the greatest risk to the security of the United States. The HSGP provides funding to implement investments that build, sustain, and deliver the 32 core capabilities essential to achieving the National Preparedness Goal of a secure and resilient Nation. Among the five basic homeland security missions noted in the DHS Quadrennial Homeland Security Review, HSGP supports the goal to Strengthen National Preparedness and Resilience. The building, sustainment, and delivery of these core capabilities are not exclusive to any single level of government, organization, or community, but rather, require the combined effort of the whole community. This HSGP award consists of State Homeland Security Program (SHSP) funding in the amount of $4,362,750. This grant program funds a range of activities, including planning, organization, equipment purchase, training, exercises, and management and administration across all core capabilities and mission areas. |

# Obligating document

| 1. Agreement No. EMW-2025-SS-05074 | 2. Amendment No. N/A | 3. Recipient No. 516000279 | 4. Type of Action AWARD | 5. Control No. WX04775N2025T |
|---|---|---|---|---|

| 6. Recipient Name and Address DEPARTMENT OF SAFETY & HOMELAND SECURITY 165 BRICK STORE LANDING RD SMYRNA, DE 19977 | 7. Issuing FEMA Office and Address Grant Programs Directorate 500 C Street, S.W. Washington DC, 20528-7000 1-866-927-5646 | 8. Payment Office and Address FEMA, Financial Services Branch 500 C Street, S.W., Room 723 Washington DC, 20742 |
|---|---|---|

| 9. Name of Recipient Project Officer Christine Beste | 9a. Phone No. 3026592378 | 10. Name of FEMA Project Coordinator Homeland Security Grant Program Grant Program | 10a. Phone No. 1-877-585-3242 |
|---|---|---|---|

| 11. Effective Date of This Action 09/26/2025 | 12. Method of Payment OTHER - FEMA GO | 13. Assistance Arrangement COST REIMBURSEMENT | 14. Performance Period 10/01/2025 to 09/30/2026 **Budget Period** 10/01/2025 to 09/30/2026 |
|---|---|---|---|

**15. Description of Action a. (Indicate funding data for awards or financial changes)**

| Program Name Abbreviation | Assistance Listing No. | Accounting Data (ACCS Code) | Prior Total Award | Amount Awarded This Action + or (-) | Current Total Award | Cumulative Non-Federal Commitment |
|---|---|---|---|---|---|---|
| HSGP | 97.067 | 2025-FA-GG01 - P410-xxxx-4101-D | $0.00 | $4,362,750.00 | $4,362,750.00 | See Totals |
| | | Totals | $0.00 | $4,362,750.00 | $4,362,750.00 | $0.00 |

**b. To describe changes other than funding data or financial changes, attach schedule and check here:**
N/A

~~16.FOR NON-DISASTER PROGRAMS: RECIPIENT IS REQUIRED TO SIGN AND RETURN THREE (3) COPIES OF THIS DOCUMENT TO FEMA (See Block 7 for address)~~
This field is not applicable for digitally signed grant agreements

| 17. RECIPIENT SIGNATORY OFFICIAL (Name and Title) | DATE |
|---|---|
| 18. FEMA SIGNATORY OFFICIAL (Name and Title) Stacey Street, Deputy Assistant Administrator Grants Program Directorate | DATE 09/26/2025 |