**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

STATE OF ILLINOIS, *et al.*,

               *Plaintiffs*,

    v.

KRISTI NOEM, in her official capacity as
Secretary of the Department of Homeland
Security, *et al.*,

               *Defendants*.

No. 1:25-cv-00495

# EXHIBIT 22

Declaration of Kevin Stanton

## DECLARATION OF KEVIN STANTON

I, Kevin Stanton, pursuant to 28 U.S.C. § 1746, hereby declare:

1.      I am over the age of eighteen and understand the obligations of an oath.

2.      I am the Executive Director of the Office of Grants and Research ("OGR"), a state agency that is part of the Massachusetts Executive Office of Public Safety and Security ("EOPSS"). I have held this role since 2019 and have worked for EOPSS since 1998. I make this declaration in my official capacity, based on personal knowledge and on my review of information and records gathered by agency staff.

3.      OGR is the State Administrative Agency ("SAA") for certain grant funds awarded to Massachusetts, including but not limited to certain grants awarded by the Federal Emergency Management Agency ("FEMA"). OGR manages and administers more than $279 million in state and federal grant funds directed toward justice and prevention, traffic safety, and homeland security initiatives, and conducts research in support of these areas. OGR manages the Homeland Security Grant Program awarded by FEMA, which comprises the State Homeland Security Program and the Urban Area Security Initiative.

## I.    Homeland Security Grant Program

4.      Until this year, FEMA has typically released notices of funding opportunities for preparedness grants, including the Homeland Security Grant Program ("HSGP"), during the period from February through May of the federal fiscal year ("FFY") for the grant in question. Once FEMA provides notice of a notice of funding opportunity ("NOFO"), OGR can apply for an award by submitting a timely application.

5.      In past years, OGR has typically received an HSGP award within four months of application, so that OGR can begin drawing funds on the award by the end of the calendar year.

1

6.    I am familiar with the HSGP and its two main components, the State Homeland Security Program and the Urban Area Security Initiative.

*State Homeland Security Program*

7.    The State Homeland Security Program ("SHSP") provides federal funding to States to build, sustain, and deliver the capabilities necessary to prevent, prepare for, protect against, and respond to acts of terrorism.

8.    SHSP funding is administered in Massachusetts by OGR.

9.    In addition to using SHSP funds themselves, States may pass SHSP funds through to subgrantees for the same purposes. OGR reserves approximately 5% of SHSP funds for grant administration and sets aside 20% of the funds for distribution to state agencies. The remaining funds are provided to the fiduciary, which is currently the Metropolitan Area Planning Council ("MAPC"). These funds are governed by four Homeland Security Regional Councils, made up of representatives of the cities and towns located within a particular region and overseen by the OGR. Funds benefit state agencies with a homeland security purpose as well as local fire departments, law enforcement, and other first responders or emergency preparedness offices within each Region with critical equipment, technology, protective gear and training.

10.    Massachusetts has applied for and received funds from the SHSP since its creation in the USA PATRIOT ACT in 2001.

*Urban Area Security Initiative*

11.    The Urban Area Security Initiative ("UASI") serves many of the same overall purposes as the SHSP, but it focuses its resources on high-threat, high-density urban areas. FEMA determines the eligible urban areas through an analysis of relative risk of terrorism faced by the 100 most populous metropolitan statistical areas in the United States.

12.    UASI funding is administered in Massachusetts by OGR.

2

13.     There is one federally designated UASI region in Massachusetts. The Massachusetts UASI comprises Boston and the surrounding municipalities of Brookline, Cambridge, Chelsea, Everett, Quincy, Revere, Somerville, and Winthrop.   OGR reserves approximately 5% of UASI funds for grant administration and sets aside 20% of the funds for distribution to state agencies. The remaining funds are provided to the UASI's fiduciary, which is currently the City of Boston Office of Emergency Management ("OEM"). These funds are governed by the UASI Homeland Security Council, consisting of representatives of the nine UASI cities and overseen by the OGR.   Funds benefit the Boston Regional Intelligence Center, local fire departments, law enforcement, and other first responders or emergency preparedness offices located within the UASI communities with critical equipment, technology, protective gear and training.

## II.     Unprecedented Cuts Between NOFO and Award This Federal Fiscal Year

14.     For SHSP and UASI, DHS and FEMA have typically released annual, transparent announcements of the risk allocation methodology around December through February of the fiscal year. FEMA has then typically solicited input and feedback from state and local jurisdictions in order to correct any errors or omissions in the yearly allocation before finalizing the allocation in the NOFO.

15.     As a result, the risk-based target allocation in each year's NOFO has served as a fairly definitive allocation for each state that fiscal year, and the final award substantially matches the allocation listed in the NOFO. In fact, based on many conversations with counterparts in other States and in my experience serving as Executive Director of OGR, any changes between the NOFO and final award have typically been minor and based on specific adjustments tied to programmatic needs. In my experience, FEMA has never before made broad cuts between the NOFO and award stages of the HSGP program.

3

16.    OGR has *never* experienced any substantial reduction between the NOFO allocations and the final award under the SHSP and UASI programs. In my experience managing FEMA funding, I cannot recall a difference between Massachusetts' allocation under the NOFO and its final award.

17.    This year diverged significantly from prior practice. First, the NOFO was delayed without explanation. While FEMA typically issues the SHSP and USAI NOFOs between February and May, this year the months of April, May, and June passed with no indication that DHS had any intention to begin the application process.

18.    Not until July 24, 2025 did FEMA reach out to Massachusetts with a request for feedback on the fiscal year 2025 SHSP/UASI Terrorism Risk Methodology. However, the request was incomplete as compared to prior years, and FEMA did not offer OGR any opportunity to review the actual draft risk profile for Massachusetts on an individualized basis.

19.    On July 28, 2025, FEMA finally released the HSGP NOFO. As noted above, FEMA updated the NOFO twice on the grants.gov website, before finalizing it on August 1, 2025.

20.    On September 27, 2025, FEMA provided OGR with its final awards on the HSGP programs. In contrast to past practice, these awards departed significantly from the target allocations in the NOFO. More specifically, the final award increased Massachusetts' allocation for SHSP to $6,000,629, an increase of $609,742 as compared to the NOFO. At the same time, the final award cut Massachusetts' allocation for UASI by $7,536,999.01, a 44.76 percent reduction as compared to the NOFO. A true and correct copy of the final award is attached as Exhibit A.

21.    These cuts were accomplished by either marking as ineligible or dramatically reducing the proposed funding for specific projects listed in OGR's application for the funding.

This includes cuts for a project, marked as ineligible, for "Inspection and Screening Systems." *See* Ex. A at 10.

22.    The cuts also marked as ineligible "Developing and implementing homeland security support programs and adopting ongoing DHS/FEMA national initiative," which was to support two full-time staff positions at MAPC dedicated to the NERAC program. MAPC will provide services that include project justifications, environmental planning and historic preservation, and critical reporting. *See* Ex. A at 13.

23.    The cuts also marked as ineligible "Project management," which, inter alia, were for implementing the 2025 Regional Homeland Security Plan and supporting the Homeland Security Program Manager. *See* Ex. A at 26.

24.    The cuts also marked as ineligible a project to develop "Personal Protective Equipment." Ex. A at 27.

25.    The cuts also marked as ineligible a project to "Increase physical security, through law enforcement personnel and other protective measures, by implementing preventive and protective measures at critical infrastructure locations." *See* Ex. A at 29.

26.    The cuts also marked as ineligible a project to develop "tools, resources, and activities that facilitate shared situational awareness between the public and private sector." *See* Ex. A at 34.

27.    All the reductions were accompanied by four words of explanation and nothing else: "adjusted per dhs directive." *See* Ex. A at 10, 13, 26, 27, 29, 34.

### III.    Unprecedented Cuts to the Periods of Performance

28.    The term of the HSGP has generally been three years, meaning that the award remains open for a three-year period for completing reimbursable activities. Any program

5

activities supported by the awarded funds must be completed within the time the award remains open.

29.    It is typical for HSGP awards to take several years to fully disburse. The HSGP programs have used multi-year periods of performance, sometimes even longer than three years, for almost every year of their existence. Moreover, these programs fund essential ongoing operational needs of state and local public safety agencies. As a result, OGR and other state recipients have structured their budgeting systems for HSGP grants around multi-year disbursements.

30.    This year, in keeping with past practice, the HSGP NOFO announced that there would be a three-year period of performance for both the SHSP and USAI programs.

31.    The NOFOs explained that applications should frame their budget needs by reference to the anticipated three-year period of performance. HSGP stated that projects must be "able to be fully completed within the three-year period of performance."

32.    OGR proposed projects for the NOFOs on that understanding.

33.    Yet, without explanation, when the awards issued, the period of performance was reduced to one year on both awards, running from October 1, 2025, to September 30, 2026.

34.    OGR will face extraordinary challenges in obligating the monies on a suddenly truncated period of performance. The ultimate result is likely to be that allocated monies will expire unused, depriving Massachusetts of millions of dollars in needed funds for planning and preparing for critical incidents, increasing the risk of a delayed or insufficient response, and endangering Massachusetts communities.

35.    In my experience, I have never seen FEMA reduce the period of performance announced in a NOFO and relied upon by applicants like this.

6

**IV.    Harms to Preparedness Efforts Caused by DHS's Funding Cuts, Performance-Period Cuts, and Population Certification Condition**

36.    The Homeland Security Grant Program funds vital programs like the Commonwealth Fusion Center, the Boston Regional Intelligence Center ("BRIC"), countless emergency management and safety trainings, and ASHER training for active shooter situations. If the reallocation of funds reflected in the award letter took effect, cuts would impact program management for the Central, Northeast, and Southeast Regions; technical rescue team training; and a FARO 3D laser system utilized to improve evidence collection, crime scene documentation, and pre-incident planning for soft targets. The program management reduction also may impact personnel otherwise focused on the DHS objectives and national priority areas, ensuring that our equipment is still functioning properly, developing project justifications, environmental planning and historic preservation, and critical reporting.

37.    The Urban Areas Security Initiative funds the BRIC and the Metro-Boston SWAT Team. If the reallocation of funds reflected in the award letter took effect, Massachusetts may be unable to sustain these essential programs and, at a minimum, would have to cut back on training and activities significantly. Another program that was marked ineligible funded additional licenses and software updates for Briefcam, an investigative tool for the region-wide CIMS camera network. Loss of these programs will decrease the capability of the region to respond to an increase in terror aligned events.

38.    If the one-year period of performance reflected in the award letter for the HSGP program took effect, the result would be devastating to our subrecipients as many wouldn't be able to spend down these funds in a 12-month period, causing the Commonwealth to revert much of this award back to FEMA. The inability of our stakeholders to procure goods, attend training, and

7

pay for services conducted by our intel analysts would severely impact the Commonwealth's ability to prevent, protect against, and respond to terrorist attacks.

39.    The State does not have the budgetary resources or flexibility to make up for the lost funding without drawing funding away from other important public safety and law enforcement operations.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 21st day of October, 2025, in Braintree, Massachusetts.

Kevin Stanton
Executive Director
Massachusetts Office of Grants and Research

8