**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| STATE OF ILLINOIS, *et al.*,<br><br>     *Plaintiffs*,<br><br> v.<br><br>KRISTI NOEM, in her official capacity as Secretary of the Department of Homeland Security, *et al.*,<br><br>     *Defendants.* | No. 1:25-cv-00495 |

# EXHIBIT 27

## Supplemental Declaration of Jackie Bray

## SUPPLEMENTAL DECLARATION OF JACKIE BRAY

I, Jackie Bray, pursuant to 28 U.S.C. § 1746, hereby declare:

1. I am over the age of eighteen and understand the obligations of an oath.

2. I am currently the Commissioner of the New York Division of Homeland Security and Emergency Services (DHSES or Division) which provides leadership, coordination and support to prevent, protect against, prepare for, respond to, recover from, and mitigate disasters and other emergencies. I make this declaration based on personal knowledge and on my review of information and records gathered by DHSES staff.

3. This declaration is submitted in support of the motion challenging DHS's authority to condition EMPG funding on DHSES' submission of a certification of New York State's population as of September 30, 2025, and that such certification does not include individuals that have been removed from the State pursuant to the immigration laws of the United States. DHS further conditions EMPG funding on DHSES' submission of the methodology DHSES used to determine this data. This declaration is to supplement my declaration dated September 29, 2025, submitted as ECF Nos. 3-17 to 3-20 in this action in support of Plaintiffs' Emergency Motion for a Temporary Restraining Order, which I also incorporate by reference into this declaration in full.

### The EMPG Population Certification Condition

4. The Department of Homeland Security (DHS) published the EMPG notice of funding opportunity on July 28, 2025, amending it the next day to correct the program title. The NOFO did not include any language stating that States would have to provide any verification of their population in order to apply for or receive EMPG funds.

5.      On September 27, 2025, FEMA issued EMPG awards for FY 2025 ("Award Letter"). Three days later, on September 30, FEMA released revised, though not re-dated, ("Revised Award Letter") EMPG award letters through the FEMA Go portal including the new term described in the next paragraph.

6.      The Revised Award Letter included a lengthy list of "Agreement Articles," the last of which reads as follows:

**Article 62 Funding Hold: Verification of State's Population**

FEMA has placed a funding hold on this award, and the full amount of the award is on hold in the FEMA financial systems. The recipient is prohibited from obligating, expending, or drawing down the funds associated with the award.

To release the funding hold, the SAA must provide a certification of the recipient state's population as of September 30, 2025. In so doing, the State will explain the methodology it used to determine its population and certify that its reported population does not include individuals that have been removed from the State pursuant to the immigration laws of the United States.

FEMA will rescind the funding hold upon its review and approval of the State's methodology and population certification.

7.      DHSES has never seen a funding hold based on a population certification condition imposed on any federal grant. Specifically, I understand that no population certification condition has ever been imposed on EMPG funds since the program was created in 2006, until FEMA did so on September 30, 2025. Instead, I understand that EMPG has always been administered using U.S. census data, without any additional calculations performed by States.

8.      FEMA has offered DHSES no explanation as to why it was imposing this new population certification condition.

9.      DHSES does not have a record of people who have been removed from the State pursuant to immigration laws.

10.    In investigating whether DHSES could comply with the new population certification condition, DHSES is not aware of a New York agency tasked with tallying the State population. I have learned that the Department of Homeland Security has, at times, published publicly available statistics regarding the number of individuals whom it has removed, returned, or expelled, but DHS has not updated that data since November 2024, and DHS has not published state-specific data.

11.    I believe it would be impossible to certify the precise population in New York as of September 30, 2025, without engaging in months of work and investing substantial funds towards the task—and possibly not even then. To the best of my knowledge, New York does not estimate its population independent of the U.S. census.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this 16th day of October, 2025, in Albany, New York.

Jackie Bray
Commissioner
New York State
Division of Homeland Security and
Emergency Services