## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF RHODE ISLAND

STATE OF ILLINOIS, *et al.*,

               *Plaintiffs*,

   v.

KRISTI NOEM, in her official capacity as Secretary of the Department of Homeland Security, *et al.*,

               *Defendants.*

No. 1:25-cv-00495

# EXHIBIT 31

# Declaration of Ronald LaFond

## DECLARATION OF RONALD LAFOND

I, Ronald LaFond, pursuant to 28 U.S.C. § 1746, hereby declare:

1.      I am over the age of eighteen and understand the obligations of an oath.

2.      I am currently the Director of the Homeland Security Unit with the Vermont Department of Public Safety. In this role, I oversee the administration of the Homeland Security Grant Program. I make this declaration based on personal knowledge and on my review of information and records gathered by Department of Public Safety staff.

3.      The Department of Public Safety is an executive-branch state agency.

4.      FEMA administers many grant programs where States are the primary grant recipients. The Department of Public Safety administers FEMA's annually funded preparedness grants, including the Homeland Security Grant Program.

### I.      Homeland Security Grant Program

5.      Until this year, FEMA has typically released notices of funding opportunities for preparedness grants, including the Homeland Security Grant Program, around February through May of the federal fiscal year ("FFY") for the grant in question. Once FEMA provides notice of a notice of funding opportunity ("NOFO"), The Department of Public Safety can apply for an award by submitting a timely application.

6.      In past years, the Department of Public Safety has typically received an HSGP award within four months of application, so that the Department of Public Safety can begin drawing funds on the award by the end of the calendar year.

*State Homeland Security Program*

7.      I am familiar with the Homeland Security Grant Program, and in particular its sub-component the State Homeland Security Grant Program ("SHSP"). The SHSP provides federal

1

funding to States to build, sustain, and deliver the capabilities necessary to prevent, prepare for, protect against, and respond to acts of terrorism.

8.     SHSP funding is administered in Vermont by the Department of Public Safety.

9.     In addition to using SHSP funds themselves, States may pass SHSP funds through to subgrantees for the same purposes. The Department of Public Safety passes approximately 85% of SHSP funds on to state, county, or local fire departments, law enforcement, and other first responders or emergency preparedness offices.

10.    The Department of Public Safety has applied for and received funds from the SHSP since at least 2004.

11.    As an example, SHSP funds the Vermont Intelligence Center (VIC). These funds are used on a recurring basis to support the salaries, benefits, and other operational needs of the Vermont Intelligence Center's staff, including Intelligence Analysts. The VIC is the only fusion center in Vermont. A fusion center is a collaborative effort among law enforcement, public safety, and private sector partners to share and analyze information and intelligence to combat crime and terrorism. The fusion center works to support the needs of local and state law enforcement partners, public and private critical infrastructure partners, schools, houses of worship and more across the state.

12.    As another example, SHSP funds are used to support the State Urban Search and Rescue (USAR) Team, outfitting the team with special response vehicles, personal protective equipment, emergency shelter capabilities, telecommunications equipment and more. This team is an integral part of the State's emergency flood response, among other missions.

**II.     Cuts to the Periods of Performance**

13.    The term of FEMA preparedness awards has generally been three years, meaning that the award remains open for a three-year period for completing reimbursable activities. Any

program activities supported by the awarded funds must be completed within the time the award remains open.

14.    It is typical for FEMA preparedness awards to take several years to fully disburse. The HSGP programs have used multi-year periods of performance, sometimes even longer than three years, for almost every year of their existence. These programs fund ongoing operational needs of state and local public safety agencies. As a result, the Department of Public Safety has structured their budgets for HSGP grants around multi-year disbursements.

15.    The Department of Public Safety would face significant challenges to fiscally accommodate a sudden change to a one-year period of performance. There are several million dollars in outstanding funds on prior-year grants yet to be expended for their planned uses approved by FEMA in prior years. A one-year period of performance would require the fiscal year 2025 funds to be expended at the same time of prior-year funds, making it challenging to sub-grant all outstanding awards for their intended purposes.

16.    A sudden change to a one-year period of performance would create new uncertainty regarding the stability of the funding source for the salaries of the positions that are currently funded by this grant.

17.    A sudden change to a one-year period of performance would require the Department to shift priority away from long-term, larger projects to short-term projects where the grant funds can be expended within a truncated timeframe.

18.    This year, in keeping with past practice, the HSGP NOFO announced that there would be a three-year period of performance.

19.    The NOFO explained that applications should frame their budget needs by reference to the anticipated three-year period of performance. HSGP stated that projects must be "able to be fully completed within the three-year period of performance."

3

20. When the awards issued, the period of performance was reduced to one year without explanation, running from October 1, 2025, to September 30, 2026.

21. The Department of Public Safety will face significant challenges in obligating the funds within this time period. This will likely result in a portion of the unexpended funds expiring unused.

22. In my 20 years of experience, I have not seen FEMA reduce the period of performance announced in a NOFO and relied upon by applicants like this.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 20 day of October, 2025, in Williston, Vermont.

Ronald LaFond
Director, Homeland Security Unit
Department of Public Safety

4