UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

STATE OF ILLINOIS; *et al.*,

    *Plaintiffs*,

V.

KRISTI NOEM, IN HER OFFICIAL CAPACITY AS SECRETARY OF HOMELAND SECURITY; *et al.*,

    *Defendants*,

AND

STATE OF TEXAS,

    *Intervenor-Defendant*.

CASE NO. 1:25-CV-495

## MOTION TO INTERVENE BY STATE OF TEXAS AND MEMORANDUM OF LAW IN SUPPORT

The State of Texas, by and through the Attorney General of Texas, respectfully moves to intervene in this action as an Intervenor-Defendant pursuant to Rule 24 of the Federal Rules of Civil Procedure.

    A.    <u>Intervention as of Right</u>. The State of Texas seeks and is entitled to intervene as of right pursuant to Federal Rule of Civil Procedure 24(a)(2) because the State of Texas claims an interest relating to the property or transaction that is the subject of this action and is so situated that disposition of the action may as a practical matter impair or impede the ability of the State of Texas to protect its interest. Existing parties cannot adequately represent that interest.

    B.    <u>Permissive Intervention</u>. The State of Texas alternatively or in addition seeks and is entitled to intervene in this action pursuant to Federal Rul 24(b). The State of Texas has a claim or defense that shares with the main action herein a common question of law or fact. Fed. R. Civ. P. 24(b)(1)(B). In addition, the State of Texas by and through the Attorney General of Texas is a state

1

governmental agency or officer which asserts claims or defenses herein based on statutes and executive orders that the State of Texas by and through the Attorney General of Texas administers.

This motion is timely in that this action was originally filed on September 29, 2025, only 37 days ago. Plaintiffs filed an Amended Complaint on October 24, 2025, only 12 days ago; the time for defendants in this action to answer or otherwise respond to the Amended Complaint has not yet passed; and no defendant herein has yet filed an answer to either the original or amended Complaints herein.

Attached hereto as **Exhibit A** is a Memorandum of Law in Support of this Motion to Intervene by State of Texas, in accordance with Local Rule LR Cv 7(a)(2)(B).

Attached hereto as **Exhibit B** is a pleading that sets out the claim or defense for which intervention is sought. Fed. R. Civ. P. 24(c).

The State of Texas does not request oral argument or an evidentiary hearing on this motion but will appear for either or both if the Court deems it helpful. Local Rule LR Cv 7(c).

The State of Texas asks that this Motion be heard and considered on an expedited basis, and that the time periods for response to this Motion to Intervene by all other parties be shortened to three days or such other date as may be directed by the Court. Good cause exists for this request for expedition in that the State of Texas seeks and is entitled to a fair opportunity to respond to the Motion for Summary Judgment (ECF No. 39) filed by Plaintiffs on October 30, 2025. The date for filing responses to that Motion for Summary Judgment as to Defendants is currently set for November 13, 2025.

As referenced in the Order entered herein on September 30, 2025, by District Judge Mary S. McElroy, each of the attorneys employed by the State of Texas whose names are set forth below

are members in good standing of the bar of another federal district court and of each jurisdiction in which that attorney has been admitted. Accordingly, each such attorney may appear and practice in this action without being admitted pro hac vice.

## CONCLUSION

The State of Texas respectfully requests that the Court:

1. Hear and determine this motion to intervene on an expedited basis;

2. Enter its Order granting leave for the State of Texas to intervene in this action as an Intervenor-Defendant pursuant to Fed. R. Civ. P. 24 and directing the Clerk to file in this action the pleading set forth as Exhibit B to this Motion; and

3. Enter its Order specifying a reasonable time within which Intervenor-Defendant State of Texas will be permitted to respond to the Motion for Summary Judgment filed herein by Plaintiffs on October 30, 2025 (ECF No. 36).

Date: November 10, 2025                    Respectfully submitted.

**KEN PAXTON**
Attorney General

**BRENT WEBSTER**
First Assistant Attorney General

**RALPH MOLINA**
Deputy First Assistant Attorney General

**RYAN D. WALTERS**
Deputy Attorney General for Legal Strategy

**RYAN G. KERCHER**
Chief, Special Litigation Division
Texas Bar No. 24060998

/s/ *David Bryant*
**DAVID BRYANT**
Senior Special Counsel
Texas Bar No. 03281500

/s/ *Munera Al-Fuhaid*
**MUNERA AL-FUHAID**
Special Counsel
Texas Bar No. 24094501

**OFFICE OF THE ATTORNEY GENERAL OF TEXAS**
Special Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Tel.: (512) 463-2100
david.bryant@oag.texas.gov
munera.al-fuhaid@oag.texas.gov

**COUNSEL FOR THE STATE OF TEXAS**

### CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on November 10, 2025 and that all counsel of record were served by CM/ECF.

/s/ *David Bryant*
DAVID BRYANT