UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

STATE OF ILLINOIS; *et al.,*

               *Plaintiffs*,

V.

KRISTI NOEM, IN HER OFFICIAL CAPACITY AS SECRETARY OF HOMELAND SECURITY; *et al.,*

               *Defendants*,

AND

STATE OF TEXAS,

               *Intervenor-Defendant.*

CASE NO. 1:25-CV-495

**ANSWER OF INTERVENOR-DEFENDANT
STATE OF TEXAS TO PLAINTIFFS' FIRST AMENDED COMPLAINT**

Intervenor-Defendant State of Texas, by and through Attorney General of Texas Ken Paxton ("Texas"), answers Plaintiffs' First Amended Complaint for Declaratory and Injunctive Relief (ECF No. 33) as follows:

Plaintiff States have sincere and strong policy differences with the Trump Administration, and indeed with immigration laws duly enacted by Congress. Texas respects those policy differences, but suggests they are better directed to Congress than to this Court. Congress gave the Federal Defendants substantial discretion as to the allocation of limited HSGP funds among the States. The Federal Defendants reasonably exercised that discretion to make an HSGP award to Texas of approximately $ 139 million for Fiscal Year 2025. Neither the Plaintiff States nor any other States had any assurance or "reliance interests" as to preliminary indications regarding the HSGP grants for Fiscal Year 2025. The Plaintiff States, while understandably unhappy and disappointed with the Federal Defendants decisions, have no valid legal basis for the declaratory and injunctive relief they seek in their First Amended Complaint.

Texas answers the allegations of Plaintiffs' First Amended Complaint as follows:

1.      Texas denies the allegations of Paragraph No. 1.

2.       Texas denies the allegations of Paragraph No. 2.

3.      Texas denies the allegations of Paragraph No. 3.

4.      Texas denies the allegations of Paragraph No. 4.

5.      Texas admits the text of Executive Orders Nos. 14159 and 14287, but otherwise denies the allegations of Paragraph No. 5.

6.      Texas is without sufficient knowledge to answer the allegations of Paragraph 6 and therefore denies the same.

7.      Texas denies the allegations of Paragraph No. 7.

8.      Texas admits the FEMA award notifications but otherwise denies the allegations of Paragraph No. 8.

9.      Texas is without sufficient knowledge to answer the allegations of Paragraph 9 and therefore denies the same.

10.      Texas is without sufficient knowledge to answer the allegations of Paragraph 10 and therefore denies the same.

11.      Texas is without sufficient knowledge to answer the allegations of Paragraph 11 and therefore denies the same.

12.      Texas is without sufficient knowledge to answer the allegations of Paragraph 12 and therefore denies the same.

13.      Texas denies the allegations of Paragraph No. 13.

14.      Texas admits that DHS reduced the period of performance for the HSGP grant from three years to one year but otherwise denies the allegations of Paragraph No. 14.

15.      Texas is without sufficient knowledge to answer the allegations of Paragraph 15 and therefore denies the same.

16.      Texas denies the allegations of Paragraph No. 16.

17.    Texas is without knowledge sufficient to answer Paragraph No. 17 as to what Plaintiff States truly seek in this action; state that Plaintiffs' pleadings speak for themselves; and otherwise deny the allegations of Paragraph 17.

18.    Texas does not deny the jurisdictional allegations of Paragraph 18, but denies that the Plaintiff States are entitled to any relief from this Court.

19.     Texas does not deny the venue allegations of Paragraph 19, but denies that the Plaintiff States are entitled to any relief from this Court.

20.    Texas admits that each Plaintiff State is a sovereign State of the United States of America, is without sufficient knowledge to answer the other allegations of Paragraph 20, and therefore denies the same.

21.    Texas admits that each Plaintiff State is a sovereign State of the United States of America, is without sufficient knowledge to answer the other allegations of Paragraph 21, and therefore denies the same.

22.    Texas admits that each Plaintiff State is a sovereign State of the United States of America, is without sufficient knowledge to answer the other allegations of Paragraph 22, and therefore denies the same.

23.    Texas admits that each Plaintiff State is a sovereign State of the United States of America, is without sufficient knowledge to answer the other allegations of Paragraph 23, and therefore denies the same.

24.    Texas admits that each Plaintiff State is a sovereign State of the United States of America, is without sufficient knowledge to answer the other allegations of Paragraph 24, and therefore denies the same.

25.    Texas admits that each Plaintiff State is a sovereign State of the United States of America, is without sufficient knowledge to answer the other allegations of Paragraph 25, and therefore denies the same.

26.     Texas admits that the District of Columbia is the seat of the federal government, is without sufficient knowledge to answer the other allegations of Paragraph 26, and therefore denies the same.

27.     Texas admits that each Plaintiff State is a sovereign State of the United States of America, is without sufficient knowledge to answer the other allegations of Paragraph 27, and therefore denies the same.

28.     Texas admits that each Plaintiff State is a sovereign State of the United States of America, is without sufficient knowledge to answer the other allegations of Paragraph 28, and therefore denies the same.

29.     Texas admits that each Plaintiff State is a sovereign State of the United States of America, is without sufficient knowledge to answer the other allegations of Paragraph 29, and therefore denies the same.

30.     Texas admits that each Plaintiff State is a sovereign State of the United States of America, is without sufficient knowledge to answer the other allegations of Paragraph 30, and therefore denies the same.

31.     Texas admits that each Plaintiff State is a sovereign State of the United States of America, is without sufficient knowledge to answer the other allegations of Paragraph 31, and therefore denies the same.

32.     Texas admits that each Plaintiff State is a sovereign State of the United States of America, is without sufficient knowledge to answer the other allegations of Paragraph 32, and therefore denies the same.

33.     Texas admits the allegations in Paragraph 33

34.     Texas admits the allegations in Paragraph 34.

35.     Texas admits the allegations in Paragraph 35.

36.     Texas admits the allegations in Paragraph 36.

37.     Texas admits that the allegations of Paragraph 37 correctly quote the statutes cited, which speak for themselves.

38.     Texas is without sufficient knowledge to answer the allegations of Paragraph 38, denies that Plaintiff States have a right to rely on future federal grants under applicable law, and therefore denies the allegations of Paragraph 38.

39.     Texas admits the text of the referenced regulation; is without sufficient knowledge to answer the other allegations of Paragraph 39, denies that Plaintiff States have a right to rely on future federal grants under applicable law, and therefore denies the allegations of Paragraph 39.

40.     Texas admits the text of the referenced statute; is without sufficient knowledge to answer the other allegations of Paragraph 40, denies that Plaintiff States have a right to rely on future federal grants under applicable law, and therefore denies the allegations of Paragraph 40.

41.     Texas is without sufficient knowledge to answer the allegations of Paragraph 41, denies that Plaintiff States have a right to rely on future federal grants under applicable law, and therefore denies the allegations of Paragraph 41.

42.     Texas admits the text of the referenced statute; is without sufficient knowledge to answer the other allegations of Paragraph 42, denies that Plaintiff States have a right to rely on future federal grants under applicable law, and therefore denies the allegations of Paragraph 42.

43.     Texas admits the text of the referenced statute; is without sufficient knowledge to answer the other allegations of Paragraph 43, denies that Plaintiff States have a right to rely on future federal grants under applicable law, and therefore denies the allegations of Paragraph 43.

44.     Texas denies the allegations of Paragraph 44.

45.     Texas admits the text of the referenced statute; is without sufficient knowledge to answer the other allegations of Paragraph 45, denies that Plaintiff States have a right to rely on future federal grants under applicable law, and therefore denies the allegations of Paragraph 45.

46.     Texas is without sufficient knowledge to answer the allegations of Paragraph 46, denies that Plaintiff States have a right to rely on future federal grants under applicable law, and therefore denies the allegations of Paragraph 46.

47.     Texas is without sufficient knowledge to answer the allegations of Paragraph 47, denies that Plaintiff States have a right to rely on future federal grants under applicable law, and therefore denies the allegations of Paragraph 47.

48.     Texas is without sufficient knowledge to answer the allegations of Paragraph 48, denies that Plaintiff States have a right to rely on future federal grants under applicable law, and therefore denies the allegations of Paragraph 48.

49.     Texas is without sufficient knowledge to answer the allegations of Paragraph 49, denies that Plaintiff States have a right to rely on future federal grants under applicable law, and therefore denies the allegations of Paragraph 49.

50.     Texas is without sufficient knowledge to answer the allegations of Paragraph 50, denies that Plaintiff States have a right to rely on future federal grants under applicable law, and therefore denies the allegations of Paragraph 50.

51.     Texas is without sufficient knowledge to answer the allegations of Paragraph 51, denies that Plaintiff States have a right to rely on future federal grant5 under applicable law, and therefore denies the allegations of Paragraph 51.

52.     Texas is without sufficient knowledge to answer the allegations of Paragraph 52, denies that Plaintiff States have a right to rely on future federal grants under applicable law, and therefore denies the allegations of Paragraph 52.

53.     Texas is without sufficient knowledge to answer the allegations of Paragraph 52, denies that Plaintiff States have a right to rely on future federal grants under applicable law, and therefore denies the allegations of Paragraph 53.

54.     Texas admits the text of the referenced statute; is without sufficient knowledge to answer the other allegations of Paragraph 54, denies that Plaintiff States have a right to rely on future federal grants under applicable law, and therefore denies the allegations of Paragraph 54.

55.     Texas denies the allegations of Paragraph 55.

56.    Texas admits the text of the referenced statute; is without sufficient knowledge to answer the other allegations of Paragraph 56, denies that Plaintiff States have a right to rely on future federal grants under applicable law, and therefore denies the allegations of Paragraph 56.

57.    Texas admits the text of the referenced statute; is without sufficient knowledge to answer the other allegations of Paragraph 57, denies that Plaintiff States have a right to rely on future federal grants under applicable law, and therefore denies the allegations of Paragraph 57.

58.    Texas is without sufficient knowledge to answer the allegations of Paragraph 58, denies that Plaintiff States have a right to rely on future federal grants under applicable law, and therefore denies the allegations of Paragraph 58.

59.    Texas is without sufficient knowledge to answer the allegations of Paragraph 59, denies that Plaintiff States have a right to rely on future federal grants under applicable law, and therefore denies the allegations of Paragraph 59.

60.    Texas is without sufficient knowledge to answer the allegations of Paragraph 60, denies that Plaintiff States have a right to rely on future federal grants under applicable law, and therefore denies the allegations of Paragraph 60.

61.    Texas is without sufficient knowledge to answer the allegations of Paragraph 61, denies that Plaintiff States have a right to rely on future federal grants under applicable law, and therefore denies the allegations of Paragraph 61.

62.    Texas is without sufficient knowledge to answer the allegations of Paragraph 62, denies that Plaintiff States have a right to rely on future federal grants under applicable law, and therefore denies the allegations of Paragraph 62.

63.    Texas is without sufficient knowledge to answer the allegations of Paragraph 63, denies that Plaintiff States have a right to rely on future federal grants under applicable law, and therefore denies the allegations of Paragraph 63.

64.    Texas admits the text of the referenced statute; is without sufficient knowledge to answer the other allegations of Paragraph 64, denies that Plaintiff States have a right to rely on future federal grants under applicable law, and therefore denies the allegations of Paragraph 64.

65.    Texas admits the text of the referenced statute; is without sufficient knowledge to answer the other allegations of Paragraph 65, denies that Plaintiff States have a right to rely on future federal grants under applicable law, and therefore denies the allegations of Paragraph 65.

66.    Texas denies the allegations of Paragraph 66.

67.    Texas is without sufficient knowledge to answer the allegations of Paragraph 56, denies that Plaintiff States have a right to rely on future federal grants under applicable law, and therefore denies the allegations of Paragraph 67.

68.    Texas denies the allegations of Paragraph 68.

69.    Texas is without sufficient knowledge to answer the allegations of Paragraph 69, denies that Plaintiff States have a right to rely on future federal grants under applicable law, and therefore denies the allegations of Paragraph 69.

70.    Texas is without sufficient knowledge to answer the allegations of Paragraph 70, denies that Plaintiff States have a right to rely on future federal grants under applicable law, and therefore denies the allegations of Paragraph 70.

71.    Texas is without sufficient knowledge to answer the allegations of Paragraph 71 denies that Plaintiff States have a right to rely on future federal grants under applicable law, and therefore denies the allegations of Paragraph 71.

72.    Texas is without sufficient knowledge to answer the allegations of Paragraph 72, denies that Plaintiff States have a right to rely on future federal grants under applicable law, and therefore denies the allegations of Paragraph 72.

73.    Texas is without sufficient knowledge to answer the allegations of Paragraph 73, denies that Plaintiff States have a right to rely on future federal grants under applicable law, and therefore denies the allegations of Paragraph 73.

74.    Texas is without sufficient knowledge to answer the allegations of Paragraph 74, denies that Plaintiff States have a right to rely on future federal grants under applicable law, and therefore denies the allegations of Paragraph 74.

75.     Texas is without sufficient knowledge to answer the allegations of Paragraph 75, denies that Plaintiff States have a right to rely on future federal grants under applicable law, and therefore denies the allegations of Paragraph 75.

76.     Texas is without sufficient knowledge to answer the allegations of Paragraph 76, denies that Plaintiff States have a right to rely on future federal grants under applicable law, and therefore denies the allegations of Paragraph 76.

77.     Texas is without sufficient knowledge to answer the allegations of Paragraph 77, denies that Plaintiff States have a right to rely on future federal grants under applicable law, and therefore denies the allegations of Paragraph 77.

78.     Texas is without sufficient knowledge to answer the allegations of Paragraph 78, denies that Plaintiff States have a right to rely on future federal grants under applicable law, and therefore denies the allegations of Paragraph 78.

79.     Texas is without sufficient knowledge to answer the allegations of Paragraph 79, denies that Plaintiff States have a right to rely on future federal grants under applicable law, and therefore denies the allegations of Paragraph y9.

80.     Texas is without sufficient knowledge to answer the allegations of Paragraph 80, denies that Plaintiff States have a right to rely on future federal grants under applicable law, and therefore denies the allegations of Paragraph 80.

81.     Texas is without sufficient knowledge to answer the allegations of Paragraph 81, denies that Plaintiff States have a right to rely on future federal grants under applicable law, and therefore denies the allegations of Paragraph 81.

82.     Texas is without sufficient knowledge to answer the allegations of Paragraph 82, denies that Plaintiff States have a right to rely on future federal grants under applicable law, and therefore denies the allegations of Paragraph 82.

83.     Texas is without sufficient knowledge to answer the allegations of Paragraph 83, denies that Plaintiff States have a right to rely on future federal grants under applicable law, and therefore denies the allegations of Paragraph 83.

84.     Texas is without sufficient knowledge to answer the allegations of Paragraph 84, denies that Plaintiff States have a right to rely on future federal grants under applicable law, and therefore denies the allegations of Paragraph 85.

85.     Texas is without sufficient knowledge to answer the allegations of Paragraph 85, denies that Plaintiff States have a right to rely on future federal grants under applicable law, and therefore denies the allegations of Paragraph 85.

86.     Texas admits that President Trump signed the Executive Order quoted in Paragraph 86 on January 20, 2025.

87.     Texas is without sufficient knowledge to answer the allegations of Paragraph 87, denies that Plaintiff States have a right to rely on future federal grants under applicable law, and therefore denies the allegations of Paragraph 87.

88.     Texas is without sufficient knowledge to answer the allegations of Paragraph 88, denies that Plaintiff States have a right to rely on future federal grants under applicable law, and therefore denies the allegations of Paragraph 88.

89.     Texas is without sufficient knowledge to answer the allegations of Paragraph 89, denies that Plaintiff States have a right to rely on future federal grants under applicable law, and therefore denies the allegations of Paragraph 89.

90.     Texas admits that President Trump signed Executive Order 14287 as quoted in Paragraph 90.

91.      Texas admits that President Trump signed Executive Order 14287 as quoted in Paragraph 91.

92.     Texas is without sufficient knowledge to answer the allegations of Paragraph 92, denies that Plaintiff States have a right to rely on future federal grants under applicable law, and therefore denies the allegations of Paragraph 92.

93.     Texas is without sufficient knowledge to answer the allegations of Paragraph 93, denies that Plaintiff States have a right to rely on future federal grants under applicable law, and therefore denies the allegations of Paragraph 93.

94.     Texas is without sufficient knowledge to answer the allegations of Paragraph 94, denies that Plaintiff States have a right to rely on future federal grants under applicable law, and therefore denies the allegations of Paragraph 94.

95.     Texas is without sufficient knowledge to answer the allegations of Paragraph 95, denies that Plaintiff States have a right to rely on future federal grants under applicable law, and therefore denies the allegations of Paragraph 95.

96.     Texas is without sufficient knowledge to answer the allegations of Paragraph 96, denies that Plaintiff States have a right to rely on future federal grants under applicable law, and therefore denies the allegations of Paragraph 96.

97.     Texas is without sufficient knowledge to answer the allegations of Paragraph 97, denies that Plaintiff States have a right to rely on future federal grants under applicable law, and therefore denies the allegations of Paragraph 97.

98.     Texas admits that on August 1, 2025, DHS released the HSGP NOFO as alleged in Paragraph 98 and states that such document speaks for itself.

99.     Texas is without sufficient knowledge to answer the allegations of Paragraph 99, denies that Plaintiff States have a right to rely on future federal grants under applicable law, and therefore denies the allegations of Paragraph 99.

100.    Texas is without sufficient knowledge to answer the allegations of Paragraph 100, denies that Plaintiff States have a right to rely on future federal grants under applicable law, and therefore denies the allegations of Paragraph 100.

101.    Texas admits that Paragraph 101 accurately quotes the referenced document and otherwise denies the allegations of Paragraph 101.

102.    Texas admits that Paragraph 102 accurately quotes the referenced document and otherwise denies the allegations of Paragraph 102.

103.    Texas is without sufficient knowledge to answer the allegations of Paragraph 103, denies that Plaintiff States have a right to rely on future federal grants under applicable law, and therefore denies the allegations of Paragraph 103.

104. Texas is without sufficient knowledge to answer the allegations of Paragraph 104, denies that Plaintiff States have a right to rely on future federal grants under applicable law, and therefore denies the allegations of Paragraph 104.

105. Texas is without sufficient knowledge to answer the allegations of Paragraph 105, denies that Plaintiff States have a right to rely on future federal grants under applicable law, and therefore denies the allegations of Paragraph 105.

106. Texas denies the allegations of Paragraph 106 in that a NOFO does not allocate funds.

107. Texas denies the allegations of Paragraph 107 in that a NOFO does not allocate funds or impose reductions in funds.

108. Texas denies the allegations of Paragraph 108 in that a NOFO does not propose funding levels.

109. Texas denies the allegations of Paragraph 109 in that a NOFO does not "impose cuts" of funds.

110. Texas denies the allegations of Paragraph 110 in that a NOFO does not impose cuts of funds.

111. Texas denies the allegations of Paragraph 111.

112. Texas is without sufficient knowledge to answer allegations of Paragraph 112 denies that Plaintiff States have a right to rely on future federal grants under applicable law, and therefore denies the allegations of Paragraph 1012.

113. Texas is without sufficient knowledge to answer the allegations of Paragraph 113, denies that Plaintiff States have a right to rely on future federal grants under applicable law, and therefore denies the allegations of Paragraph 113.

114. Texas is without sufficient knowledge to answer the allegations of Paragraph 114, denies that Plaintiff States have a right to rely on future federal grants under applicable law, and therefore denies the allegations of Paragraph 114.

115.    Texas is without sufficient knowledge to answer the allegations of Paragraph 115, denies that Plaintiff States have a right to rely on future federal grants under applicable law, and therefore denies the allegations of Paragraph 115.

116.    Texas is without sufficient knowledge to answer the allegations of Paragraph 116, denies that Plaintiff States have a right to rely on future federal grants under applicable law, and therefore denies the allegations of Paragraph 116.

117.    Texas is without sufficient knowledge to answer the allegations of Paragraph 117, denies that Plaintiff States have a right to rely on future federal grants under applicable law, and therefore denies the allegations of Paragraph 117.

118.    Texas states that the Court's opinion speaks for itself, is without sufficient knowledge to answer the other allegations of Paragraph 118, denies that Plaintiff States have a right to rely on future federal grants under applicable law, and therefore denies the allegations of Paragraph 118.

119.    Texas states that the Court's opinion speaks for itself, is without sufficient knowledge to answer the other allegations of Paragraph 119, denies that Plaintiff States have a right to rely on future federal grants under applicable law, and therefore denies the allegations of Paragraph 119.

120.    Texas states that the Court's opinion speaks for itself, is without sufficient knowledge to answer the other allegations of Paragraph 120, denies that Plaintiff States have a right to rely on future federal grants under applicable law, and therefore denies the allegations of Paragraph 1120.

121.    Texas states that the Court's opinion speaks for itself, is without sufficient knowledge to answer the other allegations of Paragraph 219, denies that Plaintiff States have a right to rely on future federal grants under applicable law, and therefore denies the allegations of Paragraph 121.

122.    Texas is without sufficient knowledge to answer the allegations of Paragraph 122, denies that Plaintiff States have a right to rely on future federal grants under applicable law, and therefore denies the allegations of Paragraph 122.

123.    Texas is without sufficient knowledge to answer the allegations of Paragraph 123, denies that Plaintiff States have a right to rely on future federal grants under applicable law, and therefore denies the allegations of Paragraph 123.

124.    Texas is without sufficient knowledge to answer the allegations of Paragraph 124, denies that Plaintiff States have a right to rely on future federal grants under applicable law, and therefore denies the allegations of Paragraph 124.

125.    Texas admits that allegations of Paragraph 125 as to the dates of the award notifications under the HSGP Program in September 2025.

126.    Texas is without sufficient knowledge to answer the allegations of Paragraph 127, denies that Plaintiff States have a right to rely on future federal grants under applicable law, and therefore denies the allegations of Paragraph 127.

127.    Texas denies the allegations of Paragraph 127.

128.    Texas is without sufficient knowledge to answer the allegations of Paragraph 128, denies that Plaintiff States have a right to rely on future federal grants under applicable law, and therefore denies the allegations of Paragraph 128.

129.    Texas is without sufficient knowledge to answer the allegations of Paragraph 129, denies that Plaintiff States have a right to rely on future federal grants under applicable law, and therefore denies the allegations of Paragraph 129.

130.    Texas is without sufficient knowledge to answer the allegations of Paragraph 130, denies that Plaintiff States have a right to rely on future federal grants under applicable law, and therefore denies the allegations of Paragraph 130.

131.    Texas is without sufficient knowledge to answer the allegations of Paragraph 131, denies that Plaintiff States have a right to rely on future federal grants under applicable law, and therefore denies the allegations of Paragraph 131.

132.    Texas is without sufficient knowledge to answer the allegations of Paragraph 132, denies that Plaintiff States have a right to rely on future federal grants under applicable law, and therefore denies the allegations of Paragraph 132.

133.    Texas is without sufficient knowledge to answer the allegations of Paragraph 133, denies that Plaintiff States have a right to rely on future federal grants under applicable law, and therefore denies the allegations of Paragraph 133.

134.    Texas is without sufficient knowledge to answer the allegations of Paragraph 134, denies that Plaintiff States have a right to rely on future federal grants under applicable law, and therefore denies the allegations of Paragraph 134.

135.    Texas is without sufficient knowledge to answer the allegations of Paragraph 135, denies that Plaintiff States have a right to rely on future federal grants under applicable law, and therefore denies the allegations of Paragraph 135.

136.    Texas is without sufficient knowledge to answer the allegations of Paragraph 136, denies that Plaintiff States have a right to rely on future federal grants under applicable law, and therefore denies the allegations of Paragraph 136.

137.    Texas is without sufficient knowledge to answer the allegations of Paragraph 137, denies that Plaintiff States have a right to rely on future federal grants under applicable law, and therefore denies the allegations of Paragraph 137.

138.    Texas is without sufficient knowledge to answer the allegations of Paragraph 138, denies that Plaintiff States have a right to rely on future federal grants under applicable law, and therefore denies the allegations of Paragraph 138.

139.    Texas is without sufficient knowledge to answer the allegations of Paragraph 139, denies that Plaintiff States have a right to rely on future federal grants under applicable law, and therefore denies the allegations of Paragraph 139.

140.    Texas is without sufficient knowledge to answer the allegations of Paragraph 140, denies that Plaintiff States have a right to rely on future federal grants under applicable law, and therefore denies the allegations of Paragraph 140.

141.     Texas is without sufficient knowledge to answer the allegations of Paragraph 141, denies that Plaintiff States have a right to rely on future federal grants under applicable law, and therefore denies the allegations of Paragraph 141.

142.     Texas is without sufficient knowledge to answer the allegations of Paragraph 142, denies that Plaintiff States have a right to rely on future federal grants under applicable law, and therefore denies the allegations of Paragraph 142.

143.     Texas is without sufficient knowledge to answer the allegations of Paragraph 143, denies that Plaintiff States have a right to rely on future federal grants under applicable law, and therefore denies the allegations of Paragraph 143.

144.     Texas is without sufficient knowledge to answer the allegations of Paragraph 144, denies that Plaintiff States have a right to rely on future federal grants under applicable law, and therefore denies the allegations of Paragraph 144.

145.     Texas is without sufficient knowledge to answer the allegations of Paragraph 145, denies that Plaintiff States have a right to rely on future federal grants under applicable law, and therefore denies the allegations of Paragraph 145.

146.     Texas denies the allegations of Paragraph 146.

147.     Texas denies the allegations of Paragraph 147.

148.     Texas denies the allegations of Paragraph 148.

149.     Texas denies the allegations of Paragraph 149.

150.     Texas denies the allegations of Paragraph 150.

151.     Texas denies the allegations of Paragraph 151.

152.     Texas admits Plaintiffs seek declaratory and injunctive relief as alleged in Paragraph 152, and otherwise denies the allegations of Paragraph 152.

153.     Texas admits the change in the relevant period from three years to one year alleged in Paragraph 153 and otherwise denies the allegations of Paragraph 153.

154. Texas is without sufficient knowledge to answer the allegations of Paragraph 154, denies that Plaintiff States have a right to rely on future federal grants under applicable law, and therefore denies the allegations of Paragraph 154.

155. Texas is without sufficient knowledge to answer the allegations of Paragraph 155, denies that Plaintiff States have a right to rely on future federal grants under applicable law, and therefore denies the allegations of Paragraph 155.

156. Texas is without sufficient knowledge to answer the allegations of Paragraph 156, denies that Plaintiff States have a right to rely on future federal grants under applicable law, and therefore denies the allegations of Paragraph 156.

157. Texas is without sufficient knowledge to answer the allegations of Paragraph 157, denies that Plaintiff States have a right to rely on future federal grants under applicable law, and therefore denies the allegations of Paragraph 157.

158. Texas is without sufficient knowledge to answer the allegations of Paragraph 158, denies that Plaintiff States have a right to rely on future federal grants under applicable law, and therefore denies the allegations of Paragraph 158.

159. Texas admits the allegations of Paragraph 159.

160. Texas admits the allegations of Paragraph 160 as to the one-year period, but otherwise denies the allegations of Paragraph 160.

161. Texas is without sufficient knowledge to answer the allegations of Paragraph 161, denies that Plaintiff States have a right to rely on future federal grants under applicable law, and therefore denies the allegations of Paragraph 161.

162. Texas is without sufficient knowledge to answer the allegations of Paragraph 162, denies that Plaintiff States have a right to rely on future federal grants under applicable law, and therefore denies the allegations of Paragraph 162.

163. Teas admits the reduction alleged in Paragraph 163 as to Texas, is without sufficient knowledge to answer the other allegations of Paragraph 145, denies that Plaintiff States have a right

to rely on future federal grants under applicable law, and therefore denies the allegations of Paragraph 163.

164.    Texas is without sufficient knowledge to answer the allegations of Paragraph 164, denies that Plaintiff States have a right to rely on future federal grants under applicable law, and therefore denies the allegations of Paragraph 164.

165.    Texas is without sufficient knowledge to answer the allegations of Paragraph 165, denies that Plaintiff States have a right to rely on future federal grants under applicable law, and therefore denies the allegations of Paragraph 165.

166.    Texas states that the referenced Court opinion speaks for itself and otherwise denies the allegations of paragraph 166.

167.    Texas is without sufficient knowledge to answer the allegations of Paragraph 167, denies that Plaintiff States have a right to rely on future federal grants under applicable law, and therefore denies the allegations of Paragraph 167.

168.    Texas is without sufficient knowledge to answer the allegations of Paragraph 168, denies that Plaintiff States have a right to rely on future federal grants under applicable law, and therefore denies the allegations of Paragraph 168.

169.    Texas is without sufficient knowledge to answer the allegations of Paragraph 169, denies that Plaintiff States have a right to rely on future federal grants under applicable law, and therefore denies the allegations of Paragraph 169.

170.    Texas is without sufficient knowledge to answer the allegations of Paragraph 705, denies that Plaintiff States have a right to rely on future federal grants under applicable law, and therefore denies the allegations of Paragraph 170.

171.    Texas is without sufficient knowledge to answer the allegations of Paragraph 171, denies that Plaintiff States have a right to rely on future federal grants under applicable law, and therefore denies the allegations of Paragraph 171.

172.    Texas is without sufficient knowledge to answer the allegations of Paragraph 172, denies that Plaintiff States have a right to rely on future federal grants under applicable law, and therefore denies the allegations of Paragraph 172.

173.    Texas is without sufficient knowledge to answer the other allegations of Paragraph 173, denies that Plaintiff States have a right to rely on future federal grants under applicable law, and therefore denies the allegations of Paragraph 173.

174.    Texas denies the allegations of Paragraph 174.

175.    Texas states that Paragraph 175 accurately quotes the referenced statute, but otherwise denies the allegations of Paragraph 175.

176.    Texas states that Paragraph 176 accurately quotes the referenced statute, but otherwise denies the allegations of Paragraph 176.

177.    Texas denies the allegations of Paragraph 177.

178.    Texas denies the allegations of Paragraph 178.

179.    Texas is without sufficient knowledge to answer the allegations of Paragraph 179, denies that Plaintiff States have a right to rely on future federal grants under applicable law, and therefore denies the allegations of Paragraph 179.

180.    Texas denies the allegations of Paragraph 180.

181.    Texas is without sufficient knowledge to answer the allegations of Paragraph 181, states that the Court filings speak for themselves, denies that Plaintiff States have a right to rely on future federal grants under applicable law, and therefore denies the allegations of Paragraph 181.

182.    Texas is without sufficient knowledge to answer the allegations of Paragraph 182, states that the Court filings speak for themselves, denies that Plaintiff States have a right to rely on future federal grants under applicable law, and therefore denies the allegations of Paragraph 182.

183.    Texas is without sufficient knowledge to answer the allegations of Paragraph 183, states that the Court filings speak for themselves, denies that Plaintiff States have a right to rely on future federal grants under applicable law, and therefore denies the allegations of Paragraph 183.

184.    Texas is without sufficient knowledge to answer the allegations of Paragraph 184, states that the Court filings speak for themselves, denies that Plaintiff States have a right to rely on future federal grants under applicable law, and therefore denies the allegations of Paragraph 184.

185.    Texas is without sufficient knowledge to answer the allegations of Paragraph 185, states that the Court filings speak for themselves, denies that Plaintiff States have a right to rely on future federal grants under applicable law, and therefore denies the allegations of Paragraph 185.

186.    Texas is without sufficient knowledge to answer the allegations of Paragraph 186, states that the Court filings speak for themselves, denies that Plaintiff States have a right to rely on future federal grants under applicable law, and therefore denies the allegations of Paragraph 186.

187.    Texas is without sufficient knowledge to answer the allegations of Paragraph 187, states that the Court filings speak for themselves,  denies that Plaintiff States have a right to rely on future federal grants under applicable law, and therefore denies the allegations of Paragraph 187.

188.    Texas is without sufficient knowledge to answer the allegations of Paragraph 188, states that the Court filings speak for themselves, denies that Plaintiff States have a right to rely on future federal grants under applicable law, and therefore denies the allegations of Paragraph 188.

189.    Texas is without sufficient knowledge to answer the allegations of Paragraph 189, denies that Plaintiff States have a right to rely on future federal grants under applicable law, and therefore denies the allegations of Paragraph 189.

190.    Texas is without sufficient knowledge to answer the allegations of Paragraph 190, states that the Court filings speak for themselves, denies that Plaintiff States have a right to rely on future federal grants under applicable law, and therefore denies the allegations of Paragraph 190.

191.    Texas is without sufficient knowledge to answer the allegations of Paragraph 191, states that the Court filings speak for themselves, denies that Plaintiff States have a right to rely on future federal grants under applicable law, and therefore denies the allegations of Paragraph 191.

192.    Texas realleges and incorporates by reference its responses to each of the foregoing paragraphs in response to Paragraph 192.

193.    Texas denies the allegations of Paragraph 193.

194.    Texas admits the allegations of Paragraph 194 as to the provisions of the statute quoted, states that the referenced Court opinions speak for themselves; and otherwise deny the allegations of Paragraph 194.

195.    Texas denies the allegations of Paragraph 195.

196.    Texas states that the referenced Court opinion speaks for itself and otherwise denies the allegations of Paragraph 196.

197.    Texas states that the referenced Court opinion speaks for itself and otherwise denies the allegations of Paragraph 197.

198.    Texas states that the referenced Court opinion speaks for itself and otherwise denies the allegations of Paragraph 198.

199.    Texas states that the referenced Court opinion speaks for itself and otherwise denies the allegations of Paragraph 199.

200.    Texas denies the allegations of Paragraph 200.

201.    Texas denies the allegations of Paragraph 201.

202.    Texas realleges and incorporates by reference its responses to each of the foregoing paragraphs in response to Paragraph 202.

203.    Texas states that the referenced Court opinion speaks for itself and otherwise denies the allegations of Paragraph 203.

204.    Texas states that the referenced Court opinion speaks for itself and otherwise denies the allegations of Paragraph 204.

205.    Texas states that the referenced Court opinion speaks for itself and otherwise denies the allegations of Paragraph 205.

206.    Texas denies the allegations of Paragraph 206.

207.    Texas denies the allegations of Paragraph 207.

208.    Texas states that the referenced statute speaks for itself and otherwise denies the allegations of Paragraph 208.

209.    Texas denies the allegations of Paragraph 209.

210.   Texas denies the allegations of Paragraph 210.

211.   Texas realleges and incorporates by reference its responses to each of the foregoing paragraphs in response to Paragraph 211.

212.   Texas denies the allegations of Paragraph 212.

213.   Texas states that the referenced statute speaks for itself and otherwise denies the allegations of Paragraph 213.

214.   Texas denies the allegations of Paragraph 214.

215.   Texas denies the allegations of Paragraph 215.

216.   Texas denies the allegations of Paragraph 216.

217.   Texas realleges and incorporates by reference its responses to each of the foregoing paragraphs in response to Paragraph 217.

218.   Texas denies the allegations of Paragraph 218.

219.   Texas states that the referenced statute speaks for itself and otherwise denies the allegations of Paragraph 219.

220.   Texas denies the allegations of Paragraph 220.

221.   Texas states that the referenced statute speaks for itself and otherwise denies the allegations of Paragraph 221.

222.   Texas denies the allegations of Paragraph 222.

223.   Texas states that the referenced statute speaks for itself and otherwise denies the allegations of Paragraph 223.

224.   Texas realleges and incorporates by reference its responses to each of the foregoing paragraphs in response to Paragraph 224.

225.   Texas denies the allegations of Paragraph 225.

226.   Texas states that the referenced statute and Court opinion speak for themselves and otherwise denies the allegations of Paragraph 226.

227.   Texas denies the allegations of Paragraph 227.

228.    Texas states that the referenced Court opinion speaks for itself and otherwise denies the allegations of Paragraph 228.

229.    Texas states that the referenced Court opinion speaks for itself and otherwise denies the allegations of Paragraph 229.

230.    Texas denies the allegations of Paragraph 230.

231.    Texas denies the allegations of Paragraph 231.

232.    Texas denies the allegations of Paragraph 232.

233.    Texas realleges and incorporates by reference its responses to each of the foregoing paragraphs in response to Paragraph 233.

234.    Texas denies the allegations of Paragraph 234.

235.    Texas states that the referenced statute speaks for itself and otherwise denies the allegations of Paragraph 235.

236.    Texas denies the allegations of Paragraph 236.

237.    Texas denies the allegations of Paragraph 237.

238.    Texas denies the allegations of Paragraph 238.

239.    Texas realleges and incorporates by reference its responses to each of the foregoing paragraphs in response to Paragraph 239.

240.    Texas denies the allegations of Paragraph 240.

241.    Texas states that the referenced statute and Court opinion speak for themselves and otherwise denies the allegations of Paragraph 241.

242.    Texas denies the allegations of Paragraph 242.

243.    Texas states that the referenced statute and Court opinion speak for themselves and otherwise denies the allegations of Paragraph 243.

244.    Texas states that the referenced Court opinion speaks for itself and otherwise denies the allegations of Paragraph 244.

245.    Texas denies the allegations of Paragraph 245.

246.    Texas states that the referenced Court opinion speaks for itself and otherwise denies the allegations of Paragraph 246.

247.    Texas denies the allegations of Paragraph 247.

248.    Texas denies the allegations of Paragraph 248.

249.    Texas realleges and incorporates by reference its responses to each of the foregoing paragraphs in response to Paragraph 249.

250.    Texas denies the allegations of Paragraph 250.

251.    Texas states that the referenced statute and Court opinion speak for themselves and otherwise denies the allegations of Paragraph 251.

252.    Texas denies the allegations of Paragraph 252.

253.    Texas denies the allegations of Paragraph 253.

254.    Texas denies the allegations of Paragraph 254.

255.    Texas denies the allegations of Paragraph 255.

Texas further asserts the following defenses as to each claim of the Plaintiffs herein:

I.    Plaintiffs fail to state a claim upon which relief may be granted.

II.    This action is in substance a suit by States of the United States against other States of the United States for which original jurisdiction lies only in the Supreme Court of the United States.

III.    The Executive Branch of the United States Government has statutory and Constitutional discretion to allocate funds appropriated by Congress for national defense and security in the manner it deems most conducive to preserving, protecting, and defending the Constitution and the American people.

IV.    Plaintiffs are barred from obtaining equitable relief sought herein by the doctrine of unclean hands.

V.    Plaintiffs are barred from obtaining equitable relief sought herein by reason of the principle of equity that those who seek equity must do equity.

Texas respectfully prays that, upon final hearing of this case, the Court shall dismiss this case or enter judgment that Plaintiffs take nothing herein.

Date: November 10, 2025                    Respectfully submitted.

**KEN PAXTON**                              /s/ *David Bryant*
Attorney General                           DAVID BRYANT
                                           Senior Special Counsel
                                           Texas Bar No. 03281500
**BRENT WEBSTER**
First Assistant Attorney General

                                           /s/ *Munera Al-Fuhaid*
**RALPH MOLINA**                            **MUNERA AL-FUHAID**
Deputy First Assistant Attorney General    Special Counsel
                                           Texas Bar No. 24094501
**RYAN D. WALTERS**
Deputy Attorney General for Legal Strategy **OFFICE OF THE ATTORNEY GENERAL OF TEXAS**
                                           Special Litigation Division
                                           P.O. Box 12548, Capitol Station
**RYAN G. KERCHER**                         Austin, Texas 78711-2548
Chief, Special Litigation Division         Tel.: (512) 463-2100
Texas Bar No. 24060998                     david.bryant@oag.texas.gov
                                           munera.al-fuhaid@oag.texas.gov

                                           **COUNSEL FOR THE STATE OF TEXAS**