**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| STATE OF ILLINOIS, *et al.*, | |
| Plaintiffs, | |
| *v.* | No. 1:25-cv-00495 |
| KRISTI NOEM, in her official capacity as Secretary of the Department of Homeland Security, *et al*., | |
| Defendants. | |

**NOTICE OF FILING ADMINISTRATIVE RECORD**

Defendants hereby file the administrative record in this case as follows:

| Ex. No. | Date | Document Title | Range |
|---|---|---|---|
| 1 | 11-20-2025 | Declaration of David Arnold | DHS/FEMA_00001-DHS/FEMA_00006 |
| 2 | 7-28-2025 | FY 2025 EMPG Notice of Funding Opportunity | DHS/FEMA_00007-DHS/FEMA_00104 |
| 3 | 7-28-2025 | FY 2025 HSGP Notice of Funding Opportunity | DHS/FEMA_00105-DHS/FEMA_00106 |
| 4 | 7-22-2025 | FY 2025 EMPG Program and Notice of Funding Opportunity Memorandum | DHS/FEMA_00182-DHS/FEMA_00191 |
| 5 | 7-3-2025 | FY 2025 National Priority Areas Memorandum | DHS/FEMA_00192-DHS/FEMA_00195 |
| 6 | 9-30-2025 | FY 2025 Final (Amended) EMPG Award Packages for Plaintiff States | DHS/FEMA_00196-DHS/FEMA_00686 |
| 7 | 9-30-2025 | FY 2025 EMPG Awards Terms and Conditions Amendment Memoranda | DHS/FEMA_00687-DHS/FEMA_00782 |
| 8 | 9-26-2025 | FY 2025 Final HSGP Award Packages for Plaintiff States | DHS/FEMA_00783-DHS/FEMA_01625 |
| 9 | 3-29-2024 | OMB-Approved FEMA Information Collection Request | DHS/FEMA_01626 |
| 10 | 3-28-2024 | FEMA Information Collection Request Supporting Statement | DHS/FEMA_01627-DHS/FEMA_01646 |
| 11 | 9-25-2025 | HSGP Allocation Methodology Memo | DHS/FEMA_01647-DHS/FEMA_01664 |
| 12 | 9-26-2025 | FY2025 HSGP Grant Allocation Summary | DHS/FEMA_01665-DHS/FEMA_01668 |

Dated: November 20, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General
Civil Division, Federal Programs Branch

ANDREW WARDEN
Assistant Branch Director
Federal Programs Branch

/s/ *Alexandra L. Yeatts*
ALEXANDRA L. YEATTS
(CA Bar No. 358762)
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC  20005
Telephone: (202) 353-5677
Email: Alexandra.Yeatts@usdoj.gov

*Attorneys for Defendants*