# EXHIBIT 1

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| STATE OF ILLINOIS, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>KRISTI NOEM, in her official capacity as Secretary of the Department of Homeland Security, *et al.*,<br><br>    Defendants. | No. 1:25-cv-00495 |

**DECLARATION OF DAVID ARNOLD**

I, David Arnold, declare as follows:

1.     I am the Senior Official Performing the Duties of the Deputy Administrator for Resilience at the Federal Emergency Management Agency ("FEMA" or "agency"). FEMA is a component within the U.S. Department of Homeland Security ("DHS"). As the Senior Official Performing the Duties of the FEMA Deputy Administrator for Resilience, I am the DHS official responsible for resilience matters, including national preparedness, FEMA grants management policy, federal flood insurance and floodplain management, hazard mitigation, and environmental planning and historic preservation. I am vested with the authority to manage and administer the various grant programs assigned to FEMA directly by statute or through delegation from the DHS Secretary and Senior Official Performing the Duties of the Administrator for FEMA, including the Homeland Security Grant Program ("HSGP") and the Emergency Management Preparedness Grant Program ("EMPG"), and the policies and procedures governing these programs.

2.     My statements in this Declaration are based on my personal knowledge; on information provided to me in my official capacity; on reasonable inquiry; on information obtained from various records, systems, databases, DHS, or FEMA employees and

information portals maintained and relied upon by the DHS in the regular course of business; and on my evaluation of that information.

3. FEMA published the Fiscal Year (FY) 2025 EMPG Notice of Funding Opportunity (NOFO) on July 28, 2025. It is attached as Exhibit 2.

4. The final amended EMPG award notifications for Plaintiffs are attached as Composite Exhibit 6.

5. FY 2025 EMPG award allocations were based on census data as a starting point.

6. DHS/FEMA made the decision to include a population verification requirement in EMPG awards in mid-September, after FEMA had issued the FY 2025 EMPG NOFO in July 2025, but before FEMA issued the final EMPG awards on September 26, 2025. FEMA chose to implement the population verification requirement to confirm FEMA's calculations of state populations and ensure the accuracy of the final allocation of the EMPG funding, taking into account the number of illegal aliens who have been removed from the country since the collection of the most recent federal census data.

7. Due to an administrative oversight, FEMA initially issued the final EMPG awards without the population verification requirement. Once FEMA discovered the oversight, it amended the awards to include the population verification and issued amended awards on September 30, 2025.

8. Florida, Nebraska, North Carolina, Ohio, Tennessee, West Virginia, Wyoming, Puerto Rico, and Guam have accepted their amended EMPG awards with the population verification requirement included.

9. FEMA was in the process of developing guidance for states regarding the EMPG population verification requirement before the lapse in federal government funding on October 1, 2025. Upon the restoration of appropriations, FEMA restarted work on the guidance and remains committed to addressing any questions or concerns that grantees may have.

10. FEMA published the Fiscal Year (FY) 2025 HSGP Notice of Funding Opportunity (NOFO) on July 28, 2025. The NOFO is attached as Exhibit 3.

11. FEMA sent the final HSGP award notifications to the states, including Plaintiff states, on September 26, 2025. The award notifications for Plaintiffs are attached as Exhibit 8.

12. FEMA awards HSGP funds through three subprograms: the State Homeland Security Grant Program (SHSP), the Urban Area Security Initiative (UASI), and Operation Stonegarden.[1] In FY 2025, Congress allocated $373,500,000 to the State Homeland Security Program (SHSP) and $553,500,000 to the Urban Area Security Initiative (UASI).

13. For FY 2025, FEMA sent "risk validation letters" to states and UASI jurisdictions on July 24, 2025, and risk profiles on August 13 based on a risk formula that considered the relative threat, vulnerability, and consequences from acts of terrorism for each jurisdiction.

14. The FY 2025 HSGP NOFO that FEMA published on July 28, 2025 contained SHSP and UASI target allocations reflective of this formula.

15. Each year, FEMA and DHS (through the Office of Intelligence and Analysis) work together to ensure that the risk formula used to calculate HSGP jurisdiction risk scores reflects the accurate threats faced by the nation.

16. For fiscal year 2025 grants, decisions around amending the risk formula to better reflect current risks to the nation were not finalized until September 24, 2025. On September 25, 2025, DHS Secretary Kristi Noem approved a memorandum from the Senior Official Performing the Duties of the FEMA Administrator David Richardson that proposed amending the HSGP allocation methodology by: (1) adjusting the weight attributed to each data element considered in FEMA's Terrorism Risk Methodology (TRM) formula; and (2) adjusting the relative weights of a jurisdiction's TRM risk score and anticipated grant

---

[1] Operation Stonegarden funds are not at issue in this case.

spending effectiveness consideration to 70% and 30%, respectively. This memorandum is attached to this Declaration as Exhibit 11. This document is the "DHS directive" referenced in the FY 2025 HSGP final award letters.

17. Consistent with the approved memorandum, FEMA rebalanced the TRM data element weights to prioritize two key data elements: Transnational Organized Crime (TOC) and Nationwide Encounters. As recommended by the DHS Office of Intelligence and Analysis, TOC was prioritized to address the significant and escalating threat that transnational criminal organizations pose to national security, public health, and economic stability in the U.S. The Nationwide Encounters weight was increased to address the elevated vulnerability jurisdictions face from illegal border crossings. Overall, the final FY 2025 TRM places greater emphasis on vulnerabilities than in prior years. The FY 2025 HSGP awards that FEMA issued on September 26, 2025 reflect risk scores resulting from the amended TRM formula.

18. Additionally, for the anticipated effectiveness calculus required under 6 U.S.C. § 608 (a)(2), FEMA credited jurisdictions with lower balances of unused HSGP funds for their effective use of allocated resources. In addition, as part of the 30% effectiveness evaluation, FEMA provided additional consideration for funding to states who proposed using the funds in support of border interdiction and other border security measures.

19. The September 25, 2025 memorandum states that "Any State Homeland Security Program and Urban Area Security Initiative recipients designated as a Sanctuary Jurisdiction by the Department of Justice will not receive any allocations posted in the NOFO except the SHSP minimum." However, this statement was not implemented as to the Plaintiff States. Sanctuary jurisdiction designation did not play any role in calculating grant funding for states.

20. The FY 2025 Grant Allocation Summary for HSGP, including the updated risk methodology, is attached to this Declaration as Exhibit 12.

21. FEMA verbally notified Congress on September 29, 2025, during a briefing of the updated risk methodology. FEMA informed Congress the weighting for some variables had been revised, and this resulted in changes to risk scores.

22. On September 17, 2025, DHS and FEMA decided to change the period of performance from three years to one year for HSGP and EMPG grants. FEMA decided to make the change for several reasons to align with the President's vision of shifting responsibility and authority for preparedness back to the states. This change allows for:

- **Improved Accountability and Oversight:** A shorter period of performance allows FEMA to more closely monitor grant recipients and ensure funds are being used effectively and in alignment with program goals;
- **Accelerated Project Completion:** A one-year period encourages grant recipients to expedite their projects and deliver results more quickly, which is particularly important for emergency management initiatives that address urgent needs;
- **Alignment with Annual Budget Cycles:** A one-year performance period aligns with annual federal budget cycles, simplifying financial planning and reporting for both FEMA and grant recipients;
- **Flexibility in Funding Allocation:** Shorter performance periods enable FEMA to reassess priorities and reallocate funds more frequently to address emerging threats or changing circumstances;
- **Streamlined Grant Management:** Managing grants on a yearly basis can reduce administrative complexity and allow FEMA to adapt program requirements or priorities more dynamically.

I, David Arnold, declare under penalty of perjury that the foregoing is true and

correct.

Executed on November 20, 2025

_____
David Arnold
Senior Official Performing the Duties of the
Deputy Administrator for Resilience
Federal Emergency Management Agency