# EXHIBIT 12

# FY 2025 Grant Allocation Summaries

The risk methodologies used for each grant program are designed to align with the current terrorism threat landscape, fulfill each program's objectives, and advance the administration's priorities.

## SHSP/UASI

In FY 2025, $373,500,000 was allocated to the State Homeland Security Program (SHSP) and $553,500,000 to the Urban Area Security Initiative (UASI). Funding for both programs was distributed based on two factors: 70% on a jurisdiction's Terrorism Risk Methodology (TRM) risk score and 30% on grant spending effectiveness.

The final TRM data element weights (in the table below) were rebalanced to prioritize two key data elements: Transnational Organized Crime (TOC) and Nationwide Encounters. As recommended by the DHS Office of Intelligence and Analysis, TOC was prioritized to address the significant and escalating threat that transnational criminal organizations pose to national security, public health, and economic stability in the U.S. The Nationwide Encounters weight was increased to address the elevated vulnerability jurisdictions face from illegal border crossings. Overall, the final FY 2025 TRM places greater emphasis on vulnerabilities than in prior years, and the model-generated risk scores determined 70% of SHSP and UASI funding.

*Model Comparison:* The FY 2025 TRM is distinct from FY 2024, as it aligns grant program priorities with the terrorism risk environment. As the threat has shifted from large-scale, coordinated attacks to more dispersed incidents against soft targets and targets of opportunity nationwide, the formula directs more resources to smaller, historically underfunded jurisdictions – strengthening their ability to prevent, protect against, and respond to terrorist attacks.

The FY 2024 TRM followed the same approach as in previous years, placing heavy emphasis on the consequences and impacts of large-scale attacks in densely populated areas (Consequence component). As a result, the model underrepresented rising vulnerabilities in smaller jurisdictions, and because risk scores were used to inform rather than drive allocations – due to policy decisions – most SHSP/UASI funding remained concentrated in a small number of states and urban areas.

*Allocation Comparison:* In FY 2024, Congressional funding for the SHSP/UASI program was reduced by 10% compared to FY 2023. In response, allocations for both programs were initially determined based on risk, using FY 2023 funding levels as a baseline, and then reduced equally by 10% across all jurisdictions. Additionally, the minimum funding amounts for SHSP states and territories were decreased by 10% to $3,575,250 and $817,200, respectively, from the FY 2023 minimums of $3,972,500 and $908,000. These equal reductions across all jurisdictions in both programs were designed to ensure that lower-ranked states and territories, which previously

received limited funding, would not face significant reductions due to the overall funding cut and could continue developing new capabilities to protect their communities against terrorism.

| SHSP/UASI Data Element Weight Changes | | | |
|---|---|---|---|
| Data Elements | Weight Sent to Stakeholders | Final Weight | Delta |
| Counterterrorism | 80 | 5 | -75 |
| Transnational Organized Crime | 10 | 90 | 80 |
| Cyber | 10 | 5 | -5 |
| Vulnerability Baseline | 40 | 20 | -20 |
| Targeted Infrastructure | 12 | 5 | -7 |
| Special Events Metric | 9 | 5 | -4 |
| Daily Visitors | 6 | 5 | -1 |
| Visitor Impact | 6 | 5 | -1 |
| Community Resilience | 3 | 3 | 0 |
| Economic Concentration | 3 | 3 | 0 |
| Isolation | 3.6 | 3 | -0.6 |
| Border Crossings | 7.2 | 3 | -4.2 |
| Nationwide Encounters | 3 | 42 | 39 |
| International Border | 3.6 | 3 | -0.6 |
| International Water | 3.6 | 3 | -0.6 |
| Consequence Baseline | 1 | 40 | 39 |
| Population Density Metric | 39.6 | 5 | -34.6 |
| Total Population | 19.8 | 16 | -3.8 |
| Gross Domestic Product | 19.8 | 19 | -0.8 |
| National Infrastructure | 9.9 | 10 | 0.1 |
| Department of Defense Personnel | 9.9 | 10 | 0.1 |

## PSGP

In FY 2025, $90,000,000 was allocated to the Port Security Grant Program (PSGP). Funding was awarded competitively based on each project's final score, which was calculated by multiplying its port area's Risk Score (calculated using the PSGP Terrorism Risk Methodology) by its project's Effectiveness score. FEMA uses this Risk x Effectiveness score to rank port area projects from highest to lowest risk. Funding is then allocated sequentially, starting with the highest-ranked projects and continuing in order of ranking until available funds are exhausted. While these rankings primarily guide allocation decisions, the DHS Secretary retains final authority to ensure the effective use of funds.

*Model Comparison:* The FY 2025 PSGP TRM did not change from the FY 2024 TRM.

*Allocation Comparison:* In FY 2024, PSGP funding was allocated using the same method as in FY 2025. The main difference between the two years was the effectiveness scoring process. In FY 2024, this process was more extensive as the Coast Guard and the National Review Panel had additional scoring criteria to review and a longer timeline to evaluate each project. In FY 2025, the timeline was shortened, reducing the number of scoring criteria and prioritizing only on the most critical and impactful projects for funding.

| PSGP Data Element Weights ||
|---|---|
| **Data Element** | **Weight** |
| Counterterrorism | 100 |
| Vulnerability Baseline | 40 |
| HAZMAT Population | 12 |
| Foreign Vessel Calls | 12 |
| Ferry Passengers | 12 |
| Cruise Ship Passengers | 12 |
| Soft Target MSRAM | 12 |
| International Cargo Volume | 10 |
| Container Cargo Volume | 10 |
| International Cargo Value | 10 |
| Petroleum Deliveries | 10 |
| Domestic Cargo Volume | 10 |
| Maritime Asset | 20 |
| Population | 10 |
| Naval Presence | 5 |
| Naval Priority | 10 |
| Department of Defense Personnel | 5 |

## TSGP

In FY 2025, $83,7000,000 was allocated to the Transit Security Grant Program (TSGP). Funding decisions were based on each transit agency's risk score, which was calculated using the TSGP Terrorism Risk Methodology. These scores were grouped into three risk tiers using a statistical method called Jenks Natural Breaks, which organizes data into meaningful groups based on similar values. Tier 1 represented the highest risk, Tier 2 moderate risk, and Tier 3 the lowest risk.

To align with program goals and prioritize funding for high-risk transit agencies, 90% of the total TSGP funding was allocated to Tier 1, 10% to Tier 2, and no funding was allocated to Tier 3 due to its minimal proportion of risk. Within each tier, funds were distributed proportionally based on each transit agency's percentage of the total risk, ensuring that allocations reflected the relative risk levels of the transit agencies.

*Model Comparison:* The FY 2025 TRM had one major change from the FY 2024 TRM, which weighted the two modes of transportation considered in the model at 95% Rail and 5% Bus. In coordination with TSA, the FY 2025 TRM adjusted these weights to 80% Rail and 20% Bus. Readjusting the weights helped to better reflect the current terrorism landscape as well as the current ridership trends across the U.S.

*Allocation Comparison:* In FY 2024, TSGP was determined by scoring eligible grant applications based on four criteria: Risk Group Score, Risk Mitigation Score, Regional Collaboration Score, and Funding Priority Area Score. The Risk Group Score, calculated using TSGP risk methodology, reflected the transit agency's relative risk, while the other criteria assessed Project Effectiveness and were evaluated by the National Review Panel. The Transportation Infrastructure Security Branch led the allocation process in coordination with the National Review Panel. Project Effectiveness scores were combined with the Risk Group Score to calculate overall project scores, which guided funding decisions. Projects were funded as recommended by the National Review Panel.

| TSGP Data Element Weights | | |
|---|---|---|
| **Rail/Bus Focus** | **Data Element** | **Weight** |
| Rail/Bus | Counterterrorism | 100 |
| Rail/Bus | Vulnerability Baseline | 40 |
| Rail/Bus | BASE data | 12 |
| Rail/Bus | Special Event Metric | 12 |
| Rail | Underground Track Miles | 30 |
| Rail | TTAL Service Binary | 6 |
| Bus | TTAL Service Binary | 36 |
| Rail/Bus | Passenger Trips | 86 |
| Rail/Bus | TTAL Count | 25 |