# EXHIBIT 13

SIGNATURE BY DATE

SUMMARY:    FISCAL YEAR 2025 HOMELAND SECURITY GRANT PROGRAM POLICY RECOMMENDATIONS

TYPE OF ACTION: S1 SIGNATURE

ES    25-18345

| DEPARTMENT OF HOMELAND SECURITY RECORD OF CLEARANCE AND APPROVAL | STORM # 25-18331 | LIAISON TEAM: INTERNAL |
|---|---|---|
| LEAD COMPONENT: FEMA | | |

SUMMARY OF DOCUMENT: FISCAL YEAR 2025 HOMELAND SECURITY GRANT PROGRAM POLICY RECOMMENDATIONS

| OFFICE | SIGNATURE | DATE | COMMENTS |
|---|---|---|---|
| JIMMY PERCIVAL SENIOR COUNSELOR | JP | 7/22/25 | CLEAR |
| JOSEPH N. MAZZARA ACTING GENERAL COUNSEL | | | |
| JOSEPH GUY DEPUTY CHIEF OF STAFF | JG | 7/22/25 | CLEAR |
| STEVEN MUNOZ DEPUTY CHIEF OF STAFF | | | |
| COREY LEWANDOWSKI CHIEF ADVISOR TO S1 | CW | 7/22 | CLEAR |
| S1 | KN | 7.22.25 | ✓ |

AFTER REVIEW RETURN TO:
ANDREW J. WHITAKER, EXECUTIVE SECRETARY

APPROVED FOR AUTOPEN: _____ YES _____ NO   DATE AND INITIALS FOR AUTOPEN APPROVAL: _____    ☐ ☐

DHS/FEMA_01669

U.S. Department of Homeland Security
Washington, DC 20472

**FEMA**

July 16, 2025

**DECISION**

MEMORANDUM FOR THE SECRETARY

FROM:     David E. Richardson
          Senior Official Performing the Duties of Administrator

SUBJECT:  **Fiscal Year 2025 Homeland Security Grant Program Policy
          Recommendations**

**Purpose:** Requesting approval on policy recommendations and the publication of the Notice of
Funding Opportunity for the Fiscal Year 2025 Homeland Security Grant Program.

**Background:** The Homeland Security Grant Program supports state, local, tribal, territorial, and
nonprofit partners in preventing and responding to terrorist threats. This memorandum
recommends the policy decisions outlined in the annexes related to the posting of the Fiscal
Year 2025 Notice of Funding Opportunity. As the Urban Area Security Initiative was not
included in priority grants to be awarded this fiscal year per the *Fiscal Year 2025 Federal
Emergency Management Agency Non-Disaster Grant Program Implementation* memorandum,
there are no policy recommendations for that program contained in this memorandum.
Additional information and decision points on this program are included in the annexes.

**Signature Level Justification:** The Secretary of Homeland Security has approval authority for
the Homeland Security Grant Program.

**Timeliness:** To ensure the statutory and regulatory deadlines are met and the Notice of Funding
Opportunity is released as soon as possible, a response would be appreciated by 24 July 2025.

DHS/FEMA_01670

**Recommendation:** Approve the policy recommendations and publication of the Notice of Funding Opportunity.

Approve/date _~~_ 07-22-25    Disapprove/date_____

Modify/date_____    Needs discussion/date_____

**Attachments:**

1. Annex A: Background on the Fiscal Year 2025 Homeland Security Grant Program
2. Annex B: Approval of Policy Recommendations
3. Annex C: Applicable Grant Programs
4. Annex D: Statutory Funding Allocations for the Fiscal Year 2025 Homeland Security Grant Program
5. Annex E: Allowable Costs
6. Annex F: Timeline for Notice of Funding Opportunity Release
7. Annex G: Changes from the Fiscal Year 2024 Notice of Funding Opportunity

**Annex A: Background on the Fiscal Year 2025 Homeland Security Grant Program**

- The Homeland Security Grant Program is designed to enhance the capabilities of state, local, tribal, and territorial governments, as well as nonprofits, in preventing, protecting against, and responding to terrorist attacks. These programs are part of a comprehensive set of measures authorized by Congress and implemented by the Department of Homeland Security to strengthen the nation's communities against potential terrorist threats.

- In Fiscal Year 2025, the Homeland Security Grant Program continues to include two key grant programs, the State Homeland Security Program and Operation Stonegarden.
  - The goal of the State Homeland Security Program is to support statewide and state, local, tribal, and territorial governments in building, enhancing, and sustaining capabilities needed to prevent, prepare for, protect against, and respond to acts of terrorism.
  - State Homeland Security Program has the following objectives:
    - Build and sustain core capabilities, including Law Enforcement and Terrorism Prevention Activities and the National Priority Areas;
    - Address capability gaps identified in their Threat Hazard Identification and Risk Assessment and Stakeholder Preparedness Review.
  - The goal of Operation Stonegarden is to support enhanced cooperation and coordination among United States Customs and Border Protection/United States Border Patrol and federal, state, local, tribal, and territorial law enforcement agencies to strengthen border security.
  - Operation Stonegarden has the following objectives:
    - Enhance collaboration and coordination among federal, state, local, tribal, and territorial law enforcement agencies to strengthen border security;
    - Support joint efforts to secure borders, including land and water routes, and critical travel corridors; and,
    - Improve information and intelligence sharing to address border-related threats effectively.

- These programs collectively aim to strengthen the nation's ability to prevent, prepare for, protect against, and respond to acts of terrorism and other threats.

- For Fiscal Year 2025, the Department of Homeland Security Federal Emergency Management Agency will distribute State Homeland Security Program funds based on their risk assessment methodology and legal minimums outlined in the Homeland Security Act of 2002, as amended. Each state and territory will receive a guaranteed minimum amount:
  - All 50 states, Washington, D.C., and Puerto Rico will receive at least 0.35% of the total funds appropriated for grants under Sections 2003 and 2004 of the Homeland Security Act.
  - The four territories (American Samoa, Guam, the Northern Mariana Islands, and the U.S. Virgin Islands) will receive at least 0.08% of the total funds appropriated for grants under these sections.

- Under the State Homeland Security Program, State Administrative Agencies must pass through at least 80% of funds to local or tribal governments. Under Operation Stonegarden, State Administrative Agencies are required to pass through 100% of funds to eligible

DHS/FEMA_01672

subrecipients.

- The Period of Performance is September 1, 2025, through August 31, 2028.

- Importantly, consistent with the decision made for all Fiscal Year 2025 preparedness grant programs, a manual payment review process is being implemented post-award to ensure that all Fiscal Year 2025 Homeland Security Grant Program funding is expended in a manner consistent with the program priorities, the approved work plan, and the terms and conditions of the award.

DHS/FEMA_01673

**Annex B: Approval of Policy Recommendations**

To support leadership review and decision-making, the table below summarizes the proposed policy recommendations for the Homeland Security Grant Program and its related funding streams. The policy recommendations went through Department of Homeland Security Policy re-validation in April 2025 and received confirmation from Department Components. Each item includes the applicable program and a brief explanation of the purpose. Full details follow the table.

**Table 1: Policy Recommendations**

| # | Policy Recommendation | Applies to | Purpose/Notes |
|---|---|---|---|
| 1 | Require all grant recipients to be lawful actors | All recipients and subrecipients of the State Homeland Security Program and Operation Stonegarden | Ensures federal funds go only to jurisdictions that follow federal immigration law |
| 2 | Prioritize election security standards and require citizenship verification of poll workers | State Homeland Security Program | Strengthens election integrity; aligns with Executive Order 14248 |
| 3 | Update the National Priority Areas and minimum spend: 3% for election security, 10% for immigration enforcement, 30% cumulative for National Priority Areas | State Homeland Security Program | Targets funding to critical areas; aligns with Federal Emergency Management Agency recommendations |
| 4 | Maintain the law enforcement terrorism prevention funding requirement of 35% | State Homeland Security Program | Supports law enforcement roles in homeland security and counterterrorism |
| 5 | Approve targeted changes to Homeland Security Grant Program Risk Methodology | State Homeland Security Program | Reflects evolving threats and improves accuracy of funding allocation |
| 6 | Align funding with risk and compliance metrics, especially for noncompliant jurisdictions | State Homeland Security Program | Redirects funds away from sanctuary jurisdictions toward compliant ones |
| 7 | Encourage Operation Stonegarden applicants to participate in 287(g) | Operation Stonegarden | Increases local-federal cooperation on immigration enforcement, without making 287(g) a requirement |
| 8 | Maintain the current funding distribution formula for the border-focused Operation Stonegarden Program | Operation Stonegarden | Targets resources based on current threat levels and border activity |

**Detailed Policy Recommendations**

The list below expands on each recommendation with purpose, implementation guidance and strategic justification.

1. **Recommendation 1 - Require All Grant Recipients to be Lawful Actors**

   Recommendation: Require all recipients and subrecipients to be lawful actors and demonstrate compliance with applicable federal law and support the broader homeland security mission.
   Implementation: With regards to the grant programs, terms and conditions shall address relevant guidance on sanctuary jurisdictions, specifically regarding the Emergency Management Performance Grant Program and Homeland Security Grant Program.
   Purpose: Reinforces integrity of federal grant programs and prevents the allocation of funds to jurisdictions not cooperating with federal authorities. This award condition ensures that federal funds are only distributed to entities aligned with national law enforcement and immigration enforcement objectives.
   Applies to: All State Homeland Security Program and Operation Stonegarden recipients and subrecipients.

2. **Recommendation 2 - Prioritize Election Security Standards and Verification of Poll Workers**

   Recommendation: Prioritize funding to jurisdictions that comply with the Voluntary Voting System Guidelines 2.0 developed by the Election Assistance Commission and completion of testing through the Voting System Test Labs accreditation process and utilize the U.S. Citizenship and Immigration Services' Systematic Alien Verification Entitlements system for the verification of anyone working in any capacity at a polling place is a U.S. Citizen. The Federal Emergency Management Agency recommends 3% of an entity's award be unavailable for drawdown until the entity proves compliance with Voluntary Voting System Guidelines 2.0. This aligns with the President's Executive Order 14248 on preserving and protecting the integrity of American elections.
   Implementation:
   - At least 3% of the total State Homeland Security Program allocation must be dedicated to election security.
   - Three percent of an entity's award will be unavailable for drawdown until the entity demonstrates compliance with Voluntary Voting System Guidelines 2.0.
   - Jurisdictions must provide proof of compliance before accessing the full award allocation.

   Purpose: To strengthen election integrity and ensure that federal funds support secure, compliant election processes.
   Applies to: State Homeland Security Program only.

3. **Recommendation 3 - Update National Priority Areas and Minimum Spend Requirements**

   Recommendation: Maintain a 30% cumulative minimum spend against National Priority Areas for the Homeland Security Grant Program. Require recipients to:
   - Fulfill a 3% minimum spend on election security.
   - Fulfill a 10% minimum spend on supporting enforcement of immigration laws.
   - No other National Priority Areas would have minimum spend requirements.

   Purpose: Directs funding to critical areas as identified the Administration.

   Applies to: State Homeland Security Program only.

DHS/FEMA_01675

4. **Recommendation 4 - Maintain the Law Enforcement Terrorism Prevention Activities Requirement of 35%**
   Recommendation: Retain the Fiscal Year 2024 requirement of a 35% minimum allocation of State Homeland Security Program funds toward Law Enforcement Terrorism Prevention Activities.
   Purpose: Supports frontline capabilities and alignment with the National Strategy for Counterterrorism. This policy ensures that state and local law enforcement partners are resourced to prevent terrorism and respond to homeland security threats.
   Applies to: State Homeland Security Program only.

5. **Recommendation 5 - Approve Targeted Updates to Homeland Security Grant Program Risk Methodology**

   Recommendation: Approve the following risk model adjustments:

   - Include Customs and Border Protection's nationwide encounters data in the vulnerability variable;
   - Increase the weight of Department of Defense personnel presence to better reflect military infrastructure risk;
   - Include all Special Event Assessment Rating events to vulnerability exposure factors; and
   - Implement minor percentage shifts to current methodology for improved accuracy.

   Purpose: These updates ensure the Homeland Security Grant Program risk formula better reflects evolving national threats and operational demands.
   Applies to: State Homeland Security Program only.

6. **Recommendation 6 - Align the State Homeland Security Program funding with Risk and Compliance Metrics**

   Recommendation: Modify the funding approach so that:

   - Jurisdictions designated as sanctuary jurisdictions receive only the minimum funding required by statute=.
   - Remaining funds are reallocated to jurisdictions that comply with federal immigration and law enforcement cooperation policies. This shift reflects the Trump Administration's push for equity in preparedness funding and its policy of leveraging sanctuary jurisdiction status to prioritize compliant states and territories.

   Purpose: Promotes fair distribution of funds and ensures federal dollars are directed to jurisdictions aligned with national security goals.
   Applies to: State Homeland Security Program.

7. **Recommendation 7 - Encourage Operation Stonegarden Applicants to Participate in 287(g)**
   Recommendation: Encourage Operation Stonegarden applicants to participate in 287(g) agreements with the Department of Homeland Security to enhance local-federal cooperation on immigration enforcement.
   Purpose: Strengthens intergovernmental collaboration while maintaining applicant flexibility and recognizing United States Customs and Border Protection's recommendation

DHS/FEMA_01676

against mandating participation.
<u>Applies to:</u> Operation Stonegarden only.

8. **Recommendation 8 - Funding Distribution Formula for Operation Stonegarden**

   <u>Recommendation:</u> Maintain the following allocation:
   - 73% Southern Border
   - 18% Northern Border
   - 9% Coastal Borders

   <u>Context:</u> This formula reflects Customs and Border Protection's operational footprint and current threat vectors, particularly in relation to high volumes of illegal border crossings at the southern border. This allocation mirrors the Administration's budget priorities, which direct the majority of border security resources to the Southern border due to higher risk and enforcement needs.
   <u>Purpose:</u> Ensures resources are targeted to where the need is greatest while maintaining support across all border types.
   <u>Applies to:</u> Operation Stonegarden only.

DHS/FEMA_01677

**Annex C: Applicable Grant Programs**

### Table 2: Applicable Homeland Security Grants

| Grant Program | Appropriation for Awards | Target Recipients | Program Descriptions |
|---|---|---|---|
| **State Homeland Security Grant Program** | $373,500,000 56 awards | State Administrative Agencies | This program provides funding to support the implementation of risk-driven, capabilities-based State Homeland Security Strategies to address capability targets. |
| **Operation Stonegarden** | $81,000,000 23 awards | Local units of government at the county level or equivalent and federally recognized tribal governments in states bordering Canada or Mexico and states and territories with international water borders. All applicants must have ongoing United States Border Protection operations coordinated through a Customs and Border Protect sector office. State Administrative Agencies apply on behalf of subrecipients. | This program provides funding to enhance cooperation and coordination among state, local, tribal, territorial, and federal law enforcement agencies to jointly enhance security along the United States land and water borders. |

DHS/FEMA_01678

**Annex D: Statutory Funding Allocations for the Fiscal Year 2025 Homeland Security Grant Program**

These are draft allocations pending decisions on the policy recommendations made in this memo. If other policy decisions are made, it could impact allocation amounts. Additionally, if a state is determined to be a sanctuary jurisdiction at the time of application deadline, for the State Homeland Security Program, they will only receive the statutory minimum of $4,362,750, or for Operation Stonegarden, will not receive an allocation.

**Table 3: Fiscal Year State Homeland Security Grant Program Allocations**

| State/Territory | Fiscal Year 2025 Allocation | State/Territory | Fiscal Year 2025 Allocation |
|---|---|---|---|
| Alabama | $4,362,750 | Montana | $4,362,750 |
| Alaska | $4,362,750 | Nebraska | $4,362,750 |
| American Samoa | $997,200 | Nevada | $4,362,750 |
| Arizona | $4,362,750 | New Hampshire | $4,362,750 |
| Arkansas | $4,362,750 | New Jersey | $6,367,357 |
| California | $51,332,060 | New Mexico | $4,362,750 |
| Colorado | $4,362,750 | New York | $61,229,940 |
| Connecticut | $4,362,750 | North Carolina | $4,576,849 |
| Delaware | $4,362,750 | North Dakota | $4,362,750 |
| District of Columbia | $4,576,849 | Northern Mariana Islands | $997,200 |
| Florida | $8,409,514 | Ohio | $5,571,852 |
| Georgia | $4,759,790 | Oklahoma | $4,362,750 |
| Guam | $997,200 | Oregon | $4,362,750 |
| Hawaii | $4,362,750 | Pennsylvania | $7,322,627 |
| Idaho | $4,362,750 | Puerto Rico | $4,362,750 |
| Illinois | $12,505,419 | Rhode Island | $4,362,750 |
| Indiana | $4,362,750 | South Carolina | $4,362,750 |
| Iowa | $4,362,750 | South Dakota | $4,362,750 |
| Kansas | $4,362,750 | Tennessee | $4,362,750 |
| Kentucky | $4,362,750 | Texas | $16,389,406 |
| Louisiana | $4,362,750 | U.S. Virgin Islands | $997,200 |
| Maine | $4,362,750 | Utah | $4,362,750 |
| Maryland | $6,367,357 | Vermont | $4,362,750 |
| Massachusetts | $5,571,852 | Virginia | $7,322,627 |
| Michigan | $4,576,849 | Washington | $5,571,852 |
| Minnesota | $4,362,750 | West Virginia | $4,362,750 |
| Mississippi | $4,362,750 | Wisconsin | $4,362,750 |
| Missouri | $4,362,750 | Wyoming | $4,362,750 |
| **Total** | | | **$373,500,000** |

DHS/FEMA_01679

### Table 4: Fiscal Year 2025 Operation Stonegarden Eligible* Allocations

| State/Territory | Fiscal Year 2025 Allocation | State/Territory | Fiscal Year 2025 Allocation |
|---|---|---|---|
| Alabama | $350,000 | Montana | $1,672,000 |
| Alaska | $750,000 | Nebraska | $0 |
| American Samoa | $0 | Nevada | $0 |
| Arizona | $12,220,000 | New Hampshire | $200,000 |
| Arkansas | $0 | New Jersey | $0 |
| California | $12,100,000 | New Mexico | $2,675,000 |
| Colorado | $0 | New York | $2,670,000 |
| Connecticut | $0 | North Carolina | $0 |
| Delaware | $0 | North Dakota | $1,542,000 |
| District of Columbia | $0 | Northern Mariana Islands | $0 |
| Florida | $2,790,000 | Ohio | $825,000 |
| Georgia | $90,000 | Oklahoma | $0 |
| Guam | $0 | Oregon | $0 |
| Hawaii | $0 | Pennsylvania | $170,000 |
| Idaho | $180,000 | Puerto Rico | $1,330,000 |
| Illinois | $0 | Rhode Island | $0 |
| Indiana | $0 | South Carolina | $0 |
| Iowa | $0 | South Dakota | $0 |
| Kansas | $0 | Tennessee | $0 |
| Kentucky | $0 | Texas | $33,708,000 |
| Louisiana | $810,000 | U.S. Virgin Islands | $90,000 |
| Maine | $1,410,000 | Utah | $0 |
| Maryland | $0 | Vermont | $150,000 |
| Massachusetts | $0 | Virginia | $0 |
| Michigan | $2,286,000 | Washington | $1,435,000 |
| Minnesota | $972,000 | West Virginia | $0 |
| Mississippi | $575,000 | Wisconsin | $0 |
| Missouri | $0 | Wyoming | $0 |
| **Total** | | | **$81,000,000** |

*Eligibility does not guarantee grant funding*

DHS/FEMA_01680

**Annex E: Allowable Costs**

**A.** Allowable Cost Matrix for State Homeland Security and Operation Stonegarden
The following matrix lists allowable cost activities across cost categories described above and below. The Preparedness Grants Manual includes additional information on allowable costs. Recipients and subrecipients must follow all applicable requirements in 2 C.F.R. Part 200 *Uniform Administrative Requirements, Cost Principles, and Audit Requirements for Federal Awards*. Homeland Security Grant Program funds may be used to cover the costs for evaluating the impact of these grants on the state or urban area's core capabilities and capability gaps. This list is not exhaustive.

**Table 5: Homeland Security Grant Program Allowable Cost Matrix**

| Allowable Program Activities | State Homeland Security Program | Operation Stonegarden |
|---|---|---|
| **Allowable Planning Costs** | | |
| Developing hazard/threat-specific annexes | Y | N |
| Developing and implementing homeland security support programs and adopting ongoing DHS/FEMA national initiatives | Y | N |
| Developing related terrorism and other catastrophic event prevention activities | Y | N |
| Developing and enhancing plans and protocols | Y | N |
| Developing or conducting assessments | Y | N |
| Hiring of full- or part-time staff or contract/consultants to assist with planning, engagement, and volunteer management activities | Y | N |
| Materials required to conduct planning, engagement, and volunteer management activities | Y | N |
| Travel/per diem related to planning, engagement, and volunteer management activities | Y | Y |
| Overtime and backfill costs (in accordance with operational Cost Guidance) | Y | Y |
| Issuance of Western Hemisphere Travel Initiative-compliant Tribal identification cards | Y | N |
| Activities to achieve planning inclusive of people with disabilities and others with access and functional needs and limited English proficiency. | Y | N |
| Coordination with Citizen Corps Councils for public information/education and development of volunteer programs | Y | N |
| Coordination and material support to Citizen Corps Councils and local firehouses for the establishment, training and maintenance of CERTs | Y | N |
| Update governance structures and processes and plans for emergency communications | Y | N |
| Development, and review and revision of continuity of operations plans | Y | N |
| Development, and review and revision of the THIRA/SPR and continuity of operations plans | Y | N |
| **Allowable Organizational Activities**<br>**Note:** Personnel hiring, overtime, and backfill expenses are permitted under this grant only to the extent that such expenses are for the allowable activities within the scope of the grant. | | |
| Program management | Y | N |
| Development of whole community partnerships | Y | N |
| Structures and mechanisms for information sharing between the public and | Y | N |

| Allowable Program Activities | State Homeland Security Program | Operation Stonegarden |
|---|---|---|
| private sector | | |
| Implementing models, programs, and workforce enhancement initiatives | Y | N |
| Tools, resources, and activities that facilitate shared situational awareness between the public and private sectors | Y | N |
| Operational support | Y | N |
| Utilization of standardized resource management concepts | Y | N |
| Responding to an increase in the threat level under the National Terrorism Advisory System (NTAS), or needs in resulting from a National Special Security Event | Y | N |
| Reimbursement for select operational expenses associated with increased security measures at critical infrastructure sites incurred (up to 50% of the allocation) | Y | Y |
| Overtime for information, investigative, and intelligence sharing activities (up to 50% of the allocation) | Y | Y |
| Hiring of new staff positions/contractors/consultants for participation in information/intelligence analysis and sharing groups or fusion center activities (up to 50% of the allocation). | Y | Y |
| Hiring or maintaining staff positions/contractors/consultants at SLTT levels to deliver community preparedness training, resources and material to schools, community-based organizations, faith-based institutions and local businesses. | Y | N |
| Hiring or maintaining staff positions/contractors/consultants to create, support and maintain CERT or Teen CERT | Y | N |
| Cost of migrating online services to the ".gov" domain | Y | N |
| **Allowable Equipment Categories** | | |
| Personal Protective Equipment | Y | Y |
| Explosive Device Mitigation and Remediation Equipment | Y | N |
| CBRNE Operational Search and Rescue Equipment | Y | N |
| Information Technology | Y | Y |
| Cybersecurity Enhancement Equipment | Y | N |
| Interoperable Communications Equipment | Y | Y |
| Detection | Y | Y |
| Decontamination | Y | N |
| Medical countermeasures | Y | Y |
| Power (e.g., generators, batteries, power cells) | Y | Y |
| CBRNE Reference Materials | Y | N |
| CBRNE Incident Response Vehicles | Y | N |
| Terrorism Incident Prevention Equipment | Y | Y |
| Physical Security Enhancement Equipment | Y | Y |
| Inspection and Screening Systems | Y | Y |
| Animal Care and Foreign Animal Disease | Y | N |
| CBRNE Prevention and Response Watercraft | Y | N |
| CBRNE Prevention and Response Unmanned Aircraft | Y | N |
| CBRNE Aviation Equipment | Y | N |
| CBRNE Logistical Support Equipment | Y | N |
| Intervention Equipment (e.g., tactical entry, crime scene processing) | Y | Y |
| Critical emergency supplies | Y | N |
| General use vehicle acquisition, lease, and rental | N | Y |

| Allowable Program Activities | State Homeland Security Program | Operation Stonegarden |
|---|---|---|
| Specialized vehicle acquisition, lease, and rental | Y | Y |
| Other Authorized Equipment | Y | Y |
| **Allowable Training Costs** | | |
| Overtime and backfill for emergency preparedness and response personnel attending DHS/FEMA-sponsored and approved training classes | Y | N |
| Overtime and backfill expenses for part-time and volunteer emergency response personnel participating in DHS/FEMA training | Y | N |
| Training workshops and conferences | Y | Y |
| Activities to achieve training inclusive of people with disabilities and others with access and functional needs and limited English proficiency | Y | N |
| Full- or part-time staff or contractors/consultants | Y | Y |
| Travel | Y | Y |
| Supplies | Y | N |
| Instructor certification/re-certification | Y | N |
| Coordination with Citizen Corps Councils and CERT in conducting training exercises | Y | N |
| Preparedness training for community preparedness initiatives and programs | Y | N |
| Interoperable communications training | Y | N |
| Activities to achieve planning inclusive of people with limited English proficiency | Y | N |
| Immigration enforcement training | Y | Y |
| **Allowable Exercise Related Costs** | | |
| Design, Develop, Conduct, and Evaluate an Exercise | Y | N |
| Full- or part-time staff or contractors/consultants | Y | N |
| Overtime and backfill costs, including expenses for part-time and volunteer emergency response personnel participating in DHS/FEMA exercises | Y | N |
| Implementation of Homeland Security Exercise and Evaluation Program (HSEEP) | Y | N |
| Activities to achieve exercises inclusive of people with disabilities and others with access and functional needs | Y | N |
| Travel | Y | N |
| Supplies | Y | N |
| Interoperable communications exercises | Y | N |
| Activities to achieve planning inclusive of people with limited English proficiency | Y | N |
| **Allowable M&A Costs** | | |
| Hiring of full- or part-time staff or contractors/consultants to assist with the management of the respective grant program, application requirements, and compliance with reporting and data collection requirements | Y | Y |
| Development of operating plans for information collection and processing necessary to respond to DHS/FEMA data calls | Y | Y |
| Overtime and backfill costs | Y | Y |
| Travel | Y | Y |
| Meeting related expenses | Y | Y |
| Authorized office equipment | Y | Y |

| Allowable Program Activities | State Homeland Security Program | Operation Stonegarden |
|---|---|---|
| Recurring expenses such as those associated with cell phones and faxes during the period of performance of the grant program | Y | N |
| Leasing or renting of space for newly hired personnel during the period of performance of the grant program | Y | N |
| Completing the Civil Rights Evaluation Tool | Y | Y |
| Conducting activities related to evaluating project effectiveness for HSGP-funded projects | Y | Y |
| **LETPA Costs** | | |
| Integration and interoperability of systems and data, such as computer aided dispatch (CAD) and record management systems (RMS), to facilitate the collection | Y | N |
| Maturation, enhancement, and sustainment of designated state and major Urban Area fusion centers, including information sharing and analysis, threat recognition, terrorist interdiction, and intelligence analyst training and salaries (subject to certain conditions) | Y | N |
| Regional counterterrorism training programs for small, medium, and large jurisdictions to exchange information and discuss the current threat environment, lessons learned, and best practices to help prevent, protect against, and mitigate acts of terrorism | Y | N |
| Coordination of regional full-scale training exercises (federal, state, and local law enforcement participation) focused on terrorism-related events | Y | N |
| Law enforcement Chemical, Biological, Radiological, Nuclear, and high yield Explosives detection and response capabilities, such as bomb detection/disposal capability development, sustainment, or enhancement, including canine teams, robotics platforms, and x-ray technology | Y | N |
| Coordination between fusion centers and other operational analytic, and investigative efforts | Y | N |
| Implementation, maintenance, and sustainment of the Nationwide Suspicious Activity Reporting Initiative | Y | N |
| Implementation of the "If You See Something, Say Something®" campaign | Y | N |
| Increase physical security, through law enforcement personnel and other protective measures, by implementing preventive and protective measures at critical infrastructure locations | Y | N |

DHS/FEMA_01684

**Annex F: Timeline for Notice of Funding Opportunity Release**

After the Notice of Funding Opportunity is cleared by the Secretary of Homeland Security, it must be approved by several external parties to the Agency. As this is an allocated program, all allocations will be included in the Notice of Funding Opportunity. As a best practice, the Agency recommends briefing the Appropriations and Authorizing Committees. After receiving approval of all obligation amounts and the Notice of Funding Opportunity is announced, there will be an application period and application review period. Awards are anticipated for announcement in early September. **Funds are expiring and must be awarded no later than September 30, 2025.**

Anticipated Compressed Timeline for Notice of Funding Opportunity Release:

- Secretary of Homeland Security Policy Recommendations Approval: July 18-24, 2025
- Statutorily-required risk validation with the State Administrative Agencies: July 25-28
- Financial Assistance Policy and Oversight Notice of Funding Opportunity Review: July 29-31, 2025
- Office of Management and Budget Notice of Funding Opportunity Review: August 1-August 7, 2025
- 5-day Pre-announcement Briefing to House Appropriations Committee: No Later Than August 13, 2025
- Issue 507 Notification (announcement embargoed for three days after 507 is transmitted): August 13-15, 2025
- Federal Emergency Management Agency Grants Outcomes upload period: August 7-21, 2025
- Notice of Funding Opportunity Rollout: August 21, 2025

**Annex G: Changes from the Fiscal Year 2024 Notice of Funding Opportunity**
For Fiscal Year 2025, several important changes have been introduced to streamline program requirements and align with the current administration's priorities around national security, law enforcement, and efficient use of federal funds:

- The requirement to submit Concept of Operations documents under the Operation Stonegarden program has been removed—reducing administrative burden and allowing border states to focus more directly on enforcement and operational coordination.

- Performance goals have been redefined to be more outcome-based, allowing the Federal Emergency Management Agency and recipients to better measure the impact of investments and ensure federal funds are advancing core preparedness outcomes effectively and transparently.

These updates reflect the Federal Emergency Management Agency's ongoing efforts to support the Trump Administration's emphasis on law and order, border security, and results-driven federal spending—while maintaining strong, community-based emergency preparedness across the country.

Other Key Changes in Fiscal Year 2025 include:

- Payment Review Process
  - The Department of Homeland Security and the Federal Emergency Management Agency are instituting additional reviews on all grant payments and obligations to ensure allowability in accordance with 2 C.F.R. § 200.305. These measures will ensure funds are disbursed appropriately while continuing to support and prioritize communities who rely on the Federal Emergency Management Agency for assistance.

- Cost Information Moved from the Preparedness Grants Manual
  - The majority of information on funding restrictions and allowable costs has moved from the Preparedness Grants Manual to the Notice of Funding Opportunity. Please refer to the Homeland Security Grant Program Fiscal Year 2025 Notice of Funding Opportunity for detailed information on these cost categories.

DHS/FEMA_01686