UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

|  |  |
|---|---|
| STATE OF ILLINOIS, *et al.*,<br>      Plaintiffs,<br><br>      v.<br><br>KRISTI NOEM, in her official capacity as Secretary of the Department of Homeland Security, *et al.*,<br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 1:25-cv-00495-MSM-PAS<br>)<br>)<br>)<br>)<br>)<br>) |

**<u>JUDGMENT</u>**

IT IS ORDERED AND ADJUDGED:

JUDGMENT enters in accordance with the Memo and Order dated 12/22/2025.

                                                                            Enter:
                                                                            /s/ C. Potter
                                                                            Deputy Clerk
                                                                            Dated 12/22/2025