UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| STATE OF ILLINOIS, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> KRISTI NOEM, in her official capacity as Secretary of the Department of Homeland Security, *et al.*, <br><br> *Defendants*. | No. 1:25-cv-00495 |

**JOINT STIPULATION REGARDING ACCEPTANCE DEADLINE**

The Parties hereby stipulate and agree that Defendants shall extend the deadline for accepting fiscal year 2025 Homeland Security Grant Program and Emergency Management Performance Grant awards until January 31, 2026.

Dated: December 29, 2025

        Respectfully submitted,

        BRETT A. SHUMATE
        Assistant Attorney General
        Civil Division

        ERIC J. HAMILTON
        Deputy Assistant Attorney General
        Federal Programs Branch

        ANDREW WARDEN
        Assistant Branch Director
        Federal Programs Branch

        */s/ Alexandra L. Yeatts*
        ALEXANDRA L. YEATTS
        (CA Bar No. 358762)
        *Trial Attorney*
        U.S. Department of Justice
        Civil Division, Federal Programs Branch
        1100 L Street, N.W.
        Washington, DC  20005
        Tel: (202) 353-5677
        Email: Alexandra.Yeatts@usdoj.gov

        *Attorneys for Defendants*

**ROB BONTA**
  ATTORNEY GENERAL OF CALIFORNIA

Michael L. Newman
  *Senior Assistant Attorney General*
Joel Marrero
Lee I. Sherman
James E. Stanley
  *Supervising Deputy Attorneys General*

/s/ Deylin Thrift-Viveros
Deylin Thrift-Viveros
  *Deputy Attorney General*
California Department of Justice
300 South Spring Street
Los Angeles, CA 90013
(213) 269-6000
deylin.thriftviveros@doj.ca.gov

*Attorneys for the State of California*

**MATTHEW J. PLATKIN**
  ATTORNEY GENERAL OF NEW JERSEY

/s/ Shankar Duraiswamy
Shankar Duraiswamy
  *Deputy Solicitor General*
Mayur P. Saxena
  *Assistant Attorney General*
Olivia C. Mendes
Phoenix N. Meyers
Daniel Resler
  *Deputy Attorneys General*
New Jersey Office of Attorney General
25 Market Street, PO Box 093
Trenton, NJ 08625-0093
(609) 376-2745
shankar.duraiswamy@law.njoag.gov

*Attorneys for the State of New Jersey*

**KWAME RAOUL**
  ATTORNEY GENERAL OF ILLINOIS

/s/ Alex Hemmer
Alex Hemmer
  *Deputy Solicitor General*
Christopher G. Wells
  *Chief of the Public Interest Division*
Paul Berks
  *Complex Litigation Counsel*
R. Sam Horan
Michael M. Tresnowski
R. Henry Weaver
  *Assistant Attorneys General*
Office of the Illinois Attorney General
115 LaSalle Street
Chicago, IL 60603
(773) 590-7932
alex.hemmer@ilag.gov

*Attorneys for the State of Illinois*

**PETER F. NERONHA**
  ATTORNEY GENERAL OF RHODE ISLAND

/s/ Kathryn M. Sabatini
Kathryn M. Sabatini (R.I. Bar No. 8486)
  *Chief, Civil Division*
  *Special Assistant Attorney General*
Paul Meosky (RI Bar No. 10742)
  *Special Assistant Attorney General*
Rhode Island Attorney General's Office
150 South Main Street
Providence, RI 02903
(401) 274-4400, Ext. 1882
ksabatini@riag.ri.gov

*Attorneys for the State of Rhode Island*

| | |
|---|---|
| **WILLIAM TONG**<br>  ATTORNEY GENERAL OF CONNECTICUT<br><br>/s/ Ashley Meskill<br>Ashley Meskill<br>  *Assistant Attorney General*<br>Connecticut Office of the Attorney General<br>165 Capitol Avenue<br>Hartford, CT 06106<br>(860) 808-5270<br>ashley.meskill@ct.gov<br><br>*Attorneys for the State of Connecticut* | **KATHLEEN JENNINGS**<br>  ATTORNEY GENERAL OF DELAWARE<br><br>/s/ Ian R. Liston<br>Ian R. Liston<br>  *Director of Impact Litigation*<br>Vanessa L. Kassab<br>  *Deputy Attorney General*<br>Rose Gibson<br>  *Assistant Attorney General*<br>Delaware Department of Justice<br>820 North French Street<br>Wilmington, DE 19801<br>(302) 683-8899<br>ian.liston@delaware.gov<br><br>*Attorneys for the State of Delaware* |
| **BRIAN L. SCHWALB**<br>  ATTORNEY GENERAL FOR THE DISTRICT OF COLUMBIA<br><br>/s/ Mitchell P. Reich<br>Mitchell P. Reich<br>  *Senior Counsel to the Attorney General*<br>Office of the Attorney General for the District of Columbia<br>400 Sixth Street, NW<br>Washington, D.C. 20001<br>(202) 279-1261<br>mitchell.reich@dc.gov<br><br>*Attorneys for the District of Columbia* | **ANDREA JOY CAMPBELL**<br>  ATTORNEY GENERAL OF MASSACHUSETTS<br><br>/s/ Katherine Dirks<br>Katherine Dirks<br>  Chief State Trial Counsel<br>Office of the Massachusetts Attorney General<br>1 Ashburton Place Boston, MA 02108<br>(617) 963-2277<br>katherine.dirks@mass.gov<br><br>*Attorneys for the Commonwealth of Massachusetts* |

**KEITH ELLISON**
 ATTORNEY GENERAL OF MINNESOTA

/s/ Brian S. Carter
Brian S. Carter
 *Special Counsel*
Minnesota Attorney General's Office
445 Minnesota Street
Suite 1400
St. Paul, MN 55101
(651) 757-1010
brian.carter@ag.state.mn.us

*Attorneys for the State of Minnesota*


**JENNIFER SELBER**
 GENERAL COUNSEL

/s/ Jacob B. Boyer
Jacob B. Boyer
 *Deputy General Counsel*
Pennsylvania Office of the Governor
30 North 3rd Street
Suite 200
Harrisburg, PA 17101
jacobboyer@pa.gov

*Attorneys for Governor Josh Shapiro*

**LETITIA JAMES**
 ATTORNEY GENERAL OF NEW YORK

/s/ Stephen Thompson
Rabia Muqaddam
 *Chief Counsel for Federal Initiatives*
Stephen C. Thompson
 *Special Counsel*
Julie Dona
 *Special Counsel*
Office of the New York State Attorney General
28 Liberty Street
New York, NY 10005
(212) 416-6183
stephen.thompson@ag.ny.gov

*Attorneys for the State of New York*


**CHARITY R. CLARK**
 ATTORNEY GENERAL OF VERMONT

/s/ Julio A. Thompson
Jonathan T. Rose
 *Solicitor General*
Julio A. Thompson
 *Co-Director, Civil Rights Unit*
Officer of the Vermont Attorney General
109 State Street
Montpelier, VT 05609
(802) 828-5519
julio.thompson@vermont.gov

*Attorneys for the State of Vermont*

**NICHOLAS W. BROWN**
   ATTORNEY GENERAL OF WASHINGTON

<u>/s/ Tyler Roberts</u>
Tyler Roberts
  *Assistant Attorney General*
Washington State Office of the Attorney
  General
800 Fifth Avenue
Suite 2000
Seattle, WA 98104-3188
(206) 464-7744
Tyler.Roberts@atg.wa.gov

*Attorneys for the State of Washington*