# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| STATE OF ILLINOIS, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>KRISTI NOEM, in her official capacity as Secretary of the Department of Homeland Security, *et al.*,<br><br>*Defendants*. | No. 1:25-cv-00495 |

## DEFENDANTS' NOTICE OF AMENDED AWARDS

FEMA is actively working to amend the Homeland Security Grant Program ("HSGP") and Emergency Management Performance Grant ("EMPG") awards in accordance with this Court's order issued on December 22, 2025, ECF No. 53. On January 23, 2026, the HSGP and EMPG award acceptance date was pushed to February 27, 2026 to allow FEMA necessary time to amend the awards consistent with this Court's order and the order in *Michigan v. Noem* (D. Or.), 6:25-cv-2053, and to allow award recipients sufficient time to review and accept their amended awards through FEMAGo. The amended HSGP and EMPG awards will be issued by January 30, 2026.

Dated: January 26, 2026                             Respectfully submitted,

                                                         BRETT A. SHUMATE
                                                         Assistant Attorney General
                                                         Civil Division

                                                         ERIC J. HAMILTON
                                                         Deputy Assistant Attorney General
                                                         Federal Programs Branch

ANDREW WARDEN
Assistant Branch Director
Federal Programs Branch

*/s/ Alexandra L. Yeatts*
ALEXANDRA L. YEATTS
*Trial Attorney*
U.S. Department of Justice,
Civil Division, Federal Programs
1100 L Street, N.W.
Washington, DC  20005
Tel: (202) 353-5677
Email: Alexandra.Yeatts@usdoj.gov
CA Bar No. 358762

*Attorneys for Defendants*