IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

STATE OF ILLINOIS, *et al.*,

    *Plaintiffs*,

v.

KRISTI NOEM, in her official capacity as Secretary of the Department of Homeland Security, *et al.*,

    *Defendants*.

No. 1:25-cv-00495

## NOTICE OF APPEAL

All Defendants in this action—Kristi Noem, in her official capacity as Secretary of the Department of Homeland Security; the U.S. Department of Homeland Security; Karen Evans,[1] in her official capacity as the Senior Official Performing the Duties of the Administrator of the Federal Emergency Management Agency ("FEMA"); and the Federal Emergency Management Agency—respectfully provide notice that they hereby appeal to the United States Court of Appeals for the First Circuit the Court's December 22, 2025 final judgment, ECF No. 54, and all prior orders and opinions merged into the final judgment, including but not limited to the December 22, 2025 memorandum and order, ECF No. 53, which granted Plaintiffs' motion for summary judgment, ECF No. 39.

Dated: February 20, 2026

                                        Respectfully submitted,

                                        BRETT A. SHUMATE
                                        Assistant Attorney General

---

[1] Pursuant to Fed. R. Civ. P. 25(d), Karen Evans is substituted for David Richardson, as Ms. Evans became the Senior Official Performing the Duties of the Administrator of FEMA on December 1, 2026.

Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General
Federal Programs Branch

Andrew Warden
Assistant Branch Director
Federal Programs Branch

*/s/ Alexandra L. Yeatts*
ALEXANDRA YEATTS
(CA Bar No. 358762)
*Trial Attorney*
U.S. Department of Justice,
Civil Division, Federal Programs
1100 L Street, N.W.
Washington, DC  20005
Tel: (202) 353-5677
Email: alexandra.yeatts@usdoj.gov

*Attorneys for Defendants*